# CERTIFICATIONS OF PROPOSED LEAD PLAINTIFF PURSUANT TO THE FEDERAL SECURITIES LAWS

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Murray Rubinstein, certify that:

1. I have the authority to make material decisions including the authority to make the decision to initiate this litigation.

2. I have reviewed the complaint against AbbVie Inc. and authorize the firm set forth on the complaint to move on my behalf for appointment as lead plaintiff.

3. The security that is the subject of this action (American Depository Receipts of Shire plc (NASDAQ: SHPG) was not purchased at the direction of plaintiff's counsel, or in order to participate in any private action arising under this title.

4. I am willing to serve as a representative party on behalf of a class and I will testify at deposition and trial, if necessary.

5. My transactions in the security that is the subject of this litigation during the class period set forth in the complaint are as follows:

**Purchases:**

| Date | Shares Bought | Price Per Share |
| --- | --- | --- |
| 08/13/2014 | 200 | 240.96 |
| 10/17/2014 | 200 | 182.09 |
| 10/17/2014 | 100 | 182.095 |

**Sales (if any):**

| Date | Shares Sold | Price Per Share |
| --- | --- | --- |
| 10/17/2014 | 200 | 182.1 |

6. I have not served as or sought to serve as a representative party on behalf of a class under this title during the last three years.

7. I will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the court including the award to a representative of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 12 day of November, 2014

Signed: *Murray Rubinstein*

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, **Jeffrey F. St. Clair**, certify that:

1. I have the authority to make material decisions including the authority to make the decision to initiate this litigation.

2. I have reviewed the complaint against AbbVie Inc. and authorize the firm set forth on the complaint to move on my behalf for appointment as lead plaintiff.

3. The security that is the subject of this action (American Depository Receipts of Shire plc (NASDAQ: SHPG) was not purchased at the direction of plaintiff's counsel, or in order to participate in any private action arising under this title.

4. I am willing to serve as a representative party on behalf of a class and I will testify at deposition and trial, if necessary.

5. My transactions in the security that is the subject of this litigation during the class period set forth in the complaint are as follows:

Purchases:

| Date | Shares Bought | Price Per Share |
| --- | --- | --- |
| June 23, 2014 | 30 | $222.27 |
| July 7, 2014 | 20 | $238.20 |
| July 16, 2014 | 30 | $247.24 |

Sales (if any):

| Date | Shares Sold | Price Per Share |
| --- | --- | --- |
|  | None |  |

6. I have not served as or sought to serve as a representative party on behalf of a class under this title during the last three years.

7. I will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the court including the award to a representative of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 13th day of November, 2014

Signed: *[signature]*

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, William McWade, certify that:

1. I have the authority to make material decisions including the authority to make the decision to initiate this litigation.

2. I have reviewed the complaint against AbbVie Inc. and authorize the firm set forth on the complaint to move on my behalf for appointment as lead plaintiff.

3. The security that is the subject of this action (American Depository Receipts of Shire plc (NASDAQ: SHPG) was not purchased at the direction of plaintiff's counsel, or in order to participate in any private action arising under this title.

4. I am willing to serve as a representative party on behalf of a class and I will testify at deposition and trial, if necessary.

5. My transactions in the security that is the subject of this litigation during the class period set forth in the complaint are as follows:

**Purchases:**

| Date | Shares Bought | Price Per Share |
|---|---|---|
|  |  |  |
|  |  |  |

See Attached

**Sales (if any):**

| Date | Shares Sold | Price Per Share |
|---|---|---|
|  |  |  |

6. I have not served as or sought to serve as a representative party on behalf of a class under this title during the last three years.

7. I will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the court including the award to a representative of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 12 day of November, 2014

Signed: William McWade

| SCHEDULE A | | | |
|---|---|---|---|
| William McWade's Transactions in Shire Stock | | | |
| DATE | PURCHASES | SALES | PRICE |
| 7-10-2014 | 100 | | $232.75 |
| 7-10-2014 | 200 | | $234.1981 |
| 7-10-2014 | 200 | | $238.0193 |
| 7-14-2014 | 100 | | $252.82 |
| 7-14-2014 | 20 | | $254.4199 |
| 7-16-2014 | | 620 | $244.75 |
| 7-16-2014 | 400 | | $244.4475 |
| 7-16-2014 | 300 | | $245.29 |
| 7-17-2014 | | 700 | $245.2107 |
| 7-18-2014 | 600 | | $253.45 |
| 8-18-2014 | 345 | | $243.7735 |
| 8-18-2014 | 235 | | $243.7685 |
| 8-22-2014 | | 350 | $243.9215 |
| 9-25-2014 | 70 | | $259.089 |
| 10-03-2014 | | 300 | $262.81 |
| 10-03-2014 | | 200 | $262.81 |
| 10-03-2014 | | 200 | $262.786 |
| 10-27-2014 | 100 | | $195.985 |
| 10-28-2014 | 100 | | $197.548 |
| 10-31-2014 | 300 | | $201.16 |

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Harjot Dev, certify that:

1. I have the authority to make material decisions including the authority to make the decision to initiate this litigation.

2. I have reviewed the complaint against AbbVie Inc. and authorize the firm set forth on the complaint to move on my behalf for appointment as lead plaintiff.

3. The security that is the subject of this action (American Depository Receipts of Shire plc (NASDAQ: SHPG) was not purchased at the direction of plaintiff's counsel, or in order to participate in any private action arising under this title.

4. I am willing to serve as a representative party on behalf of a class and I will testify at deposition and trial, if necessary.

5. My transactions in the security that is the subject of this litigation during the class period set forth in the complaint are as follows:

**Purchases:**

| Date | Shares Bought | Price Per Share |
|---|---|---|
| 9/25/2014 | 25 | $ 254.90 |
| | | |

**Sales (if any):**

| Date | Shares Sold | Price Per Share |
|---|---|---|
| 11/11/2014 | 25 | $ 202.10 |

6. I have not served as or sought to serve as a representative party on behalf of a class under this title during the last three years.

7. I will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the court including the award to a representative of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 24 day of November, 2014

Signed: _____

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Vikas Ashwin Shah, certify that:

1. I have the authority to make material decisions including the authority to make the decision to initiate this litigation.

2. I have reviewed the complaint against AbbVie Inc. and authorize the firm set forth on the complaint to move on my behalf for appointment as lead plaintiff.

3. The security that is the subject of this action (American Depository Receipts of Shire plc (NASDAQ: SHPG) was not purchased at the direction of plaintiff's counsel, or in order to participate in any private action arising under this title.

4. I am willing to serve as a representative party on behalf of a class and I will testify at deposition and trial, if necessary.

5. My transactions in the security that is the subject of this litigation during the class period set forth in the complaint are as follows:

**Purchases:**

| Date | Shares Bought | Price Per Share |
|---|---|---|
| 09/24/14 | 100 | 235 |
| 10/06/14 | 100 | 240 |
| 09/11/14 | 300 | 230 |
| 09/24/14 | 400 | 235 |
| 10/06/14 | 100 | 240 |

**Sales (if any):**

| Date | Shares Sold | Price Per Share |
|---|---|---|
|  |  |  |

6. I have not served as or sought to serve as a representative party on behalf of a class under this title during the last three years.

7. I will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the court including the award to a representative of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 15 day of November, 2014

Signed: *[signature]*