# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Murray Rubenstein, Jeffrey F. St. Clair, William McWade, Harjot Dev, and Vikas Shah, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Richard Gonzalez and AbbVie, Inc.,<br><br>Defendants. | No. 1:14-cv-09465<br><br>Hon. Robert M. Dow<br><br>Magistrate Judge Young B. Kim |

## ORDER GRANTING THE MOTION OF THE INDIVIDUAL INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF PURSUANT TO SECTION 21D(A)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934 AND APPROVAL OF SELECTION OF LEAD COUNSEL

Upon due consideration of the Motion of Movants Murray Rubenstein, Vikas Shah, Dawn Bradley, Jeffrey F. St. Clair, and Harjot Dev (the "Individual Investor Group") for Appointment as Lead Plaintiff Pursuant to Section 21d(A)(3)(B) of The Securities Exchange Act of 1934 and Approval of Lead Plaintiff's Selection of Lead Counsel (Dkt. No. 5) (the "Motion"), due notice having been given, a hearing having been held and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is Granted;

2. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B) ("PSLRA"), the Court appoints Individual Investor Group as lead plaintiff; and

3. Pursuant to the PSLRA, the Court approves lead plaintiff's selection of Gardy & Notis, LLP and Wolf Haldenstein Adler Freeman & Herz LLP as Co-Lead Counsel.

It is so ordered.

Dated: 2/4/2015

_____
United States District Judge