

# United States District Court
# Northern District of Illinois

In the Matter of

Rubinstein et al

<span style="color:red">Magistrate Judge Maria Valdez</span>

v.

Case No. 14-CV-9465

Gonzalez et al

Assigned Judge
District Judge Robert M. Dow Jr.

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR REFERRAL TO ANOTHER MAGISTRATE JUDGE

    I recommend to the Executive Committee that the reference above captioned case be reassigned to another magistrate judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

**Magistrate Judge Young B. Kim**

Date: Monday, October 23, 2017

## ORDER OF THE EXECUTIVE COMMITTEE

    IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

## ENTER

## FOR THE EXECUTIVE COMMITTEE

**Chief Judge Ruben Castillo**

Dated: Monday, October 23, 2017

Magistrate Recusal - Referral Magistrate to Magistrate

## Reason(s) For Recommendation:

- In accordance with Internal Operating Procedure 14 I recuse myself from this case assigned to my calendar pursuant to Local Rule 72.1 or Local Criminal Rule 50.3(D) for the reasons specifically set forth below:

conflict of interest.