**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MURRAY RUBINSTEIN, JEFFREY F. ST. CLAIR, WILLIAM MCWADE, HARJOT DEV and VIKAS SHAH, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 14-cv-9465 Judge Robert M. Dow, Jr. |
| v. | ) ) | |
| RICHARD GONZALEZ and ABBVIE INC., | ) ) ) | |
| Defendants. | ) | |

**EXPERT REPORT OF CHAD COFFMAN, CFA**

**December 21, 2017**

# Table of Contents

**Page**

I.      INTRODUCTION ................................................................................................ 3

II.     QUALIFICATIONS ............................................................................................ 3

III.    SUMMARY OF OPINIONS .............................................................................. 4

IV.     OVERVIEW OF SHIRE, ABBVIE, AND ALLEGATIONS ............................ 5

V.      DISCUSSION OF RELIANCE ELEMENT ...................................................... 8

VI.     CAMMER FACTORS ...................................................................................... 10

VII.    APPLICATION OF EFFICIENCY FACTORS TO SHIRE'S ADSs .............. 12

        A.      OVERVIEW ......................................................................................... 12

        B.      CAMMER FACTOR 1: AVERAGE WEEKLY TRADING VOLUME .................. 13

        C.      CAMMER FACTOR 2: ANALYST COVERAGE ................................. 15

        D.      CAMMER FACTOR 3: MARKET MAKERS ....................................... 17

        E.      CAMMER FACTOR 4: SEC FORM S-3 ELIGIBILITY ..................... 19

        F.      CAMMER FACTOR 5: PRICE REACTION TO NEW INFORMATION .............. 20

        G.      ADDITIONAL FACTOR 1: MARKET CAPITALIZATION ................... 31

        H.      ADDITIONAL FACTOR 2: THE BID-ASK SPREAD ........................ 33

        I.      ADDITIONAL FACTOR 3: INSTITUTIONAL OWNERSHIP .............. 34

        J.      ADDITIONAL FACTOR 4: AUTOCORRELATION ............................ 34

        K.      ADDITIONAL FACTOR 5: OPTIONS .................................................. 36

        L.      LACK OF ARBITRAGE OPPORTUNITY ............................................ 36

VIII.   EFFICIENCY FOR CALL AND PUT OPTIONS ON SHIRE'S ADSs ........... 37

IX.     DAMAGES ........................................................................................................ 47

X.      CONCLUSION .................................................................................................. 48

## I.   INTRODUCTION

1.      My name is Chad Coffman. I am the President of Global Economics Group, a Chicago-based firm that specializes in the application of economics, finance, statistics, and valuation principles to questions that arise in a variety of contexts, including, as here, in the context of litigation. I have been asked by counsel for the Lead Plaintiffs in this matter to examine and opine on whether the markets for Shire PLC ("Shire" or the "Company") American Depository Shares ("ADSs") and put and call options ("Shire Options") were efficient during the period September 29, 2014 – October 14, 2014 ("Class Period").[1] In addition, I have been asked to opine on whether damages in this matter are subject to a common methodology under Section 10(b) of the Exchange Act of 1934 and SEC Rule 10b-5 adopted thereunder (collectively "Section 10(b)").

2.      The materials I have considered in forming my opinions are summarized in **Appendix A**. Global Economics Group is being compensated at an hourly rate of $700 per hour for my work on this matter, and my compensation is in no way contingent on the outcome of this case or the opinions offered. My qualifications are described below.

## II.   QUALIFICATIONS

3.      I hold a Bachelor's Degree in Economics with Honors from Knox College and a Master's of Public Policy from the University of Chicago. I am also a CFA charter-holder. The CFA, or Chartered Financial Analyst, designation is awarded to those who have sufficient practical experience and complete a rigorous series of three examinations over three years that cover a wide variety of financial topics including financial statement analysis and valuation.

---

[1] This Class Period is defined in accordance with the Court's *Memorandum Opinion and Order* dated March 10, 2017.

4.     I, along with several others, founded Global Economics Group in March 2008.[2] Prior to starting Global Economics Group, I was employed by Chicago Partners LLC for over twelve years where I was responsible for conducting and managing analysis in a wide variety of areas including securities valuation and damages, labor discrimination, and antitrust. I have been engaged numerous times as a valuation expert both within and outside the litigation context. My experience in class action securities cases includes work for plaintiffs, defendants, Directors and Officers liability insurers, and a prominent mediator (Retired Judge Daniel Weinstein) to provide economic analysis and opinions in dozens of securities class actions as well as other matters. As a result of my involvement in these cases, much of my career has been spent analyzing and making inferences about how quickly and reliably, and to what degree, new information impacts securities prices.

5.     My qualifications are further detailed in my curriculum vitae, which is attached as **Appendix B**.

## III.   SUMMARY OF OPINIONS

6.     After analyzing Shire's ADSs and Options and giving careful consideration to the efficiency factors described in detail throughout this report, I have formed the opinion that the markets for Shire ADSs and Options were efficient during the Class Period.[3]

7.     I have also formed the opinion that damages in this matter can be calculated on a class-wide basis.

---

[2] Global Economics Group was formerly known as Winnemac Consulting, LLC.

[3] As described in more detail herein, for certain analyses I considered data from broader beyond just the Class Period because the Class Period of 15 trading days does not provide enough data with which to perform certain tests I typically employ to evaluate market efficiency (*i.e.* cause and effect and autocorrelation). By analyzing and applying the methodologies described herein over a broader "Analysis Period," I am able to opine that the evidence supports market efficiency during the Class Period. The Analysis Period of October 24, 2013 through July 23, 2015 was selected to cover four quarters before and after the Class Period (*i.e.*, starting with Q3 2013 results on October 24, 2013, and ending with Q2 2015 results on July 23, 2015).

8. The remainder of this report is organized as follows: **Section IV** of this report provides an overview of Shire's business operations and the allegations in this case. **Section V** discusses the reliance requirement and the "fraud on the market" theory. **Section VI** introduces the *Cammer* factors and other factors for evaluating market efficiency under the "fraud on the market" theory. **Section VII** provides the results of my empirical evaluation of each *Cammer* factor and other factors for Shire's ADSs to evaluate market efficiency during the Class Period and further discusses the trading of Shire's ADSs relative to its common stock. **Section VIII** analyzes market efficiency for Shire's Options. **Section IX** addresses how damages in this matter are subject to a common approach and methodology that can be applied class-wide. Finally, **Section X** offers my conclusions.

9. I reserve the right to amend this report to reflect new information that becomes available to me through the discovery process and/or from future rulings from the Court.

## IV. OVERVIEW OF SHIRE, ABBVIE, AND ALLEGATIONS

10. Shire PLC is an Irish firm with its principal offices in Dublin, Ireland. The Company describes itself as "a leading specialty biopharmaceutical company that focuses on developing and marketing innovative specialty medicines that address significant unmet patient needs." Shire states that its strategy is "to transform the lives of people around the world whose health is impacted by rare and other specialized conditions, through providing innovative treatments."[4]

11. As of year-end 2013, Shire's products included numerous drugs that were in the marketplace and several more in product development.[5] Overall for FY 2013, Shire had global

---

[4] Shire PLC 2013 10-K, p. 7.

[5] Shire PLC 2013 10-K, pp. 8-19.

revenues of over $4.9 billion with an operating income of $1.7 billion and a net income of $665 million.[6] Also, Shire employed over 5,300 employees as of the end of 2013.[7] Shire's shares traded in the U.S. as American Depository Shares (ADSs)[8] on the Nasdaq Global Select Market ("Nasdaq") under the ticker SHPG, while Shire's ordinary shares traded on the London Stock Exchange.[9] As of February 14, 2014, "the proportion of ordinary shares represented by ADRs was 16.26% of the outstanding ordinary shares."[10]

12.    Defendant AbbVie, Inc. ("Abbvie") is an American-based firm with its headquarters in North Chicago, IL. In its 10-K for the period ended December 2013 AbbVie described itself as follows:

> AbbVie is a global, research- based biopharmaceutical company. AbbVie develops and markets advanced therapies that address some of the world's most complex and serious diseases. AbbVie's products are focused on treating conditions such as chronic autoimmune diseases, including rheumatoid arthritis, psoriasis, and Crohn's disease; low testosterone; HIV; endometriosis; thyroid disease; Parkinson's disease; and complications associated with chronic kidney disease and cystic fibrosis, among other health conditions. AbbVie's pipeline of promising new medicines includes more than 20 compounds or indications in Phase II or Phase III development across such important medical specialties as immunology, virology, oncology, renal disease, neurological diseases and women's health.[11]

13.    For the fiscal year-end 2013, AbbVie had global net sales of over $18.7 billion, operating earnings of $5.6 billion, and net earnings of $4.1 billion.[12] Also, as of January 2014,

---

[6] Shire PLC 2013 10-K, p. 44.

[7] Shire PLC 2013 10-K, p. 29.

[8] "American Depositary Shares ("ADSs") each represent three ordinary shares of Shire. An ADS is evidenced by an American Depositary Receipt ("ADR") issued by Citibank, N.A. as depositary, and is listed on the NASDAQ Global Select Market." *See*, Shire PLC 2013 10-K, p. 40.

[9] Shire PLC 2013 10-K, p. 40.

[10] Shire PLC 2013 10-K, p. 40.

[11] AbbVie, Inc. 2013 10-K, p. 1.

[12] AbbVie, Inc. 2013 10-K, p. 57.

AbbVie had over 25,000 employees.[13] AbbVie's common stock traded on the NYSE over the Class Period, and, as of January 2014, there were over 1.5 billion common shares outstanding.[14]

14.    Lead Plaintiffs' Complaint alleges that purchasers of Shire's ADSs were harmed by Defendants' alleged misstatements and omissions of material fact relating to a failed merger attempt by AbbVie. Specifically, under the terms of the merger agreement, AbbVie was expected to be the surviving entity and would reincorporate in Ireland. Plaintiffs allege that AbbVie sought this merger to conduct an "inversion" transaction whereby reincorporation in Ireland would allow AbbVie to avoid its U.S. tax obligations but misled investors and the public markets to believe that the merger was being pursued for purported strategic reasons and the tax inversion was, at most, merely an incidental benefit of the merger. Plaintiffs further allege that while AbbVie purported to want the merger for strategic reasons, Defendants' primary and true motivation was the tax inversion.[15] Tellingly, due to immense pressure by President Obama, U.S. Senators, and the public, the U.S. Treasury changed the treatment for tax inversions in September 2014, and shortly thereafter, AbbVie withdrew its offer to acquire Shire. Upon withdrawing, AbbVie admitted that the changes to the tax regulations eliminated the "fundamental financial benefits of the transaction."[16] Following AbbVie's withdrawal, the market price for Shire's ADSs plummeted, causing harm to Shire investors who were mistakenly led to believe that AbbVie sought the merger for reasons other than the tax inversion.[17]

---

[13] AbbVie, Inc. 2013 10-K, p. 12.

[14] AbbVie, Inc. 2013 10-K, cover sheet.

[15] Amended Class Action Complaint for Violations of the Federal Securities Laws, *In Re Murray Rubinstein, et al V. Richard Gonzalez and AbbVie*, dated May 2, 2016 ("Complaint"), ¶¶ 1-7.

[16] Complaint ¶ 62.

[17] Complaint ¶¶ 8-9.

## V.   DISCUSSION OF RELIANCE ELEMENT

15.    Class members' reliance on the alleged misstatements and material omissions is a required element for Lead Plaintiffs' Section 10(b) claims. Lead Plaintiffs assert the "fraud on the market" theory of reliance in this matter. The "fraud on the market" theory is based on the fact that in an efficient market (one in which widely-available public information is quickly incorporated into the market price), all purchasers implicitly rely on any material misrepresentations or omissions since the value of those misrepresentations or omissions is incorporated into each class member's purchase price. The "fraud on the market" theory was first addressed by the U.S. Supreme Court in *Basic Inc. v. Levinson*:

> [I]n an open and developed securities market, the price of a company's stock is determined by the available material information regarding the company and its business…. Misleading statements will therefore defraud purchasers of stock even if the purchasers do not directly rely on the misstatements…. The causal connection between the defendants' fraud and the plaintiffs' purchase of stock in such a case is no less significant than in a case of direct reliance on misrepresentations.[18]

16.    The Supreme Court recently reaffirmed this theory in *Halliburton II*:

> More than 25 years ago, we held that plaintiffs could satisfy the reliance element of the Rule 10b–5 cause of action by invoking a presumption that a public, material misrepresentation will distort the price of stock traded in an efficient market, and that anyone who purchases the stock at the market price may be considered to have done so in reliance on the misrepresentation. We adhere to that decision and decline to modify the prerequisites for invoking the presumption of reliance.[19]

17.    As indicated in *Basic* and reaffirmed in *Halliburton II*, in an open, developed and efficient market, market prices reflect what is known about a company. If a company provides the market with misleading information regarding its financial strength or business practices, the

---

[18] *Basic Inc. v. Levinson*, 485 U.S. 224, 241-42 (1988).

[19] *Halliburton Co. v. Erica P. John Fund, Inc.*, 134 S. Ct. 2398, 2417 (2014) ("*Halliburton II*").

market price will be inflated (or deflated) compared to what the price would have been if the truth were known (but-for misleading information). Thus, in an efficient market, where the plaintiff asserts there were material misrepresentations or omissions, all purchasers implicitly relied on those misrepresentations and lack of disclosure by paying the inflated (deflated) price.

18. Determining whether the market for a security was "open and developed" or "efficient" to the degree required for a presumption of reliance under the "fraud on the market" theory is an empirical exercise.[20] The esteemed economist Dr. Eugene Fama, in his seminal research, first outlined definitions of an "efficient market."[21] He described different levels of efficiency which he called "weak-form," "semi-strong-form," and "strong-form" efficiency.[22]

19. The market efficiency standard adopted by *Basic* and reaffirmed by *Halliburton II* as necessary for the presumption of reliance conforms most closely with Dr. Fama's "semi-strong form" efficiency. "Semi-strong form" efficiency implies that all publicly available information is reflected in a security's current market price. This implies that security prices adjust to new publicly available information rapidly and in an unbiased fashion so that it is impossible to earn excess returns by trading on that information. *Basic* stated: "In an open and

---

[20] To recognize the presumption of reliance, the Court explained, was not "conclusively to adopt any particular theory of how quickly and completely publicly available information is reflected in market price." *Basic*, 485 U.S. at 248 n.28. The Court instead based the presumption on the fairly modest premise that "market professionals generally consider most publicly announced material statements about companies, thereby affecting stock market prices." *Id* at 247 n.24. *Basic's* presumption of reliance thus does not rest on a "binary" view of market efficiency, rather, market efficiency is a matter of degree.

[21] Fama, Eugene. "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance* 25 (1970), 383.

[22] "Weak-form" efficiency requires that historical prices are not predictive of future prices. Under this form of efficiency, excess returns cannot be earned using strategies based on historical prices. Therefore, technical analysis will not produce consistent excess returns over time. "Semi-strong form" efficiency implies that all public information is reflected in a stock's current market price. Security prices adjust to new publicly available information rapidly and in an unbiased fashion so that it is impossible to earn excess returns by trading on that information. Under this form of efficiency, neither fundamental nor technical analysis can produce consistent excess returns. "Strong-form" efficiency implies all information in the market, whether public or private, is accounted for in the market price. In this market, investors cannot consistently earn excess returns over a long period of time even if they have inside information.

developed securities market, the price of a company's stock is determined by the available material information regarding the company and its business."[23] The Supreme Court's effective adoption of the "semi-strong form" efficiency standard is economically sensible because it recognizes that insiders often possess non-public information and that securities prices do not necessarily reflect this non-public information, but that to presume reliance, the market price must reflect publicly available information.

20.    In the next section, I explain the factors that are regularly considered by courts in determining whether the market for a particular security is efficient.

## VI.    *CAMMER* FACTORS

21.    In *Cammer v. Bloom*, the Court identified the following factors as relevant to the determination of whether an efficient market exists for a given security: 1) average weekly trading volume, 2) analyst coverage, 3) market makers, 4) SEC Form S-3 eligibility, and 5) price reaction to unexpected information.[24]

22.    The *Cammer* decision relied on Bromberg & Lowenfels' definition of efficiency.[25] As articulated below, the adopted definition of efficiency is consistent with Fama's definition of "semi-strong" efficiency.[26] For the purposes of this exercise, I adopt Bromberg & Lowenfels' definitions for the terms "open," "developed," and "efficient" as described below:

> An *open market* is one in which anyone, or at least a large number of persons, can buy or sell.

---

[23] *Basic,* 485 U.S. at 241.

[24] *Cammer v. Bloom*, 711 F. Supp. 1264 (D.N.J. 1989).

[25] *Cammer,* 711 F. Supp. at 1276, n.17.

[26] Fama, Eugene. "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance* 25 (1970), 383.

> A *developed market* is one which has a relatively high level of activity and frequency, and for which trading information (e.g., price and volume) is widely available. It is principally a secondary market in outstanding securities. It usually, but not necessarily, has continuity and liquidity (the ability to absorb a reasonable amount of trading with relatively small price changes).
>
> An *efficient market* is one which rapidly reflects new information in price.
>
> These terms are cumulative in the sense that a developed market will almost always be an open one. And an efficient market will almost invariably be a developed one.[27]

23.     While there is a well-accepted economic theory of market efficiency, there are no broadly accepted bright-line empirical tests that allow one to classify a particular market as "efficient" or "inefficient." In my view, the *Cammer* decision identified important metrics to consider when evaluating efficiency for purposes of the "fraud on the market" theory. I also consider several other factors that courts have utilized beyond the *Cammer* factors. However, since there are no bright-line tests for efficiency, it is important to consider the identified efficiency factors as a whole because none of the individual tests or metrics are determinative as to whether a particular market is efficient.

24.     In the subsequent sections, I evaluate each of the *Cammer* factors, as well as the following additional factors that courts have also considered in assessing market efficiency: 1) market capitalization, 2) bid-ask spread, 3) the fraction of shares held by institutional investors, 4) autocorrelation (meaning whether there is a pattern in a security's returns so that past returns can be used to predict future returns) and 5) options.

---

[27] *Cammer,* 711 F. Supp. at 1276 n.17 (citing Bromberg & Lowenfels, Securities Fraud and Commodities Fraud § 8.6 (Aug. 1988)) (emphasis added).

## VII. APPLICATION OF EFFICIENCY FACTORS TO SHIRE'S ADSs

### A. OVERVIEW

25.     After giving careful consideration to each of the efficiency factors described in detail below, I find that each factor supports my opinion that the market for Shire's ADSs was efficient throughout the Class Period. In addition to the discussion below, **Exhibit 1** summarizes how, for each of the factors examined, the empirical evidence supports a finding that Shire's ADSs traded in an efficient market. As further background to my analyses, **Exhibit 2** displays Shire's ADSs closing price and trading volume for each day throughout the Class Period.

26.     In summary, and as discussed more fully below, Shire's ADSs traded in an efficient market. First, the average weekly trading volume of Shire's ADSs during the Class Period far exceeded benchmarks that courts have established. During the Class Period, the average weekly trading volume of Shire's ADSs was 5.3 million shares, which represents 14.1% of shares outstanding, higher than the same measure for the average common stock traded on the NASDAQ.[28] Second, there were a large number of securities analysts following and reporting on Shire. Third, Shire's ADSs were actively traded on the NASDAQ, fulfilling the *Cammer* factor regarding market makers. Fourth, Shire filed an S-3 before and after the Class Period, and was apparently eligible to file one throughout the Class Period as well. Fifth, Shire's ADSs had a large market capitalization relative to all other firms that traded on the NASDAQ. Sixth, Shire's ADSs had a low bid-ask spread relative to other exchange-traded common stocks. Seventh, institutions, which are considered generally to be well-informed investors, held the vast majority of the public float during the Class Period. Eighth, there was no evidence of consistent autocorrelation during the Analysis Period and, thus, the Class Period. Ninth, there was

---

[28] During the Analysis Period, the average weekly trading volume for Shire's ADSs was more than 4.8 million shares, which represents 12% of shares outstanding.

considerable trading in Shire's ADSs options throughout the Class Period. Finally, there was a strong cause-and-effect relationship between new Company-specific information and the market price of Shire's ADSs during the Analysis Period and, thus, the Class Period. These factors all support the conclusion that Shire's ADSs traded in an open, developed, and efficient market throughout the Class Period.

## B. *CAMMER* FACTOR 1: AVERAGE WEEKLY TRADING VOLUME

27.    The first *Cammer* factor is the average weekly trading volume of a security. According to one authority cited by the *Cammer* court,

> Turnover measured by average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; 1% would justify a substantial presumption.[29]

28.    Volume as a fraction of shares outstanding is an important indicator of market efficiency. First, volume is objectively quantifiable and comparable across securities. Second, high volume is generally indicative of continuity, liquidity, and market depth – which are highly indicative of market efficiency.[30] Third, substantial volume would indicate there is likely a market for the collection and distribution of information about the security. As Thomas and Cotter explain, "[t]rading volume was also considered as an eligibility standard because it affects

---

[29] *Cammer*, 711 F. Supp. at 1293 (citing Bromberg & Lowenfels).

[30] Continuity means that trades may occur at any time. Liquidity in this context means that investors can convert cash into shares or shares into cash at a price similar to that of the prior trade (assuming no new information). Sharpe, William F., Gordon J. Alexander, and Jeffery V. Bailey, *Investments*, Fifth Edition, Prentice Hall, 1995, pp. 44-45. Bromberg and Lowenfels define a market that has continuity and liquidity as "the ability to absorb a reasonable amount of trading with relatively small price changes." Bromberg & Lowenfels, Securities Fraud and Commodities Fraud, § 8.6 (Aug. 1988) as cited by *Cammer*, 711 F. Supp. at 1276 n.17. Market depth refers to the number of shares that can be traded at quoted prices. A deep market will have significant orders on the buy and sell side so that the market can experience a relatively large market order without greatly altering the market price. *See* Amihud, Yakov, Haim Mendelson, and Lasse Heje Pedersen, "Liquidity and Asset Prices," *Foundations and Trends in Finance* 1 (2005), pp. 269-364.

information dissemination to the market, and was an important criterion for investment analysts in deciding which stocks to follow."[31]

29.    **Exhibit 3** plots Shire's ADSs trading volume as a fraction of shares outstanding for each week during the Class Period and demonstrates that Shire's ADSs easily surpass the threshold level of average weekly trading volume necessary for an efficient market.[32] The average weekly trading volume of 5,260,058 shares[33] for Shire's ADSs during the Class Period was 14.1% of shares outstanding,[34] compared to just 4.62% for the NASDAQ.[35] Thus, the volume of trading for Shire's ADSs supports the conclusion that the market for this security was efficient throughout the Class Period.

30.    Another way to measure trading volume is annualized turnover velocity, which is essentially the first *Cammer* Factor expressed in dollar terms.[36] To be more specific, instead of looking at shares traded divided by shares outstanding, turnover velocity is the dollar value of shares traded (*i.e.*, shares traded multiplied by price per share) divided by the dollar value of all shares outstanding (*i.e.*, shares outstanding multiplied by price per share). This is the same ratio because the numerator and denominator are multiplied by price per share. The advantage of this

---

[31] Thomas, Randall S. and , James F. Cotter, "Measuring Securities Market Efficiency in the Regulatory Setting," *Law and Contemporary Problems* 63 (2000), pp. 105-122 at 108. Randall S. Thomas is a Director of the Law and Business Program at Vanderbilt University. Dr. James Cotter is an Associate Professor of Finance at Wake Forest University.

[32] For the purposes of this analysis, a "trading week" consists of 5 consecutive trading days (this may not follow the calendar week).

[33] 99.9% of Shire's ADSs trading took place in NASDAQ during the Analysis Period. *Source – Capital IQ.*

[34] For purposes of these calculations to determine the number of ADSs outstanding, I use the average shares outstanding for Shire's ADSs as of February 14, 2014 and February 13, 2015, as noted in Shire PLC's 2014 and 2015 10-K, or 40.16 million ADSs.

[35] During the Analysis Period, the average weekly trading volume was 4,829,241 shares which was 12.0% of shares outstanding, compared to 3.43% for the NASDAQ.

[36] Turnover velocity is simply the average trading volume as a percentage of shares outstanding (the first *Cammer* factor) expressed in dollar terms:

**Turnover Velocity Ratio** = (Volume x Price)/(Shares Outstanding x Price) = Dollars Traded/Dollars Outstanding.

measure is that once quoted in annualized terms, Shire's ADSs turnover velocity can be compared directly with other publicly traded stocks based on exchange-reported statistics. For example, during the Class Period, the annualized turnover velocity ratio for Shire's ADSs was 738%, compared with the NASDAQ average of 241%.[37,38] Thus, Shire's ADSs had an average annualized turnover that was substantially higher than the average stock trading on the NASDAQ, further supporting that it traded in an efficient market.

31.    In short, the relatively high trading volume in Shire's ADSs throughout the Class Period supports the conclusion that the market for Shire's ADSs was efficient.

## C. *CAMMER* FACTOR 2: ANALYST COVERAGE

32.    The *Cammer* decision stated the following related to analyst coverage:

> [I]t would be persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the class period. The existence of such analysts would imply, for example, the [auditor] reports were closely reviewed by investment professionals, who would in turn make buy/sell recommendations to client investors.[39]

33.    Analyst coverage can be important confirmatory evidence of efficiency. Significant analyst coverage implies that there is sufficient interest in a company and its securities, that there is an active market for information regarding the company and its securities, and that the information is widely distributed.

34.    During the Class Period, given how short it was, there was still a significant amount of analyst coverage for Shire. **Exhibit 4** shows that there were at least 11 reports issued during the Class Period and lists 11 separate firms that had equity analysts issue reports on Shire,

---

[37] Turnover velocity for the NASDAQ is calculated from data provided by the World Federation of Exchanges. *See,* https://www.world-exchanges.org/home/index.php/statistics.

[38] The annualized turnover during the Analysis Period was 627% compared to the NASDAQ average of 179% during the same period.

[39] *Cammer*, 711 F. Supp. at 1286.

including major firms such as UBS Research, RBC Capital Markets, Cowen and Company, and Piper Jaffray.[40,41] Reports issued during the Class Period served the purpose of disseminating publicly available information along with commentary, news, updates, analyses, and recommendations of the analysts to investors. The extensive coverage of Shire by securities analysts supports the conclusion that Shire's ADSs traded in an efficient market throughout the Class Period.

35.     Since 1989, when the *Cammer* decision was rendered, there has been a massive increase in alternative methods by which publicly available information about publicly-traded securities is disseminated to investors. For example, since the *Cammer* decision, through the Internet, 24-hour cable news networks, email, RSS feeds,[42] and other media, the ability of individual and institutional investors to obtain information about publicly-traded securities, and the market in general has revolutionized the manner in which investors and investment professionals receive and process information.

36.     Moreover, information regarding the market price, the current bid-ask spread, and the ability to trade online is available almost instantaneously via the Internet for anyone with an online brokerage account. Thus, in addition to the substantial analyst coverage of Shire, there were many other sources of public information dissemination. For example, there was substantial public press regarding Shire. A search for articles classified as related to Shire by Factiva over

---

[40] I obtained Shire analyst reports from Investext. The number of analyst reports I identified is likely understated since many are not available through third party data providers such as Investext.

[41] During the Analysis Period, at least 581 reports were issued by 24 separate firms.

[42] RSS is an acronym for Really Simple Syndication or Rich Site Summary. RSS files are formed as XML files and are designed to provide content summaries of news, blogs, forums or website content. The RSS feeds are generally simple headlines and brief descriptions; if the user is interested, the user can click to see additional information. Content viewed in the RSS reader or news aggregator is known as an RSS feed. RSS is becoming increasing popular since it is a free and easy way to promote a site and its content without the need to advertise or create complicated content sharing partnerships (http://www.rss-specifications.com/ and http://www.rss-specifications.com/what-is-rss.htm).

the Class Period resulted in 179 unique articles and 6,464 during the broader Analysis Period.[43] In addition, Shire regularly filed SEC filings before, during, and after the Class Period such as form 10-Qs, 10-Ks, 8-Ks as well as other filings. In addition, there were numerous SEC filings available online at the SEC EDGAR search database at no cost, as well as various other sources of public information available throughout the Class Period, as well as the broader Analysis Period, that I do not attempt to quantify. The degree of news coverage and publicly available information further supports the conclusion that there was substantial supply of, and demand for, information regarding Shire in the public arena throughout the Class Period.

37.    In summary, the number of analyst reports and the substantial public dissemination of news and other information regarding Shire provides evidence of a robust and active market for public information about Shire and evidence that its common stock traded in an efficient market during the Class Period.

### D. *CAMMER* FACTOR 3: MARKET MAKERS

38.    A market maker is a firm that is ready to buy or sell a particular stock on a regular and continuous basis.[44] The third *Cammer* factor states:

> For over the counter markets without volume reporting, the number of market makers is probably the best single criterion. Ten market makers for a security would justify a substantial presumption that the market for the

---

[43] Based on a search for "All Sources" with the company field "Shire PLC" or keyword fields "Shire PLC" for the period "October 24, 2013 – July 23, 2015." The Factiva search yielded 6,464 unique articles. Duplicate articles have been removed by a proprietary function accessible in Factiva's search builder. I also removed a large number of articles on "Form 8.3" and "Form 8.5", as they were disclosure forms required of any investor in a UK-listed company that is in a bid process, and they did not provide information or discussion on the Company or its operations to the public. I did not identify any other articles that cite Form 8.3 or Form 8.5, which forms my belief that these filings were not considered material by the market. In addition, articles related to similarly named companies and organizations, geographic locations containing name "Shire" and individuals identified with the name "Shire" were removed from the search to eliminate unrelated articles. I acknowledge that this news search may not reflect all news as the Factiva database is limited to certain sources and content types.

[44] *See* http://www.sec.gov/answers/mktmaker.htm.

security is an efficient one; five market makers would justify a more modest presumption.[45]

39.     The basic premise that the number of market makers can serve as an efficiency criteria relates to the notion that market makers are:

> [P]resumably knowledgeable about the issuing company and the stocks' supply and demand conditions (i.e., the "order flow"). Therefore, it is believed the larger the number of market makers in a given security, the more information is available about it and the quicker its dissemination in the price.[46]

40.     Shire's ADSs traded on the NASDAQ with continuous public price and volume reporting, as opposed to an over-the-counter market without volume reporting, which is the context in which *Cammer* indicated this was a relevant criterion.[47] On such over-the-counter markets, there may be reason for concern regarding liquidity and information dissemination. However, these concerns are generally not applicable to stocks trading on large, modern exchanges such as the NASDAQ, which are presumed to be efficient,[48] report volume and trade details, and tend to have rules that virtually guarantee a liquid market.[49]

41.     The NASDAQ is one of the largest and most liquid security exchanges in the world with billions of shares traded each day. Unlike an over-the-counter market that relies on decentralized market makers providing liquidity for trading, the NASDAQ relies on a

---

[45] *Cammer*, 711 F. Supp. at 1293.

[46] Barber, Brad M., Paul A. Griffin, and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *The Journal of Corporate Law* 19 (1994), pp. 285-291.

[47] *See Cammer,* 711 F. Supp. at 1292, citing Bromberg & Lowenfels, Securities Fraud and Commodities Fraud § 8.6 (Aug. 1988): ("We think that, at a minimum, there should be a presumption – probably conditional for class determination – that certain markets are developed and efficient for virtually all the securities traded there: the New York and American Stock Exchanges, the Chicago Board Options Exchange and the NASDAQ National Market System.").

[48] Bromberg & Lowenfels, Securities Fraud and Commodities Fraud, § 8.6 (Aug. 1988).

[49] https://listingcenter.nasdaq.com/assets/initialguide.pdf.

computerized system to match orders and provide quotes.[50] The minimum requirements to be listed on the NASDAQ and remain in good standing virtually guarantee a liquid market for that security. Therefore, the number of "market makers" itself is not a particularly relevant metric in this case.

42.     Nevertheless, according to Bloomberg, there were at least 43 market makers for Shire's ADSs throughout the Class Period.[51,52] Therefore, Shire's ADSs easily meets the letter and spirit of this factor, further supporting the efficiency of the market during the Class Period.

### E. *CAMMER* FACTOR 4: SEC FORM S-3 ELIGIBILITY

43.     The fourth *Cammer* factor is SEC Form S-3 Eligibility, which states,

> [I]t would be helpful to allege the Company was entitled to file an S-3 Registration Statement in connection with public offerings or, if ineligible, such ineligibility was only because of timing factors rather than because the minimum stock requirements set forth in the instructions to Form S-3 were not met. Again, it is the number of shares traded and value of shares outstanding that involve the facts which imply efficiency.[53]

44.     Through Form S-3 (or Form F-3 with respect to foreign issuers),[54] the SEC allows certain companies that have previously provided sufficiently high levels of public information to incorporate prior SEC filings by reference into current filings and not repeat the information, since it is already deemed to be widely publicly available.[55] In order to be eligible to issue a Form S-3 or Form F-3, among other things, a company 1) must be subject to the Securities Exchange Act of 1934 reporting requirements for more than one year, 2) must have filed all

---

[50] *See* http://www.nasdaq.com/includes/Anatomy_of_a_Trade_FactSheet.pdf; http://www.nasdaqomx.com/transactions/trading/equities; http://www.nasdaq.com/reference/market_mechanics.pdf.

[51] Bloomberg RANK function.

[52] There were at least 109 market makers for Shire's ADSs throughout the Analysis Period.

[53] *Cammer*, 711 F. Supp. at 1287.

[54] http://www.sec.gov/info/smallbus/secg/s3f3-secg.htm

[55] For additional information, see www.sec.gov/about/forms/formf-3.pdf.

documents in a timely manner for the past twelve months and 3) must show that it has not failed to pay dividends or sinking funds nor defaulted on debts or material leases. Eligibility to file a Form F-3 is confirmatory evidence of efficiency, not a requirement. Interpreted in this way, the standard makes sense as an indicator of efficiency.

45.     Shire was apparently S-3 eligible throughout the Class Period despite the fact that they did not file one during the Class Period. However, Shire had filed an S-3 before and after the Class Period (*i.e.*, Shire filed form S-3's in November 2001 and September 2016).[56] A Form S-3 allows a company to register unspecified amounts of different specified types of securities using a single form. Throughout the Class Period, I found no evidence that Shire failed to file relevant documents in a timely manner, pay dividends, or defaulted on its debts, and therefore remained eligible to file a Form S-3. Therefore, Shire meets this *Cammer* efficiency factor which supports the conclusion that the ADSs traded in an efficient market.

## F.  *CAMMER* FACTOR 5: PRICE REACTION TO NEW INFORMATION

46.     The fifth *Cammer* factor relates to how the price of a security reacts to new information and states:

> [O]ne of the most convincing ways to demonstrate [market] efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price.[57]

47.     Establishing a causal connection between new company-specific news events and movements in the market price is convincing evidence of market efficiency. A technique often relied upon, both inside and outside of the context of litigation, to establish such a causal connection is called the "event study." An event study is a well-accepted statistical method

---

[56] *See,* https://www.sec.gov/edgar/searchedgar/webusers.htm

[57] *Cammer,* 711 F. Supp. at 1291.

utilized to isolate the impact of information on market prices.[58] Indeed, academics used event studies as one tool for evaluating the efficient market hypothesis in the first place. Event studies have been used for over 40 years and have appeared in hundreds if not thousands of academic articles as scientific evidence in evaluating how new information affects securities prices.[59]

48.    An event study is a technique used to measure the effect of new information on the market prices of a company's publicly traded securities. New information may include, for example, company press releases, earnings reports, SEC filings, and news reports or analyst reports. An event study is conducted by specifying a model of expected price movements conditioned on outside market factors and then testing whether the deviation from expected price movements is sufficiently large that simple random movement can be rejected as the cause.

49.    To analyze cause and effect, I performed two separate event study analyses.  First, to specifically test for cause and effect on a day in the Class Period, I tested whether the market reacted significantly to the firm-specific event that Plaintiffs assert contained corrective information.  Second, I performed an analysis over a broader time period (the "Analysis Period" from October 24, 2013 to July 23, 2015) to determine whether Shire's ADSs reacted to earnings announcements in a manner significantly different from how the stock moved on days with the least amount of Shire-related news. Based on the event study analyses I performed, which explicitly control for market and industry factors, I find that there is a clear cause-and-effect relationship between new public information about Shire and the market price of Shire's ADSs. I now describe in further detail the event study methodology, the events I test, and the results.

---

[58] MacKinlay , A. Craig, "Event Studies in Economics and Finance, *Journal of Economics Literature* 35(1) (1997), pp. 13-39.

[59] Binder, John, "The Event Study Methodology Since 1969," *Review of Quantitative Finance and Accounting* 11 (1998), pp. 111-137.

50.     A well-accepted method for performing an event study is to estimate a regression model over some period of time (an "estimation window") to observe the typical relationship between the market price of the relevant security and broad market factors.[60] I have performed such an analysis in this matter where I evaluate the relationship between Shire's ADSs daily returns (percentage change in price) controlling for the S&P 500 Total Return (the "Market Index") and an Industry Index.[61] **Exhibit 5** lists the firms used in the Industry Index and **Appendix C** provides the underlying support for inclusion.[62]

51.     For each trading day analyzed, I constructed a regression model using data from the prior 120 trading days (roughly six months).[63] Using a "rolling" estimation window allows for the relationship between Shire's ADSs, market factors, as well as firm-specific volatility to update over time according to the data observed over the most recent 120 trading day period.

---

[60] A "regression" or "regression model" is a statistical technique for measuring the ability of one or more variables (the "independent variables") to "explain" another variable of interest (the "dependent" variable). In this case, the daily percentage change in Shire's ADSs (the Shire daily "return") is the dependent variable and the contemporaneous daily returns for a market and industry index are the independent variables. For a general discussion of regression analysis, *see* Chapters 1-3 in Damodar N. Gujarati, *Basic Econometrics*, Third Edition, McGraw Hill, 1995.

[61] The regression model controls for a broad market index (S&P 500 Total Return Index) and an equal-weighted Industry Index. The Industry Index consists of companies that have equity securities that trade in the U.S. and were mentioned by two or more analysts as valuation comparables to Shire PLC between October 24, 2013 (first of the four quarterly earnings dates prior to the Class Period, or beginning of the Analysis Period) and October 14, 2014 (end of the Class Period). The Industry Index includes fifteen companies such as AstraZeneca, GlaxoSmithKline, Novartis, Eli Lilly and Bristol-Myers Squibb (*See* Exhibit 5). The returns of the Industry Index are net of the S&P 500. Days on which there were Shire earnings announcements, pre-earnings announcements, guidance updates, or alleged corrective disclosures have been removed from the regression estimation. In addition, 6/20/2014 was also excluded because AbbVie confirmed media reports that it had approached Shire with an initial combination proposal. Similarly, 4/28/2014 and 6/16/2014 were excluded because on each day there were rumors about a potential takeover of Shire PLC.

[62] I also considered several other criteria for constructing the Industry Index and found that my conclusions are robust to changes in the construction of the Industry Index. For instance, I also considered inclusion of foreign listed peers and those that only trade on the Over the Counter ("OTC") market and found no material changes to the results.

[63] *See* MacKinlay, A. Craig, "Event Studies in Economics and Finance, *Journal of Economics Literature* 35(1) (1997), pp. 13-39 at 15: ("For example, in an event study using daily data and the market model, the market model parameters could be estimated over the 120 days prior to the event.").

Such use of a rolling model to account for changing volatility and evolving relationships among market indices is accepted in peer-reviewed literature.[64]

52.    The model indicates that there is a positive correlation between Shire's ADSs and the control variables. In other words, the movements of the Market Index and Industry Index help explain movements in Shire's stock price. For instance, choosing a day at random from the Analysis Period purely as an example, June 10, 2014, and looking at the regression results based on the 120 days prior to that day, the estimated coefficient for the S&P 500 is 1.01 which means that a 1% rise in the S&P 500 predicts a 1.01% increase in the return for Shire's ADSs. The estimated coefficient for the Industry Index is 0.71, meaning that the expected return for Shire's ADSs is about a 0.71% increase for every 1% increase in the Industry Index over and above the return of the S&P 500. **Exhibit 6** plots the estimated coefficients for the rolling regression models for each day during the Analysis Period. **Exhibit 6** demonstrates there was a consistently positive relationship between the general market, the Industry Index, and Shire's ADSs.

53.    Another important statistic from the regression is the Standard Deviation of the Errors, which measures the degree of imprecision in the predictions from the model. Put another way, this measure provides a metric for how much "randomness" remains in the price movement

---

[64] Braun, Phillip A., Daniel B. Nelson, and Alain M. Sunier, "Good News, Bad News Volatility, and Betas," *The Journal of Finance* 50(5) (1995), pp. 1575-1603 at 1597.  There are two specific periods during which I deviate from the rolling regression model described in the text.  First, one would expect the return generating process for Shire ADS's to potentially be different during the period in which there was an agreement by Abbvie to purchase Shire.  Therefore, for the period of 7/18/2014 to 10/15/2014 (the "Acquisition Agreement Period"), I employ a fixed regression using data exclusively from that window of time.  Likewise, for the 120 days immediately following the Acquisition Agreement Period, it would be inappropriate to use rolling data from the Acquisition Agreement Period to estimate what could be a different return generating process that would exist after the market was informed the deal would no longer be consummated.  Therefore, for the first 120 days after the Acquisition Agreement Period, I use a fixed regression based on data from those 120 days.  During these two specific periods, I continue to use the same Market Index and Industry Index. The Market Index and Industry Index are entirely appropriate controls to use for the Acquisition Agreement Period given AbbVie's line of business and the fact that AbbVie compares its performance to the NYSE Arca Pharmaceutical Index in its 10-Ks for 2013-2015.  The vast majority of the companies in the Industry Index are also members of the NYSE Arca Pharmaceutical Index. I obtained a list of the top 25 current constituents of the NYSE Arca Pharmaceutical Index from Yahoo Finance; *see* https://finance.yahoo.com/quote/%5EDRG/components?ltr=1.

of Shire's ADSs after controlling for the Market Index and Industry Index. For instance, on the example date, June 10, 2014, the model predicted that absent any new firm-specific information, the price of Shire's ADSs would increase by 0.36% because the S&P 500 was down 0.02% and the Industry Index was up 0.43%.[65] Because of the inherent randomness observed in stock price returns, I do not expect the model to predict returns exactly. In this example, I observe an actual return of 0.58%. Thus, the "abnormal return" for this day is 0.22% (the actual return of 0.58% minus the predicted return of 0.36%). I then rely on the Standard Deviation of the Errors from the regression model to tell if this abnormal return of 0.22% is sufficiently large that I reject random movement as the explanation.

54.    The test for whether randomness can be rejected is done by calculating what is known as a "t-statistic," which represents the number of standard deviations between the actual observation and the prediction. For the example date, an abnormal return of 0.22% represents 0.18 standard deviations, or a t-statistic of 0.18 (abnormal return of 0.22% divided by the Standard Deviation of the Errors of 0.012). Using the standard assumption that, in the absence of new firm-specific news, abnormal returns will be normally distributed around zero, probability theory implies that based on randomness alone, using a 95% confidence level and large sample size, the abnormal return should have a t-statistic greater than 1.96 (or less than -1.96) only 5% of the time.[66] Stating this point another way, there is 95% confidence that the actual return will fall within 1.96 standard deviations of the predicted return unless there is some non-random explanation. Since our example has a t-statistic of 0.18, the abnormal return is not

---

[65] The expected return of 0.36% is found as follows: 1.01 * (-0.02%) (Coefficient on Market Index *times* Market Index return) + 0.71 * 0.43% (Coefficient on Industry Index Return *times* Industry Index Return) + 0.08% (constant term from regression).

[66] Tabak, David I. and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in *Litigation Services Handbook, The Role of the Financial Expert*, Third Edition, Wiley, 2001. The financial economics literature often identifies the 90% threshold as a relevant boundary for significance as well.

statistically significant at the 95% confidence level, and I cannot reject randomness as the cause of the abnormal price movement with greater than 95% confidence. By contrast, if on a particular day one observes an abnormal return that has a t-statistic of a magnitude greater than 1.96 (statistically significant at the 95% confidence level) and one observes new firm-specific information, one would reject randomness as the explanation with 95% confidence and infer that the new information is the cause of the stock price movement.

55.     **Exhibit 7** shows that the Standard Deviation of the Errors varied over the entire Analysis Period (including the Class Period). By adopting the rolling regression model, my event study explicitly adjusts for the changing firm-specific volatility.

56.     To analyze cause-and-effect, I examined the price response of Shire's ADSs to the alleged corrective disclosure (see **Exhibit 8A**) and to earnings announcements that occurred during the Analysis Period (see **Exhibit 8B**). I reviewed ten earnings releases, pre-announcements, and guidance updates throughout the Analysis Period.

57.     On the alleged corrective disclosure, AbbVie announced after trading hours on October 14, 2014 that it was reconsidering its combination with Shire.[67] This is clearly important firm specific information and therefore this event provides a reasonable day upon which to evaluate whether there is evidence of a cause and effect relationship between new firm-specific information and a change in the market price of Shire ADS.  **Exhibit 8A** shows that this event caused a statistically significant negative price drop with an abnormal return of over -29% and a t-stat of -31.36. As a result, this event provides evidence supporting a cause and effect relationship between new firm-specific news and changes in market price of Shire ADS.

---

[67] "AbbVie Board To Reconsider Recommendation for Shire Acquisition," *Bloomberg News,* 10/14/2014, 7:28 PM EST.

58.    I also perform a broader test for a cause and effect relationship.  There are many academic articles and financial treatises that explain theoretically and demonstrate empirically that the release of company earnings information often (but not necessarily always) causes a significant change in investors' beliefs regarding the value of a security.[68] Also, newly released earnings reports by the company are an objective set of news to identify and test. Considering the first earnings report listed in **Exhibit 8B** as an example (*i.e.*, Q3 2013 earnings announcement), the Company announced better than expected third quarter results for fiscal year 2013 and discussed increased earnings estimates as compared to the Street consensus, which caused certain analysts to increase estimates going forward.[69] In response, the market price of Shire's ADSs increased 11.71%, compared to the predicted return of 0.40%. Thus, the abnormal return on October 24, 2013 was *positive* 11.31%. With a t-statistic of 11.57, this abnormal price movement is statistically significant, and I therefore have scientific evidence that Shire's ADSs reacted rapidly to this new information.[70]

---

[68] *See, e.g.*, Beaver, William H., "The Information Content of Annual Earnings Announcements," *Journal of Accounting Research* 6 (1968), *Empirical Research in Accounting: Selected Studies, 1968*, pp. 67-92; May, Robert G., "The Influence of Quarterly Earnings Announcements on Investor Decisions as Reflected in Common Stock Price Changes," *Journal of Accounting Research* 9 (1971), *Empirical Research in Accounting: Selected Studies, 1971*, pp. 119-163; Aharony, Joseph and Itzhak Swary, "Quarterly Dividend and Earnings Announcements and Stockholders' Returns: An Empirical Analysis," *The Journal of Finance* 35(1) (1980), pp. 1-12.

[69] "Q3/13 Earnings Impress as Cost Base is Reset, ex-M&A Revenues Set to Moderate," *RBC Capital Markets*, October 24, 2013; "Management Comes Through on Cost Cutting Initiatives; Raising PT," *PiperJaffray*, October 24, 2013; "Firazyr, Lialda Strength and Expense Reductions Lead to Third-Quarter Upside; Looking for Pipeline Clarity in Early 2014," *William Blair*, October 24, 2013.

[70] Note that there are other earnings announcements that did not (and would not be expected to) result in statistical significance. This would happen, for instance, in quarters where the earnings announcement did not contain new or surprising information such as when the Company roughly met expectations, if the Company offered little change in guidance, and/or if there was a mix of both positive and negative information that netted out. Such was the case with Shire's earnings release of Q2 2015 results on July 23, 2015, as evidenced by the following analysts:

"Q2/15 Results: Guidance Helps Rebound from a Slight Miss," *RBC Capital Markets*, July 27, 2015: "Slight miss on the quarter but strong revenue guidance is now the focus. Q2 revenues and EPS were below expectations. The 2015 revenue guidance was increased to mid-to-high single digit percentage (previously low-to-mid single digit). We expect the focus to now shift to the outlook for newly launched products and management's confidence in an

59.     Similar to this example, I analyzed the market reaction to Shire's other earnings announcements and pre-announcements throughout the Analysis Period. In total, of the ten regular quarterly earnings, pre-announcements, and guidance updates Shire issued during the Analysis Period, four resulted in statistically significant price movements above the 95% confidence level. Three of these announcements were significant at the 99% confidence level.

60.     **Exhibit 8B** presents a summary of the earnings releases, pre-announcements and guidance updates, and **Exhibits 9A–9J** depict the intraday price movements for each of these announcement dates.

61.     I compared these results against the 31 days during the Analysis Period where I identified days from a Factiva search with the least amount of Shire-related news and when there were no identified analyst reports or SEC filings issued.[71,72] Of these 31 days, there was only one statistically significant price movement. Thus, during the Analysis Period, there was a statistically significant price reaction at the 95% confidence level on 40% of the earnings announcements, while on days with the least amount of Shire-related news, I observed a statistically significant reaction only 3.23% of the time.[73] For days with the least amount of

---

earlier than anticipated Lifitegrast approval - which they did not seem overly confident about. Management continued to guide towards its 10x20 goal of $6.5B in sales in F2016, even hinting towards exceeding these goals."

"Mixed Q2, Outlook Intact; Four Key Takeaways," *Jefferies*, July 23, 2015: "Q2 EPS missed consensus by 6% largely due to higher than expected OpEx and modestly lower revs (-2%). Despite a strong Vyvanse performance driven by the binge eating (BED) launch, softness in non-core products (AXR, Intuniv), destocking (Cinryze) and Fx headwinds (Replagal, Elaprase) were a drag on revs. Nonetheless, our FY15-16 EPS ests remain unchanged. We continue to see potential FDA approval for Lifitegrast (Oct 25 PDUFA) as a major catalyst in 2H15."

[71] There may be other news articles and sources that are not a part of Factiva's database. However, to the extent that there are additional news stories not captured by Factiva, the treatment of those days as "no news days" would tend to bias toward finding a lack of cause and effect.

[72] From my search, I determined the days with the least amount of news for days in which there were two or fewer news articles and no analyst reports or SEC filings.

[73] This difference between 40% and 3.23% is itself statistically significant at the 95% confidence level.

news, the fact that I observed 3.23% of the days with significant movements is consistent with what I would expect to observe by randomness alone.[74] This is powerful scientific evidence of a cause-and-effect relationship between new publicly released information and changes in the price of Shire's ADSs.

62. Furthermore, on the 31 days with the least amount of news, the average change in price of Shire's ADSs was 0.68% after controlling for market and industry factors, while the average change in Shire's ADSs on earnings, pre-announcements, and guidance updates was 2.82%. In other words, the average magnitude of the ADS price movement on announcement days was about 4.15 times higher.[75] Again, this demonstrates that on days when important firm-specific information is released to the market, the ADS price moves much more than on days where there is no firm-specific news. This provides further evidence of a cause-and-effect relationship between firm-specific news and changes in the price of Shire's ADSs, and thus an efficient market.

63. The bar charts below summarize this analysis, while **Exhibit 10** provides more detail.

---

[74] There is no statistically significant difference between 3.23% and 5.00% (this is within the proportion of dates that would be significant by chance alone when using a 95% confidence interval).

[75] This difference between 2.82% and 0.68% is itself statistically significant.





64.   Finally, when important firm-specific news is released to the market (e.g., earnings, pre-announcements and guidance updates), the daily trading volume also tends to be much higher than on days when there is less news. For instance, the average daily trading volume on

the ten days with earnings announcements was 2.08 million shares. Compare this to the average daily trading volume of 0.51 million shares on days with the least amount of news in the Analysis Period.[76] The bar chart below summarizes this analysis.



**Average Daily Trading Volume**

65. The bar charts above establish a strong cause-and-effect relationship between new, unexpected news and rapid changes in Shire's ADSs. The earnings announcement days are associated with a much greater percentage of statistically significant price movements, higher average daily trading volume, and statistically significantly larger price changes than those found on days with the least amount of news.

66. In conclusion, the event study analysis and intraday charts presented in this section demonstrate a clear cause-and-effect relationship between new material news and changes in the market price of Shire's ADSs during the Analysis Period (as well as the Class Period).

---

[76] This difference between 2.08 million and 0.51 million is itself statistically significant.

## G. ADDITIONAL FACTOR 1: MARKET CAPITALIZATION

67.    In *Krogman v. Sterritt*, the Court noted that economic theory includes other possible relevant factors for determining whether a stock trades in an efficient market, in addition to the *Cammer* factors.[77] The court in *Krogman* held, "[m]arket capitalization, calculated as the number of shares multiplied by the prevailing share price, may be an indicator of market efficiency because there is a greater incentive for stock purchasers to invest in more highly capitalized corporations."[78] Furthermore, Thomas and Cotter find that firms with a larger market capitalization tend to have "larger institutional ownership and tend to be listed on the New York Stock Exchange with a greater analyst following."[79] Therefore, market capitalization is another quantifiable measure that is likely correlated with efficiency.

68.    Shire's ADSs had a higher market capitalization than the majority of NASDAQ stocks during the Class Period, thus suggesting this factor is supportive of efficiency. There were about 40.2 million Shire ADSs with an average market capitalization of $10.3 billion over the

---

[77] *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001). The factors identified by the *Krogman* Court are 1) market capitalization, 2) size of float of common stock, and 3) bid-ask spread.

[78] *Krogman*, 202 F.R.D. at 478.

[79] Thomas, Randall S. and James F. Cotter, "Measuring Securities Market Efficiency in the Regulatory Setting," *Law and Contemporary Problems* 63 (2000), pp. 105-122 at 117.

Class Period. [80] Shire Common Stock had an average market capitalization of $49.7 billion over the same period. [81]

69. **Exhibit 11** shows Shire's ADSs market capitalization [82] over the broader Analysis Period, inclusive of the Class Period. **Exhibit 12** shows that during the Class Period, Shire's ADSs market capitalization fell between the 85th and 87th percentile of the NASDAQ and NYSE market for the applicable quarters during the Class Period. [83] In other words, over the Class Period, Shire's ADSs had a higher market capitalization than at least 85% of the firms on the NASDAQ and NYSE exchange. [84]

70. Given that the market capitalization for Shire's ADSs was consistently large relative to other publicly traded companies, this factor is supportive of market efficiency for Shire's ADSs during the Class Period.

---

[80] *See* Shire PLC's SEC 2014 10-K: "As at February 14, 2014, the number of outstanding ordinary shares of the Registrant was 597,689,635. American Depositary Shares ("ADSs") each represent three ordinary shares of Shire. An ADS is evidenced by an American Depositary Receipt ("ADR") issued by Citibank, N.A. as depositary, and is listed on the NASDAQ Global Select Market. On February 14, 2014 the proportion of ordinary shares represented by ADRs was 16.26% of the outstanding ordinary shares."; *See* Shire PLC's SEC 2015 10-K: "As of February 13, 2015, the number of outstanding ordinary shares of the Registrant was 599,166,248. American Depositary Shares ("ADSs") each represent three ordinary shares of Shire. An ADS is evidenced by an American Depositary Receipt ("ADR") issued by Citibank, N.A. as depositary, and is listed on the NASDAQ Global Select Market. On February 13, 2015 the proportion of ordinary shares represented by ADRs was 24% of the outstanding ordinary shares." The number of ADSs outstanding during the Class Period is taken as an average of the ADSs outstanding as of February 14, 2014 and February 13, 2015.

[81] The market capitalization for Shire PLC's Common Stock is estimated by multiplying a 3-to-1 ratio of the ADS price by the total number of Common Stock outstanding.

[82] For purposes of these calculations to determine the number of ADSs outstanding, I use the average shares outstanding for Shire's ADSs as of February 14, 2014 and February 13, 2015, as noted in Shire PLC's 2014 and 2015 10-K, or 40.16 million ADSs.

[83] Thomson Reuters Eikon database.

[84] Over the Analysis Period, Shire's ADSs had a higher market capitalization than at least 81% of the firms on the NYSE and NASDAQ.

## H. ADDITIONAL FACTOR 2: THE BID-ASK SPREAD

71.     Another additional efficiency factor discussed in *Krogman* considers the bid-ask spread for a security, saying, "[a] large bid-ask spread is indicative of an inefficient market, because it suggests that the stock is too expensive to trade."[85] The bid-ask spread is an important indicator of the degree to which a market is developed. The bid-ask spread represents a measure of the cost to transact in a market. Narrow bid-ask spreads indicate less uncertainty regarding valuation and that reasonably sized trades will not substantially impact the market price. Wider bid-ask spreads indicate greater liquidity costs and less ability to trade without moving the market price. In addition, the wider the bid-ask spread, the costlier it is to arbitrage away small inefficiencies. Thus, the narrower the bid-ask spread, the greater indication of an efficient market.

72.     I analyzed bid-ask spreads for Shire's ADSs during the Class Period. During this period, the time-weighted average percentage bid-ask spread for Shire's ADSs for each day ranged from 0.0042% to 0.056%.[86] This is well below the average and median bid-ask spread of a random sample of 100 other common stocks trading on the NYSE and NASDAQ during the Class Period.[87,88] Shire's ADSs daily average bid-ask spread was at a maximum of 0.056% during the Class Period, while a randomly selected group of 100 other common stocks on the

---

[85] *Krogman*, 202 F.R.D. at 478.

[86] The time-weighted average percentage bid-ask spread for Shire's ADSs during the Analysis period ranged from 0.016% and 0.056%.

[87] Quote data for Shire's ADSs and other publicly traded stocks were obtained from the TICK database. *See* https://tickapi.tickdata.com/.

[88] I constructed a random sample because I am not aware of any exchange-wide reporting of average or median bid-ask spreads. Determining the average bid-ask spread for the entire market would be a very costly and data intensive process, therefore I adopted a random sampling methodology. I determined the constituents of the NYSE and NASDAQ during Class Period, from September 29, 2014 to October 14, 2014, and then randomly generated a list of 100 common stock securities. I then calculated the time-weighted average monthly bid-ask spread for these securities.

NYSE and NASDAQ had an average bid-ask spread of 1.32%.[89] Shire's ADS bid-ask spread
was low during the Class Period, and thus this factor further supports market efficiency for
Shire's ADSs.

## I. ADDITIONAL FACTOR 3: INSTITUTIONAL OWNERSHIP

73.    Institutional investors are considered to be sophisticated and well-informed with
access to most publicly available information for the stocks that they own. These investors
include mutual funds, pension funds, investment banks, and other types of large financial
institutions that have substantial resources to analyze the securities they purchase for their
portfolios. As **Exhibit 13** shows, 526 institutions reported owning Shire's ADSs during the Class
Period. Institutions held a minimum of 48.1 million shares and a maximum of 52.6 million
shares, with an average of 50.3 million shares held during the Class Period.[90] While the number
of ADS outstanding changed over time, the data suggests institutions held the vast majority of
the outstanding ADSs. This substantial level of institutional ownership of Shire's ADSs during
the Class Period coupled with the high trading volume further supports a conclusion of market
efficiency.

## J. ADDITIONAL FACTOR 4: AUTOCORRELATION

74.    If previous price movements of a security have the ability to predict future price
movements, then it is said to be "autocorrelated." Autocorrelation is relevant to efficiency

---

[89] The time-weighted average bid-ask spread was calculated by taking the average of the spread during trading hours
on the primary exchange of each security, weighted by the amount of time each quote prevails in the market. That is,
I take the weighted average quote, with the weight being the number of seconds between that quote and the next
quote that occurs. Spread is calculated as the difference between the bid price and ask price divided by the midpoint
of the bid-ask spread. I calculated the National Best Bid and Offer using the data filtering procedures described in
Huang, Roger D. and Hans R. Stall, "Dealer Versus Auction Markets: A Paired Comparison of Execution Costs on
NASDAQ and the NYSE," *Journal of Financial Economics* 41 (1996), pp. 313-357.

[90] 735 institutions held ADSs during the Analysis Period, with a minimum of 30 million shares, a maximum of 52.6
million shares, and an average of 42.8 million shares held.

because if it is persistent and sufficiently large enough that a trader could profit from taking advantage of the autocorrelation, it means that past price movements are not fully reflected in the current price, which would suggest market inefficiency.

75.    Autocorrelation may occur from time to time for random reasons or due to the pattern of firm-specific news. Efficiency would only be violated, however, if the autocorrelation were large enough and persistent enough that a trader could consistently earn riskless profits over time.[91]

76.    A well-accepted methodology to test for the existence of autocorrelation is to run a regression analysis that tests whether, on average, the abnormal return from the previous day has a statistically significant effect on the abnormal return today.[92] If the previous day's abnormal return has no statistically significant predictive power, then there is no evidence of autocorrelation. Even if the regression shows a significant result for a certain period, then one must ask whether the effect is persistently significant and large enough to suggest a predictable arbitrage opportunity in the next period.

77.    **Exhibit 14** displays the autocorrelation coefficient for Shire's ADSs using the abnormal returns from the event study model described above. The coefficient for the Analysis Period is not statistically significant, meaning there is no evidence of autocorrelation (*i.e.*, throughout the Analysis Period, the coefficient on the previous day's abnormal return averaged 0.004, which is not statistically significant with a t-statistic of 0.08). This result is thus inconsistent with the notion that an investor could consistently predict abnormal movements and

---

[91] Avramov, Doron, Tarun Chorida, and Amit Goyal, "Liquidity and Autocorrelations in Individual Stock Returns," *The Journal of Finance* 61(5) (2006) pp. 2365-2394 at 2367-68; Jensen, Michael C., "Some Anomalous Evidence Regarding Market Efficiency," *Journal of Financial Economics* 6 (1978), pp. 95-101.

[92] Greene, William H., Chapter 19 in *Econometric Analysis*, Sixth Edition, Prentice Hall, 2008, p. 644.

earn arbitrage profits. Therefore, this factor also supports the conclusion that Shire's ADSs traded in an efficient market throughout the Analysis Period, and thus the Class Period.

## K.  ADDITIONAL FACTOR 5: OPTIONS

78.    In addition to the factors analyzed above, there was also considerable option trading in Shire during the Class Period. For instance, according to iVolatility data, there were 28,675 Shire ADS put contracts and 31,235 Shire ADS call contracts that traded during the Class Period.[93] Academic articles have demonstrated that options written on existing assets can improve efficiency by permitting an expansion of the contingencies that are covered by the market.[94] Empirical analysis has shown that option listings are associated with a decrease in the bid-ask spread and an increase in quoted depth, trading volume, trading frequency, and transaction size – All of which are indications of an overall improvement of the market quality of the underlying security.[95]

## L.  LACK OF ARBITRAGE OPPORTUNITY

79.    Throughout the Class Period, as well as the Analysis Period, Shire's common stock and the underlying ADSs traded on the London Stock Exchange and NASDAQ stock exchange, respectively. In an efficient market, one would expect related securities such as these to move in tandem in the marketplace after taking into account the conversion ratio and exchange rate. If, by contrast, the securities did not trade in tandem, then there would opportunities for arbitrage. Arbitrage is defined as the "exploitation of security mispricing in such a way that risk-free

---

[93] During the broader Analysis Period, 293,561 Shire ADS put contracts and 496,691 Shire ADS call contracts were traded.

[94] Ross, S., "Options and Efficiency," *The Quarterly Journal of Economics* 90 (1976), pp. 75-89.

[95] Kumar, Raman, Atulya Sarin, and Kuldeep Shastri, "The Impact of Options Trading on the Market Quality of the Underlying Security: An Empirical Analysis," *The Journal of Finance* 53 (1998), pp. 717-732.

economic profits may be earned." It involves the simultaneous purchase and sale of equivalent securities in order to profit from discrepancies in their price relationship.[96] As shown in **Exhibit 15**, however, it is quite clear that there was very little divergence between Shire's ADSs and its underlying common stock during the Class Period (or the broader Analysis Period). Any small differences are likely explained by the time difference between trading in New York and London and do not indicate any systematic arbitrage opportunities. This further supports my view that Shire's ADSs traded in an efficient market.

## VIII. EFFICIENCY FOR CALL AND PUT OPTIONS ON SHIRE'S ADSs

80.     Options are derivative securities, a type of security whose value is dependent on the market price of an underlying security or asset. In this case, the pricing for the Shire's Options at issue is dependent on the market price of Shire's ADSs.

81.     There are two basic types of options: call options and put options. A call option gives the holder of the option the right to buy an asset (in this case, Shire's ADSs) by a certain date, called the expiration date, and at a certain price, called the strike price or exercise price. A put option gives the holder the right to sell an asset (in this case, Shire's ADSs) by an expiration date at the strike price. Options can be either American or European, with the distinction being that American options can be exercised at any time up until the expiration date, whereas European options can be exercised only on the expiration date itself.[97] The price of an option, also referred to as the "premium," depends on a number of factors, including how the current

---

[96] Bodie, Zvi, Alex Kane, and Alan J. Marcus, *Investments*, Fourth Edition, Irwin McGraw-Hill, 1999, p. 307.

[97] Hull, John, *Options, Futures and Other Derivatives*, Fifth Edition, Prentice Hall, 2003, p. 6.

stock price compares to the exercise price, the amount of time to expiration, anticipated dividends, expected volatility of the underlying stock, and interest rates.[98]

82.     Almost all of the Shire Options traded during the Analysis Period (and thus the Class Period) were American options and were traded on multiple major options exchanges including NASDAQ Options Exchange[99] and the Chicago Board Options Exchange ("CBOE").[100] During the Class Period, a total of 92 unique call option "series" and 126 unique put option series traded. The expiration date for these options ranged from October 10, 2014 to January 20, 2017, and the strike prices ranged from $90.00 to $350.00.[101,102] For example, one call option series during the Class Period had an expiration date of January 17, 2015 and an exercise price of $120 per ADS. This call option gave the holder the right to buy 100 Shire ADSs at $120 per share any time prior to January 17, 2015.

83.     As I demonstrated in **Section VII**, Shire's ADSs satisfied each of the efficiency factors. If one concludes that Shire's ADSs were priced efficiently and therefore reflected the value of the alleged misstatements and omissions, it is then logical and natural to conclude that, because option pricing is dependent on the underlying ADS price, the inflation caused by the misrepresentations and omissions that affects the ADS price would translate into the value of

---

[98] Hull, John, "Chapter 8: Properties of Stock Options" in *Options, Futures and Other Derivatives*, Fifth Edition, Prentice Hall, 2003, pp. 167-170.

[99] http://www.nasdaq.com/options/.

[100] http://www.cboe.com/trading-resources/symbol-directory/equity-index-leaps-options?sid=S.

[101] Data on options for Shire's ADSs were provided by iVolatility. See www.ivolatility.com. For each option series, the iVolatility data contains on a daily basis, bid price, ask price, mean transaction price, volume, open interest, implied volatility, and standard option sensitivities (known as delta, gamma, vega/kappa, and theta).

[102] During the broader Analysis Period, a total of 1,089 call option series and 1,017 put option series traded. The expiration dates ranged from November 16, 2013 to January 20, 2017, and the strike prices ranged from $55.00 to $390.00.

derivative instruments such as call and put options by definition (so long as the options traded efficiently).[103]

84.     A standard method for evaluating efficient trading in options markets is to test what is known as "put-call parity."[104] Put-call parity refers to a specific relationship that must exist between the price of the underlying security and prices of put and call options with the same expiration date and strike price. If the prices of a put-call pair are not consistent with each other and the underlying security, there would be a violation of put-call parity and a potential arbitrage opportunity. An arbitrage opportunity exists when a trader has the ability to earn a risk-free profit based on inconsistent pricing of securities. Prices that exhibit a consistent pattern of arbitrage opportunities would be inconsistent with market efficiency.

85.     For American options on dividend paying stocks, the put-call parity relation implies an upper and lower bound on the value of the put and call option prices such that:

$$S_0 - D - K \leq C - P \leq S_0 - Ke^{-rT}$$

where $S_0$ denotes the current price of the underlying common stock, $D$ denotes the present value of future dividends that will occur prior to expiration of the option,[105] $K$ denotes the exercise

---

[103] This point is clear from the fact that option valuation models, such as the Black-Scholes model, depend directly on the current underlying stock price, see Hull, John, "Chapter 12: The Black-Scholes Model" in *Options, Futures and Other Derivatives*, Fifth Edition, Prentice Hall, 2003.

[104] Klemkosky, Robert C. and Bruce G. Resnick, "Put-Call Parity and Market Efficiency," *The Journal of Finance*, 34(5) (1979), pp. 1141-1155; Kamara, Avraham and Thomas W. Miller, Jr., "Daily and Intradaily Tests of European Put-Call Parity," *The Journal of Financial and Quantitative Analysis* 30(4) (1995), pp. 519-539; Goh, Leng Y. and David Allen, "A Note on Put-call Parity and the Market Efficiency of the London Traded Options Market," *Managerial and Decision Economics* 5(2) (1984), pp. 85-90.

[105] Shire paid dividends to investors throughout the Analysis Period.

price of the options, $C$ is the call option price, $P$ is the put option price, $r$ is the risk-free interest rate and $T$ is the time to expiration of the options.[106]

86.     I tested both the upper and lower bounds over the pairs of Shire's Options with valid bid and ask prices.[107] Of the 4,369 tests of put-call parity over the 90 option series and the 12 trading days during the Class Period, put-call parity held for all of the tests, or 100% of the time (see **Exhibit 16**).[108] This provides evidence that the market prices of Shire's Options consistently reacted contemporaneously with changes in the market price of Shire's ADSs so as to prevent arbitrage opportunities. This is strong evidence that Shire's Options traded efficiently and that any mispricing due to the alleged misstatements and omissions would translate into the prices of Shire's Options.

87.     Also note that because the put-call parity relationship incorporates the price of Shire's ADSs, the evidence of efficiency for Shire's Options also bolsters the evidence that Shire's ADSs traded in an efficient market during the Class Period. There was no evidence of consistent arbitrage opportunities between Shire's Options and Shire's ADSs.

88.     Finally, I constructed a pricing index for Shire's Options that measures the weighted average change in value of Shire's Call Options and Shire's Put Options on each day. Specifically, I constructed a series $r_t$ separately for Shire's Call Options and Shire's Put Options which on each day (t) is equal to:

---

[106] For details, *see* Hull, John, *Options, Futures and Other Derivatives*, Fifth Edition, Prentice Hall, 2003, pp. 174 - 180.

[107] To summarize, I tested put-call parity for Shire's Call and Put Options on a daily basis using the closing ADS price and the last bid and ask prices for each option series. All inputs necessary to test put-call parity were obtained from iVolatility except for the risk-free interest rate, which was obtained from Bloomberg. The ask price for the Call Option and the bid price for the Put Option were used for the lower bound; and the bid price for the Call Option and the ask price for the Put Option were used for the upper bound in the put-call parity inequality.

[108] I also performed 128,644 tests of put-call parity over the 5,858 option series and the 439 trading days during the Analysis Period, and put-call parity held for 128,541 of the tests, or 99.92% of the time, with only 103 violations.

$$r_t = \frac{1}{\sum_{i=1}^{N} o_{i,t-1}} \sum_{i=1}^{N} \left( \frac{p_{i,t} - p_{i,t-1}}{p_{i,t-1}} \right) o_{i,t-1}$$

Where $r_t$ represents the return on the index, $o_{it}$ is the open interest on option series $i$ at time $t$, and $p_{it}$ is the price of option series $i$ at time $t$. I then used this price index to test for a cause-and-effect relationship between Shire's Option price reactions to earnings, pre-announcements and guidance updates that occurred during the Analysis Period using the same methodology employed for Shire's ADSs.[109]

89.    To analyze cause-and-effect, I examined the price response of Shire's ADSs to the alleged corrective disclosure (see **Exhibit 17A**) and to earnings announcements that occurred during the Analysis Period (see **Exhibit 17B**). I reviewed ten earnings releases, pre-announcements, and guidance updates throughout the Analysis Period.

90.    On the alleged corrective disclosure, AbbVie announced after trading hours on October 14, 2014 that it was reconsidering its combination with Shire.[110] This is clearly important firm specific information and therefore this event provides a reasonable day upon which to evaluate whether there is evidence of a cause and effect relationship between new firm-specific information and a change in the market price of Shire's Options. **Exhibit 17A** shows that this event caused a statistically significant price reaction for both the Call and Put Options (*i.e.* the Call Options had an abnormal return of over -57% with a t-stat of -5.06 while the Put

---

[109] To summarize, for puts and calls separately, I regressed the option index return against the Market Index and the Industry Index and then tested whether the abnormal returns were statistically significant using a 120-day rolling regression, as I did for Shire's ADSs (*see*, **Section VII. F**.). As with Shire ADS's, there were two specific periods during which I deviate from the rolling regression model to account for the period during which there was an agreement for Abbvie to acquire Shire. For details, please see fn 64.

[110] AbbVie Board To Reconsider Recommendation for Shire Acquisition," *Bloomberg News,* 10/14/2014, 7:28 PM EST

Options had an abnormal return of over 4,000% with a t-stat of 134.34). As a result, this event provides evidence supporting a cause and effect relationship between new firm-specific news and changes in market price of Shire's Options.

91.    To further analyze cause-and-effect, **Exhibit 17B** displays the price response of Shire's Options to earnings announcements, pre-announcements, and guidance updates that occurred during the Analysis Period. In total, of the ten regular quarterly earnings, pre-announcements and guidance updates Shire issued during the Analysis Period, three resulted in statistically significant price movements at the 95% confidence level for Call Options, and four resulted in statistically significant price movements at the 95% confidence level for Put Options.

92.    In **Exhibit 18A** and **Exhibit 18B**, I compared these results against the 31 days during the Analysis Period where I identified days from a Factiva search with the least amount of Shire-related news and where no identified analyst reports or SEC filings were issued.[111] Of these 31 days, there were no statistically significant price movements for Call Options, and there was one statistically significant price movement for Put Options. Thus, for Call Options, I observe a statistically significant movement in the pricing index 30% of the time when there is an earnings announcement, compared to 0% of the time when there is the least news reported. For Put Options, I observe a statistically significant movement in the pricing index 40% of the time when there is an earnings announcement, compared to only 3.23% of the time when there is the least news reported. This provides compelling evidence of a cause and effect relationship between Company-specific news and changes in the prices of Shire's Options.[112] In other words, I find a statistically significantly higher percentage of price reactions on days with news than on

---

[111] *See,* n. 64, 65, above.

[112] The difference between 40.00% and 3.23% for Put Options and 30.00% and 0.00% for Call Options are statistically significant at the 95% confidence level.

days without news for Calls and Puts. This is powerful scientific evidence of a cause-and-effect relationship between new publicly released information about Shire and changes in Shire's Option prices.

93.    Furthermore, on the 31 days with least news, the average absolute abnormal return change in the Call Option and Put Option price indexes were 11.74% and 15.86%, respectively, after controlling for market and industry factors, while on earnings announcements they were 45.66% and 30.41%, respectively.[113] As I found for Shire's ADSs, these comparisons indicate that on days when important firm-specific information was released to the market (earnings announcements), the Option prices move much more than on days where there was no news.

94.    Similarly, when important firm-specific news is released to the market (e.g., earnings, pre-announcements and guidance updates), the daily trading volume for Shire's Options contracts also tends to be much higher than on days where there is not much news. For instance, the average daily trading volume of Shire's Call Options contracts for the ten days with earnings announcements was 2,238.1. Compare this to the average daily trading volume of 309.2 for days where there is the least amount of news in the Analysis Period.[114] Likewise, for Shire's Put Option contracts, the average daily trading volume on earning announcements dates was 1,503.3 contracts, while on low news days during the Analysis Period the average was only 253.5 contracts.[115]

95.    Together, this provides further evidence of a cause-and-effect relationship between firm-specific news and changes in Shire's Option prices, and thus an efficient market.

---

[113] The differences between 45.66% and 11.74% for Call Options and 30.41% and 15.86% for Put Options are both statistically significant at the 95% confidence level.

[114] This difference between 2,238.1 and 309.2 is itself statistically significant at 95% confidence level.

[115] This difference between 1,503.3 and 253.5 is itself statistically significant at 95% confidence level.

96.    The bar charts below summarize these analyses:













**Average Daily Trading Volume for Put Options**

97.    The bar charts above establish a strong cause-and-effect relationship between new, unexpected news and rapid changes in the prices of Shire's Call and Put Options. The earnings announcement days are associated with a much greater percentage of statistically significant price movements, higher daily trading volume, and statistically significantly larger price changes than are days with least amount of news.

98.    Therefore, beyond testing put-call parity, I have shown that a pricing index of Shire's Options also exhibits a cause-and-effect relationship to new firm-specific news.

## IX. DAMAGES

99.    Although I have not been asked to calculate class-wide damages in this action, which I understand will be subject to further discovery, my analysis to date indicates that damages in this matter can be calculated using a methodology common to the Class. Indeed, the standard and well-settled formula for assessing damages for each class member under Section 10(b) is the "out-of-pocket" method which measures damages as the artificial inflation per share at the time of purchase less the artificial inflation at the time of sale (or, if the share is not sold

before full revelation of the fraud, the artificial inflation at the time of purchase, subject to the PSLRA's "90-day lookback" provision, a formulaic limit on damages that can also be applied on a class-wide basis).[116]

100.  The methodology and evidence for establishing the artificial inflation per share in the market price on each day during the Class Period is also common to the class and can be measured class-wide. In particular, as is standard procedure in Section 10(b) cases, the most common methodology to quantify artificial inflation is to perform an event study that measures price reactions to disclosures that revealed the relevant truth concealed by the alleged material omissions and/or misrepresentations. This analysis, and the evidence supporting it, would be common to the class. Damages for any individual class member could then be calculated formulaically based upon information collected in the claims process (*i.e.*, the investor's purchase and sale history for the security, which is routinely available from brokerage statements and/or other documents that provide evidence of securities transactions). Accordingly, although I have not been asked to calculate class-wide damages, based on my expertise and experience in dozens of similar matters and understanding the nature of the claims in this case, I conclude that damages in this action are subject to a well-settled, common methodology that can be applied to the Class as a whole.

## X.    CONCLUSION

101.  In sum, every factor analyzed supports my opinion that Shire's ADSs traded in an efficient market during the Class Period. The analysis also supports that Shire's Options traded

---

[116] Specifically, the PSLRA states: "…in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." *See*, Private Securities Litigation Reform Act of 1995, dated December 22, 1995, 737, 748-49.

efficiently during the Class Period. Therefore, I can affirmatively opine that Shire's ADSs and the related Options traded in efficient markets during the Class Period. Furthermore, class-wide damages in this matter can be calculated using a common methodology.

102.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 21, 2017

Chad Coffman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


| | | |
|---|---|---|
| MURRAY RUBINSTEIN, JEFFREY F. ST. CLAIR, WILLIAM MCWADE, HARJOT DEV and VIKAS SHAH, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 14-cv-9465 Judge Robert M. Dow, Jr. |
| v. | ) ) | |
| RICHARD GONZALEZ and ABBVIE INC., | ) ) ) | |
| Defendants. | ) | |

INDEX OF EXHIBITS TO EXPERT REPORT
OF CHAD COFFMAN, CFA

Exhibit 1        Summary of Efficiency Factors for Shire PLC

Exhibit 2        Shire PLC ADS Price and Volume 9/29/2014 - 10/14/2014

Exhibit 3        Shire PLC ADS Average Weekly Trading Volume as a Percentage of Shares Outstanding 9/29/2014 - 10/14/2014

Exhibit 4        Summary of Securities Analyst Reports Issued During the Class Period 9/29/2014 - 10/14/2014

Exhibit 5        Peer Analysis Matrix Class Period: 9/29/2014 - 10/14/2014

Exhibit 6        Coefficients from Event Study for Shire PLC 10/24/2013 - 7/23/2015

Exhibit 7        Standard Deviation of the Errors from Event Study for Shire PLC 10/24/2013 - 7/23/2015

Exhibit 8A       Summary Statistics of Shire's Alleged Corrective Disclosure Date Class Period: 9/29/2014 - 10/14/2014

Exhibit 8B       Summary Statistics of Shire's Earnings Events During the Analysis Period Class Period: 9/29/2014 - 10/14/2014

1

Exhibit 9A     Shire PLC Intraday Price and Volume 10/24/2013

Exhibit 9B     Shire PLC Intraday Price and Volume 1/14/2014

Exhibit 9C     Shire PLC Intraday Price and Volume 2/13/2014

Exhibit 9D     Shire PLC Intraday Price and Volume 4/15/2014

Exhibit 9E     Shire PLC Intraday Price and Volume 5/1/2014

Exhibit 9F     Shire PLC Intraday Price and Volume 7/18/2014

Exhibit 9G     Shire PLC Intraday Price and Volume 10/24/2014

Exhibit 9H     Shire PLC Intraday Price and Volume 2/12/2015

Exhibit 9I     Shire PLC Intraday Price and Volume 4/30/2015

Exhibit 9J     Shire PLC Intraday Price and Volume 7/23/2015

Exhibit 10     Comparison of Statistical Significance and Abnormal Returns for Shire PLC Earnings Event Dates vs. Days with Least News

Exhibit 11     Shire PLC ADS Market Capitalization 10/24/2013 – 9/30/2015

Exhibit 12     Shire PLC Market Capitalization Compared to Companies Traded on the NYSE & NASDAQ During the Class Period

Exhibit 13     Shire PLC ADR Shares Outstanding, Insider Holdings, and Institutional Holdings

Exhibit 14     Shire PLC ADR Test for Autocorrelation during the Analysis Period

Exhibit 15     Dividend Adjusted Shire ADS Closing Prices and Shire Common Stock Closing Prices 10/24/2013 – 7/23/2015

Exhibit 16     Summary of Put-Call Parity Test

Exhibit 17A     Statistical Test of Abnormal Return of Shire's ADSs Option Price Indices on the Alleged Corrective Disclosure

Exhibit 17B     Statistical Test of Abnormal Return of Shire's ADSs Option Price Indices on Shire's Earnings Events

Exhibit 18A     Comparison of Call Options' Statistical Significance and Abnormal Returns for Shire PLC Earnings Event Dates vs. Days with Least News

2

Exhibit 18B    Comparison of Call Options' Statistical Significance and Abnormal Returns for Shire PLC Earnings Event Dates vs. Days with Least News

# **EXHIBIT 1**

**Exhibit 1**

## Summary of Efficiency Factors for Shire PLC

| Factor | Summary of Factor | Shire PLC |
|---|---|---|
| Average Weekly Trading Volume Cammer I | "Turnover measured by average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for a security is an efficient one; 1% would justify a substantial presumption." | The average weekly trading volume of 14.1% during the Class Period, as a percentage of shares outstanding, well exceeds the standard of 2% that courts have suggested would justify a strong presumption of an efficient market (Note: About 1.1 million shares traded daily on average during the Class Period). |
| Analyst Coverage Cammer II | "…it would be persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the class period. The existence of such analysts would imply, for example, the [auditor] reports were closely reviewed by investment professionals, who would in turn make buy/sell recommendations to client investors." | During the Class Period at least 11 different securities analysts issued reports just within the short time frame. This implies that important information relevant to trading Shire's ADSs was widely communicated to the market. |
| Market Makers Cammer III | "For over the counter markets without volume reporting, the number of market makers is probably the best single criterion. Ten market makers for a security would justify a substantial presumption that the market for the security is an efficient one; five market makers would justify a more modest presumption." | Because Shire's ADSs were exchange-traded during the Class Period on the NASDAQ, and not over the counter, this factor is satisfied. |
| SEC Form S-3 Eligibility Cammer IV | "It would be helpful to allege the Company was entitled to file an S-3 Registration Statement in connection with public offerings or, if ineligible, such ineligibility was only because of timing factors rather than because the minimum stock requirements set forth in the instructions to Form S-3 were not met. Again, it is the number of shares traded and value of shares outstanding that involve the facts which imply efficiency." | Shire met the important eligibility criteria for SEC Form S-3 during the Class Period. I found no evidence that Shire was ineligible to file Form S-3 during the Class Period. |
| Price Reaction to New Information Cammer V | "…one of the most convincing ways to demonstrate [market] efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price." | The event study demonstrates a clear cause and effect relationship. A statistical test shows a significant contemporaneous relationship between new firm-specific news and significant changes in the market price for Shire's ADSs. |
| Market Capitalization | Firms with a larger market capitalization tend to have "larger institutional ownership and tend to be listed on the New York Stock Exchange with a greater analyst following." | During the Class Period, Shire's market capitalization ranged from $8 billion to $10 billion, which is at or above the 85th percentile of the combined universe of NYSE and NASDAQ stocks. Shire therefore easily meets this criterion. |
| Bid-Ask Spread | The bid-ask spread represents a measure of the cost to transact in a market. Narrow bid-ask spreads indicate less uncertainty regarding valuation and that reasonably sized trades will not substantially impact the market price. Wider bid-ask spreads indicate greater liquidity costs and less ability to trade without moving the market price. | During the Class Period, the average daily bid-ask percentage spread for Shire's ADSs was 0.02%. Shire's ADSs' average percentage bid-ask spread was well below the percentage average bid-ask spread of a random sample of 100 common stocks trading on the NYSE and the NASDAQ during the Class Period. This supports a finding of efficiency. |
| Institutional Holdings | Institutional investors are considered to be sophisticated, well-informed investors with access to most publicly available information for the stocks that they own. | 526 institutions held the vast majority of the public float throughout the Class Period, which further supports the finding that Shire's ADSs traded in an efficient market. |
| Autocorrelation | If autocorrelation is persistent and sufficiently large that a trader could profit from taking advantage of the autocorrelation, it suggests market inefficiency because past price movements are not fully reflected in the current price. | No evidence of autocorrelation, which means that there was no systematic opportunity for a trader to profit from trading Shire's ADSs based solely on its past price movements. |
| Options | Empirical analysis has shown that option listings are associated with a decrease in bid-ask spread and increase in quoted depth, trading volume, trading frequency, and transaction size – an overall improvement of the market quality of the underlying stocks | There were 28,675 Shire ADS put contracts and 31,235 Shire ADS call contracts traded during the Class Period. Shire's ADSs therefore easily meets this criterion. |

# **EXHIBIT 2**

**Exhibit 2**
**Shire PLC ADS Price and Volume**
**9/29/2014 - 10/14/2014**



Source: S&P Capital IQ

# EXHIBIT

## 3



**Exhibit 3**
**Shire PLC ADS Average Weekly Trading Volume**
**as a Percentage of Shares Outstanding**
**9/29/2014 - 10/14/2014**

Source: S&P Capital IQ.
Note: Average weekly trading volume is calculated by analyzing each five consecutive trading days (rather than calendar weeks) during the Class Period of 9/29/14 through 10/14/14. The last trading week of the Class Period consists of two trading days (i.e., 10/13/14 and 10/14/14), and therefore the average of the daily trading volume divided by shares outstanding is multiplied by 5 to get a comparable measure for average weekly trading volume as a percentage of shares outstanding.

# EXHIBIT

## 4

**Exhibit 4**

# Summary of Securities Analyst Reports Issued During the Class Period
## 9/29/2014 - 10/14/2014

| | Analyst Name | Number of Reports Issued |
|---|---|---|
| [1] | UBS Research | 1 |
| [2] | RBC Capital Markets | 1 |
| [3] | Cowen and Company | 1 |
| [4] | Buckingham Research Group | 1 |
| [5] | Leerink Partners LLC | 1 |
| [6] | Morningstar | 1 |
| [7] | Susquehanna Financial Group LLP | 1 |
| [8] | Piper Jaffray | 1 |
| [9] | Panmure Gordon & Co | 1 |
| [10] | Cenkos Securities | 1 |
| [11] | Mirabaud Securities | 1 |
| | **Total** | **11** |

Source: Investext
Note: Many analyst reports are not available through third party data providers (e.g. Investext); therefore, this almost certainly understates the total amount of analyst coverage. I did not include reports from Intellisys, Acquisdata and Directors Deals Ltd in the analysis because the analysts did not provide any analysis or only restated known-company information.

# EXHIBIT

# 5

**Exhibit 5**
**Peer Analysis Matrix**
**Class Period: 9/29/2014 - 10/14/2014**

| Company | Symbol | Security Type | Morgan Stanley | Barclays | Morningstar | JPMorgan | UBS | Deutsche Bank | Jeffries | Susquehanna Financial Group | Kepler Cheuvreux | Societe Generale | Number of Analysts Mentioning as a Peer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi | NYSE:SNY | ADR | X | X | X | X | X | | | | X | X | 7 |
| AstraZeneca | NYSE:AZN | ADR | X | X | | X | X | | | | X | X | 6 |
| GalxoSmithKline | NYSE:GSK | ADR | X | X | | X | X | | | | X | X | 6 |
| Novartis | NYSE: NVS | ADR | X | X | | X | X | | | | X | X | 6 |
| Novo Nordisk | NYSE:NVO | ADR | X | X | | X | X | | | | X | X | 6 |
| Eli Lilly | NYSE: LLY | Common Stock | X | | X | | X | | | | | | 3 |
| Gilead Sciences, Inc. | NASDAQ:GILD | Common Stock | | | X | | X | | | X | | | 3 |
| Grifols | NASDAQ:GRFS | ADR | | | | X | | X | | | X | | 3 |
| Bristol-Myers Squibb | NYSE:BMY | Common Stock | X | | | | X | | | | | | 2 |
| Merck & Co. | NYSE:MRK | Common Stock | X | | | | X | | | | | | 2 |
| Pfizer | NYSE:PFE | Common Stock | X | | | | X | | | | | | 2 |
| Biogen | NASDAQ:BIIB | Common Stock | | | | | X | | | X | | | 2 |
| Celgen | NASDAQ:CELG | Common Stock | | | | | X | | | X | | | 2 |
| Perrigo Company | NYSE:PRGO | Common Stock | | | | | | X | X | | | | 2 |
| Allergan | NYSE:AGN | Common Stock | | | | | | X | X | | | | 2 |

Note: Companies identified were used as valuation comparables by analysts (See Appendix C). The analyst reports used in the analysis dated from October 24, 2013 (first of the four quarterly earnings dates prior to the Class Period) through October 14, 2014 (end of the Class Period). I excluded private companies and public companies that trade on OTC or are foregin exchange only.

# **EXHIBIT**

# **6**

**Exhibit 6**
**Coefficients from Event Study for Shire PLC**
**10/24/2013 - 7/23/2015**



Source: S&P Capital IQ

Note: The event study results are based on a rolling regression of the previous 120 trading days. There are two specific periods during which I deviate from the rolling regression model, described in FN 64 of my report. The regression model controls for a broad market index (S&P 500 Total Return Index) and an equal weighted Industry Index. The Industry Index constitutes of companies that were mentioned by two or more analysts as valuation comparables to Shire PLC between October 24, 2013 (first of the four quarterly earnings dates prior to the Class Period) and October 14, 2014 (end of the Class Period). The returns of the Industry Index are net of the S&P 500. Earnings announcements, pre-earnings announcements, guidance updates and alleged corrective disclosures have been removed from estimation. In addition, 6/20/2014 was also excluded because AbbVie confirmed media reports that it had approached Shire with an initial combination proposal. Similarly, 4/28/2014 and 6/16/2014 were also excluded because there were rumors about a potential takeover of Shire PLC.

# EXHIBIT

## 7

**Exhibit 7**
**Standard Deviation of the Errors**
**from Event Study for Shire PLC**
**10/24/2013 - 7/23/2015**



Source: S&P Capital IQ

The event study results are based on a rolling regression of the previous 120 trading days. There are two specific periods during which I deviate from the rolling regression model, described in FN 64 of my report. The regression model controls for a broad market index (S&P 500 Total Return Index) and an equal weighted Industry Index. The Industry Index constitutes of companies that were mentioned by two or more analysts as valuation comparables to Shire PLC between October 24, 2013 (first of the four quarterly earnings dates prior to the Class Period) and October 14, 2014 (end of the Class Period). The returns of the Industry Index are net of the S&P 500. Earnings announcements, pre-earnings announcements, guidance updates and alleged corrective disclosures have been removed from estimation. In addition, 6/20/2014 was also excluded because AbbVie confirmed media reports that it had approached Shire with an initial combination proposal. Similarly, 4/28/2014 and 6/16/2014 were also excluded because there were rumors about a potential takeover of Shire PLC.

# EXHIBIT

# 8A

**Exhibit 8A**
**Summary Statistics of Shire's Alleged Corrective Disclosure Date**
**Class Period: 9/29/2014 - 10/14/2014**

| | | | | | Shire ADR | | Regression Results | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | Date | Time | Market Date | Event | Price | Raw Return | Abnormal Return | Abnormal Dollar Change | T-Stat | Sig Level[2] |
| 1 | 10/14/2014 | 7:28 PM | 10/15/2014 | AbbVie announced after trading hours on October 14, 2014 that it was reconsidering its combination with Shire. ("AbbVie Board To Reconsider Recommendation for Shire Acquisition," Bloomberg News, 10/14/2014, 7:28 PM EST). | $170.49 | -30.29% | -29.44% | -$72.00 | -31.36 | *** |

Source: S&P Capital IQ and Factiva.

Notes:

(1) The event study results are based on a rolling regression of the previous 120 trading days. There are two specific periods during which I deviate from the rolling regression model, described in FN 64 of my report. The regression model controls for a broad market index (S&P 500 Total Return Index) and an equal weighted Industry Index. The Industry Index constitutes of companies that were mentioned by two or more analysts as valuation comparables to Shire PLC between October 24, 2013 (first of the four quarterly earnings dates prior to the Class Period) and October 14, 2014 (end of the Class Period). The returns of the Industry Index are net of the S&P 500. Earnings announcements, pre-earnings announcements, guidance updates and alleged corrective disclosures have been removed from estimation. In addition, 6/20/2014 was also excluded because AbbVie confirmed media reports that it had approached Shire with an initial combination proposal. Similarly, 4/28/2014 and 6/16/2014 were also excluded because there were rumors about a potential takeover of Shire PLC.

(2) "***" Denotes statistical significance at the 99% confidence level or greater.

# EXHIBIT

# 8B

**Exhibit 8B**
## Summary Statistics of Shire's Earnings Events During the Analysis Period
### Class Period: 9/29/2014 - 10/14/2014

| # | Date | Time | Market Date | Period | Event | Shire ADR | | Regression Results | | | |
|---|------|------|-------------|--------|-------|-----------|------------|--------------------|------------------------|--------|-------------|
| | | | | | | Price | Raw Return | Abnormal Return | Abnormal Dollar Change | T-Stat | Sig Level[2] |
| 1 | 10/24/2013 | 7:00 AM | 10/24/2013 | Q3 2013 | Shire PLC: Strong Third Quarter and Increased Non GAAP Earnings Expectations | $136.74 | 11.71% | 11.31% | $13.80 | 11.57 | *** |
| 2 | 1/14/2014 | 9:30 AM | 1/14/2014 | FY 2014 | Shire PLC: Guidance Update | $147.13 | 3.73% | 2.57% | $3.64 | 2.75 | *** |
| 3 | 2/13/2014 | 7:00 AM | 2/13/2014 | Q4 2013 | Shire PLC: Shire delivers double digit product sales growth | $157.73 | 1.06% | 0.24% | $0.38 | 0.25 | |
| 4 | 4/15/2014 | 7:55 AM | 4/15/2014 | Q1 2014 | Shire PLC: Pre-quarterly Results | $144.40 | 1.09% | 0.61% | $0.87 | 0.55 | |
| 5 | 5/1/2014 | 7:00 AM | 5/1/2014 | Q1 2014 | Shire PLC: Strong start to 2014 and full year guidance increased | $175.87 | 2.40% | 1.99% | $3.43 | 1.65 | |
| 6 | 7/18/2014 | 6:05 AM | 7/18/2014 | Q2 2014 | Shire PLC: Shires delivers record quarterly revenues | $257.06 | 1.43% | 0.08% | $0.20 | 0.08 | |
| 7 | 10/24/2014 | 7:00 AM | 10/24/2014 | Q3 2014 | Shire's Clear and Focused Strategy Delivers Record Quarterly Revenues. Non GAAP Diluted Earnings per ADS up 60% | $194.49 | 5.14% | 3.80% | $7.04 | 2.54 | ** |
| 8 | 2/12/2015 | 7:00 AM | 2/12/2015 | Q4 2014 | Shire Delivers Record Revenues and Non GAAP Earnings per ADS in 2014, and Enters 2015 with Strongest-Ever Pipeline | $233.71 | 7.12% | 6.34% | $13.83 | 4.23 | *** |
| 9 | 4/30/2015 | 7:00 AM | 4/30/2015 | Q1 2015 | Shire PLC: Shires delivers strong revenue growth and cash generation | $243.51 | -0.71% | 0.27% | $0.66 | 0.19 | |
| 10 | 7/23/2015 | 7:00 AM | 7/23/2015 | Q2 2015 | Shire PLC: Second Quarter Results | $261.24 | 0.69% | 0.99% | $2.56 | 0.83 | |

Source: S&P Capital IQ and Factiva.
Notes:
(1) The event study results are based on a rolling regression of the previous 120 trading days. There are two specific periods during which I deviate from the rolling regression model, described in FN 64 of my report. The regression model controls for a broad market index (S&P 500 Total Return Index) and an equal weighted Industry Index. The Industry Index constitutes of companies that were mentioned by two or more analysts as valuation comparables to Shire PLC between October 24, 2013 (first of the four quarterly earnings dates prior to the Class Period) and October 14, 2014 (end of the Class Period). The returns of the Industry Index are net of the S&P 500. Earnings announcements, pre-earnings announcements, guidance updates and alleged corrective disclosures have been removed from estimation. In addition, 6/20/2014 was also excluded because AbbVie confirmed media reports that it had approached Shire with an initial combination proposal. Similarly, 4/28/2014 and 6/16/2014 were also excluded because there were rumors about a potential takeover of Shire PLC.

(2) "***" Denotes statistical significance at the 99% confidence level or greater and "**" denotes statistical significance at the 95% confidence level or greater.

# EXHIBIT

# 9A

**Exhibit 9A**
**Shire PLC Intraday Price and Volume**
**10/24/2013**



Source: TICK Data.

# EXHIBIT

# 9B

**Exhibit 9B**
**Shire PLC Intraday Price and Volume**
**1/14/2014**



Source: TICK Data.

# EXHIBIT

# 9C

**Exhibit 9C**
**Shire PLC Intraday Price and Volume**
**2/13/2014**



Source: TICK Data.

# **EXHIBIT**

# **9D**

**Exhibit 9D**
**Shire PLC Intraday Price and Volume**
**4/15/2014**



Source: TICK Data.

# EXHIBIT

# 9E



**Exhibit 9E**
**Shire PLC Intraday Price and Volume**
**5/1/2014**

| Return | Abn. Return | T-Stat |
|--------|-------------|--------|
| 2.40% | 1.99% | 1.65 |

5/1/2014 <u>7:00 am</u>
Shire announces Q1
2014 Results

5/1/2014
<u>9:30 am - $173.92</u>
**NASDAQ Open**

5/1/2014
<u>4:00 pm - $175.87</u>
**NASDAQ Close**

4/30/2014
<u>4:00 pm - $171.75</u>
**NASDAQ Close**

Source: TICK Data.

# EXHIBIT

# 9F



**Exhibit 9F**
**Shire PLC Intraday Price and Volume**
**7/18/2014**

| Return | Abn. Return | T-Stat |
|--------|-------------|--------|
| 1.43% | 0.08% | 0.08 |

7/17/2014
4:00 pm - $253.44
**NASDAQ Close**

7/18/2014 6:05 am
Shire announces Q2
2014 Results

7/18/2014
4:00 pm - $257.06
**NASDAQ Close**

7/18/2014
9:30 am - $252.40
**NASDAQ Open**

Source: TICK Data.

# EXHIBIT

# 9G



**Exhibit 9G**
**Shire PLC Intraday Price and Volume**
**10/24/2014**

Source: TICK Data.

# EXHIBIT

# 9H

**Exhibit 9H**
**Shire PLC Intraday Price and Volume**
**2/12/2015**



Source: TICK Data.

# EXHIBIT

# 9I



Exhibit 9I
Shire PLC Intraday Price and Volume
4/30/2015

| | Return | Abn. Return | T-Stat |
|---|---|---|---|
| | -0.71% | 0.27% | 0.19 |

4/30/2015 7:00 am
Shire announces Q1
2015 Results

4/30/2015
9:30 am - $249.30
NASDAQ Open

4/30/2015
4:00 pm - $243.51
NASDAQ Close

4/29/2015
4:00 pm - $245.26
NASDAQ Close

Source: TICK Data.

# EXHIBIT

# 9J



**Exhibit 9J**
**Shire PLC Intraday Price and Volume**
**7/23/2015**

| | Return | Abn. Return | T-Stat |
|---|---|---|---|
| | 0.69% | 0.99% | 0.83 |

7/22/2015
4:00 pm - $259.46
**NASDAQ Close**

7/23/2015 7:00 am
Shire announces
Q2 2015 Results

7/23/2015
4:00 pm - $261.24
**NASDAQ Close**

7/23/2015
9:30 am - $251.55
**NASDAQ Open**

Source: TICK Data.

# EXHIBIT

# 10

**Exhibit 10**
## Comparison of Statistical Significance and Abnormal Returns
## for Shire PLC Earnings Event Dates
## vs. Days with Least News

| Statistic | Event Dates | Days with Least Amount of News, Analyst Reports, or SEC Filings |
|---|---|---|
| N | 10 | 31 |
| Significant Days at 95% Confidence Level[1] | 4 | 1 |
| % Significant Days at 95% Confidence Level[2, 3] | 40.00% | 3.23% |
| Average Absolute Abnormal Return[4] | 2.82% | 0.68% |
| Average Volume[5] | 2,077,115 | 505,235 |

Source: S&P Capital IQ and Factiva.

Notes:

(1) The event study results are based on a rolling regression of the previous 120 trading days. There are two specific periods during which I deviate from the rolling regression model, described in FN 64 of my report. The regression model controls for a broad market index (S&P 500 Total Return Index) and an equal weighted Industry Index. The Industry Index constitutes of companies that were mentioned by two or more analysts as valuation comparables to Shire PLC between October 24, 2013 (first of the four quarterly earnings dates prior to the Class Period) and October 14, 2014 (end of the Class Period). The returns of the Industry Index are net of the S&P 500. Earnings announcements, pre-earnings announcements, guidance updates and alleged corrective disclosures have been removed from estimation. In addition, 6/20/2014 was also excluded because AbbVie confirmed media reports that it had approached Shire with an initial combination proposal. Similarly, 4/28/2014 and 6/16/2014 were also excluded because there were rumors about a potential takeover of Shire PLC.

(2) 40.00% rate of statistical significance is statistically significantly different than 3.23% at the 95% confidence level.

(3) One would expect to observe 5% based on random chance alone. 3.23% is not statistically significantly different than 5% based on results of a t-test at the 95% confidence level.

(4) An average absolute abnormal return of 2.82% is statistically significantly different than 0.68% based on a t-test for difference of means at the 95% confidence level.

(5) An average volume of 2,077,115 is statistically significantly different than 505,235 based on a t-test for difference of means at the 95% confidence level.

# **EXHIBIT**

# **11**

**Exhibit 11**
**Shire PLC ADS Market Capitalization**
**10/24/2013 - 9/30/2015**



Source: S&P Capital IQ

# EXHIBIT

# 12

**Exhibit 12**

## Shire PLC Market Capitalization Compared to Companies Traded on the NYSE & NASDAQ During the Class Period

| Last trading day of: | Shire PLC Common Stock Market Capitalization (millions) | Shire PLC ADS Market Capitalization (millions) | ADS Percentile Rank in NASDAQ & NYSE |
|---|---|---|---|
| Q3 2014 | $50,336 | $10,404 | 87% |
| Q4 2014 | $41,329 | $8,536 | 85% |

Source: S&P Capital IQ and Thomson Reuters Eikon.

Note:
(1) The market capitalization for Shire PLC's Common Stock is estimated by multiplying a 3-to-1 ratio of the ADS price by the total number of Common Stock outstanding.

# EXHIBIT

# 13

# Exhibit 13

## Shire PLC ADR Shares Outstanding, Insider Holdings, and Institutional Holdings

| Last Trading Day of: [1] | Total Institutions Owning Stock [2] | Total Institutional Holdings (in 000s) [3] |
|---|---|---|
| Q3 2014 | 389 | 52,645 |
| Q4 2014 | 421 | 48,101 |

| Total Institutions Over Class Period: | 526 |
|---|---|

Sources: S&P Capital IQ.

Note:
(1) CapIQ listed Paulson & Co. Inc. under both insiders and institutions. Since I could find no evidence that it was an insider, I treat it as an institution only.

# EXHIBIT

# 14

**Exhibit 14**
**Shire PLC ADR**
**Test for Autocorrelation During the Analysis Period**

| Quarter | Coefficient on Previous Day Abnormal Return [1] | T-statistic |
|---|---|---|
| Q4 2013 | -0.04 | -0.29 |
| Q1 2014 | -0.04 | -0.30 |
| Q2 2014 | -0.08 | -0.63 |
| Q3 2014 | 0.23 | 1.71 |
| Q4 2014 | -0.25 | -2.17[2] |
| Q1 2015 | 0.01 | 0.05 |
| Q2 2015 | 0.23 | 1.81 |
| Q3 2015 | 0.15 | 0.44 |
| **Analysis Period** | **0.004** | **0.08** |

Source: S&P Capital IQ.
Note:
(1) The estimation period runs from 10/24/2013 to 7/23/2015.
(2) The autocorrelation on Q4 2014 is driven by a single outlier date, 10/17/2014, and is not indicative of a consistent pattern of autocorrelation.
(3) For each quarter, I perform a regression with the abnormal return from the event study as the dependent variable and the previous day's abnormal return as the independent variable. All dates excluded from the estimation of the market model event study are also excluded from the autocorrelation regression, including earnings announcements, pre-earnings announcements, guidance updates and the alleged corrective disclosure date.

# EXHIBIT

# 15

**Exhibit 15**
## Dividend Adjusted Shire ADS Closing Prices and
## Shire Common Stock Closing Prices
## 10/24/2013 - 7/23/2015



Source: S&P Capital IQ

Notes: Non-trading days and holidays for Nasdaq and LSE are excluded from the analysis. Prices are adjusted for dividends.

# EXHIBIT

# 16

**Exhibit 16**
**Summary of Put-Call Parity Test**

| | |
|---|---|
| Option-Date Pairs | 4,369 |
| Violations of Put-Call Parity | 0 |
| Violations as % of Total Observations | 0.00% |

| | |
|---|---|
| **Constraints:** | $S_0 - D - K \leq C_{ask} - P_{bid}$ |
| | $C_{bid} - P_{ask} \leq S_0 - Ke^{-rT}$ |

Source: iVolatility.com, Bloomberg and S&P Capital IQ.

Notes:
(1) The ask price for the Call option and the bid price for the Put option was used for the lower bound; and the bid price for the Call and the ask price for the Put option was used for the upper bound in the inequality above.

Definition of Variables:

$S_0$     Current stock price for Shire's ADSs (adjusted for dividends).

D     Present Value of future dividends, calculated as:

$$\sum_{j=1}^{n} \frac{D_j}{(1+r)^{T_j}}$$

where $D_j$ is the dividend amount, $r$ is the risk-free (and constant) interest rate covering the life of the option and ending closest to the expiration date, and $T_j$ time until dividend payout expressed in years, and $n$ is the number of dividend payments expected before option expiration.

K     Strike price of the option.

C     Call price.

P     Put price.

r     Risk-free (and constant) interest rate covering the life of the option and ending closest to the expiration date.

T     Time until expiration expressed in years.

# EXHIBIT
# 17A

**Exhibit 17A**
## Statistical Test of Abnormal Return of Shire's ADSs Option Price Indices on the Alleged Corrective Disclosure

| | Call Options | | | | | Put Options | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Market Date | Index Return | Abnormal Index Return | T-Statistic | P-Value | Significance | Index Return | Abnormal Index Return | T-Statistic | P-Value | Significance |
| 10/15/2014 | -66.50% | -57.32% | -5.06 | 0.00 | *** | 4,173.07% | 4,167.33% | 134.34 | 0.00 | *** |

Source: iVolatility.com and CapIQ.

Notes:

(1) The index was constructed by using the following formula:

$$r_t = \frac{1}{\sum_{i=1}^{N} o_{i,t-1}} \sum_{i=1}^{N} \left( \frac{p_{i,t} - p_{i,t-1}}{p_{i,t-1}} \right) o_{i,t-1}$$

Where $r_t$ represents the return on the index $o_{it}$ is the open interest on option series $i$ at time $t$ and $p_{it}$ is the price of option series $i$ at time $t$.

(2) The event study results are based on a rolling regression of the previous 120 trading days. There are two specific periods during which I deviate from the rolling regression model, described in FN 64 of my report. The regression controls for a broad market index (S&P 500 Total Return Index) and an equal weighted Peer Index. The Peer Index constitutes of companies that were mentioned by two or more analysts as valuation comparables to Shire PLC between October 24, 2013 (first of the four quarterly earnings dates prior to the Class Period) and October 14, 2014 (end of the Class Period). The Peer Index includes fifteen companies such as AstraZeneca, GlaxoSmithKline, Novartis, Eli Lilly and Bristol-Myers Squibb. The returns of the Peer Index are net of the S&P 500. Earnings announcements, pre-earnings announcements, guidance updates and alleged corrective disclosures have been removed from estimation. In addition, 6/20/2014 was also excluded because AbbVie confirmed media reports that it had approached Shire with an initial combination proposal. Similarly, 4/28/2014 and 6/16/2014 were also excluded because there were rumors about a potential takeover of Shire PLC.

(3) "***" Denotes statistical significance at the 99% confidence level or greater.

# EXHIBIT 17B

# Exhibit 17B
## Statistical Test of Abnormal Return of Shire's ADSs Option Price Indices on Shire's Earnings Events

| | Call Options | | | | | Put Options | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Market Date | Index Return | Abnormal Index Return | T-Statistic | P-Value | Significance | Index Return | Abnormal Index Return | T-Statistic | P-Value | Significance |
| 10/24/2013 | 147.06% | 144.09% | 6.62 | 0.00 | *** | -65.46% | -51.19% | -2.34 | 0.02 | ** |
| 1/14/2014 | 100.19% | 91.32% | 6.33 | 0.00 | *** | -90.96% | -60.63% | -2.36 | 0.02 | ** |
| 2/13/2014 | 2.47% | -3.82% | -0.27 | 0.79 | | -45.22% | -21.96% | -0.86 | 0.39 | |
| 4/15/2014 | 15.79% | 13.62% | 0.97 | 0.34 | | -24.63% | -9.37% | -0.38 | 0.70 | |
| 5/1/2014 | 15.56% | 11.79% | 0.70 | 0.48 | | -22.31% | -10.48% | -0.43 | 0.67 | |
| 7/18/2014 | -10.30% | -21.36% | -1.89 | 0.06 | * | -90.86% | -72.78% | -2.35 | 0.02 | ** |
| 10/24/2014 | 38.28% | 26.57% | 0.96 | 0.34 | | -31.90% | -10.72% | -0.47 | 0.64 | |
| 2/12/2015 | 131.49% | 133.64% | 4.81 | 0.00 | *** | -59.83% | -47.13% | -2.06 | 0.04 | ** |
| 4/30/2015 | -14.40% | 3.02% | 0.11 | 0.91 | | 0.60% | -4.58% | -0.20 | 0.84 | |
| 7/23/2015 | 3.12% | 7.42% | 0.33 | 0.74 | | -16.81% | -15.25% | -0.82 | 0.42 | |

Source: iVolatility.com and CapIQ.

Notes:

(1) The index was constructed by using the following formula:

$$r_t = \frac{1}{\sum_{i=1}^{N} o_{i,t-1}} \sum_{i=1}^{N} \left( \frac{p_{i,t} - p_{i,t-1}}{p_{i,t-1}} \right) o_{i,t-1}$$

Where $r_t$ represents the return on the index $o_{it}$ is the open interest on option series $i$ at time $t$ and $p_{it}$ is the price of option series $i$ at time $t$.

(2) The event study results are based on a rolling regression of the previous 120 trading days. There are two specific periods during which I deviate from the rolling regression model, described in FN 64 of my report. The regression controls for a broad market index (S&P 500 Total Return Index) and an equal weighted Peer Index. The Peer Index constitutes of companies that were mentioned by two or more analysts as valuation comparables to Shire PLC between October 24, 2013 (first of the four quarterly earnings dates prior to the Class Period) and October 14, 2014 (end of the Class Period). The Peer Index includes fifteen companies such as AstraZeneca, GlaxoSmithKline, Novartis, Eli Lilly and Bristol-Myers Squibb. The returns of the Peer Index are net of the S&P 500. Earnings announcements, pre-earnings announcements, guidance updates and alleged corrective disclosures have been removed from estimation. In addition, 6/20/2014 was also excluded because AbbVie confirmed media reports that it had approached Shire with an initial combination proposal. Similarly, 4/28/2014 and 6/16/2014 were also excluded because there were rumors about a potential takeover of Shire PLC.

(3) "***" Denotes statistical significance at the 99% confidence level or greater, "**" denotes statistical significance at the 95% confidence level or greater, and "*" denotes statistical significance at the 90% confidence level or greater.

# EXHIBIT
# 18A

**Exhibit 18A**

**Comparison of Call Options' Statistical Significance and Abnormal Returns**

**for Shire PLC Earnings Event Dates**

**vs. Days with Least News**

| Statistic | Event Dates | Days with Least Amount of News, Analyst Reports, or SEC Filings |
|---|---|---|
| N | 10 | 31 |
| Significant Days at 95% Confidence Level[1] | 3 | 0 |
| % Significant Days at 95% Confidence Level[2,3] | 30.00% | 0.00% |
| Average Absolute Abnormal Return[4] | 45.66% | 11.74% |
| Average Volume[5] | 2,238 | 309 |

Source: S&P Capital IQ, iVolatility.com and Factiva.

Notes:

(1) The event study results are based on a rolling regression of the previous 120 trading days. There are two specific periods during which I deviate from the rolling regression model, described in FN 64 of my report. The regression controls for a broad market index (S&P 500 Total Return Index) and an equal weighted Peer Index. The Peer Index constitutes of companies that were mentioned by two or more analysts as valuation comparables to Shire PLC between October 24, 2013 (first of the four quarterly earnings dates prior to the Class Period) and October 14, 2014 (end of the Class Period). The Peer Index includes fifteen companies such as AstraZeneca, GlaxoSmithKline, Novartis, Eli Lilly and Bristol-Myers Squibb. The returns of the Peer Index are net of the S&P 500. Earnings announcements, pre-earnings announcements, guidance updates and alleged corrective disclosures have been removed from estimation. In addition, 6/20/2014 was also excluded because AbbVie confirmed media reports that it had approached Shire with an initial combination proposal. Similarly, 4/28/2014 and 6/16/2014 were also excluded because there were rumors about a potential takeover of Shire PLC.

(2) 30.00% rate of statistical significance is statistically significantly different than 0.00% at the 95% confidence level.

(3) One would expect to observe 5% based on random chance alone. 0.00% is not statistically significantly different than 5% based on results of a t-test at the 95% confidence level.

(4) An average absolute abnormal return of 45.66% is statistically significantly different than 11.74% based on a t-test for difference of means at the 95% confidence level.

(5) An average volume of 2,238 is statistically significantly different than 309 based on a t-test for difference of means at the 95% confidence level.

# EXHIBIT

# 18B

**Exhibit 18B**

## Comparison of Put Options' Statistical Significance and Abnormal Returns
## for Shire PLC Earnings Event Dates
## vs. Days with Least News

| Statistic | Event Dates | Days with Least Amount of News, Analyst Reports, or SEC Filings |
|---|---|---|
| N | 10 | 31 |
| Significant Days at 95% Confidence Level[1] | 4 | 1 |
| % Significant Days at 95% Confidence Level[2,3] | 40.00% | 3.23% |
| Average Absolute Abnormal Return[4] | 30.41% | 15.86% |
| Average Volume[5] | 1,503 | 253 |

Source: S&P Capital IQ, iVolatility.com and Factiva.

Notes:

(1) The event study results are based on a rolling regression of the previous 120 trading days. There are two specific periods during which I deviate from the rolling regression model, described in FN 64 of my report. The regression controls for a broad market index (S&P 500 Total Return Index) and an equal weighted Peer Index. The Peer Index constitutes of companies that were mentioned by two or more analysts as valuation comparables to Shire PLC between October 24, 2013 (first of the four quarterly earnings dates prior to the Class Period) and October 14, 2014 (end of the Class Period). The Peer Index includes fifteen companies such as AstraZeneca, GlaxoSmithKline, Novartis, Eli Lilly and Bristol-Myers Squibb. The returns of the Peer Index are net of the S&P 500. Earnings announcements, pre-earnings announcements, guidance updates and alleged corrective disclosures have been removed from estimation. In addition, 6/20/2014 was also excluded because AbbVie confirmed media reports that it had approached Shire with an initial combination proposal. Similarly, 4/28/2014 and 6/16/2014 were also excluded because there were rumors about a potential takeover of Shire PLC.

(2) 40.00% rate of statistical significance is statistically significantly different than 3.23% at the 95% confidence level.

(3) One would expect to observe 5% based on random chance alone. 3.23% is not statistically significantly different than 5% based on results of a t-test at the 95% confidence level.

(4) An average absolute abnormal return of 30.41% is statistically significantly different than 15.86% based on a t-test for difference of means at the 95% confidence level.

(5) An average volume of 1,503 is statistically significantly different than 253 based on a t-test for difference of means at the 95% confidence level.

# Appendix A
# Documents Considered

## Court Documents

- Amended Class Action Complaint for Violation of the Federal Securities Laws, *In Re Murray Rubinstein, el al v. Richard Gonzalez and AbbVie*, dated May 2, 2016.
- Memorandum Opinion and Order, *In Re Murray Rubinstein, el al v. Richard Gonzalez and AbbVie*, dated March 10, 2017.

## Court Decisions and Securities Law

- *Basic, Inc. v. Levinson*, 485 U.S. (1988).
- *Halliburton Co. v. Erica P. John Fund, Inc*., 134 S. Ct. (2014).
- *Cammer v. Bloom*, 711 F. Supp. (D.N.J. 1989).
- Bromberg & Lowenfels, Securities Fraud and Commodities Fraud, § 8.6. (Aug. 1988).
- *Krogman v. Sterritt* 202 F.R.D. (N.D. Tex. 2001).
- Private Securities Litigation Reform Act of 1995, dated December 22, 1995.

## SEC Filings/Forms

- Shire PLC 10-K Annual filings submitted to the SEC:
  - Shire PLC 10-K for the Fiscal Year End December 31, 2013.
  - Shire PLC 10-K for the Fiscal Year End December 31, 2014.
  - Shire PLC 10-K for the Fiscal Year End December 31, 2015.
- Shire PLC 10-Qs for the period September 30, 2013 through September 30, 2015.
- Shire PLC Form S-3 filed on November 6, 2001.
- Shire PLC Form S-3 filed on September 2, 2016.
- AbbVie Inc. 10-K Annual filings submitted to the SEC:
  - AbbVie Inc. 10-K for the Fiscal Year End December 31, 2013.
  - AbbVie Inc. 10-K for the Fiscal Year End December 31, 2014.
  - AbbVie Inc. 10-K for the Fiscal Year End December 31, 2015.
- Form S-3 eligibility information from www.sec.gov/about/forms/forms-3.pdf.
- Form F-3 eligibility information from www.sec.gov/about/forms/formf-3.pdf.

## Security Data

- Historical data for Shire PLC ADSs and Common Stock, components of the Peer Index, and the S&P 500 Total Return Index were obtained from S&P Capital IQ.

- Trade and quote data for Shire PLC during the Class Period and one hundred random companies trading on the New York Stock Exchange and NASDAQ for May 2013 were obtained from Tick Data, *see* https://tickapi.tickdata.com.
- Institutional holdings data was obtained from S&P Capital IQ.
- Shire PLC ADS options data were obtained from IVolatility, *see* http://www.ivolatility.com.
- Market capitalization data for firms trading on the New York Stock Exchange and NASDAQ were obtained from the Thomson Reuters Eikon database.
- Turnover velocity data for NASDAQ was obtained from the World Federation of Exchanges, *see* http://www.world-exchanges.org/home/index.php/statistics.
- The number of market makers during the Class Period for Shire PLC's ADS and risk-free interest rates were obtained from Bloomberg.
- Current list of top 25 members of the NYSE Arca Pharmaceutical Index were obtained from Yahoo Finance, *see* https://finance.yahoo.com/quote/%5EDRG/components?ltr=1.

## Shire PLC News

- Shire PLC news headlines and select articles downloaded from Factiva for the Analysis Period.
    - News was obtained by executing a search via Factiva for "All Sources" with the company field "Shire PLC" or keyword fields "Shire PLC", for the period "October 24, 2013 – July 23, 2015." The Factiva search yielded 6,464 unique articles. Duplicate articles have been removed by a proprietary function accessible in Factiva's search builder. I also removed articles on "Form 8.3" and "Form 8.5" as they were disclosure forms required of any investor in a UK-listed company that is in a bid process, and they did not provide information or discussion on the Company or its operations to the public. I did not identify any other articles that cite Form 8.3 or Form 8.5, which forms my belief that these filings were not considered material by the market. In addition, articles related to similarly named companies and organizations, geographic locations containing name "Shire" and individuals identified with the name "Shire" were removed from the search to eliminate unrelated articles.
- Footnoted articles:
    - "Shire volatility increases after report of potential approach from Allergan," *Theflyonthewall.com*, April 28, 2014.
    - "EXCLUSIVE – Shire hires Citi as braces for takeover bids – sources," *Reuters*, June 16, 2014.
    - "SHIRE PLC – Shire Confirms Rejection of AbbVie Proposal," *PR Newswire*, June 20, 2014.
    - "AbbVie Board to Reconsider Recommendation for Shire Acquisition," *Bloomberg News*, October 14, 2014.

- Shire PLC earnings press releases and pre-announcements during the Analysis Period:
  - "Shire plc: Strong Third Quarter and Increased Non GAAP Earnings Expectations," *PR Newswire*, October 24, 2013.
  - "Shire plc: Guidance Update," *PR Newswire*, January 14, 2014.
  - "SHIRE PLC – Shire delivers double digit product sales growth," *PR Newswire*, February 13, 2014.
  - "SHIRE PLC – Pre-quarterly Results," *PR Newswire*, April 15, 2014.
  - "SHIRE PLC – Strong start to 2014 and full year guidance increased," *PR Newswire*, May 1, 2014.
  - "SHIRE PLC – Shire delivers record quarterly revenues," *PR Newswire*, July 18, 2014.
  - "Shire's Clear and Focused Strategy Delivers Record Quarterly Revenues. Non GAAP Diluted Earnings per ADS up 60%," *PR Newswire*, October 24, 2014.
  - "Shire Delivers Record Revenues and Non GAAP Earnings per ADS in 2014, and Enters 2015 With Strongest-Ever Pipeline," *PR Newswire*, February 12, 2015.
  - "SHIRE PLC – Shire delivers strong revenue growth and cash generation," *PR Newswire*, April 30, 2015.
  - "SHIRE PLC – Second Quarter Results," *PR Newswire*, July 23, 2015.

## Analyst Reports and Conference Calls

- Shire PLC analyst reports supplied by Investex via Thomson Reuters for the period October 2013 to July 2015.
- Analyst reports including, but not limited to:
  - "Q3/13 Earnings Impress as Cost Base is Reset, ex-M&A Revenues Set to Moderate," *RBC Capital Markets*, October 24, 2013.
  - "Management Comes Through on Cost Cutting Initiatives; Raising PT," *PiperJaffray*, October 24, 2013.
  - "Firazyr, Lialda Strength and Expense Reductions Lead to Third-Quarter Upside; Looking for Pipeline Clarity in Early 2014," *William Blair*, October 24, 2013.
- Shire PLC earnings conference call transcripts throughout the Analysis Period.

## Academic Articles/Texts

- Eugene Fama, *Efficient Capital Markets: A Review of Theory and Empirical Work*, 25 J. Fin. (1970).
- William F. Sharpe, Gordon J. Alexander, and Jeffery V. Bailey, *Investments*, Prentice Hall, Fifth Edition, 1995.
- Yakov Amihud, et al., *Liquidity and Asset Prices*, 1 Found. & Trends Fin. (2005).
- Randall S. Thomas & James F. Cotter, *Measuring Securities Market Efficiency in the Regulatory Setting*, 63 Law & Contemp. Probs. (2000).
- Brad M. Barber, et al., *The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency*, 19 J. Corp. L. (1994).

- A. Craig MacKinlay, *Event Studies in Economics and Finance*, 35 J. ECON. LITERATURE (1997).
- Phillip A. Braun, et al., *Good News, Bad News Volatility, and Betas*, 50 J. FIN. (1995).
- John Binder, *The Event Study Methodology Since 1969*, 11 REV. QUANTITATIVE FIN. & ACCT. (1998).
- Damodar N. Gujarati, *Basic Econometrics*, Third Edition, McGraw Hill, 1995.
- David I. Tabak and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," Ch. 19, *Litigation Services Handbook, The Role of the Financial Expert*, Third Edition, 2001.
- William H. Beaver "The Information Content of Annual Earnings Announcements," *Empirical Research in Accounting: Selected Studies, 1968,* supplement to the *Journal of Accounting Research*, Vol. 6, 1968.
- Robert G. May, "The Influence of Quarterly Earnings Announcements on Investor Decisions as Reflected in Common Stock Price Changes," *Empirical Research in Accounting: Selected Studies, 1971,* supplement to the *Journal of Accounting Research*, Vol. 9, 1971.
- Joseph Aharony and Itzhak Swary, "Quarterly Dividend and Earnings Announcements and Stockholders' Returns: An Empirical Analysis," 35 J. FIN. (1980).
- Roger D. Huang & Hans R. Stall, *Dealer Versus Auction Markets: A Paired Comparison of Execution Costs on NASDAQ and the NYSE*, 41 J. FIN. ECON. (1996).
- Doron Avramov, et al., *Liquidity and Autocorrelations in Individual Stock Returns*, 61 J. FIN. (2006).
- Michael C. Jensen, *Some Anomalous Evidence Regarding Market Efficiency*, 6 J. FIN. ECON. (1978).
- William H. Greene, *Econometric Analysis*, Prentice Hall, Sixth Edition, 2008.
- Stephen A. Ross, *Options and Efficiency*, 90 Q. J. ECON. (1976).
- Raman Kumar et al., *The Impact of Options Trading on the Market Quality of the Underlying Security: An Empirical Analysis*, 53 J. FIN. (1998).
- Zvi Bodie et al., *Investments*, Irwin McGraw-Hill, Fourth Edition, 1999.
- John Hull, *Options, Futures and Other Derivatives*, Prentice Hall, Fifth Edition, 2003.
- Robert C. Klemkosky and Bruce G. Resnick, "Put-Call Parity and Market Efficiency," 34 J. FIN. (1979).
- Avraham Kamara and Thomas W. Miller, Jr., "Daily and Intradaily Tests of European Put-Call Parity," 30 J. FIN. & QUANT. ANALYSIS (1995).
- Leng Y. Goh and David Allen, "A Note on Put-call Parity and the Market Efficiency of the London Traded Options Market," 5 MANAGERIAL & DECISION ECON. (1984).

**Other**

- https://www.sec.gov/edgar/searchedgar/webusers.htm

- http://www.sec.gov/info/smallbus/secg/s3f3-secg.htm
- http://www.sec.gov/answers/mktmaker.htm
- http://www.rss-specifications.com/
- http://www.rss-specifications.com/what-is-rss.htm
- https://listingcenter.nasdaq.com/assets/initialguide.pdf
- http://www.nasdaq.com/includes/Anatomy_of_a_Trade_FactSheet.pdf
- http://www.nasdaqomx.com/transactions/trading/equities
- http://www.nasdaq.com/reference/market_mechanics.pdf
- http://www.nasdaq.com/options/
- http://www.cboe.com/trading-resources/symbol-directory/equity-index-leaps-options?sid=S

APPENDIX B

## CHAD W. COFFMAN, MPP, CFA

Global Economics Group, LLC
140 South Dearborn Street, Suite 1000
Chicago, IL 60603
Office:        (312) 470-6500
Mobile:       (815) 382-0092
Email:        ccoffman@globaleconomicsgroup.com

## EMPLOYMENT:

### Global Economics Group, LLC
President (2008 - Current)

Global Economics Group specializes in the application of economics, finance, statistics, and valuation principles to questions that arise in a variety of contexts, including litigation and policy matters throughout the world. With offices in Chicago, Boston, and New York, Principals of Global Economics Group have extensive experience in high-profile securities, antitrust, labor, and intellectual property matters.

### Market Platform Dynamics, LLC
Chief Financial Officer & Chief Operating Officer (2010 – Current)

Market Platform Dynamics is a management consulting firm that specializes in assisting platform-based companies profit from industry disruption caused by the introduction of new technologies, new business models and/or new competitive threats. MPD's experts include economists, econometricians, product development specialists, strategic marketers and recognized thought leaders who apply cutting-edge research to the practical problems of building and running a profitable business.

### Chicago Partners, LLC
Principal (2007 – 2008)
Vice President (2003 – 2007)
Director (2000 – 2003)
Senior Associate (1999 – 2000)
Associate (1997 – 1999)
Research Analyst (1995 – 1997)

## EDUCATION:

**CFA**      Chartered Financial Analyst, 2003

**M.P.P.**  University of Chicago, 1997
Masters of Public Policy, with a focus in economics including coursework in Finance, Labor Economics, Econometrics, and Regulation

**B.A.**    Knox College, 1995
Economics, Magna Cum Laude
Graduated with College Honors for Paper entitled "Increasing Efficiency in Water
Supply Pricing:  Using Galesburg, Illinois as a Case Study"
Dean's List Every Term
Phi Beta Kappa

## PROFESSIONAL EXPERIENCE:

<u>Securities, Valuation, and Market Manipulation Cases:</u>

- Testifying Expert in numerous high-profile class action securities matters including, but not limited to:

    o In Re: <u>Bank of America Corp. Securities, Derivative, and Employee Retirement Income Security Act (ERISA) Litigation</u>.  Parties settled for $2.4 billion in which I served as Plaintiffs' damages and loss causation expert.
    o In Re: <u>Schering-Plough Corporation/ Enhance Securities Litigation</u>. Parties settled for $473 million in which I served as Plaintiffs' damages and loss causation expert.
    o In Re: <u>REFCO Inc. Securities Litigation</u>. Parties settled for $367 million in which I served as Plaintiffs' damages and loss causation expert.
    o In Re: <u>Computer Sciences Corporation Securities Litigation</u>. Parties settled for $98 million in which I served as Plaintiffs' damages and loss causation expert.
    o Full list of testimonial experience is provided below

- Engaged several dozen times as a neutral expert by prominent mediators to evaluate economic analyses of other experts.

- Expert consultant for the American Stock Exchange (AMEX) where I evaluated issues related to multiple listing of options.  Performed econometric analysis of various measures of option spread using tens of millions of trades.

- Performed detailed audit of CDO valuation models employed by a banking institution to satisfy regulators – non-litigation matter.

- Played significant role in highly-publicized internal accounting investigations of two Fortune 500 companies.  One led to restatement of previously issued financial statements and both involved SEC investigations.

**Testimony:**

- Testifying expert in the matter of <u>Kuo, Steven Wu v. Xceedium Inc, Supreme Court of New York, County of New York, Index No. 06-100836</u>.  Filed report re: the fair value of Mr. Kuo's shares. Case settled at trial.

- Testifying expert in the matter of <u>Pallas, Dennis H. v. BPRS/Chestnut Venture Limited Partnership and Gerald Nudo, Circuit Court of Cook County, Illinois, County Department, Chancery Division</u>. Filed report re: fair value of Pallas shares.  Report: July 9, 2008. Deposition August 6, 2008. Court Testimony February 11, 2009.

- Testifying expert in <u>Washington Mutual Securities Litigation, United States District Court, Western District of Washington, at Seattle, No. 2:08-md-1919 MJP, Lead Case No. C08-387 MJP</u>. Filed declaration August 5, 2008 re: Plaintiffs' loss causation theory.  Filed expert report April 30, 2010.  Filed rebuttal expert report August 4, 2010.  Filed declaration re: Plan of Allocation September 25, 2009**.**

- Testifying expert in <u>DVI Securities Litigation, Case No. 2:03-CV-05336-LDD, United States District Court for the Eastern District of Pennsylvania</u>. Filed expert report October 1, 2008 re: damages. Filed rebuttal expert report December 17, 2008. Deposition January 27, 2009. Filed rebuttal expert report June 24, 2013.

- Testifying expert in <u>Syratech Corporation v. Lifetime Brands, Inc. and Syratech Acquisition Corporation, Supreme Court of the State of New York, Index No. 603568/2007</u>. Filed expert report October 31, 2008.

- Expert declaration in <u>Jacksonville Police and Fire Pension Fund, et al. v. AIG, Inc., et al., No. 08-CV-4772-LTS; James Connolly, et al. v. AIG, Inc., et al., No. 08-CV-5072-LTS; Maine Public Employees Retirement System, et al. v. AIG, Inc., et al., No. 08-CV-5464-LTS; and Ontario Teachers' Pension Plan Board, et al. v. AIG, Inc., et al., No. 08-CV-5560-LTS, United States District Court, Southern District of New York</u>. Filed declaration February 18, 2009.

- Expert declaration in <u>Connetics Securities Litigation, Case No. C 07-02940 SI, United States District Court for the Northern District of California, San Francisco Division</u>. Filed expert report March 16, 2009.  Filed declaration re: Plan of Allocation September 9, 2009**.**

- Testifying expert in <u>Boston Scientific Securities Litigation, Master File No. 1:05-cv-11934 (DPW), United States District Court District of Massachusetts</u>.  Filed expert report August 6, 2009. Deposition October 6, 2009.

- Expert declaration in <u>Louisiana Sheriffs' Pension and Relief Fund, et al. v. Merrill Lynch & Co, Inc., et al., Case Number 08-cv-09063, United States District Court, Southern District of New York</u>. Filed declaration re: Plan of Allocation October, 2009.

- Testifying expert in <u>Henry J. Wojtunik v. Joseph P. Kealy, John F. Kealy, Jerry A. Kleven, Richard J. Seminoff, John P. Stephen, C. James Jensen, John P. Morbeck, Terry W. Beiriger, and Anthony T. Baumann</u>. Filed expert report January 25, 2010.

- Testifying expert in <u>REFCO Inc. Securities Litigation, Case No. 05 Civ. 8626 (GEL), United States District Court for the Southern District of New York</u>. Filed expert report February 2, 2010. Filed rebuttal expert report March 12, 2010. Deposition March 26, 2010.

- Expert declaration in <u>New Century Securities Litigation, Case No. 07-cv-00931-DDP, United States District Court Central District of California</u>. Filed declaration March 11, 2010.

- Testifying expert in <u>Louisiana Municipal Police Employees' Retirement System, et al. v. Tilman J. Fertitta, Steven L. Scheinthal, Kenneth Brimmer, Michael S. Chadwick, Michael Richmond, Joe Max Taylor, Fertitta Holdings, Inc., Fertitta Acquisition Co., Richard Liem, Fertitta Group, Inc. and Fertitta Merger Co, C.A. No. 4339-VCL, Court of Chancery of the State of Delaware</u>. Filed expert report April 23, 2010.

- Testifying expert in <u>Edward E. Graham and William C. Nordlund, individually and d/b/a Silver King Capital Management v. Eton Park Capital Management, L.P., Eton Park Associates, L.P. and Eton Park Fund, L.P. Case No. 1:07-CV-8375-GBD, Circuit Court of Shelby County, Alabama</u>. Filed rebuttal expert report July 8, 2010. Deposition September 1, 2010. Filed supplemental rebuttal expert report August 22, 2011.

- Testifying expert in <u>Moody's Corporation Securities Litigation. Case No. 1:07-CV-8375-GBD), United States District Court for the Southern District of New York</u>. Filed rebuttal expert report August 23, 2010. Deposition October 7, 2010. Filed rebuttal reply report November 5, 2010. Filed expert report May 25, 2012.

- Testifying expert in <u>Minneapolis Firefighters' Relief Association v. Medtronic, Inc., et al. Civil No. 08-6324 (PAM/AJB), United States District Court, District of Minnesota</u>. Filed expert report January 14, 2011.

- Testifying expert in <u>Schering-Plough Corporation/ENHANCE Securities Litigation Case No.2:08-cv-00397 (DMC) (JAD), United States District Court, District of New Jersey</u>. Filed declaration February 7, 2011. Filed expert report September 15, 2011. Filed rebuttal expert report October 28, 2011. Filed declaration January 30, 2012. Deposition November 15, 2011 and November 29, 2011.

- Testifying expert in <u>Fannie Mae 2008 Securities Litigation, Master File No. 08 Civ. 7831 (PAC), United States District Court for the Southern District of New York</u>. Filed expert report July 18, 2011.

- Testifying expert in <u>Bank of America Corp. Securities, Derivative, and Employee Retirement Income Security Act (ERISA) Litigation, Master File No. 09 MDL 2058 (PKC), United States District Court for the Southern District of New York</u>. Filed expert report August 29, 2011. Filed rebuttal expert report September 26, 2011. Filed expert report March 16, 2012. Filed rebuttal expert report April 9, 2012. Filed rebuttal expert report April 29, 2012. Deposition October 14, 2011 and May 24, 2012.

- Testifying expert in <u>Toyota Motor Corporation Securities Litigation, Case No. 10-922 DSF (AJWx), United States District Court, Central District of California</u>. Filed expert report February 17, 2012. Deposition March 28, 2012. Filed rebuttal expert report August 2, 2012. Filed declaration re: Plan of Allocation January 28, 2013.

- Testifying expert in <u>The West Virginia Investment Management Board and the West Virginia Consolidated Public Retirement Board v. The Variable Annuity Life Insurance Company, Civil No. 09-C-2104, Circuit Court of Kanawha County, West Virginia</u>. Filed expert report June 1, 2012. Depositions June 19, 2013 and December 11, 2015.

- Testifying expert in <u>Aracruz Celulose S.A. Securities Litigation, Case No. 08-23317-CIV-LENARD, United States District Court, Southern District of Florida</u>. Filed expert report July 20, 2012. Deposition September 14, 2012. Filed rebuttal expert report October 29, 2012. Filed declaration re: Plan of Allocation May 20, 2013.

- Testifying expert in <u>In Re Computer Sciences Corporation Securities Litigation, CIV. A. No. 1:11-cv-610-TSE-IDD, United States District Court for the Eastern District of Virginia, Alexandria Division</u>. Filed expert report November 9, 2012. Filed supplemental report February 18, 2013. Filed rebuttal expert report March 25, 2013. Deposition March 27, 2013. Filed declaration re: Plan of Allocation August 7, 2013.

- Testifying expert in <u>In Re Weatherford International Securities Litigation, Case 1:11-cv-01646-LAK, United States District Court for the Southern District of New York</u>. Filed declaration July 1, 2011. Filed expert report April 1, 2013. Deposition April 26, 2013.

- Testifying expert in <u>In Re: Regions Morgan Keegan Closed-End Fund Litigation, Case 2:07-cv-02830-SHM-dkv, United States District Court for the Western District of Tennessee Western Division</u>. Court testimony April 12, 2013.

- Testifying expert in <u>City of Roseville Employees' Retirement System and Southeastern Pennsylvania Transportation Authority, derivatively on behalf of Oracle Corporation, Plaintiff, v. Lawrence J. Ellison, Jeffrey S. Berg, H. Raymond Bingham, Michael J. Boskin, Safra A. Catz, Bruce R. Chizen, George H. Conrades, Hector Garcia-Molina, Donald L. Lucas, and Naomi O. Seligman, Defendants, and Oracle Corporation, Nominal Defendant, C.A. No. 6900-CS, Court of Chancery of the State of Delaware</u>. Filed expert report May 13, 2013. Filed rebuttal expert report June 21, 2013. Deposition July 17, 2013.

- Testifying expert in <u>In Re BP plc Securities Litigation, No. 4:10-md-02185, Honorable Keith P. Ellison, United States District Court for the Southern District of Texas, Houston Division</u>. Filed expert report June 14, 2013. Deposition July 25, 2013. Filed rebuttal expert report October 7, 2013. Filed declaration re: Plaintiff accounting losses November 17, 2013. Filed expert report January 6, 2014. Deposition January 22, 2014. Filed rebuttal expert report March 12, 2014. Filed expert report March 17, 2014. Hearing testimony April 21, 2014. Deposition June 3, 2014. Filed declaration re: damages June 3, 2014.

- Testifying expert in <u>In Re Celestica Inc. Securities Litigation, Civil Action No. 07-CV-00312-GBD, United States District Court for the Southern District of New York</u>. Filed expert report June 14, 2013. Filed rebuttal expert report September 10, 2013. Deposition September 24, 2013.

Chad Coffman
Page 6 of 11

- Testifying expert in <u>In Re Dendreon Corporation Class Action Litigation, Master Docket No. C11-01291JLR, United States District Court for the Western District of Washington at Seattle</u>. Filed declaration re: Plan of Allocation June 14, 2013.

- Testifying expert in <u>In Re Hill v. State Street Corporation, Master Docket No. 09-cv12146-GAO, United States District Court for the District of Massachusetts</u>. Filed expert report October 28, 2013.

- Testifying expert in <u>In Re BNP Paribas Mortgage Corporation and BNP Paribas v. Bank of America, N.A., Master Docket No. 09-cv-9783-RWS, United States District Court for the Southern District of New York</u>. Filed expert report November 25, 2013. Filed rebuttal expert report March 17, 2014. Deposition June 26-27, 2014.

- Testifying expert in <u>Stan Better and YRC Investors Group v. YRC Worldwide Inc., William D. Zollars, Michael Smid, Timothy A. Wicks and Stephen L. Bruffet, Civil Action No. 11-2072-KHV, United States District Court for the District of Kansas</u>. Filed declaration re: Plan of Allocation February 5, 2014. Filed expert report May 29, 2015. Filed expert report February 5, 2016.

- Testifying expert in <u>The Archdiocese of Milwaukee Supporting Fund v. Halliburton Company, et al., Civil Action No. 3:02-CV-1152-M, United States District Court for the Northern District of Texas, Dallas Division</u>. Filed rebuttal expert report October 30, 2014. Deposition November 11, 2014. Hearing testimony December 1, 2014. Filed expert report March 11, 2016. Filed rebuttal expert report May 13, 2016. Deposition June 10, 2016. Hearing testimony re: Plan of Allocation July 31, 2017.

- Testifying expert in <u>In Re HP Securities Litigation, Master File No. 3:12-cv-05980-CRB, United States District Court for the Northern District of California, San Francisco Division</u>. Filed expert report November 4, 2014. Deposition December 3, 2014. Filed rebuttal expert report January 26, 2015.

- Testifying expert in <u>In Re MGM Mirage Securities, No. 2:09-cv-01558-GMN-VCF, United States District Court for the District of Nevada</u>. Filed expert report November 12, 2014. Deposition January 6, 2015.  Filed rebuttal expert report April 2, 2015.

- Testifying expert in <u>Adam S. Levy v. Thomas Gutierrez, Richard J. Gaynor, Raja Bal, J. Michal Conaway, Kathleen A. Cote, Ernest L. Godshalk, Matthew E. Massengill, Mary Petrovich, Robert E. Switz, Noel G. Watson, Thomas Wroe, Jr., Morgan Stanley & Co. LLC, Goldman, Sachs & Co., and Canaccord Genuity Inc., No. 1:14-cv-00443-JL, United States District Court for the District of New Hampshire</u>. Filed declaration January 7, 2015.

- Testifying expert in <u>In Re Nu Skin Enterprises, Inc., Securities Litigation, Master File No. 2:14-cv-00033-DB, United States District Court for the District of Utah, Central Division</u>. Filed expert report June 26, 2015. Deposition August 17, 2015.

- Testifying expert in <u>In Re Intuitive Surgical Securities Litigation, Master File No. 5:13-cv-01920-EJD, United States District Court for the Northern District of California</u>. Filed expert report

September 1, 2015. Filed rebuttal expert report November 16, 2015. Filed expert report November 8, 2016. Filed expert report February 8, 2017. Deposition December 12, 2017.

- Testifying expert in <u>Babak Hatamian, et al., v. Advanced Micro Devices, Inc., et al., No. 4:14-cv-00226-YGR, United States District Court for the Northern District of California, San Francisco Division</u>. Filed expert report September 4, 2015. Filed rebuttal expert report December 7, 2015. Filed expert report November 18, 2016. Filed expert report January 17, 2017. Filed declaration March 6, 2017. Deposition March 7, 2017.

- Testifying expert in <u>In Re NII Holdings, Inc. Securities Litigation, No. 1:14-cv-00227-LMB-JFA, United States District Court for the Eastern District of Virginia, Alexandria Division</u>. Filed expert report September 11, 2015. Deposition September 17, 2015. Filed rebuttal expert report October 28, 2015. Filed expert report January 8, 2016.

- Testifying expert in <u>In Re Barrick Gold Securities Litigation, No. 1:13-cv-03851-SAS, United States District Court for the Southern District of New York</u>. Filed expert report September 15, 2015.

- Expert declaration in <u>In Re Tower Group International, Ltd. Securities Litigation, Master Docket No. 1:13-cv-5852-AT, United States District Court, Southern District of New York</u>. Filed declaration re: Plan of Allocation October 6, 2015.

- Testifying expert in <u>Beaver County Employees' Retirement Fund et al. v. Tile Shop Holdings Inc. et al., No. 0:14-cv-00786-ADM-TNL, United States District Court for the District of Minnesota</u>. Filed expert report December 1, 2015. Deposition March 15, 2016. Filed expert report July 1, 2016. Deposition July 26, 2016.

- Testifying expert in <u>In Re Barclays Bank PLC Securities Litigation, Civil Action No. 1:09-cv-01989-PAC, United States District Court for the Southern District of New York</u>. Filed expert report December 15, 2015. Filed rebuttal expert report February 2, 2016. Filed expert reply report March 18, 2016. Deposition April 21, 2016.

- Testifying expert in <u>In Re Petrobras Securities Litigation, Civil Action No. 15-cv-03733-JSR, 15-cv-07615-JSR, 15-cv-6618-JSR, 15-cv-02192-JSR, United States District Court for the Southern District of New York</u>. Filed expert report May 6, 2016. Filed expert report May 27, 2016. Filed expert report June 17, 2016. Deposition June 24, 2016.

- Testifying expert in <u>Zubair Patel, Individually and on Behalf of All Others Similarly Situated, Plaintiff, vs. L-3 Communications Holdings, Inc., et al., Defendants, No. 1:14-cv-06038-VEC, United States District Court for the Southern District of New York.</u> Filed expert report June 30, 2016. Deposition July 20, 2016. Filed expert report August 26, 2016.

- Testifying expert in <u>Leonard Howard, Individually and on Behalf of All Others Similarly Situated, Plaintiff, vs. Liquidity Services, Inc., et al., Defendants, No. 1:14-cv-01183-BAH, United States District Court for the District of Columbia.</u> Filed expert report September 2, 2016.

Chad Coffman
Page 8 of 11

- Testifying expert in <u>James Quinn, Derivatively on Behalf of Nominal Defendant Apple REIT Ten, Inc., Plaintiff, v. Glade M. Knight, Justin Knight, Kent W. Colton, R. Garnett Hall, Jr., David J. Adams, Anthony F. Keating III, David Buckley, Kristian Gathright, David McKenney, Bryan Peery, and Apple Hospitality REIT, Inc., Defendants, and Apple REIT Ten, Inc., Nominal Defendant, No. 3:16-cv-610, United States District Court for the Eastern District of Virginia, Richmond Division.</u> Filed expert report October 14, 2016. Deposition October 20, 2016.

- Testifying expert in <u>Dr. Joseph F. Kasper, et al., Plaintiff, v. AAC Holdings, Inc., et al., Defendants, No. 3:15-cv-00923, United States District Court for the Middle District of Tennessee, Nashville Division.</u> Filed expert report October 18, 2016. Deposition November 29, 2016. Filed expert reply report February 10, 2017. Filed expert report December 4, 2017.

- Testifying expert in <u>KBC Asset Management NV, et al., Plaintiff, v. 3D Systems Corporation, Abraham N. Reichental, Damon J. Gregoire, and Ted Hull, Defendants, No. 15-cv-02393-MGL, United States District Court for the District of South Carolina, Rock Hill Division.</u> Filed expert report October 31, 2016. Deposition January 5, 2017. Filed expert report April 21, 2017.

- Testifying expert in <u>Arkansas Teacher Retirement System, et al., Plaintiff, v. Virtus Investment Partners, Inc., Defendants, No. 15-cv-1249-WHP, United States District Court for the Southern District of New York.</u> Filed expert report November 7, 2016. Filed rebuttal expert report February 17, 2017. Deposition February 28, 2017. Filed expert report June 16, 2017. Filed rebuttal expert report July 26, 2017. Deposition August 9, 2017. Filed declaration re: prior reports December 4, 2017.

- Testifying expert in <u>Laborers Pension Trust Fund – Detroit, Individually and on Behalf of All Others Similarly Situated, Plaintiffs, vs. Conn's, Inc., et al., Defendants, No. 4:14-cv-00548 (KPE), United States District Court for the Southern District of Texas, Houston Division.</u> Filed expert report November 10, 2016. Deposition December 9, 2016. Filed rebuttal expert report March 27, 2017.

- Testifying expert in <u>Glen Hartsock, individually and on behalf of all others similarly situated Plaintiff, v. Spectrum Pharmaceuticals, Inc., and Rajesh C. Shrotriya, Defendants, No. 16-cv-02279-RFB-GWF and Olutayo Ayeni, individually and on behalf of all others similarly situated Plaintiff, v. Spectrum Pharmaceuticals, Inc., Rajesh C. Shrotriya, Kurt A. Gustafson, Joseph Turgeon, and Lee Allen, Defendants, No. 16-cv-02649-KJD-VCF, United States District Court for the District of Nevada.</u> Filed declaration re: damages December 8, 2016.

- Testifying expert in <u>In Re: ARIAD Pharmaceuticals, Inc. Securities Litigation, No. 1:13-cv-12544 (WGY), United States District Court District of Massachusetts.</u> Filed expert report March 6, 2017.

- Testifying expert in <u>Washtenaw County Employees' Retirement System, individually and on behalf of all others similarly situated, Plaintiff, v. Walgreen Co., Gregory D. Wasson, and Wade Miquelon, Defendants, No. 15-cv-3187, United States District Court for the Northern District of Illinois.</u> Filed expert report April 21, 2017. Deposition June 15, 2017. Filed expert report September 15, 2017.

Chad Coffman
Page 9 of 11

- Testifying expert in <u>Lou Baker, individually and on behalf of all others similarly situated, Plaintiff, v. SeaWorld Entertainment, Inc., James Atchison, James M. Heaney, Marc Swanson, and The Blackstone Group L.P., Defendants, No. 3:14-cv-02129-MMA-KSC, United States District Court for the Southern District of California</u>. Filed expert report May 19, 2017. Deposition July 20, 2017. Filed expert report September 14, 2017.

- Testifying expert in <u>Benjamin Gross, individually and on behalf of all others similarly situated, Plaintiff, v. GFI Group, Inc., Colin Heffron, and Michael Gooch, Defendants, No. 3:14-cv-09438-WHP, United States District Court for the Southern District of New York</u>. Filed expert report May 30, 2017. Filed expert report August 7, 2017. Filed rebuttal expert report August 28, 2017. Deposition September 27, 2017.

<u>Experience in Labor Economics and Discrimination-Related Cases:</u>

- Expert consultant for Cargill in class action race discrimination matter in which class certification was defeated.

- Expert consultant for 3M in class action age discrimination matter.

- Expert consultant for Wal-Mart in class action race discrimination matter.

- Expert consultant on various other significant confidential labor economics matters in which there were class action allegations related to race, age and gender.

- Expert consultant for large insurance company related to litigation and potential regulation resulting from the use of credit scores in the insurance underwriting process.

**Testimony:**

- Testifying expert in <u>Shirley Cohens v. William Henderson, Postmaster General, C.A 1:00CV-1834 (TFH) United States Postal Service. United States District Court for the District of Columbia.</u>– Filed report re: lost wages and benefits.

- Testifying expert in <u>Richard Akins v. NCR Corporation</u>.  Before the American Arbitration Association – Filed report re: lost wages.

- Testifying expert in <u>Maureen Moriarty v. Dyson, Inc., Case No. 09 CV 2777, United States District Court for the Northern District of Illinois, Eastern Division</u>. Filed expert report October 12, 2011. Deposition November 10, 2011.

<u>Selected Experience in Antitrust, General Damages, and Other Matters:</u>

- Expert consultant in high-profile antitrust matters in the computer and credit card industries.

- Expert consultant for plaintiffs in re: Brand Name Drugs Litigation. Responsible for managing, maintaining and analyzing data totaling over one billion records in one of the largest antitrust cases ever filed in the Federal Courts.

- Served as neutral expert for mediator (Judge Daniel Weinstein) in allocating a settlement in an antitrust matter.

- Expert consultant in Seminole County and Martin County absentee ballot litigation during disputed presidential election of 2000.

- Expert consultant for sub-prime lending institution to determine effect of alternative loan amortization and late fee policies on over 20,000 customers of a sub-prime lending institution. Case settled favorably at trial immediately after the testifying expert presented an analysis I developed showing fundamental flaws in opposing experts calculations.


**TEACHING EXPERIENCE:**

KNOX COLLEGE, Teaching Assistant - Statistics, (1995)
KNOX COLLEGE, Tutor in Mathematics, (1992 - 1993)


**PUBLICATIONS:**

Coffman, Chad and Mary Gregson, "Railroad Construction and Land Value." *Journal of Real Estate and Finance*, 16:2, pp. 191-204 (1998).

Coffman, Chad, Tara O'Neil, and Brian Starr, Ed. Richard D. Kahlenberg, "An Empirical Analysis of the Impact of Legacy Preferences on Alumni Giving at Top Universities," *Affirmative Action for the Rich: Legacy Preferences in College Admissions*; pp. 101-121 (2010).


**PROFESSIONAL AFFILIATIONS:**

Associate Member CFA Society of Chicago
Associate Member CFA Institute
Phi Beta Kappa


**AWARDS:**

1994  Ford Fellowship Recipient for Summer Research.
1993  Arnold Prize for Best Research Proposal.
1995  Knox College Economics Department Award.

**PERSONAL ACTIVITIES:**

- Pro bono consulting for Cook County State's Attorney's Office.
- Pro bono consulting for Cook County Health & Hospitals System – Developed method for hospital to assess real-time patient level costs to assist in improving care for Cook County residents and prepare for implementation of Affordable Care Act.
- Pro bono consulting for Chicago Park District to analyze economic impact of park district assets and assist in developing strategic framework for decision-making.

# Appendix C

 **BARCLAYS**

Equity Research

Healthcare | European Pharmaceuticals
22 January 2014

# Shire

# Swelling with cash

**The going remains good:** Shire continues to fit our top-down preference for 1) a mid cap growth stock (we forecast 2013-2018 EPS CAGR 15%) with 2) high US revenue exposure (c.70% of 2013E sales) and 3) franchises with pricing power (ADHD, HGT). We estimate the acquisition of Viropharma along with cost synergies will add ~12% to 2015 EPS and mid teens accretion thereafter. The divestment of the loss-making Dermagraft franchise adds another 3-5% to EPS in our estimates leaving the stock on c14x PE in 2015 – an 11% discount to mid-cap peers despite superior long-term EPS growth in our view. Strong FCF generation (>$2 bn pa) provides opportunity for further value-enhancing deals, while the pipeline also offers upside, albeit higher risk. We reiterate OW and lift our PT to 3,275p.

**Pipeline optionality remains:** Phase 3 data on Vyvanse (depression) and Phase 2 data on SPD602 (iron overload) is expected H1 14. On a blue-sky scenario these assets could generate sales of $700 mn and add 150p (5%) to our DCF. While the development timeline for lifitegrast has been delayed, recent patent issuance for Allergan's Restasis ensures the commercial opportunity remains unchanged. We await an update on the Viropharma pipeline, with Maribavir (CMV) the most noteworthy (Phase 2 data H2 14).

**Scope for more M&A:** The acquisition of Viropharma limits the size of future deals in the very near-term however with its strong free cashflow generation we expect Shire to pay off the acquisition within 2-3 years. Based on their recent presentation, management continues to search for growth-enhancing opportunities and we expect additional corporate activity – most likely Rare Disease pipeline strengthening in our view– to be announced during the course of 2014.

**Cost containment:** Reflecting strong operational discipline Shire recently upgraded its FY13 EPS growth guidance to the upper end of its mid to high teens range. We model operating cost growth of 2% beyond 2015, however further cost restraint is feasible with every 100bps reduction in operating expenditures (SG&A/R&D) adding 2% to our DCF. Additional cost synergies from the acquisition of Viropharma may also be possible in particular as it relates to R&D given an estimated $32 mn of "indirect" R&D spend.

**Valuation and risks:** We value Shire by DCF. Scenarios around new indications for Vyvanse and Firazyr, pipeline success and cost control drive our upside case of £37.50. Development failures and untimely generics (H2 14 risk skew - Vyvanse, Lialda and Pentasa account for 40% of 2014E PF sales) results in our downside scenario of £21.75.

**SHP.L: Financial and Valuation Metrics EPS USD**

| FY Dec | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|
| EPS | 1.78A | 2.04A | 2.39E | 3.25E | 3.50E |
| Previous EPS | 1.78A | 2.04A | 2.35E | 2.97E | 3.01E |
| P/E | 27.6 | 24.2 | 20.5 | 15.1 | 14.0 |

Source: Barclays Research.

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report.

Investors should consider this report as only a single factor in making their investment decision.

This research report has been prepared in whole or in part by equity research analysts based outside the US who are not registered/qualified as research analysts with FINRA.

PLEASE SEE ANALYST CERTIFICATION(S) AND IMPORTANT DISCLOSURES BEGINNING ON PAGE 15.

Stock Rating **OVERWEIGHT**
Unchanged

Industry View **NEGATIVE**
Unchanged

Price Target **GBP 32.75**
raised 17% from GBP 28.00

| | |
|---|---|
| Price (20-Jan-2014) | GBP 29.93 |
| Potential Upside/Downside | +9% |
| Tickers | SHP LN / SHP.L |

| | |
|---|---|
| Market Cap (GBP mn) | 17582 |
| Shares Outstanding (mn) | 587.72 |
| Free Float (%) | 98.68 |
| 52 Wk Avg Daily Volume (mn) | 1.6 |
| Dividend Yield (%) | 0.4 |
| Return on Equity TTM (%) | 15.98 |
| Current BVPS (USD) | 7.41 |

Source: Thomson Reuters

Price Performance      Exchange-LSE
52 Week range      GBP 30.35-18.53



*Link to Barclays Live for interactive charting*

**European Pharmaceuticals**
**Dani Saurymper**
+44  (0)20 7773 6218
dani.saurymper@barclays.com
Barclays, London

**Mark Purcell**
+44 (0)20 3134 7189
mark.purcell@barclays.com
Barclays, London

**Michael Leuchten**
+44 (0)20 3134 3039
michael.leuchten@barclays.com
Barclays, London

**Olivia Capra**
+44 (0)20 3555 2669
olivia.capra@barclays.com
Barclays, London

Barclays | Shire

FIGURE 3

**Pro-forma 2014E revenue composition, 75% ADHD and HGT**



Source: Company data, Barclays Research

FIGURE 4

**Free Cashflow forecast to exceed $2 bn per annum**



Source: Company data, Barclays Research

From a valuation perspective, Shire is trading on 14.0x 2015 earnings versus 14.0x for large-cap EU pharma peers and 15.7x for mid-cap EU pharma peers with superior 5 year EPS growth (14% versus large-caps of 7% and mid-caps of 12%), pipeline optionality and more potential to augment growth through the use of cash. We currently view the EU pharma sector as 9% overvalued and on a relative basis Shire and UCB remain our preferred picks with 18% and 20% relative upside.

FIGURE 5

**Shire trades at an 11% discount to mid-cap peers in 2015 despite better long-term EPS growth expected**

| Company | Current Price | Price target | Valuation upside/downside | | | 2014E P/E | 2015E P/E | EPS CAGR 2013-2018E | 2014 PEG |
|---|---|---|---|---|---|---|---|---|---|
| | | | Base | Bull case | Bear case | | | | |
| AstraZeneca | 39.20 | 33.00 | -16% | 6% | -29% | 13.9 | 14.2 | -3% | N/A |
| Bayer | 102.05 | 90 | -12% | -2% | -24% | 15.8 | 14.1 | 10% | 1.6x |
| GlaxoSmithKline | 16.63 | 15.45 | -7% | 16% | -17% | 14.3 | 13.0 | 8% | 1.8x |
| Roche | 250 | 258 | 3% | 20% | -12% | 15.9 | 14.4 | 6% | 2.6x |
| Sanofi | 75.48 | 81 | 7% | 14% | -6% | 13.6 | 12.2 | 9% | 1.5x |
| Novartis | 73.8 | 62 | -16% | 0% | -23% | 15.1 | 14.2 | 6% | 2.5x |
| Novo Nordisk | 212.6 | 209.9 | -1% | 8% | -20% | 20.2 | 17.2 | 15% | 1.4x |
| **European large-cap** | | | -6% | 9% | -19% | 15.4 | 14.0 | 7% | 1.9x |
| | | | | | | | | | |
| Almirall SA | 12.78 | 10.70 | -16% | 2% | -49% | 100.6 | 25.1 | 41% | 2.4x |
| Actelion | 87.85 | 56.00 | -36% | -3% | -52% | 19.6 | 16.2 | -1% | N/A |
| Ipsen | 31.71 | 29.00 | -9% | 18% | -20% | 13.7 | 12.0 | 5% | 2.5x |
| Merck KGaA | 131.95 | 89.00 | -33% | -19% | -39% | 15.0 | 14.7 | 1% | N/A |
| Shire | 29.93 | 32.75 | 9% | 25% | -27% | 15.1 | 14.0 | 14% | 1.1x |
| UCB SA | 51.32 | 57.00 | 11% | 51% | -30% | 25.4 | 18.9 | 25% | 1.0x |
| **European mid-cap avg** | | | -12% | 12% | -36% | 21.2 | 15.7 | 12% | 1.8x |
| | | | | | | | | | |
| **Average for group** | | | -9% | 11% | -27% | 15.8 | 14.2 | 10% | 1.8x |

Source: Barclays Research, datastream

## Valuation scenarios

We see a valuation range of £21.75-£37.50. New indications for Vyvanse, pipeline success and cost control drive our upside case of £37.50 while development failures and untimely generic launches of key products result in our downside scenario of £21.75.

25 October 2013
Europe/United Kingdom
**Equity Research**
Specialty Pharmaceuticals

**CREDIT SUISSE**

# Shire Pharmaceuticals (SHP.L)

RESULTS

## 3Q13 Second Opinion

| | |
|---|---|
| Rating | **NEUTRAL*** |
| Price (24 Oct 13, p) | 2,760.00 |
| Target price (p) (from 2,600.00) | 2,750.00¹ |
| Market cap. (£ m) | 15,266.58 |
| Enterprise value (US$ m) | 23,816.1 |

*Stock ratings are relative to the coverage universe in each analyst's or each team's respective sector.

¹Target price is for 12 months.

**Research Analysts**

**European Pharma Team**
44 207 888 0304
creditsuisse.pharmateam@credit-suisse.com

**Luisa Hector PhD, CFA**
44 20 7888 0142
luisa.hector@credit-suisse.com

**Kerry Holford CFA**
44 20 7888 5352
kerry.holford@credit-suisse.com

**Riccardo Lowi**
44 20 7888 0303
riccardo.lowi@credit-suisse.com

**Jo Walton**
44 20 7888 0304
jo.walton@credit-suisse.com

**Matthew Weston PhD**
44 20 7888 3690
matthew.weston@credit-suisse.com

- **Strong EPS beat, FY13 guidance raised:** Whilst total revenues were in line with expectations (ADHD and Replagal light, Lialda beat), Shire reported a 9% Q3 EBIT beat, driven solely by lower R&D and SG&A spend, as a result of the ongoing "One Shire" restructuring program. Management also raised FY13 EPS guidance on this basis.

- **Cost savings becomes the key driver of near term earnings growth:** As expected, Shire management quantified the extent of the ongoing restructuring program at Q3, effectively committing to flat combined R&D and SG&A spend over the 2013-2015 period. Margin expansion was previously forecast by the market, but management believe they can achieve this faster than we anticipated. 2013-2017 CS EPS raised 3-7% pa.

- **Investment thesis:** We believe Shire's cost savings target is a challenging one in the context of 1) slowing topline growth (Vyvanse maturing, Intuniv patent expiry), 2) new product launches (Vyvanse BED/MDD, lifitegrast), and 3) continued R&D support for a relatively large number of P2/3 assets. We conform to company cost guidance in 2014/15 but assume R&D/SG&A must return to growth in the outer years in order to support long term sales growth. We reiterate our Neutral rating, while our EPS upgrade drives TP increase to 2750p. Shire remains our favoured UK stock (GSK and AZN rated Underperform).

- **Catalysts:** Vyvanse BED and lifitegrast P3 data 1Q14, Vyvanse MDD P3 data 2Q-3Q14, Firazyr EU approval 1H14.

- **Valuation:** Shire trades on 16.6x 2014E EPS, in line with peers. The stock trades at 6% premium to PharmaValues NPV vs. peers at a 6% discount.

### Share price performance



The price relative chart measures performance against the FTSE ALL SHARE INDEX which closed at 3578.36 on 24/10/13

On 24/10/13 the spot exchange rate was £.85/Eu 1. - Eu .73/US$1

| Performance Over | 1M | 3M | 12M |
|---|---|---|---|
| Absolute (%) | 10.9 | 18.6 | 55.2 |
| Relative (%) | 8.6 | 15.6 | 37.2 |

### Financial and valuation metrics

| Year | 12/12A | 12/13E | 12/14E | 12/15E |
|---|---|---|---|---|
| Revenue (US$ m) | 4,681.3 | 4,935.6 | 5,227.5 | 5,259.4 |
| EBITDA (US$ m) | 1,782.62 | 2,024.77 | 2,271.13 | 2,297.92 |
| Pre-tax Profit Adjusted (US$ m) | 1,440.2 | 1,703.0 | 1,962.8 | 2,002.3 |
| CS adj. EPS (US$) | 2.04 | 2.38 | 2.70 | 2.74 |
| CS adj. Prev. EPS (US$) | — | 2.30 | 2.56 | 2.56 |
| CS Core EPS (US$) | 2.04 | 2.38 | 2.70 | 2.74 |
| P/E (adj., x) | 21.96 | 18.75 | 16.56 | 16.32 |
| P/E rel. to local mkt (%) | 169.7 | 142.7 | 138.6 | 148.9 |
| EV/EBITDA | 13.6 | 11.8 | 9.9 | 9.2 |
| | | | | |
| Dividend (12/13E, c) | 16.69 | IC (12/13E, US$ m) | | 3,622.93 |
| Dividend yield (%) | 0.37 | EV/IC | | 6.6 |
| Net debt/equity (12/13E, %) | -19.9 | Net debt (12/13E, US$ m) | | -900.5 |
| Number of shares (m) | 553.14 | Free float (%) | | 100.0 |
| BV/share (12/13E, US$) | 8.2 | | | |

Source: FTI, Company data, Thomson Reuters, Credit Suisse Securities (EUROPE) LTD. Estimates.

**DISCLOSURE APPENDIX CONTAINS ANALYST CERTIFICATIONS AND THE STATUS OF NON US ANALYSTS. FOR OTHER IMPORTANT DISCLOSURES**, visit https://rave.credit-suisse.com/disclosures or call +1 (877) 291-2683 US Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**CREDIT SUISSE SECURITIES RESEARCH & ANALYTICS**

BEYOND INFORMATION®
Client-Driven Solutions, Insights, and Access

CREDIT SUISSE

25 October 2013

**Figure 1: Changes to our Shire forecasts**

| OLD | 2012A | 2013E | 2014E | 2015E | 2016E | 2017E | CAGR 12-16 |
|---|---|---|---|---|---|---|---|
| Total revenues | 4,681 | 4,990 | 5,255 | 5,285 | 5,685 | 6,155 | 5% |
| % change | 10% | 7% | 5% | 1% | 8% | 8% | |
| EPS non GAAP/ADS ($ cents) | 611 | 689 | 769 | 769 | 887 | 1,004 | 10% |
| % change | 14% | 13% | 12% | 0% | 15% | 13% | |
| EPS non GAAP ($ cents) | 204 | 230 | 256 | 256 | 296 | 335 | 10% |
| EPS reported ($ cents) | 131 | 204 | 231 | 231 | 270 | 310 | 11% |
| US$/£ | 1.58 | 1.55 | 1.53 | 1.53 | 1.53 | 1.53 | |
| US$/Euro | 1.29 | 1.31 | 1.28 | 1.28 | 1.28 | 1.28 | |

| NEW | 2012A | 2013E | 2014E | 2015E | 2016E | 2017E | CAGR 13-17 |
|---|---|---|---|---|---|---|---|
| Total revenues | 4,681 | 4,936 | 5,227 | 5,259 | 5,617 | 6,037 | 5% |
| % change | 10% | 5% | 6% | 1% | 7% | 7% | |
| EPS non GAAP/ADS ($ cents) | 611 | 715 | 810 | 821 | 923 | 1,034 | 10% |
| % change | 14% | 17% | 13% | 1% | 12% | 12% | |
| EPS non GAAP ($ cents) | 204 | 238 | 270 | 274 | 308 | 345 | 10% |
| EPS reported ($ cents) | 131 | 212 | 244 | 249 | 283 | 319 | 11% |
| US$/£ | 1.58 | 1.55 | 1.53 | 1.53 | 1.53 | 1.53 | |
| US$/Euro | 1.29 | 1.31 | 1.28 | 1.28 | 1.28 | 1.28 | |

| % CHANGE | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total revenues | | -1% | -1% | 0% | -1% | -2% | |
| EPS non GAAP | | 4% | 5% | 7% | 4% | 3% | |
| US$/£ | | 0% | 0% | 0% | 0% | 0% | |
| US$/Euro | | 0% | 0% | 0% | 0% | 0% | |

Source: Company data, Credit Suisse estimates

**Figure 2: EU Specialty Pharma valuation comps**

| EU Specialty | | price | P/E | | | | | Div yield 2013E | | EV/NPV | NPV/ share | Equity NPV/ share | 13-17E Sales growth | 13-17E EPS growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2012A | 2013E | 2014E | 2015E | 2016E | | | | | | | |
| Almirall | € | 10.7 | nr | nr | 23.3 | 14.0 | 9.6 | 0.8% | | 0.66 | 16.0 | 15.8 | 7.1% | 55.4% |
| Ipsen | € | 31.4 | 18.0 | 16.9 | 15.4 | 14.4 | 13.4 | 2.7% | | 0.74 | 43.2 | 42.3 | 5.3% | 7.9% |
| Lonza | SF | 78.8 | 17.5 | 16.5 | 13.7 | 12.1 | 11.0 | 3.0% | | | | | 4.2% | 12.4% |
| Lundbeck | DK | 117 | 12.8 | 17.3 | 25.7 | 16.5 | 9.5 | 2.6% | | 0.70 | 174 | 171 | 0.2% | 22.5% |
| Meda | SK | 71.1 | 7.9 | 8.1 | 6.8 | 5.9 | 5.1 | 3.1% | | 1.00 | 117 | 72 | 7.4% | 15.9% |
| Merck KGaA | € | 120.7 | 15.8 | 13.7 | 13.3 | 12.9 | 12.9 | 1.6% | | 0.99 | 132 | 119 | 1.1% | 2.0% |
| Orion | € | 19.5 | 13.7 | 13.8 | 20.1 | 19.7 | 18.8 | 6.2% | | 1.35 | 14.5 | 14.2 | 1.6% | -5.6% |
| Recordati | € | 9.3 | 14.1 | 12.4 | 11.6 | 11.3 | 10.7 | 3.7% | | 0.99 | 9.9 | 9.1 | 6.0% | 5.1% |
| Shire Pharmaceuticals | p | 2760 | 22.0 | 18.8 | 16.6 | 16.3 | 14.5 | 0.4% | | 1.06 | 2312 | 2391 | 5.2% | 9.7% |
| UCB | € | 47.8 | 28.2 | 26.6 | 22.0 | 17.6 | 14.8 | 2.2% | | 1.00 | 58.4 | 46.0 | 5.2% | 19.1% |
| EU Specialty average | | | 16.7 | 16.0 | 16.8 | 14.1 | 12.0 | 2.6% | | 0.94 | | | 4.0% | 9.9% |
| Shire premium/(discount) | | | 17% | -2% | 16% | 21% | | 6% | | | | | | |

Source: Company data, Credit Suisse estimates



11 November 2013
Europe/United Kingdom
**Equity Research**
Specialty Pharmaceuticals (Speciality Pharmaceuticals (Europe))

# Shire Pharmaceuticals (SHP.L)

ACQUISITION

| Rating | NEUTRAL* |
| --- | --- |
| Price (11 Nov 13, p) | 2,822.00 |
| Target price (p) | 2,750.00[1] |
| Market cap. (£ m) | 15,629.21 |
| Enterprise value (US$ m) | 24,126.5 |

*Stock ratings are relative to the coverage universe in each analyst's or each team's respective sector.
[1]Target price is for 12 months.

**Research Analysts**

**Luisa Hector PhD, CFA**
44 20 7888 0142
luisa.hector@credit-suisse.com

**Kerry Holford CFA**
44 20 7888 5352
kerry.holford@credit-suisse.com

**Jo Walton**
44 20 7888 0304
jo.walton@credit-suisse.com

**Matthew Weston PhD**
44 20 7888 3690
matthew.weston@credit-suisse.com

**Riccardo Lowi**
44 20 7888 0303
riccardo.lowi@credit-suisse.com

## Proposed acquisition of ViroPharma

■ **Good strategic fit… at a high price:** Shire announce the proposed acquisition of ViroPharma, a US company focused on rare diseases, for c.$4.2bn (all cash). Deal closure 4Q13/1Q14 is subject to regulatory approval and we assume Shire's lack of willingness to discuss the current relative positioning of Cinryze and Firazyr is driven by sensitivities here. Company guide to near term EPS accretion of c.5%, rising to double digit. Our proforma analysis suggests +1% accretion in 2014, +9% 2015+. Whilst ViroPharma would reinvigorate EPS growth, it alone is not sufficient to prevent revenue growth slowdown in 2015. Management made it clear that their appetite for further M&A remains high.

■ **Risks remain:** 1) FTC approval may be tough to achieve given the close overlap of lead drug Cinryze with Shire's existing HAE drug Firazyr. 2) Sanquin (ViroPharma's sole contract manufacturer of Cinryze) has an FDA warning letter as yet unresolved. 3) HAE is an increasingly competitive market with a number of peers working on new formulations.

■ **Investment Case:** The proposed ViroPharma deal would raise and smooth the mid-term EPS growth outlook for Shire. However, as revenue growth slowdown remains apparent, we believe M&A will continue. We retain our Neutral rating and target price of 2750p. Shire remains our favoured UK stock (GSK and AZN rated Underperform).

■ **Catalysts:** lifitegrast OPUS-2 P3 data YE13, Vyvanse MDD P3 data 1H14.

■ **Valuation:** Shire trades on 16.7x 2014E EPS, broadly in line with peers. The stock trades at 19% premium to PharmaValues NPV vs. peers at parity.

### Share price performance



2504
2004
1504

Nov-11    Mar-12    Jul-12    Nov-12    Mar-13    Jul-13
—— Price        —— Price relative

*The price relative chart measures performance against the FTSE ALL SHARE INDEX which closed at 3582.2 on 11/11/13*
*On 11/11/13 the spot exchange rate was £.83/Eu 1. - Eu .75/US$1*

| Performance Over | 1M | 3M | 12M |
| --- | --- | --- | --- |
| Absolute (%) | 15.4 | 17.9 | 60.1 |
| Relative (%) | 11.8 | 16.0 | 41.3 |

### Financial and valuation metrics

| Year | 12/12A | 12/13E | 12/14E | 12/15E |
| --- | --- | --- | --- | --- |
| Revenue (US$ m) | 4,681.3 | 4,935.6 | 5,227.5 | 5,259.4 |
| EBITDA (US$ m) | 1,782.62 | 2,024.77 | 2,271.13 | 2,297.92 |
| Pre-tax Profit Adjusted (US$ m) | 1,440.2 | 1,703.0 | 1,962.8 | 2,002.3 |
| CS adj. EPS (US$) | 2.04 | 2.38 | 2.70 | 2.74 |
| CS adj. Prev. EPS (US$) | — | — | — | — |
| CS Core EPS (US$) | 2.04 | 2.38 | 2.70 | 2.74 |
| P/E (adj., x) | 22.20 | 18.97 | 16.74 | 16.50 |
| P/E rel. to local mkt (%) | 171.6 | 144.3 | 140.2 | 150.5 |
| EV/EBITDA | 13.8 | 11.9 | 10.1 | 9.4 |
| | | | | |
| Dividend (12/13E, c) | 16.69 | IC (12/13E, US$ m) | | 3,622.93 |
| Dividend yield (%) | 0.37 | EV/IC | | 6.7 |
| Net debt/equity (12/13E, %) | -19.9 | Net debt (12/13E, US$ m) | | -900.5 |
| Number of shares (m) | 553.83 | Free float (%) | | 100.0 |
| BV/share (12/13E, US$) | 8.2 | | | |

Source: FTI, Company data, Thomson Reuters, Credit Suisse Securities (EUROPE) LTD. Estimates.

**DISCLOSURE APPENDIX CONTAINS IMPORTANT ANALYST CERTIFICATIONS AND THE STATUS OF NON US ANALYSTS. FOR OTHER IMPORTANT DISCLOSURES, visit https://rave.credit-suisse.com/disclosures or call +1 (877) 291-2683** US Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

CREDIT SUISSE

11 November 2013

# Future M&A

- In conjunction with the news of the proposed acquisition, Shire announced the ongoing $500m share buyback program would be halted. As of the end of October, Shire has spent approx $300m on the program.

- Management spoke of "plenty of firepower for future deals".   This deal brings Shire to ca 1.5x net debt/EBITDA ratio, but given the strong cash flow generation this could fall to only 1x by end 2014.   When questioned on future deal potential, Shire's CFO commented he would be comfortable if this ratio reached 2.5-3x for a short period of time in future.

**Figure 4: EU specialty pharma valuation comparison**

| EU Specialty | | price | P/E | | | | | Div yield 2013E | EV/NPV | NPV/ share | Equity NPV/ share | 13-17E Sales growth | 13-17E EPS growth |
| | | | 2012A | 2013E | 2014E | 2015E | 2016E | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Almirall | € | 11.2 | nr | nr | 25.2 | 13.5 | 9.3 | 0.6% | 0.74 | 16.0 | 15.8 | 6.9% | 63.5% |
| Ipsen | € | 33.3 | 19.1 | 17.9 | 16.3 | 15.3 | 14.2 | 2.6% | 0.81 | 43.2 | 42.3 | 5.3% | 7.9% |
| Lonza | SF | 85.4 | 19.0 | 17.8 | 14.8 | 13.1 | 11.9 | 2.8% | | | | 4.2% | 12.4% |
| Lundbeck | DK | 119 | 13.1 | 13.0 | 26.8 | 19.1 | 10.0 | 1.9% | 0.74 | 173 | 170 | -1.8% | 12.9% |
| Meda | SK | 74.6 | 8.2 | 8.8 | 7.4 | 6.4 | 5.4 | 2.9% | 1.03 | 117 | 71 | 7.7% | 16.3% |
| Merck KGaA | € | 123.8 | 16.2 | 14.1 | 13.8 | 13.3 | 13.4 | 1.5% | 1.08 | 132 | 119 | 0.8% | 1.7% |
| Orion | € | 19.7 | 13.9 | 13.9 | 20.3 | 19.9 | 19.1 | 6.1% | 1.37 | 15.4 | 15.1 | 1.6% | -5.6% |
| Recordati | € | 10.3 | 15.5 | 13.4 | 12.6 | 12.5 | 11.9 | 3.3% | 1.19 | 9.9 | 8.4 | 5.2% | 4.6% |
| **Shire Pharmaceuticals** | p | 2822 | 22.2 | 19.0 | 16.7 | 16.5 | 14.6 | 0.4% | 1.19 | 2329 | 2415 | 5.3% | 9.8% |
| UCB | € | 48.9 | 29.0 | 26.1 | 21.4 | 17.2 | 14.9 | 2.2% | 1.05 | 60.5 | 47.9 | 5.0% | 17.9% |
| **EU Specialty** average | | | 17.4 | 16.0 | 17.5 | 14.7 | 12.5 | 2.4% | 1.02 | | | 3.7% | 8.7% |
| Shire premium/(discount) | | | 18% | -4% | 12% | 17% | | | 17% | | | | |

Source: Company data, Credit Suisse estimates



CREDIT SUISSE

**11 November 2013**

**Companies Mentioned** *(Price as of 08-Nov-2013)*

**Almirall** (ALM.MC, €11.16)
**Elan Corp** (ELN.I, €12.98)
**Ipsen** (IPN.PA, €32.82)
**Lonza** (LONN.VX, SFr84.15)
**Lundbeck** (LUN.CO, Dkr117.9)
**Meda** (MEDAa.ST, Skr74.6)
**Merck KGaA** (MRCG.DE, €123.6)
**Orion** (ORNBV.HE, €19.65)
**Recordati** (RECI.MI, €10.12)
**Shire Pharmaceuticals** (SHP.L, 2796.0p, NEUTRAL, TP 2750.0p)
**UCB** (UCB.BR, €48.86)

# Disclosure Appendix

## Important Global Disclosures

Luisa Hector PhD, CFA, Kerry Holford CFA, Jo Walton, Matthew Weston PhD and Riccardo Lowi each certify, with respect to the companies or securities that the individual analyzes, that (1) the views expressed in this report accurately reflect his or her personal views about all of the subject companies and securities and (2) no part of his or her compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

### 3-Year Price and Rating History for Shire Pharmaceuticals (SHP.L)

| SHP.L Date | Closing Price (p) | Target Price (p) | Rating |
|---|---|---|---|
| 19-Jan-11 | 1666.00 | 1900.00 | O |
| 29-Apr-11 | 1850.00 | 2100.00 | |
| 29-Jul-11 | 2119.00 | 2280.00 | |
| 19-Oct-11 | 2005.00 | 2350.00 | |
| 22-Feb-12 | 2248.00 | | * |
| 20-Apr-12 | 2045.00 | 2350.00 | O |
| 26-Jun-12 | 1798.00 | 2000.00 | |
| 02-Aug-12 | 1918.00 | 2200.00 | |
| 20-Sep-12 | 1832.00 | 2180.00 | |
| 12-Dec-12 | 1935.00 | 2250.00 | |
| 14-Jan-13 | 2042.00 | 2410.00 | |
| 15-Feb-13 | 2060.00 | 2350.00 | |
| 26-Jul-13 | 2327.00 | 2600.00 | |
| 10-Oct-13 | 2381.00 | 2600.00 | N |
| 25-Oct-13 | 2776.00 | 2750.00 | |



*Asterisk signifies initiation or assumption of coverage.*

The analyst(s) responsible for preparing this research report received Compensation that is based upon various factors including Credit Suisse's total revenues, a portion of which are generated by Credit Suisse's investment banking activities

## As of December 10, 2012 Analysts' stock rating are defined as follows:

**Outperform (O)** : The stock's total return is expected to outperform the relevant benchmark*over the next 12 months.

**Neutral (N)** : The stock's total return is expected to be in line with the relevant benchmark* over the next 12 months.

**Underperform (U)** : The stock's total return is expected to underperform the relevant benchmark* over the next 12 months.

*Relevant benchmark by region: As of 10th December 2012, Japanese ratings are based on a stock's total return relative to the analyst's coverage universe which consists of all companies covered by the analyst within the relevant sector, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. As of 2nd October 2012, U.S. and Canadian as well as European ratings are based on a stock's total return relative to the analyst's coverage universe which consists of all companies covered by the analyst within the relevant sector, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. For Latin American and non -Japan Asia stocks, ratings are based on a stock's total return relative to the average total return of the relevant country or regional benchmark; Australia, New Zealand are, and prior to 2nd October 2012 U.S. and Canadian ratings were based on (1) a stock's absolute total return potential to its current share price and (2) the relative attractiveness of a stock's total return potential within an analyst's coverage universe. For Australian and New Zealand stocks, 12-month rolling yield is incorporated in the absolute total return calculation and a 15% and a 7.5% threshold replace the 10-15% level in the Outperform and Underperform stock rating definitions, respectively. The 15% and 7.5% thresholds replace the +10-15% and -10-15% levels in the Neutral stock rating definition, respectively. Prior to 10th December 2012, Japanese ratings were based on a stock's total return relative to the average total return of the relevant country or regional benchmark.



18 November 2013
Europe/United Kingdom
**Equity Research**
Specialty Pharmaceuticals (Speciality Pharmaceuticals (Europe))

# Shire Pharmaceuticals (SHP.L)

| | |
|---|---|
| Rating | **NEUTRAL*** |
| Price (15 Nov 13, p) | 2,829.00 |
| Target price (p) | 2,750.00[1] |
| Market cap. (£ m) | 15,667.98 |
| Enterprise value (US$ m) | 24,368.8 |

*Stock ratings are relative to the coverage universe in each analyst's or each team's respective sector.

[1]Target price is for 12 months.

**Research Analysts**

**Luisa Hector PhD, CFA**
44 20 7888 0142
luisa.hector@credit-suisse.com

**Kerry Holford CFA**
44 20 7888 5352
kerry.holford@credit-suisse.com

**Jo Walton**
44 20 7888 0304
jo.walton@credit-suisse.com

**Matthew Weston PhD**
44 20 7888 3690
matthew.weston@credit-suisse.com

**Riccardo Lowi**
44 20 7888 0303
riccardo.lowi@credit-suisse.com

**CHANNEL CHECK**

## lifitegrast - physician survey results

- **US optometrists report growing demand for dry eye therapies but pressure and willingness to use generics is high:** CS' proprietary survey of US optometrists supports commentary from Shire and Allergan that only a small proportion of dry eye sufferers currently use prescription drugs today. Over 65% of survey respondents aim to start/switch over 40% of both their naïve and current patient base to generic Restasis, if/when it becomes available. CS forecasts generic Restasis entry in 2016, coinciding with a potential launch for Shire's lifitegrast.

- **lifitegrast P3 OPUS-2 data due by YE13:** In our view, positive data on both the signs and symptoms of dry eye will be important factors in achieving a differentiated label. This will be critical in positioning lifitegrast in the face of generic Restasis. Our lifitegrast peak sales forecast of $300m assumes OPUS-2 data is mixed (like OPUS-1) and generic Restasis is launched 2016.

- **Investment Case:** The recently proposed ViroPharma acquisition makes strategic sense in our view, but it comes at a high price and is not without risk. Accretion is clear and the deal would smooth/raise 2013-17 EPS growth. However, sales growth slowdown remains apparent and we believe M&A will continue. We retain our Neutral rating and target price of 2750p. Shire remains our favoured UK stock (GSK and AZN rated Underperform).

- **Catalysts:** Dermagraft CMS reimbursement review 27 Nov, lifitegrast OPUS-2 YE13, SONATA safety data mid-14, Vyvanse MDD P3 1H14.

- **Valuation:** Shire trades at 16.9x 2014E earnings, in line with peers (16.8x). Shire trades at a 20% premium to PharmaValues NPV vs. peers at parity.

**Share price performance**



2448
1948
1448
Nov-11  Mar-12  Jul-12  Nov-12  Mar-13  Jul-13
— Price   — Price relative

The price relative chart measures performance against the FTSE ALL SHARE INDEX which closed at 3570.02 on 15/11/13

On 15/11/13 the spot exchange rate was £.84/Eu 1. - Eu .74/US$1

| Performance Over | 1M | 3M | 12M |
|---|---|---|---|
| Absolute (%) | 11.5 | 17.0 | 63.6 |
| Relative (%) | 10.5 | 13.1 | 41.9 |

**Financial and valuation metrics**

| Year | 12/12A | 12/13E | 12/14E | 12/15E |
|---|---|---|---|---|
| Revenue (US$ m) | 4,681.3 | 4,935.6 | 5,227.5 | 5,259.4 |
| EBITDA (US$ m) | 1,782.62 | 2,024.77 | 2,271.13 | 2,297.92 |
| Pre-tax Profit Adjusted (US$ m) | 1,440.2 | 1,703.0 | 1,962.8 | 2,002.3 |
| CS adj. EPS (US$) | 2.04 | 2.39 | 2.70 | 2.74 |
| CS adj. Prev. EPS (US$) | — | 2.38 | — | — |
| CS Core EPS (US$) | 2.04 | 2.39 | 2.70 | 2.74 |
| P/E (adj., x) | 22.42 | 19.13 | 16.91 | 16.66 |
| P/E rel. to local mkt (%) | 173.3 | 145.5 | 141.5 | 152.0 |
| EV/EBITDA | 14.0 | 12.0 | 10.2 | 9.5 |
| | | | | |
| Dividend (12/13E, c) | 16.69 | IC (12/13E, US$ m) | | 3,623.04 |
| Dividend yield (%) | 0.37 | EV/IC | | 6.7 |
| Net debt/equity (12/13E, %) | -19.9 | Net debt (12/13E, US$ m) | | -900.5 |
| Number of shares (m) | 553.83 | Free float (%) | | 100.0 |
| BV/share (12/13E, US$) | 8.2 | | | |

Source: FTI, Company data, Thomson Reuters, Credit Suisse Securities (EUROPE) LTD. Estimates.

**DISCLOSURE APPENDIX CONTAINS ANALYST CERTIFICATIONS AND THE STATUS OF NON US ANALYSTS. FOR OTHER IMPORTANT DISCLOSURES**, visit https://rave.credit-suisse.com/disclosures or call +1 (877) 291-2683 US Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

CREDIT SUISSE

18 November 2013

**Figure 10:** 2013/2014 Shire catalysts



Source: Company data, Credit Suisse estimates

**Figure 11: Comp. table**

| EU Specialty | | price | P/E | | | | | Div yield 2013E | EV/NPV | NPV/ share | Equity NPV/ share | 13-17E Sales growth | 13-17E EPS growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2012A | 2013E | 2014E | 2015E | 2016E | | | | | | |
| Almirall | € | 11.2 | nr | nr | 25.4 | 13.7 | 9.3 | 0.6% | 0.73 | 16.3 | 16.1 | 6.9% | 63.5% |
| Ipsen | € | 33.4 | 19.2 | 17.9 | 16.4 | 15.4 | 14.3 | 2.5% | 0.82 | 43.2 | 42.4 | 5.3% | 7.9% |
| Lonza | SF | 86.9 | 19.3 | 18.2 | 15.1 | 13.4 | 12.1 | 2.7% | | 4.2% | 12.4% |
| Lundbeck | DK | 120 | 13.2 | 13.2 | 27.1 | 19.3 | 10.2 | 1.9% | 0.71 | 172 | 173 | -1.8% | 12.9% |
| Meda | SK | 76.6 | 8.4 | 9.1 | 7.6 | 6.6 | 5.6 | 2.8% | 1.03 | 117 | 71 | 7.7% | 16.3% |
| Merck KGaA | € | 124.0 | 16.2 | 14.3 | 13.8 | 13.3 | 13.5 | 1.5% | 1.06 | 132 | 119 | 0.7% | 1.9% |
| Orion | € | 19.7 | 13.9 | 13.9 | 20.3 | 19.9 | 19.1 | 6.1% | 1.34 | 15.4 | 15.1 | 1.6% | -5.6% |
| Recordati | € | 10.1 | 15.3 | 13.2 | 12.4 | 12.3 | 11.7 | 3.3% | 1.24 | 9.9 | 8.4 | 5.2% | 4.6% |
| Shire Pharmaceuticals | p | 2829 | 22.4 | 19.1 | 16.9 | 16.7 | 14.8 | 0.4% | 1.20 | 2346 | 2433 | 5.3% | 9.8% |
| UCB | € | 50.0 | 29.5 | 26.6 | 21.7 | 17.5 | 15.2 | 2.1% | 1.04 | 60.5 | 48.0 | 5.0% | 17.9% |
| **EU Specialty** average | | | 17.5 | 16.2 | 16.8 | 14.8 | 12.6 | 2.4% | 1.02 | | | 3.7% | 8.7% |
| Shire premium/(discount) | | | 28% | 18% | 1% | 13% | 18% | | 18% | | | | |

Source: Company data, Credit Suisse estimates

*260*



18 December 2013
Europe/United Kingdom
**Equity Research**
Specialty Pharmaceuticals (Speciality Pharmaceuticals (Europe))

# Shire Pharmaceuticals (SHP.L)

INCREASE TARGET PRICE

## ViroPharma set for regulatory green light

| Rating | NEUTRAL* |
|---|---|
| Price (17 Dec 13, p) | 2,797.00 |
| Target price (p) (from 2,750.00) | 2,900.00† |
| Market cap. (£ m) | 16,392.14 |
| Enterprise value (US$ m) | 25,584.7 |

*Stock ratings are relative to the coverage universe in each analyst's or each team's respective sector.

†Target price is for 12 months.

**Research Analysts**

**Luisa Hector PhD, CFA**
44 20 7888 0142
luisa.hector@credit-suisse.com

**Kerry Holford CFA**
44 20 7888 5352
kerry.holford@credit-suisse.com

**Riccardo Lowi**
44 20 7888 0303
riccardo.lowi@credit-suisse.com

**Jo Walton**
44 20 7888 0304
jo.walton@credit-suisse.com

**Matthew Weston PhD**
44 20 7888 3690
matthew.weston@credit-suisse.com

- **ViroPharma acquisition is expected to close early 2014:** As the HSR waiting period has expired without incident, we assume Shire's proposed acquisition of ViroPharma has effectively been granted the green light from a regulatory perspective. We have now fully incorporated our previously published proforma analysis into our Shire model. This acquisition raises our Shire revenue forecasts by approx 10% pa from 2014 onwards. In our view, the acquisition will deliver approx 3% EPS accretion in year 1, building to ca 10% accretion in later years. We retain our Neutral rating and raise our TP to 2900p (from 2750p) to reflect higher earnings forecasts.

- **Investment Case:** The ViroPharma acquisition makes strategic sense in our view, but it comes at a high price and is not without risk. Accretion is easily achieveable in our view, and the deal serves to smooth and raise 2013-17 EPS growth. However, 2015 sales growth slowdown remains apparent post-ViroPharma and thus we believe M&A will continue. Shire remains our favoured UK stock (GSK and AZN rated Underperform).

- **Catalysts:** ViroPharma acquisition deal closure expected early 2014, lifitegrast SONATA safety data mid-14, Vyvanse MDD P3 1H14.

- **Valuation:** Shire trades at 16.4x 2014E earnings, in line with peers (16.7x). Shire trades at ca 20% premium to PharmaValues NPV vs. peers at parity.

**Share price performance**



The price relative chart measures performance against the FTSE ALL SHARE INDEX which closed at 3484.05 on 17/12/13
On 17/12/13 the spot exchange rate was £.85/Eu 1. - Eu .73/US$1

| Performance Over | 1M | 3M | 12M |
|---|---|---|---|
| Absolute (%) | -0.5 | 10.0 | 45.4 |
| Relative (%) | 2.1 | 11.2 | 33.2 |

**Financial and valuation metrics**

| Year | 12/12A | 12/13E | 12/14E | 12/15E |
|---|---|---|---|---|
| Revenue (US$ m) | 4,681.3 | 4,935.6 | 5,682.2 | 5,854.6 |
| EBITDA (US$ m) | 1,782.62 | 2,024.77 | 2,401.14 | 2,583.97 |
| Pre-tax Profit Adjusted (US$ m) | 1,440.2 | 1,697.0 | 2,016.5 | 2,201.7 |
| CS adj. EPS (US$) | 2.04 | 2.35 | 2.77 | 3.01 |
| CS adj. Prev. EPS (US$) | — | 2.39 | 2.70 | 2.74 |
| CS Core EPS (US$) | 2.04 | 2.35 | 2.77 | 3.01 |
| P/E (adj., x) | 22.38 | 19.36 | 16.43 | 15.13 |
| P/E rel. to local mkt (%) | 169.5 | 139.9 | 131.2 | 131.7 |
| EV/EBITDA | 14.8 | 12.6 | 11.9 | 10.5 |

| | | | |
|---|---|---|---|
| Dividend (12/13E, c) | 16.69 | IC (12/13E, US$ m) | 3,616.05 |
| Dividend yield (%) | 0.37 | EV/IC | 7.1 |
| Net debt/equity (12/13E, %) | -23.5 | Net debt (12/13E, US$ m) | -1,108.2 |
| Number of shares (m) | 586.06 | Free float (%) | 100.0 |
| BV/share (12/13E, US$) | 8.6 | | |

Source: FTI, Company data, Thomson Reuters, Credit Suisse Securities (EUROPE) LTD. Estimates.

**DISCLOSURE APPENDIX AT THE BACK OF THIS REPORT CONTAINS IMPORTANT DISCLOSURES, ANALYST CERTIFICATIONS, AND THE STATUS OF NON-US ANALYSTS.** US Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

CREDIT SUISSE

18 December 2013

**Figure 2: EU Specialty Pharma valuation comps**

| EU Specialty | | price | P/E | | | | | Div yield 2013E | EV/NPV | NPV/ share | Equity NPV/ share | 13-17E Sales growth | 13-17E EPS growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2012A | 2013E | 2014E | 2015E | 2016E | | | | | | |
| Almirall | € | 11.0 | nr | nr | 25.4 | 13.9 | 10.0 | 0.5% | 0.75 | 16.0 | 15.7 | 6.5% | 60.6% |
| Ipsen | € | 32.6 | 18.7 | 17.5 | 16.0 | 15.0 | 13.9 | 2.6% | 0.82 | 43.2 | 42.4 | 5.3% | 7.9% |
| Lonza | SF | 80.7 | 17.9 | 16.9 | 14.0 | 12.4 | 11.3 | 2.9% | | | | 4.2% | 12.4% |
| Lundbeck | DK | 128 | 14.0 | 14.0 | 28.7 | 20.5 | 10.8 | 1.8% | 0.79 | 171 | 173 | -1.8% | 12.9% |
| Meda | SK | 79.6 | 8.8 | 9.4 | 7.9 | 6.8 | 5.8 | 2.7% | 1.06 | 118 | 72 | 7.7% | 16.3% |
| Merck KGaA | € | 124.7 | 16.3 | 14.4 | 13.5 | 12.6 | 12.7 | 1.5% | 1.09 | 132 | 120 | 2.5% | 3.8% |
| Orion | € | 18.7 | 13.2 | 13.3 | 19.4 | 19.0 | 18.2 | 6.4% | 1.33 | 15.2 | 14.8 | 1.6% | -5.6% |
| Recordati | € | 9.9 | 15.0 | 13.0 | 12.2 | 12.1 | 11.5 | 3.4% | 0.99 | 12.2 | 10.7 | 5.2% | 4.6% |
| Shire Pharmaceuticals | p | 2797 | 22.4 | 19.4 | 16.4 | 15.1 | 13.3 | 0.4% | 1.22 | 2596 | 2377 | 8.2% | 13.4% |
| UCB | € | 50.7 | 30.0 | 27.0 | 22.0 | 17.7 | 15.4 | 2.1% | 1.11 | 59.9 | 47.4 | 5.0% | 17.9% |
| EU Specialty average | | | 17.4 | 16.1 | 16.7 | 14.5 | 12.3 | 2.4% | 1.02 | | | 4.2% | 9.3% |
| Shire premium/(discount) | | | 29% | 20% | -2% | 4% | 8% | | 20% | | | | |

*Source: Company data, Credit Suisse estimates*

# Key components to the ViroPharma acquisition

- Approx $4.2bn all cash purchase of ViroPharma, represents a multiple of approx 9x 2013E sales (based on ViroPharma company guidance).

- Shire anticipate $150m cost synergies by 2015 - only a small amount of these likely to be realised in 2014, majority in 2015+. Majority will come from SG&A and R&D.

- Shire has said that ViroPharma has "been on Shire's radar for some time". Viropharma has US and EU operations but very limited ex US sales today. Shire sees value in expanding current sales base from US focus into additional geographies.

- The ViroPharma pipeline will be reviewed under Shire's broader pipeline strategy in due course.

- Deal expected to close early 2014. We should expect Shire to provide more detail on Cinryze vs Firazyr product positioning and cost synergies at this time.

- Immediately accretive, before synergies. CFO talked of approx 5% accretion in the near term, growing to double digit accretion "fairly quickly".



14 February 2014
Europe/United Kingdom
**Equity Research**
Specialty Pharmaceuticals

# Shire Pharmaceuticals (SHP.L)

| Rating | NEUTRAL* |
|---|---|
| Price (13 Feb 14, p) | 3,142.00 |
| Target price (p)     (from 3,200.00) | 3,400.00† |
| Market cap. (£ m) | 18,469.63 |
| Enterprise value (US$ m) | 32,176.3 |

*Stock ratings are relative to the coverage universe in each analyst's or each team's respective sector.
†Target price is for 12 months.

**Research Analysts**

**European Pharma Team**
44 207 888 0304
creditsuisse.pharmateam@credit-suisse.com

**Luisa Hector PhD, CFA**
44 20 7888 0142
luisa.hector@credit-suisse.com

**Kerry Holford CFA**
44 20 7888 5352
kerry.holford@credit-suisse.com

**Riccardo Lowi**
44 20 7888 0303
riccardo.lowi@credit-suisse.com

**Jo Walton**
44 20 7888 0304
jo.walton@credit-suisse.com

**Matthew Weston PhD**
44 20 7888 3690
matthew.weston@credit-suisse.com

**RESULTS**

## 4Q13 Second Opinion

- **Shire reported stronger 4Q13, boosted by exceptional items:** Certain key drugs were stronger than expected but reflected non-recurring positives: Vyvanse (inventory stocking), Elaprase (tender timing) and Replagal (rebate reversal). We have made no major changes to our 2014+ sales forecasts. EPS also benefitted from a significantly lower tax rate in Q4 (11% vs. CSe 19%) but guidance for FY14 implies this is exceptional. CFO Graham Hetherington has announced he will step down March 1 and the search for his replacement has commenced.

- **Increasing EPS forecasts, raising TP to 3400p (from 3200p):** We have increased our 2014-15 earnings estimates by c10% pa reflecting the divestment of Dermagraft (loss-making asset) and greater ViroPharma accretion (up to $75m savings expected in 2014).

- **Preferred UK stock, 2015 growth remains an issue:** Shire remains our favoured UK pharma name, with significantly better 2014 growth prospects. However, we retain our Neutral rating relative to EU Specialty peers. Whilst strong growth in 2013 should be replicated in 2014, the outlook for 2015 remains more uncertain. With the decline of Intuniv from December this year, we forecast sales/EPS growth to fall to mid-high single digits in 2015. As a result, further M&A is likely, in our view.

- **Catalysts:** Intuniv EU filing 1H, Actavis appeal court ruling on Lialda mid-2014 (CSe), Vyvanse vs Concerta P4 data & SHP602 (iron overload) P2b data due 2H14.

- **Valuation:** Shire trades on 15.3x 2015E EPS, in line with peers.

### Share price performance



The price relative chart measures performance against the FTSE ALL SHARE INDEX which closed at 3575.23 on 13/02/14

On 13/02/14 the spot exchange rate was £.82/Eu 1. - Eu .73/US$1

| Performance Over | 1M | 3M | 12M |
|---|---|---|---|
| Absolute (%) | 5.0 | 11.1 | 46.5 |
| Relative (%) | 6.5 | 10.7 | 39.6 |

### Financial and valuation metrics

| Year | 12/13A | 12/14E | 12/15E | 12/16E |
|---|---|---|---|---|
| Revenue (US$ m) | 4,934.4 | 5,766.6 | 6,047.7 | 6,458.2 |
| EBITDA (US$ m) | 2,139.42 | 2,647.46 | 2,814.17 | 3,022.90 |
| Pre-tax Profit Adjusted (US$ m) | 1,819.9 | 2,322.8 | 2,495.9 | 2,706.5 |
| CS adj. EPS (US$) | 2.55 | 3.17 | 3.42 | 3.71 |
| CS adj. Prev. EPS (US$) | — | 2.87 | 3.09 | 3.53 |
| CS Core EPS (US$) | 2.55 | 3.17 | 3.42 | 3.71 |
| P/E (adj., x) | 20.45 | 16.47 | 15.27 | 14.09 |
| P/E rel. to local mkt (%) | 158.9 | 120.6 | 123.0 | 123.7 |
| EV/EBITDA | 13.8 | 12.2 | 10.8 | 9.5 |

| | | | |
|---|---|---|---|
| Dividend (12/14E, c) | 18.35 | IC (12/14E, US$ m) | 7,336.01 |
| Dividend yield (%) | 0.35 | EV/IC | 4.4 |
| Net debt/equity (12/14E, %) | 25.5 | Net debt (12/14E, US$ m) | 1,490.9 |
| Number of shares (m) | 587.83 | Free float (%) | 100.0 |
| BV/share (12/14E, US$) | 9.9 | | |

Source: FTI, Company data, Thomson Reuters, Credit Suisse Securities (EUROPE) LTD. Estimates.

**DISCLOSURE APPENDIX AT THE BACK OF THIS REPORT CONTAINS IMPORTANT DISCLOSURES, ANALYST CERTIFICATIONS, AND THE STATUS OF NON-US ANALYSTS.** US Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**CREDIT SUISSE SECURITIES RESEARCH & ANALYTICS**

BEYOND INFORMATION®
Client-Driven Solutions, Insights, and Access

**CREDIT SUISSE**

14 February 2014

# Company guidance vs CS forecast

Figure 2: **Shire FY14 guidance**

| 2014 guidance | Feb-14 | CS 2014E |
|---|---|---|
| Product sales | Mid-high teens | 18% |
| Royalties+other | 10-15% lower than 2013 | -8% |
| Gross margin | c 1pp lower margin than 2013 (86.7%), Viropharma dilution | 85.7% |
| R&D (% change) | directionally down ex viro | -2% |
| SG&A (% change) | directionally up ex viro | 12% |
| combined SG&A & R&D | +6-8% higher than 2013 | 7% |
| Net interest expense | At a similar level to 2013 ($40m) | -47 |
| Tax rate | 18-20% | 19% |
| EPS/ADS growth | 2014 growth similar to 2013 (23%) | 24% |

Source: Company data, Credit Suisse estimates

# Comparative valuation

Figure 3: **Specialty EU Pharma valuations comparisons**

| EU Specialty | | price | P/E | | | | | Div yield 2013E | EV/NPV | Equity NPV/ share | NPV/ share | 13-17E Sales growth | 13-17E EPS growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2012A | 2013A/E | 2014E | 2015E | 2016E | | | | | | |
| Almirall | € | 11.8 | nr | nr | 24.7 | 13.2 | 9.1 | 0.6% | 0.74 | 18.8 | 17.2 | 11.0% | 62.4% |
| Ipsen | € | 31.5 | 18.1 | 16.8 | 16.9 | 15.3 | 13.4 | 2.7% | 0.72 | 45.3 | 44.4 | 5.4% | 9.5% |
| Lonza | SF | 93.2 | 20.7 | 20.0 | 15.2 | 13.2 | 12.1 | 2.3% | | | | 5.0% | 16.2% |
| Lundbeck | DK | 140 | 16.8 | 18.5 | 29.5 | 23.1 | 12.3 | 2.0% | 0.92 | 175 | 160 | -1.0% | 17.6% |
| Meda | SK | 79.3 | 8.7 | 9.4 | 7.8 | 6.8 | 5.8 | 2.7% | 1.06 | 119 | 73 | 7.6% | 16.2% |
| Merck KGaA | € | 121.2 | 15.9 | 14.0 | 13.5 | 12.4 | 12.3 | 1.6% | 1.06 | 131 | 118 | 2.6% | 4.1% |
| Orion | € | 21.7 | 15.5 | 15.1 | 19.9 | 19.4 | 19.0 | 5.8% | 1.55 | 14.6 | 14.7 | 1.7% | -4.5% |
| Recordati | € | 12.5 | 18.9 | 17.1 | 15.3 | 14.3 | 13.6 | 2.5% | 1.14 | 12.2 | 10.7 | 5.5% | 7.1% |
| Shire Pharmaceuticals | p | 3142 | 25.2 | 20.5 | 16.5 | 15.3 | 14.1 | 0.3% | 1.40 | 2568 | 2349 | 8.7% | 13.2% |
| UCB | € | 53.6 | 32.2 | 28.9 | 23.5 | 19.1 | 16.5 | 2.0% | 1.13 | 60.3 | 47.8 | 4.9% | 18.0% |
| EU Specialty average | | | 19.1 | 17.8 | 18.3 | 15.2 | 12.8 | 2.2% | 1.08 | | | 4.5% | 10.8% |
| Shire premium/(discount) | | | | -10% | 1% | 10% | | | 30% | | | | |

Source: Company data, Credit Suisse estimates

02 May 2014
Europe/United Kingdom
**Equity Research**
Specialty Pharmaceuticals

**CREDIT SUISSE**

# Shire Pharmaceuticals (SHP.L)

| | |
|---|---|
| Rating | **NEUTRAL*** |
| Price (01 May 14, p) | 3,450.00 |
| Target price (p) | 3,400.00[1] |
| Market cap. (£ m) | 20,319.32 |
| Enterprise value (US$ m) | 35,590.4 |

*Stock ratings are relative to the coverage universe in each analyst's or each team's respective sector.*
[1]*Target price is for 12 months.*

**Research Analysts**

**European Pharma Team**
44 207 888 0304
creditsuisse.pharmateam@credit-suisse.com

**Luisa Hector PhD, CFA**
44 20 7888 0142
luisa.hector@credit-suisse.com

**Kerry Holford CFA**
44 20 7888 5352
kerry.holford@credit-suisse.com

**Riccardo Lowi**
44 20 7888 0303
riccardo.lowi@credit-suisse.com

**Jo Walton**
44 20 7888 0304
jo.walton@credit-suisse.com

**Matthew Weston PhD**
44 20 7888 3690
matthew.weston@credit-suisse.com

**EARNINGS**

## 1Q14 Second Opinion - beat & raise

- **Q1 strong, FY14 guidance raised:** Q1 sales were slightly light of expectations but a 6% beat at the EPS level was driven by lower R&D/SG&A. Lower Q1 costs have enabled management to raise FY14 EPS guidance.

- **ADHD outlook tempered:** Shire now expects low-single-digit market demand growth for the foreseeable future. Adult ADHD remains the focus and here, Shire announced the revival of an old pipeline asset, SHP465, which was previously shelved in favour of Vyvanse (in 2007).

- **M&A remains in focus:** Shire remains our favoured UK pharma name, with significantly better 2014 growth prospects than UK peers. However, we retain our Neutral rating relative to EU Specialty peers. Whilst the company has raised 2014 guidance, the outlook for 2015 remains more uncertain with the expiry of Intuniv IP. Now with a higher 2014 base anticipated, continuing strong EPS growth in 2015 looks increasingly difficult to achieve. In our view, further external product licenses/M&A remains necessary to support Shire's business model and company's track record here remains very mixed. We believe it is too early to conclude whether recent deals signed under Shire's new leadership team will follow the successful path of the TKT & New River acquisitions, or the value-destructive paths of ABH & Movetis.

- **Catalysts:** Decision on next steps for lifitegrast in US in Q2, SHP465 and Vyvanse (BED) US filing 2H14, Vyvanse versus Concerta P4 data by YE14.

- **Valuation**: On a P/E basis, Shire currently trades at 16.5x 2015E EPS, broadly in line with the EU specialty pharma average. Shire currently trades at a 30% premium to PharmaValues NPV vs. a peer group on 1.1x EV.

**Share price performance**



*The price relative chart measures performance against the FTSE ALL SHARE INDEX which closed at 3633.61 on 01/05/14*

*On 01/05/14 the spot exchange rate was £.82/Eu 1. - Eu .72/US$1*

| Performance Over | 1M | 3M | 12M |
|---|---|---|---|
| Absolute (%) | 16.4 | 13.4 | 70.8 |
| Relative (%) | 15.1 | 9.5 | 64.0 |

**Financial and valuation metrics**

| Year | 12/13A | 12/14E | 12/15E | 12/16E |
|---|---|---|---|---|
| Revenue (US$ m) | 4,934.4 | 5,729.9 | 6,046.9 | 6,522.6 |
| EBITDA (US$ m) | 2,139.42 | 2,665.40 | 2,913.36 | 3,174.75 |
| Pre-tax Profit Adjusted (US$ m) | 1,819.92 | 2,336.47 | 2,586.07 | 2,849.37 |
| CS adj. EPS (US$) | 2.55 | 3.23 | 3.54 | 3.90 |
| CS adj. Prev. EPS (US$) | — | 3.14 | 3.37 | 3.71 |
| CS Core EPS (US$) | 2.55 | 3.23 | 3.54 | 3.90 |
| P/E (adj., x) | 22.83 | 18.05 | 16.45 | 14.94 |
| P/E rel. to local mkt (%) | 158.7 | 133.7 | 133.0 | 131.2 |
| EV/EBITDA | 15.4 | 13.4 | 11.6 | 10.1 |
| | | | | |
| Dividend (12/14E, ¢) | 18.35 | IC (12/14E, US$ m) | | 6,957.00 |
| Dividend yield (%) | 0.32 | EV/IC | | 5.1 |
| Net debt/equity (12/14E, %) | 22.5 | Net debt (12/14E, US$ m) | | 1,277.2 |
| Number of shares (m) | 588.97 | Free float (%) | | 100.00 |
| BV/share (12/14E, US$) | 9.7 | | | |

*Source: FTI, Company data, Thomson Reuters, Credit Suisse Securities (EUROPE) LTD. Estimates.*

**DISCLOSURE APPENDIX AT THE BACK OF THIS REPORT CONTAINS IMPORTANT DISCLOSURES, ANALYST CERTIFICATIONS, AND THE STATUS OF NON-US ANALYSTS.** US Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

CREDIT SUISSE

02 May 2014

# Comparative valuation

**Figure 4: EU specialty pharma comparative valuation**

| EU Specialty | | price | | P/E | | | | | Div Yield 2014E | EV/NPV | NPV/ share | Equity NPV/ share | 13-17E Sales growth | 13-17E EPS growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2013A/E | 2014E | 2015E | 2016E | 2107E | | | | | | |
| Almirall | € | 12.1 | O | nr | 24.7 | 12.4 | 8.8 | 7.3 | 1.2% | 0.70 | 18.4 | 16.9 | 10.1% | 66.8% |
| Ipsen | € | 32.0 | O | 16.8 | 16.9 | 15.5 | 13.6 | 12.0 | 2.8% | 0.72 | 45.1 | 44.1 | 5.3% | 8.9% |
| Lonza | SF | 92.0 | N | 20.4 | 15.5 | 12.8 | 11.9 | 10.8 | 2.4% | | | | 4.9% | 17.1% |
| Lundbeck | DK | 158 | N | 20.8 | 32.3 | 26.1 | 14.0 | 11.0 | 0.6% | 0.87 | 181 | 186 | -2.2% | 17.2% |
| Meda (pre-amortisation) | SK | 116.4 | N | 13.7 | 11.7 | 10.2 | 9.1 | 8.0 | 2.1% | 1.31 | 120 | 74 | 6.8% | 14.4% |
| Meda (post-amortisation) | SK | 116.4 | N | 43.6 | 28.5 | 21.0 | 16.9 | 13.3 | 2.1% | 1.31 | 120 | 74 | 6.8% | 34.5% |
| Merck KGaA | € | 121.6 | N | 13.8 | 13.1 | 12.1 | 12.1 | 11.8 | 1.7% | 1.00 | 134 | 123 | 2.8% | 4.1% |
| Orion | € | 22.0 | U | 15.1 | 15.4 | 15.4 | 14.8 | 14.2 | 5.5% | 1.57 | 15.0 | 14.7 | 0.6% | 1.6% |
| Recordati | € | 12.6 | N | 16.9 | 15.4 | 14.3 | 13.8 | 13.1 | 3.0% | 1.20 | 12.1 | 10.7 | 5.3% | 6.5% |
| Shire Pharmaceuticals | p | 3450 | N | 22.8 | 18.1 | 16.5 | 14.9 | 13.5 | 0.3% | 1.29 | 2658 | 2437 | 9.3% | 14.1% |
| UCB | € | 59.1 | N | 33.4 | 29.8 | 23.8 | 19.7 | 15.2 | 1.9% | 1.20 | 62.6 | 48.8 | 6.9% | 21.7% |
| **EU Specialty** average | | | | 19.3 | 19.3 | 15.9 | 13.3 | 11.7 | 2.2% | 1.1 | | | 5.0% | 17.2% |
| *Shire premium/(discount)* | | | | | -6% | 3% | 12% | 15% | | 17% | | | | |

*Source: Company data, Credit Suisse estimates.*

# Key catalysts

Figure 5: **Shire key catalysts**



*Source: Company data, Credit Suisse estimates.*

---

Shire Pharmaceuticals (SHP.L)

6

**CREDIT SUISSE**

02 May 2014

**Companies Mentioned** *(Price as of 01-May-2014)*

**Almirall** (ALM.MC, €12.07)
**Ipsen** (IPN.PA, €31.98)
**Lonza** (LONN.VX, SFr91.95)
**Lundbeck** (LUN.CO, Dkr158.0)
**Meda** (MEDAA.ST, Skr116.4)
**Merck KGaA** (MRCG.DE, €121.55)
**Orion** (ORNBV.HE, €21.97)
**Recordati** (RECI.MI, €12.6)
**Shire Pharmaceuticals** (SHP.L, 3450.0p, NEUTRAL, TP 3400.0p)
**UCB** (UCB.BR, €59.09)

# Disclosure Appendix

## Important Global Disclosures

Luisa Hector PhD, CFA, Kerry Holford CFA, Jo Walton, Matthew Weston PhD and Riccardo Lowi each certify, with respect to the companies or securities that the individual analyzes, that (1) the views expressed in this report accurately reflect his or her personal views about all of the subject companies and securities and (2) no part of his or her compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

### 3-Year Price and Rating History for Shire Pharmaceuticals (SHP.L)

| SHP.L Date | Closing Price (p) | Target Price (p) | Rating |
|---|---|---|---|
| 29-Jul-11 | 2119.00 | 2280.00 | O |
| 19-Oct-11 | 2005.00 | 2350.00 | |
| 22-Feb-12 | 2248.00 | | * |
| 20-Apr-12 | 2045.00 | 2350.00 | O |
| 26-Jun-12 | 1798.00 | 2000.00 | |
| 02-Aug-12 | 1918.00 | 2200.00 | |
| 20-Sep-12 | 1832.00 | 2180.00 | |
| 12-Dec-12 | 1935.00 | 2250.00 | |
| 14-Jan-13 | 2042.00 | 2410.00 | |
| 15-Feb-13 | 2060.00 | 2350.00 | |
| 26-Jul-13 | 2327.00 | 2600.00 | |
| 10-Oct-13 | 2381.00 | 2600.00 | N |
| 25-Oct-13 | 2776.00 | 2750.00 | |
| 18-Dec-13 | 2791.00 | 2900.00 | |
| 20-Jan-14 | 2993.00 | 3200.00 | |
| 14-Feb-14 | 3219.00 | 3400.00 | |



*\* Asterisk signifies initiation or assumption of coverage.*

The analyst(s) responsible for preparing this research report received Compensation that is based upon various factors including Credit Suisse's total revenues, a portion of which are generated by Credit Suisse's investment banking activities

## As of December 10, 2012 Analysts' stock rating are defined as follows:

**Outperform (O) :** The stock's total return is expected to outperform the relevant benchmark\*over the next 12 months.

**Neutral (N) :** The stock's total return is expected to be in line with the relevant benchmark\* over the next 12 months.

**Underperform (U) :** The stock's total return is expected to underperform the relevant benchmark\* over the next 12 months.

*\*Relevant benchmark by region: As of 10th December 2012, Japanese ratings are based on a stock's total return relative to the analyst's coverage universe which consists of all companies covered by the analyst within the relevant sector, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. As of 2nd October 2012, U.S. and Canadian as well as European ratings are based on a stock's total return relative to the analyst's coverage universe which consists of all companies covered by the analyst within the relevant sector, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. For Latin American and non-Japan Asia stocks, ratings are based on a stock's total return relative to the average total return of the relevant country or regional benchmark; prior to 2nd October 2012 U.S. and Canadian ratings were based on (1) a stock's absolute total return potential to its current share price and (2) the relative attractiveness of a stock's total return potential within an analyst's coverage universe. For Australian and New Zealand stocks, 12-month rolling yield is incorporated in the absolute total return calculation and a 15% and a 7.5% threshold replace the 10-15% level in the Outperform and Underperform stock rating definitions, respectively. The 15% and 7.5% thresholds replace the +10-15% and -10-15% levels in the Neutral stock rating definition, respectively. Prior to 10th December 2012, Japanese ratings were based on a stock's total return relative to the average total return of the relevant country or regional benchmark.*

---

**Shire Pharmaceuticals (SHP.L)**

8

*148*

02 June 2014

Europe/United Kingdom

**Equity Research**

Specialty Pharmaceuticals

# Shire Pharmaceuticals (SHP.L)

| | |
|---|---|
| Rating | **NEUTRAL\*** |
| Price (30 May 14, p) | 3,414.00 |
| Target price (p) | 3,400.00[1] |
| Market cap. (£ m) | 20,108.94 |
| Enterprise value (US$ m) | 34,969.7 |

*\*Stock ratings are relative to the coverage universe in each analyst's or each team's respective sector.*

*[1]Target price is for 12 months.*

**Research Analysts**

**Riccardo Lowi**
44 20 7888 0303
riccardo.lowi@credit-suisse.com

**Jo Walton**
44 20 7888 0304
jo.walton@credit-suisse.com

**Matthew Weston PhD**
44 20 7888 3690
matthew.weston@credit-suisse.com

COMMENT

## NPS Pharma - would fit stratagy

Given the recent flurry of M&A activity in the pharma sector speculation over what Shire may purchase given its strong unencumbered cash flow is likely to remain high, and on Friday interest focused on NPS as a possible target according to FT Alphaville. NPS Pharmaceuticals is a US rare diseases company with 2 lead products, Gattex for adults with short bowel syndrome marketed for c.a year in the US, and rolling out in Europe, and Natpara a hormone replacement therapy for hypoparathyroidism in registration in the US.

We would expect Shire to be able to assist in ex US price negotiations and to accelerate international sales. We would expect overall cost savings to be more limited than in other deals given the highly specialist nature of these drugs, and current high levels of royalty income which would be unaffected by any deal. We assume that the relative weakness of NPS Pharma in recent months (peak share price $40 in March) has reflected the slow uptake of Gattex in the US. We calculate that a purchase at c.$37 per share (35% premium to the unaffected price, based on historic sector average transaction premia) equating to $3.9b would be 7% accretive in '16. An alternate theoretical use of this cash on a share buyback would be 10% accretive.

Shire has a search and develop not R&D strategy, and on initial view this company would seem to be an attractive fit. We retain a Neutral rating until it is clearer what assets will be added to offset the inevitable slowdown in US ADHD growth.

**Catalysts:** Shire closing of $260m Lumena acquisition announced May 2014, capital markets day, SHP465 and Vyvanse (BED) US filing 2H14, Vyvanse versus Concerta P4 data by YE14. NPS Pharma US Adcom for Natpara

**Valuation:** Shire trades on a 9% discount to 2015 EU specialty pharma peers on a PE basis but a 25% premium on EV/NPV

**Share price performance**



The price relative chart measures performance against the FTSE ALL SHARE INDEX which closed at 3655.01 on 30-05-14

On 30-05-14 the spot exchange rate was £.81/Eu 1. - Eu .73/US$1

| Performance Over | 1M | 3M | 12M |
|---|---|---|---|
| Absolute (%) | -1.5 | -0.7 | 57.3 |
| Relative (%) | -1.9 | -0.3 | 52.1 |

**Financial and valuation metrics**

| Year | 12/13A | 12/14E | 12/15E | 12/16E |
|---|---|---|---|---|
| Revenue (US$ m) | 4,934.4 | 5,729.9 | 6,046.9 | 6,522.6 |
| EBITDA (US$ m) | 2,139.42 | 2,665.40 | 2,913.36 | 3,174.75 |
| Pre-tax Profit Adjusted (US$ m) | 1,819.92 | 2,336.47 | 2,586.07 | 2,849.37 |
| CS adj. EPS (US$) | 2.55 | 3.23 | 3.54 | 3.90 |
| CS adj. Prev. EPS (US$) | — | — | — | — |
| CS Core EPS (US$) | 2.55 | 3.23 | 3.54 | 3.90 |
| P/E (adj., x) | 22.41 | 17.73 | 16.16 | 14.66 |
| P/E rel. to local mkt (%) | 148.1 | 124.0 | 123.2 | 121.6 |
| EV/EBITDA | 15.2 | 13.1 | 11.4 | 9.9 |

| | | | |
|---|---|---|---|
| Dividend (12/14E, c) | 18.35 | IC (12/14E, US$ m) | 6,957.00 |
| Dividend yield (%) | 0.32 | EV/IC | 5.0 |
| Net debt/equity (12/14E, %) | 22.5 | Net debt (12/14E, US$ m) | 1,277.2 |
| Number of shares (m) | 589.01 | Free float (%) | 100.00 |
| BV/share (12/14E, US$) | 9.7 | | |

Source: FTI, Company data, Thomson Reuters, Credit Suisse Securities (EUROPE) LTD. Estimates.

**DISCLOSURE APPENDIX AT THE BACK OF THIS REPORT CONTAINS IMPORTANT DISCLOSURES, ANALYST CERTIFICATIONS, AND THE STATUS OF NON-US ANALYSTS.** US Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**CREDIT SUISSE SECURITIES RESEARCH & ANALYTICS**

BEYOND INFORMATION®

Client-Driven Solutions, Insights, and Access

**CREDIT SUISSE**

02 June 2014

We understand that patent protection is limited. NPS would be entitled to 4 yrs. protection in the US if approved, , in Europe the patent runs to 2021 including 2 yrs. of supplemental protection which has been granted

**NSPP795** for autosomal dominant hypocalcemia. ( ADH). This is a genetic condition that affects calcium sensing receptors leaving patients constantly excreting calcium resulting in hypocalcemia or hypercalcuria. Symptoms include tetany, (muscle cramps) convulsions and kidney disease. NPSP795 is a small molecule calcilytic agent that blocks the calcium sensing receptors on the parathyroid glands. It is being moved to P2a in mid 2014

**Sensipar royalties**. NPS earns royalties on a number of drugs of which the most significant is Sensipar sold by Amgen. 2013 royalties of $123m compare with end user sales of around $1b  NPS has effectively borrowed against these some of royalty payments but will continue to derive royalty income presumably until the end of Senispar patent protection. US patent cover starts to end in 2015 and in Europe the patent runs to 2019.,

**Tax:** NPS report cumulative tax losses of around $1b as of March 2014

In Figure 2 we set out our basic assumptions for New Co based on a number of assumptions.

We assume a 35% premium price to the unaffected price on 28th May.  We assume 3.5% pretax financing costs and an all cash deal.  We assume no impact on US drug sales but an acceleration of the ex US sales using the Shire network.  We have assumed $5m of cost savings in R&D, and $40m of SG&A  against a combined SG&A of $2.5b.  We have assumed a 35% effective tax shield

**Figure 1: Comparative valuation**

| EU Specialty | | price | P/E | | | | | Div Yield 2014E | EV/NPV | NPV/ share | Equity NPV/ share | 13-17E Sales growth | 13-17E EPS growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2012A | 2013A/E | 2014E | 2015E | 2016E | | | | | | |
| Almirall | € | 11.9 | nr | nr | 22.3 | 12.3 | 8.8 | 1.2% | 0.76 | 18.5 | 17.0 | 9.8% | 66.7% |
| Ipsen | € | 36.0 | 20.7 | 18.9 | 19.0 | 17.5 | 15.3 | 2.5% | 0.79 | 45.5 | 44.4 | 5.3% | 8.9% |
| Lonza | SF | 96.3 | 22.5 | 21.4 | 16.2 | 13.4 | 12.4 | 2.3% | | | | 4.9% | 17.1% |
| Lundbeck | DK | 147 | 17.7 | 19.4 | 36.5 | 42.4 | 22.2 | 0.5% | 0.83 | 187 | 195 | -0.1% | 9.3% |
| Meda (pre-amortisation) | SK | 117.1 | 12.9 | 13.7 | 11.8 | 10.5 | 9.3 | 2.3% | 1.35 | 123 | 73 | 6.5% | 14.0% |
| Meda (post-amortisation) | SK | 117.1 | 29.3 | 43.9 | 29.1 | 21.9 | 17.5 | 2.3% | 1.35 | 123 | 73 | 6.5% | 33.8% |
| Merck KGaA | € | 126.0 | 16.5 | 14.4 | 13.5 | 12.4 | 12.3 | 1.6% | 1.03 | 140 | 129 | 2.8% | 4.8% |
| Orion | € | 23.1 | 16.3 | 15.9 | 16.2 | 16.2 | 15.6 | 5.2% | 1.67 | 15.3 | 14.9 | 0.6% | 1.6% |
| Recordati | € | 12.4 | 18.7 | 16.5 | 15.1 | 14.0 | 13.6 | 3.1% | 1.14 | 12.5 | 11.1 | 5.3% | 6.5% |
| Shire Pharmaceuticals | p | 3414 | 27.6 | 22.4 | 17.7 | 16.2 | 14.7 | 0.3% | 1.42 | 2583 | 2395 | 9.3% | 14.1% |
| UCB | € | 58.5 | 35.4 | 33.0 | 29.5 | 23.6 | 19.5 | 1.9% | 1.17 | 62.8 | 49.0 | 6.9% | 21.7% |
| **EU Specialty** average | | | 21.8 | 19.5 | 19.8 | 17.8 | 14.4 | 2.1% | 1.1 | | | 5.1% | 16.5% |
| *Merck premium/(discount)* | | | | | -10% | -9% | 2% | | 25% | | | | |

*Source: Company data, Credit Suisse estimates*

CREDIT SUISSE

02 June 2014

## Companies Mentioned *(Price as of 30-May-2014)*

**Almirall** (ALM.MC, €11.86)
**Ipsen** (IPN.PA, €36.0)
**Lonza** (LONN.VX, SFr96.25)
**Lundbeck** (LUN.CO, Dkr147.4)
**Meda** (MEDAa.ST, Skr117.1)
**Merck KGaA** (MRCG.DE, €126.0)
**Orion** (ORNBV.HE, €23.12)
**Recordati** (RECI.MI, €12.35)
**Shire Pharmaceuticals** (SHP.L, 3414.0p, NEUTRAL, TP 3400.0p)
**UCB** (UCB.BR, €58.48)

# Disclosure Appendix

## Important Global Disclosures

Jo Walton, Matthew Weston PhD and Riccardo Lowi each certify, with respect to the companies or securities that the individual analyzes, that (1) the views expressed in this report accurately reflect his or her personal views about all of the subject companies and securities and (2) no part of his or her compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

### 3-Year Price and Rating History for Shire Pharmaceuticals (SHP.L)

| SHP.L Date | Closing Price (p) | Target Price (p) | Rating |
|---|---|---|---|
| 29-Jul-11 | 2119.00 | 2280.00 | O |
| 19-Oct-11 | 2005.00 | 2350.00 | |
| 22-Feb-12 | 2248.00 | | * |
| 20-Apr-12 | 2045.00 | 2350.00 | O |
| 26-Jun-12 | 1798.00 | 2000.00 | |
| 02-Aug-12 | 1918.00 | 2200.00 | |
| 20-Sep-12 | 1832.00 | 2180.00 | |
| 12-Dec-12 | 1935.00 | 2250.00 | |
| 14-Jan-13 | 2042.00 | 2410.00 | |
| 15-Feb-13 | 2060.00 | 2350.00 | |
| 26-Jul-13 | 2327.00 | 2600.00 | |
| 10-Oct-13 | 2381.00 | 2600.00 | N |
| 25-Oct-13 | 2776.00 | 2750.00 | |
| 18-Dec-13 | 2791.00 | 2900.00 | |
| 20-Jan-14 | 2993.00 | 3200.00 | |
| 14-Feb-14 | 3219.00 | 3400.00 | |



*\* Asterisk signifies initiation or assumption of coverage.*

The analyst(s) responsible for preparing this research report received Compensation that is based upon various factors including Credit Suisse's total revenues, a portion of which are generated by Credit Suisse's investment banking activities

## As of December 10, 2012 Analysts' stock rating are defined as follows:

**Outperform (O) :** The stock's total return is expected to outperform the relevant benchmark*over the next 12 months.

**Neutral (N) :** The stock's total return is expected to be in line with the relevant benchmark* over the next 12 months.

**Underperform (U) :** The stock's total return is expected to underperform the relevant benchmark* over the next 12 months.

*\*Relevant benchmark by region: As of 10th December 2012, Japanese ratings are based on a stock's total return relative to the analyst's coverage universe which consists of all companies covered by the analyst within the relevant sector, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. As of 2nd October 2012, U.S. and Canadian as well as European ratings are based on a stock's total return relative to the analyst's coverage universe which consists of all companies covered by the analyst within the relevant sector, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. For Latin American and non-Japan Asia stocks, ratings are based on a stock's total return relative to the average total return of the relevant country or regional benchmark; prior to 2nd October 2012 U.S. and Canadian ratings were based on (1) a stock's absolute total return potential to its current share price and (2) the relative attractiveness of a stock's total return potential within an analyst's coverage universe. For Australian and New Zealand stocks, 12-month rolling yield is incorporated in the absolute total return calculation and a 15% and a 7.5% threshold replace the 10-15% level in the Outperform and Underperform stock rating definitions, respectively. The 15% and 7.5% thresholds replace the +10-15% and -10-15% levels in the Neutral stock rating definition, respectively. Prior to 10th December 2012, Japanese ratings were based on a stock's total return relative to the average total return of the relevant country or regional benchmark.*

**Restricted (R) :** In certain circumstances, Credit Suisse policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Credit Suisse's engagement in an investment banking transaction and in certain other circumstances.

---

**Shire Pharmaceuticals (SHP.L)**

6

Deutsche Bank
Markets Research

| Rating | Company | Date |
|--------|---------|------|
| **Buy** | **Shire PLC** | 9 June 2014 |

Europe
United Kingdom

**Forecast Change**

Pharmaceuticals
Pharmaceuticals

| | Reuters | Bloomberg | Exchange | Ticker |
|--|---------|-----------|----------|--------|
| | SHP.L | SHP LN | LSE | SHP |
| ADR Ticker | ISIN | | | |
| SHPG | | | | |

| | |
|--|--|
| Price at 6 Jun 2014 (GBP) | 3,570.00 |
| Price Target (GBP) | 4,350.00 |
| 52-week range (GBP) | 3,570.00 - 1,995.00 |

# Pipeline optionality not reflected in shares; forecasts and TP lifted

**Mark Clark**
Research Analyst
(+44) 20 754-75875
mark.clark@db.com

**Pipeline under-appreciated; BUY**

Market confidence in Shire's longer term prospects is considerably lower than in its more immediate outlook. Yet we believe the company's pipeline could deliver revenues of >$4bn on a non-risk-adjusted basis, equivalent to c.70% of the current sales base. Clinical and regulatory newsflow over the coming 2-3 years could see these potential revenues become increasingly de-risked, supporting continued double-digit growth expectations. Furthermore, given Shire's goal of leadership in rare diseases, we expect business development activity to further enhance its innovation potential and growth prospects. Buy.

**Richard Parkes, Ph.D**
Research Analyst
(+44) 20 754-50470
richard.parkes@db.com

**Pipeline sales potential >$4bn pa; we lift 2013-18E EPS CAGR to 17% (vs 16%)**

We believe Shire's new drug pipeline includes a potential blockbuster (lifitegrast for dry eye disease; sales reinstated in our model post constructive FDA meeting) plus six drugs with sales potential of $0.5bn pa or greater. In aggregate, we calculate that drugs/indications to be launched by 2018 have a peak sales potential of c.$4bn pa, with an additional $1bn+ potentially coming from the introduction around 2019 of two rare disease programs (Sanfilippo A, MLD). Fine-tuning our model for pipeline-related launches (principally lifitegrast), we lift our 2013-18 sales and EPS CAGR to 12% and 17% respectively (previously: 10%/16%). Note that we expect Shire to highlight its collection of rare disease, ophthalmology and specialty pipeline assets at an Investor Day later this year (date to be confirmed) and would not be surprised if, by this time, the rare disease portfolio had been expanded further by M&A.

**Tim Race, CFA**
Research Analyst
(+44) 207 54-76522
tim.race@db.com

**Key changes**

| Target Price | 3,920.00 to ↑ 4,350.00 | 11.0% |
|--------------|------------------------|-------|

Source: Deutsche Bank

**Price/price relative**



— Shire PLC
---- FTSE 100 INDEX (Rebased)

**Key catalysts over 2014/15**

Given near-30% EPS growth expectations this year, strong quarterly execution is crucial to share price performance. Sentiment would strengthen further if pipeline news over 2014/15 were to support higher new drug sales expectations, as discussed in this report. Similarly, patent litigation success would increase investor confidence. Finally, as a rare mid-cap pharma company without a controlling shareholder stake, Shire will in our view be subject to sporadic market reports of possible M&A interest in the company.

| Performance (%) | 1m | 3m | 12m |
|-----------------|-----|-----|------|
| Absolute | 6.3 | 8.5 | 71.4 |
| FTSE 100 INDEX | 0.9 | 1.0 | 8.2 |

Source: Deutsche Bank

**Valuation & risks: Buy, TP 4,350p (was 3,920p)**

Our TP is derived by applying a 20x (previously 18x) multiple to 2015E non-GAAP EPS. This multiple is arrived at by comparison with a group of fast-growing mid-cap pharma companies and reflects our increased confidence in the sustainability of growth. In support of this, our DCF indicates a similar (higher) value/share. Risks relate to sales trends for key brands, pipeline news, rare disease competition and patent challenges (see p26 for details).

**Forecasts And Ratios**

| Year End Dec 31 | 2013A | 2014E | 2015E | 2016E |
|-----------------|-------|-------|-------|-------|
| Revenue (USDm) | 4,934 | 5,830 | 6,056 | 6,733 |
| DB EPS (USD) | 2.55 | 3.30 | 3.67 | 4.16 |
| DB EPS growth (%) | 23.2 | 29.3 | 11.2 | 13.4 |
| P/E (DB EPS) (x) | 14.1 | 18.2 | 16.3 | 14.4 |
| Yield (%) | 0.6 | 0.4 | 0.5 | 0.6 |

Source: Deutsche Bank estimates, company data

---

Deutsche Bank AG/London

Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MCI (P) 148/04/2014.

9 June 2014
Pharmaceuticals
Shire PLC

# Forecasts, valuation & risks

## Changes to forecasts

We have updated our model to reflect our pipeline review, the main changes arising from reinstating revenue forecasts for lifitegrast. The net effect is that we have lifted our outer-year sales/EPS forecasts materially (Figure 10). As a consequence our 2013-18E sales and EPS CAGR now compute at 12% and 17% respectively (previously 10% and 16%).

| Figure 10: Changes to Deutsche Bank sales/EPS estimates ($m) | | | | | | |
|---|---|---|---|---|---|---|
| | 2014E | 2015E | 2016E | 2017E | 2018E | 2013-18 CAGR |
| **Revenues** | | | | | | |
| Old: | 5,830 | 6,065 | 6,661 | 7,337 | 8,016 | 10% |
| **New** | **5,830** | **6,056** | **6,733** | **7,698** | **8,620** | **12%** |
| *Change:* | *0%* | *0%* | *1%* | *5%* | *8%* | |
| **Non-GAAL EPS ($)** | | | | | | |
| Old: | 9.90 | 11.04 | 12.54 | 14.30 | 15.89 | 16% |
| **New** | **9.90** | **11.01** | **12.49** | **14.81** | **16.98** | **17%** |
| *Change:* | *0%* | *0%* | *0%* | *4%* | *7%* | |

Source: Deutsche Bank

## Valuation & Risks; TP lifted to 4,350p (was 3,920p)

Our new TP of 4,350p (previously 3,920p) is based on our revised forecasts and applies a target PE multiple of 20x (previously 18x) to 2015E earnings, based on our strengthened view on the sustainability of growth over the mid/long term and on comparison with a peer group of faster-growing mid-cap and specialty pharma peers). In support of our PE-based valuation, our DCF indicates a somewhat higher value per share (c.4,600p). Our DCF uses a three staged cash flow forecast, WACC of 9% (beta 1.0, ERP 5.5%, RFR from local 10yr govt bond yields) and a TGR of 1% (the latter is at the low end of the range we typically use for EU pharma given losses of exclusivity over 2020- 23 for Vyvanse, Lialda and Cinryze, although the latter may see limited biosimilar competition given that it is a biologic product for a rare disease population). We maintain our Buy rating, based on the implied share price upside.

| Figure 11: Shire mid-cap and specialty pharma PE comparisons | | | |
|---|---|---|---|
| Stock | Rating | 2014E PE | 2015E PE |
| **EU mid-cap** | | | |
| Actelion | Hold | 21.4 | 21.0 |
| Grifols A | Hold | 21.4 | 18.8 |
| UCB | Buy | 27.9 | 21.9 |
| *Mean* | | *23.6* | *20.6* |
| **US spec pharma** | | | |
| Allergan | Not rated | 28.9 | 24.1 |
| Perrigo | Not rated | 22.4 | 18.3 |
| *Mean* | | *25.7* | *21.2* |

Source: Thomason Reuters consensus estimates for US stocks, Deutsche Bank

Deutsche Bank AG/London

*51*

**COMPANY NOTE**

Target | Estimate Change

UK | Healthcare | Pharmaceuticals/Specialty

**24 October 2013**

# Jefferies

EQUITY RESEARCH EUROPE

# Shire (SHP LN)
## Leveraging the Core Ahead of Pipeline Upside; Profits up +5-9%

**BUY**
Price target 3,100.00p
(from 2,900.00p)
Price 2,760.00p
ADR Price target $150.00
(from $140.00)
ADR Price $122.41

Bloomberg LSE: SHP LN
Bloomberg NASDAQ: SHPG

**Key Takeaway**

**Profits are upgraded +5-9%, despite unchanged sales, as we reduce our already below consensus OpEx to reflect management's aims for broadly flat Non-GAAP costs until at least 2015E, more constraint than we hoped for. 2014-15E pipeline news can potentially accelerate sales growth beyond this to at least high single-digits driving a mid-teens EPS CAGR, with bolt-on deals additive. We reiterate our Buy rating with the PT hiked +7%.**

**Leveraging the business:** Removing organisational "silos", optimising S&M and concluding late-stage R&D commitments enables minimal incremental spend beyond 2013E, with management now explicitly targeting essentially flat Non-GAAP OpEx until at least 2015E. This was more than we hoped for and drives earnings +5-9% on largely unchanged Revenues.

**2014 pipeline bonanza:** Significant news flow next year could boost belief in Shire's longer-term organic growth prospects, which together with EPS growth accelerating potentially >+15% can justify multiple expansion. We are most optimistic for expanded Vyvanse use in depression (MDD; peak $750m), with Phase III data a little delayed to mid-2014E, whereas despite a high likelihood of positive 1Q binge eating (BED; peak $300m) results we have lingering regulatory concerns. We view Premiplex (peak $650m) to be perhaps the most overlooked programme, which "best case" could reduce complications for preterm infants triggering an accelerated regulatory filing after data 1H15E. Lifitegrast (peak $400m) for dry eye disease is theoretically a substantial commercial opportunity, but pending the extent of clinically meaningful benefit in the 1Q14E results we cap its possible contribution. "Best" case we see at least +10% upside to our multiple and NPV based valuations, with +15-20% possible under a "blue sky" of near blockbuster lifitegrast and Vyvanse BED sales.

**Cash to diversify:** Assuming sustained +15% dividend growth and no incremental share buybacks we forecast nearly $10bn cash by YE17E, more than sufficient to invest in reducing the dependence on Vyvanse. Near-term Shire also has the flexibility to perhaps raise up to $5bn debt if an attractive opportunity arises, with rare diseases, potentially ophthalmology and even GI a focus.

**Valuation/Risks**

Our 3100p/share ($150/ADS) Price Target assumes a near historical 16x forward P/E. NPVs suggest fair value c.2400p ($115) per share. Risks include: (1) Vyvanse pricing pressure or loss of market share; (2) slower HGT sales growth; and (3) late-stage pipeline failures.

**Financial Summary**

| | |
|---|---|
| Book Value (MM): | £3,809.2 |
| Book Value/Share: | 6.89p |
| Net Debt (MM): | (£372.9) |
| Return on Avg. Equity: | 33.6% |
| Net Debt/Capital: | (10.0)% |
| Long-Term Debt (MM): | £1,109.3 |
| LTD/Cap: | 29.0% |
| Dividend Yield: | 0.8% |
| Cash & ST Invest. (MM): | £1,482.2 |

**Market Data**

| | |
|---|---|
| 52 Week Range: | 2,779.0p - 1,682.0p |
| Total Entprs. Value (MM): | £14,892.7 |
| Market Cap. (MM): | £15,265.6 |
| Shares Out. (MM): | 553.1 |
| Float (MM): | 552.6 |
| Avg. Daily Vol.: | 1,401,487 |

Peter Welford, CFA *
Equity Analyst
44 (0) 20 7029 8668 pwelford@jefferies.com
**Chris Cooper** *
Equity Associate
+44 (0) 20 7029 8675 ccooper@jefferies.com
* Jefferies International Limited

**Price Performance**

| USD | Prev. | 2012A | Prev. | 2013E | Prev. | 2014E | Prev. | 2015E |
|---|---|---|---|---|---|---|---|---|
| Rev. (MM) | -- | 4,681.2 | 4,985.1 | 4,992.5 | 5,384.8 | 5,404.3 | 5,542.6 | 5,564.7 |
| EV/Rev | | 5.1x | | 4.8x | | 4.5x | | 4.3x |
| EBIT (MM) Adjusted | -- | 1,450.9 | 1,662.4 | 1,765.9 | 1,942.7 | 2,139.0 | 2,049.4 | 2,308.6 |
| EV/EBIT | | 16.6x | | 13.6x | | 11.3x | | 10.4x |
| EPS Adjusted | -- | 2.04 | 2.30 | 2.42 | 2.77 | 2.91 | 2.92 | 3.17 |
| FY P/E | | 21.9x | | 18.4x | | 15.3x | | 14.1x |
| **EPS-GAAP** | | | | | | | | |
| FY Dec | -- | 1.31 | 1.62 | 1.64 | 2.54 | 2.69 | 2.70 | 2.96 |
| **USD** | Prev. | 2012A | Prev. | 2013E | Prev. | 2014E | Prev. | 2015E |
| FY Dec | -- | 6.11 | 6.90 | 7.27 | 8.30 | 8.72 | 8.75 | 9.50 |
| FY P/E | | 20.0x | | 16.8x | | 14.0x | | 12.9x |



Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 15 to 18 of this report.

# SHP LN
## Shire
Target | Estimate Change

24 October 2013

## Buy: 3100p / $150 Price Target

**THE LONG VIEW**

## Scenarios

### Target Investment Thesis

- Impressive +12% 2014-17E EPS growth, at a minimum, positions Shire as one of the most attractive global biopharma stocks, and a core holding in UK healthcare.

- Upcoming 2014E late-stage pipeline news should boost expectations for longer-term organic growth.

- Target multiple c.16x 2015E in-line with our EU Mid-cap Biopharma peers and just above its historic 12-month forward consensus PE for a Price Target of 3100p per share (c.$150 per ADS).

### Upside Scenario

- Assumes 2012-17E Revenue CAGR from +7% to +9% so 2012 31% Operating Margin expands by +15% to 46% in 2017E from base case 44%.

- Hence 2017 Adjusted EPS from $4.0 to $4.7 (+18%).

- We believe the higher +19% 2012-17E Earnings CAGR, from +15%, justifies a +20% premium to peers in 2015E.

- c.19x target multiple and upside scenario of 3800p per share (c.$185 per ADS).

### Downside Scenario

- Assumes 2012-17E Revenue CAGR from +7% to +5% so 2012 31% Operating Margin expands by +10% to 41% in 2017E from base case 44%.

- Hence 2017 Adjusted EPS from $4.0 to $3.2 (-20%).

- We believe the lower +10% 2012-17E Earnings CAGR, from +15%, justifies a 25% discount to peers in 2015E.

- c.12x target multiple and downside scenario of 2400p per share (c.$115/ADS).

## Long Term Analysis

### 1 Year Forward P/E



— Forward P/E  —— Target
- - - Upside  —— Downside

Source: FactSet, Jefferies estimates

### Long Term Financial Model Drivers

| | |
|---|---|
| **2012-17E Earnings CAGR** | **+15%** |
| 2012-17E Revenue CAGR | +7% |
| 2012-17E Operating Margin Change | +13% |

### Other Considerations

We believe investors' appetite to own Shire's growth should drive the stock to trade at a premium to NPV. Our c.2400p per share (c.$115 per ADS) fundamental NPV sum-of-the-parts valuation should thus represent a potential floor.

## Peer Group

### Group P/Es



Source: FactSet, Jefferies estimates. EU Mid is our EU Mid-cap Biopharma peer group

### 3-Year Earnings Growth vs P/E



Source: Jefferies estimates

### Recommendation / Price Target

| Ticker | Rec. | PT |
|---|---|---|
| **SHP LN** | **Buy** | **3100p** |
| ATLN VX | Buy | CHF 79 |
| IPN FP | Hold | €27 |
| LUN DC | Buy | DKK 135 |
| UCB BB | Underperform | €38 |
| Source: Jefferies estimates | | |

## Catalysts

- Vyvanse Phase III BED results around 1Q14E and MDD data by mid-2014E

- Lifitegrast Phase III dry-eye results 1Q14E and potential regulatory filings

- SPD602 (iron overload) Phase II results 3Q14E and Phase III plans

- Vyvanse Phase IV head-to-head results versus Concerta in the US by YE14E

- Premiplex Phase II data in preterm infants (retinopathy of prematurity) by 1H15E

## Company Description

Shire is a global biopharmaceutical company that has grown through in-licensing and M&A efforts directed at addressing the needs of the specialist physician. The company focuses on four core therapeutic areas: attention deficit hyperactivity disorder (ADHD), human genetic therapies (HGT), regenerative medicine, and gastrointestinal disease (GI). The company's key products include Vyvanse (ADHD), Lialda and Pentasa (inflammatory bowel disease), Fosrenol (hyperphosphatemia), Replagal (Fabry's), VPRIV (Gaucher's), Elaprase (Hunters Syndrome) and Dermagraft (diabetic foot ulcers).

**Peter Welford, CFA**, Equity Analyst, 44 (0) 20 7029 8668, pwelford@jefferies.com

Please see important disclosure information on pages 15 - 18 of this report.

**Jefferies**

**COMPANY NOTE**

| Target | Estimate Change |

UK | Healthcare | Pharmaceuticals/Specialty

# Jefferies

2 May 2014

EQUITY RESEARCH EUROPE

# Shire (SHP LN)
## EPS Boosted by Cost Control & SHP465 Rising from the Ashes; PT to 4045p

### Key Takeaway

**After the strong 1Q profit beat on much greater operating leverage, we hike the PT +14% to 4045p/share, reflecting +3-4% upgraded EPS estimates deserving a higher 1.4x PEG. We still believe robust +14% EPS CAGR 2013-18E, at a minimum given pipeline news and further cost control, justifies upside for the shares; hence we reiterate our Buy rating.**

**Boosting EPS +3-4%:** These upgrades reflect greater cost control for lower OpEx and the re-inclusion of adult ADHD drug SHP465, which management has recently re-assessed after the FDA approvable letter back in 2007. We assume SHP465 launch in 2H15E and view this as a 5-6 year asset with potential US peak sales c.$300m.

**Pipeline can still boost momentum:** Pipeline focus is increasingly on rare orphan diseases, potentially putting pressure on management to execute more BD deals and/or M&A, in our view. We view Premiplex (peak $650m) to be perhaps the most overlooked programme, which "best case" could reduce complications for preterm infants triggering an accelerated regulatory filing after data 1H15E. Lifitegrast (peak $400m) for dry eye disease is theoretically a substantial commercial opportunity, but pending 1H14E FDA discussions post equivocal Phase III data we cap its possible contribution. Despite recent positive Vyvanse binge eating (BED; peak $500m) pivotal results, we have lingering regulatory concerns, but we acknowledge that, if approved, it would be the only drug to treat BED and a "bull" case on S&M raising diagnosis rates could be up to $1bn peak.

**Attractive valuation:** After recent outperformance driven by broader pharma sector M&A activity, the stock remains on just c.15.5x 2015E, in line with the average 12-month forward consensus. Despite the somewhat disappointing US ADHD trends, we remain bullish given the clear evidence of cost control, plus the outstanding potential for pipeline news, which together could accelerate EPS growth and justify multiple expansion. The substantial cash flows also facilitate possible accretive company or product acquisitions.

### Valuation/Risks

Our 4045p/share Price Target assumes 1.4x PEG compared with the historical 1.3-1.6x PEG range for 19x 2015E P/E given a +14% EPS CAGR. NPVs suggest fair value c.2500p per share. Risks include: (1) Vyvanse pricing pressure or loss of market share; (2) slower HGT sales growth; and (3) late-stage pipeline failures.

## BUY
Price target 4,045.00p
(from 3,550.00p)
Price 3,450.00p

### Financial Summary

| | |
|---|---|
| Book Value (MM): | £5,366.0 |
| Book Value/Share: | 9.11p |
| Net Debt (MM): | (£2,230.5) |
| Return on Avg. Equity: | 31.3% |
| Net Debt/Capital: | (42.0)% |
| Long-Term Debt (MM): | £8.9 |
| Dividend Yield: | 0.7% |
| Cash & ST Invest. (MM): | £2,239.4 |

### Market Data

| | |
|---|---|
| 52 Week Range: | 3,491.00p - 1,853.00p |
| Total Entprs. Value (MM): | £18,086.6 |
| Market Cap. (MM): | £20,317.1 |
| Shares Out. (MM): | 588.9 |
| Float (MM): | 588.9 |
| Avg. Daily Vol.: | 1,319,463 |

**Peter Welford, CFA** *
Equity Analyst
44 (0) 20 7029 8668 pwelford@jefferies.com
**David Steinberg** §
Equity Analyst
(415) 229-1553 dsteinberg@jefferies.com
**Chris Cooper, CFA, ACA** *
Equity Analyst
+44 (0) 20 7029 8675 ccooper@jefferies.com
* Jefferies International Limited
§ Jefferies LLC

### Price Performance



| USD | Prev. | 2013A | Prev. | 2014E | Prev. | 2015E | Prev. | 2016E |
|---|---|---|---|---|---|---|---|---|
| Rev. (MM) | -- | 4,934.3 | 5,761.5 | 5,747.0 | 6,023.1 | 6,032.3 | 6,455.4 | 6,540.9 |
| EV/Rev | | 6.2x | | 5.3x | | 5.1x | | 4.7x |
| EBIT (MM) Adjusted | -- | 1,859.7 | 2,355.5 | 2,408.2 | 2,598.4 | 2,635.8 | 2,833.1 | 2,926.8 |
| EV/EBIT | | 16.4x | | 12.7x | | 11.6x | | 10.4x |
| EPS Adjusted | -- | 2.55 | 3.15 | 3.24 | 3.55 | 3.61 | 3.89 | 4.02 |
| FY P/E | | 22.8x | | 18.0x | | 16.1x | | 14.5x |
| **EPS-GAAP** | | | | | | | | |
| FY Dec | | 1.17 | 2.77 | 2.62 | 3.16 | 3.31 | 3.50 | 3.72 |

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 14 to 18 of this report.

## SHP LN
Target | Estimate Change

**Shire**

2 May 2014

# Buy: 4045p Price Target

**THE LONG VIEW**

## Scenarios

### Target Investment Thesis

- Robust +14% 2013-18E EPS growth, at a minimum, positions Shire as one of the most attractive global biopharma stocks, and a core holding in UK healthcare.

- Cost control, ViroPharma integration, late-stage pipeline news, and likely business development or acquisitions could all provide further earnings upside.

- Target multiple c.19x 2015E assuming 1.4x 2015E PEG compared to the historic 1.3-16x for a Price Target of 4045p per share.

### Upside Scenario

- Assumes 2013-18E Revenue CAGR from +10% to +12% so 2013 38% Operating Margin expands by +12% to 50% in 2018E from base case 46%.

- Hence 2018E Adjusted EPS from $4.9 to $6.2 (+25%).

- We believe the higher +19% 2013-18E Earnings CAGR, from +14%, justifies a c.21x 2015E target multiple and upside scenario of 4475p per.

### Downside Scenario

- Assumes 2013-18E Revenue CAGR from +10% to +7% so 2013 38% Operating Margin expands by +6% to 44% in 2018E from base case 46%.

- Hence 2018 Adjusted EPS from $4.9 to $4.0 (-19%).

- We believe the lower +9% 2013-18E Earnings CAGR, from +14%, justifies a c.12x 2015E target multiple and downside scenario of 2645p per share.

## Long Term Analysis

### 1 Year Forward P/E



- Forward P/E — Target
- - - Upside ........ Downside

Source: FactSet, Jefferies estimates

### Long Term Financial Model Drivers

| | |
|---|---|
| **2013-18E Earnings CAGR** | **+14%** |
| 2013-18E Revenue CAGR | +10% |
| 2013-18E Operating Margin Change | +8% |

### Other Considerations

We believe investors' appetite to own Shire's growth should drive the stock to trade at a premium to NPV. Our c.2500p per share (c.$125 per ADS) fundamental NPV sum-of-the-parts valuation should thus represent a potential floor.

## Peer Group

### Group P/Es



Source: FactSet, Jefferies estimates. EU Mid is our EU Mid-cap Biopharma peer group

### 3-Year Earnings Growth vs P/E



Source: Jefferies estimates

### Recommendation / Price Target

| Ticker | Rec. | PT |
|---|---|---|
| **SHP LN** | **Buy** | **4045p** |
| ATLN VX | Buy | CHF 100 |
| IPN FP | Hold | €34 |
| LUN DC | Buy | DKK 170 |
| UCB BB | Underperform | €40 |

Source: Jefferies estimates

## Catalysts

- Vyvanse BED US sNDA filing by 3Q14E

- Lifitegrast Phase III discussions with FDA around mid-14E for a potential US regulatory filing during 2H14-1H15E

- Vyvanse Phase IV head-to-head results versus Concerta in the US by YE14E

- Premiplex Phase II data in preterm infants (retinopathy of prematurity) by 1H15E

- SHP465 re-filing with the US FDA for adult ADHD during 2H14E

## Company Description

Shire is a global biopharmaceutical company that has grown through in-licensing and M&A efforts directed at addressing the needs of the specialist physician. The company focuses on four core therapeutic areas: attention deficit hyperactivity disorder (ADHD), human genetic therapies (HGT), regenerative medicine, and gastrointestinal disease (GI). The company's key products include Vyvanse (ADHD), Lialda and Pentasa (inflammatory bowel disease), Fosrenol (hyperphosphatemia), Replagal (Fabry's), VPRIV (Gaucher's), Elaprase (Hunters Syndrome), Firazyr and Cinryze (hereditary angioedema).

**Peter Welford, CFA**, Equity Analyst, 44 (0) 20 7029 8668, pwelford@jefferies.com

Please see important disclosure information on pages 14 - 18 of this report.

**Jefferies**

**COMPANY NOTE**

Target Change

USA | Healthcare | Pharmaceuticals/Specialty

June 25, 2014

# Jefferies

---

# Shire (SHPG)
## Shire Wins Vyvanse MSJ; Increasing PT on Positive News, Recent M&A Interest

**Key Takeaway**

A District Court judge granted Shire's motion for summary judgment (MSJ) in its lawsuit against the 5 generic filers who have challenged Vyvanse's patents. This ruling prevents the ANDA filers from launching generic versions of Vyvanse until the earlier of either a successful appeal or the expiration of the patents in 2023. Given this positive development and the recent swirl of M&A activity surrounding Shire, we are increasing our PT to $265.

**MSJ Upheld That Certain Claims of Patents Protecting Vyvanse Are Valid and Infringed by the ANDA Filers.** While the Court's summary was somewhat ambiguous (see details), Shire's press release clarified the MSJ ruling and noted that the generic challengers must overturn the Court's rulings for each of the 18 patent claims in order to successfully appeal. Moreover, the judge found that API supplier Johnson Matthey is liable "for inducing the ANDA defendants' direct infringement of the compound claims." While we always believed the patent estate for Vyvanse was very strong – including a composition of matter patent expiring June 2023 (excluding pediatric extension) – some observers have felt the lack of clarity had cast an "overhang" on the stock. Based on the judge's decision, these fears should be largely alleviated as the possibility of an "at risk" launch has been eliminated – despite Roxane's first tentative approval on Tuesday. Note that Sandoz was previously designated first to file.

**ABBV Now Almost Certainly Preparing "Formal" Bid:** After Shire recently rejected 3 indicative offers from ABBV and hosted a conference call on Monday to showcase its standalone prospects, ABBV responded this morning with its own presentation – which laid out the potential benefits of the proposed merger. While both companies are now highly restricted under UK takeover rules, ABBV described what it views as "compelling" strategic and financial benefits and strongly suggested that it will make a "formal" offer by the July 18 deadline. Whether other potential suitors enter the fray remains to be seen.

**Valuation/Risks**

We are increasing our PT to $265 (vs $205), derived by applying a 24.5x (implied 1.8x PEG ratio) multiple to our 2015 EPS est of $10.83. This new multiple reflects scarcity value for high quality, tax advantaged assets like Shire. Risks to our PT include: 1) failure of formal bids to materialize, 2) dampened Rx trajectory for Vyvanse, 3) generic challenges to Lialda, and 4) competition to rare/orphan disease drugs.

---

## BUY

ADR Price target $265.00
(from $205.00)
ADR Price $231.14

### Financial Summary

| | |
|---|---|
| Net Debt (MM): | ($1,382.2) |

### Market Data

| | |
|---|---|
| 52 Week Range: | $231.63 - $92.68 |
| Total Entprs. Value (MM): | $43,990.6 |
| Market Cap. (MM): | $45,372.8 |
| Insider Ownership: | NA |
| Institutional Ownership: | NA |
| Shares Out. (MM): | 196.3 |
| Float (MM): | NA |
| Avg. Daily Vol.: | 752,655 |

**David Steinberg** *
Equity Analyst
(415) 229-1553 dsteinberg@jefferies.com
**Peter Welford, CFA** §
Equity Analyst
44 (0) 20 7029 8668 pwelford@jefferies.com
**Edward Chung**
Equity Associate
(415) 229-1513 echung@jefferies.com
**Amran Gowani** *
Equity Associate
(415) 229-1512 agowani@jefferies.com
* Jefferies LLC
§ Jefferies International Limited

### Price Performance



---

| USD | Prev. | 2013A | Prev. | 2014E | Prev. | 2015E | Prev. | 2016E |
|---|---|---|---|---|---|---|---|---|
| Rev. (MM) | -- | 4,934.3 | -- | 5,747.0 | -- | 6,032.4 | -- | 6,540.8 |
| EV/Rev | | 8.9x | | 7.7x | | 7.3x | | 6.7x |
| **EPS** | | | | | | | | |
| Mar | -- | 1.71 | -- | 2.36A | -- | -- | -- | -- |
| Jun | -- | 1.88 | -- | 2.43 | -- | -- | -- | -- |
| Sep | -- | 1.83 | -- | 2.44 | -- | -- | -- | -- |
| Dec | -- | 2.26 | -- | 2.48 | -- | -- | -- | -- |
| FY Dec | -- | 7.66 | -- | 9.72 | -- | 10.83 | -- | 12.07 |
| FY P/E | | 30.2x | | 23.8x | | 21.3x | | 19.1x |

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 6 to 11 of this report.

**SHP LN**

Target Change

June 25, 2014

**Shire PLC**

**Buy: $265 Price Target**

**THE LONG VIEW**

## Scenarios

### Target Investment Thesis

- FY14 ests in-line with current guidance
- Continued strong Lialda, Firazyr, and Cinryze growth
- In FY14, $70M in cost synergies expected from the recent ViroPharma acquisition
- Continued Vyvanse Rx growth of ~5%; significant price increases help
- Expect formal ABBV bid due to scarcity value – low taxes, strong fundamentals
- 2015 EPS: $10.83; Target Multiple: 24.5x; Target Price $265

### Upside Scenario

- Vyvanse Rx growth reaccelerates
- Greater than expected cost synergies from ViroPharma ($150M expected in FY15)
- Improved visibility on key late-stage pipeline programs (Vyvanse BED, lifitegrast, etc.)
- Higher than expected ABBV bid; other potential suitors emerge
- 2015 EPS: $11.22; Target Multiple: 25.5x; Target Price: $286

### Downside Scenario

- Vyvanse Rxs decelerate
- Greater than expected competition to Vpriv from eliglustat
- A few key pipeline opportunities disappoint
- Firazyr and Cinryze growth slows
- Shire stays independent; formal bids fail to materialize
- 2015 EPS: $10.31; Target Multiple: 19.5x Target Price: $201

## Long Term Analysis

### Forward P/E (1 Year)



Source: FactSet

### Long Term Financial Model Drivers

| | |
|---|---|
| **2014-2018 EPS CAGR** | **13.5%** |
| 2014-2018 Revenue CAGR | 9.5% |
| 2018 Operating Margin | 43% |

### Other Considerations

Shire has amassed a deep development pipeline, comprised of 14 compounds in Ph 2 or Ph 3 trials. Despite this late-stage breadth, investors appear underwhelmed with the commercial potential of several of these assets, including lifitegrast – which could be superior to Allergan's $1B+ Restasis – and Vyvanse for binge-eating disorder, a condition that affects 3M people in the US and for which there are limited therapeutic options.

## Peer Group

### 2014 P/E



Source: FactSet

### 2014 EV/Sales



Source: FactSet

### Recommendation / Price Target

| Ticker | Rec. | PT |
|---|---|---|
| **SHPG** | **Buy** | **$265** |
| AGN | Hold | $160 |
| JAZZ | NC | NA |
| PRGO | Buy | $160 |
| SLXP | Buy | $133 |

## Catalysts

- Potential formal acquisition bid by ABBV before the July 18 deadline
- Vyvanse Binge Eating Disorder sNDA submission during 3Q14
- Concerta vs Vyvanse head-to-head study readout in 4Q14
- Lifitegrast (dry eye disease) NDA filing planned for 1Q15

## Company Description

Shire PLC is a top tier Specialty Pharma company that develops and markets novel therapeutics for areas of significant unmet medical need. The company is best known for its dominance in the ADHD market, with well-known flagship brands Adderall XR and Vyvanse serving as major value creators for the company over the last 10+ years. Via its 2005 acquisition of TKT, the company established a fast-growing rare disease portfolio (2013 sales of $1.6B), which was further bolstered by its 2013 acquisition of ViroPharma. With a pipeline featuring 14 late stage development programs, Shire is well-positioned to maintain a leading role in numerous specialty markets. Shire is based in Ireland, with US headquarters in Lexington, MA.

**David Steinberg**, Equity Analyst, (415) 229-1553, dsteinberg@jefferies.com

Please see important disclosure information on pages 6 - 11 of this report.

**Jefferies** 336

**COMPANY NOTE**

Target Change

UK | Healthcare | Pharmaceuticals/Specialty

26 June 2014

# Jefferies

# Shire (SHP LN)
## Vyvanse Rewarded for Good Behaviour; Raising PT on M&A Interest

### Key Takeaway

**A District Court Judge granted Shire's motion for summary judgement in its lawsuit against the five generic filers challenging Vyvanse's patents. This ruling prevents the ANDA filers from launching generic Vyvanse until the earlier of either a successful appeal or the expiration of the patents in 2023. This positive news, removing an overhang for the durability of the ADHD franchise, plus ongoing M&A speculation drive our +29% PT hike to 5200p/share.**

**Vyvanse overhang removed:** Our forecasts already assumed a robust Vyvanse patent estate, with the composition of matter patent expiring June 2023 (excluding a paediatric extension), hence estimates are unchanged but we believe greater certainty on the ADHD franchise durability does remove an overhang for the shares. The District Court of NJ issued a partial summary judgement on 24 June in favour of Shire versus the five generic companies filing ANDAs for Vyvanse. The motion for summary judgement states the generic challengers must overturn the rulings for each of the 18 patent claims in order to successfully appeal. Based on this decision we believe the likelihood of an "at risk" launch has been eliminated, despite Roxane's (part of BI, private) first tentative FDA approval also on 24 June.

**AbbVie seems to be gearing-up for a "formal" bid:** Shire recently rejected three indicative offers from ABBV, presenting its standalone prospects and 2020 targets on a 23/6 call. ABBV responded yesterday outlining the potential benefits of the proposed merger. Both companies are now highly restricted under UK Takeover rules, but we believe based on ABBV's rhetoric and firm belief in the "compelling" strategic and financial benefits that a "formal" offer is likely by the July 18 deadline. Whether other potential suitors enter the fray remains to be seen. We view 5000p/share to be the minimum to engage with Shire's board, and note our Pharma team's analysis suggests ABBV could raise its offer up to 6500p whilst maintaining double-digit EPS accretion.

### Valuation/Risks

Our 5200p/share Price Target assumes 1.8x PEG compared with the historical 1.3-1.6x PEG range for 24.5x 2015E P/E given a +14% EPS CAGR. The premium target multiple reflects scarcity value for high quality assets such as Shire with tax structure advantages. NPVs suggest fair value c.2500p per share. Risks include: (1) Formal acquisition bids fail to materialise; (2) Vyvanse pricing pressure or loss of market share; (2) slower HGT sales growth; and (3) late-stage pipeline failures.

## BUY
Price target 5,200.00p
(from 4,045.00p)
Price 4,517.00p

### Financial Summary

| | |
|---|---|
| Book Value (MM): | £5,366.0 |
| Book Value/Share: | 9.11p |
| Net Debt (MM): | (£2,230.5) |
| Return on Avg. Equity: | 31.3% |
| Net Debt/Capital: | (42.0)% |
| Long-Term Debt (MM): | £8.9 |
| Dividend Yield: | 0.5% |
| Cash & ST Invest. (MM): | £2,239.4 |

### Market Data

| | |
|---|---|
| 52 Week Range: | 4,663.00p - 1,989.00p |
| Total Entprs. Value (MM): | £24,383.7 |
| Market Cap. (MM): | £26,614.2 |
| Shares Out. (MM): | 589.2 |
| Float (MM): | 589.2 |
| Avg. Daily Vol.: | 2,126,435 |

**Peter Welford, CFA** *
Equity Analyst
44 (0) 20 7029 8668 pwelford@jefferies.com
**David Steinberg** §
Equity Analyst
(415) 229-1553 dsteinberg@jefferies.com
**Trung Huynh** *
Equity Associate
44 (0) 20 7029 8570 thuynh@jefferies.com
* Jefferies International Limited
§ Jefferies LLC

| USD | Prev. | 2013A | Prev. | 2014E | Prev. | 2015E | Prev. | 2016E |
|---|---|---|---|---|---|---|---|---|
| Rev. (MM) | -- | 4,934.3 | -- | 5,747.0 | -- | 6,032.3 | -- | 6,540.9 |
| EV/Rev | | 8.4x | | 7.2x | | 6.9x | | 6.3x |
| EBIT (MM) Adjusted | -- | 1,859.7 | -- | 2,408.2 | -- | 2,635.8 | -- | 2,926.8 |
| EV/EBIT | | 22.3x | | 17.2x | | 15.8x | | 14.2x |
| EPS Adjusted | -- | 2.55 | -- | 3.24 | -- | 3.61 | -- | 4.02 |
| FY P/E | | 30.2x | | 23.7x | | 21.3x | | 19.1x |
| **EPS-GAAP** | | | | | | | | |
| FY Dec | -- | 1.17 | -- | 2.62 | -- | 3.31 | -- | 3.72 |

### Price Performance



Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 12 to 15 of this report.

# SHP LN
## Shire
Target Change

26 June 2014

## Buy: 5200p Price Target

THE LONG VIEW

## Scenarios

### Target Investment Thesis

- Robust +14% 2013-18E EPS growth, at a minimum, positions Shire as one of the most attractive global biopharma stocks, and a core holding in UK healthcare.

- Cost control, ViroPharma integration, late-stage pipeline news, and likely business development or acquisitions could all provide further earnings upside.

- Scarcity value and M&A speculation justify a premium 1.8x 2015E PEG implying 24.5x 2015E P/E for a Price Target of 5200p per share.

### Upside Scenario

- Assumes 2013-18E Revenue CAGR from +10% to +12% so 2013 38% Operating Margin expands by +12% to 50% in 2018E from base case 46%. Hence 2018E Adjusted EPS from $4.9 to $6.2 (+25%).

- We believe the higher +19% 2013-18E Earnings CAGR, from +14%, justifies a c.21x 2015E target multiple. Applying the same premium for Shire's scarcity value and M&A speculation implies c.26x 2015E and an upside scenario of 5600p per share.

### Downside Scenario

- Assumes 2013-18E Revenue CAGR from +10% to +7% so 2013 38% Operating Margin expands by +6% to 44% in 2018E from base case 46%. Hence 2018E Adjusted EPS from $4.9 to $4.0 (-19%).

- We believe the lower +9% 2013-18E Earnings CAGR, from +14%, justifies a c.12x 2015E target multiple. If Shire remains independent and formal M&A bids fail to materialise we believe a c.18.5x 2015E P/E is justified for a downside scenario of 3950p per share.

## Long Term Analysis

### 1 Year Forward P/E



Source: FactSet, Jefferies estimates

### Long Term Financial Model Drivers

| | |
|---|---|
| **2013-18E Earnings CAGR** | **+14%** |
| 2013-18E Revenue CAGR | +10% |
| 2013-18E Operating Margin Change | +8% |

### Other Considerations

We believe investors' appetite to own Shire's growth, together with the potential upside from future M&A and successful pipeline progress, should drive the stock to trade at a premium to NPV. Our c.2500p per share (c.$125 per ADS) fundamental NPV sum-of-the-parts valuation should thus represent a potential floor.

## Peer Group

### Group P/Es



Source: FactSet, Jefferies estimates. EU Mid is our EU Mid-cap Biopharma peer group

### 3-Year Earnings Growth vs P/E

Source: Jefferies estimates

### Recommendation / Price Target

| Ticker | Rec. | PT |
|---|---|---|
| **SHP LN** | **Buy** | **5200p** |
| ATLN VX | Buy | CHF 130 |
| IPN FP | Hold | €34 |
| LUN DC | Buy | DKK 170 |
| UCB BB | Underperform | €40 |

Source: Jefferies estimates

## Catalysts

- Potential formal bid offer from AbbVie and/or other potential suitors

- Vyvanse BED US sNDA filing by 3Q14E

- Lifitegrast US regulatory filing by 1Q15E and initiation of other clinical trials

- Vyvanse Phase IV head-to-head results versus Concerta in the US by YE14E

- Premiplex Phase II data in preterm infants (retinopathy of prematurity) by 1H15E

- SHP465 re-filing with the US FDA for adult ADHD during 2H14E

## Company Description

Shire is a global biopharmaceutical company that has grown through in-licensing and M&A efforts directed at addressing the needs of the specialist physician. The company focuses on four core therapeutic areas: attention deficit hyperactivity disorder (ADHD), human genetic therapies (HGT), regenerative medicine, and gastrointestinal disease (GI). The company's key products include Vyvanse (ADHD), Lialda and Pentasa (inflammatory bowel disease), Fosrenol (hyperphosphatemia), Replagal (Fabry's), VPRIV (Gaucher's), Elaprase (Hunters Syndrome), Firazyr and Cinryze (hereditary angioedema).

**Peter Welford, CFA**, Equity Analyst, 44 (0) 20 7029 8668, pwelford@jefferies.com

Please see important disclosure information on pages 12 - 15 of this report.

**Jefferies**

# J.P.Morgan CAZENOVE

Europe Equity Research
25 March 2014

# Shire

## Reiterating OW. Lialda risk now more fully reflected, regulatory updates and M&A to drive performance

**Raising PT to £35, 17% upside, reiterating OW.** We raise Core EPS 9%, 4% and 7% 2014-16E, reflecting increased cost savings and the Sandoz Adderall XR settlement, only partly offset by removing risk-adj. Vyvanse Depression forecasts and slightly slower Vyvanse growth. We believe Shire's 2013-18E Core EPS CAGR of 14%, vs. mid-cap peers at 9%, more than justifies a 16x '15E sector PE multiple, which continues to be the basis for our £35 PT (prev. £34), 17% upside. Near-term we see solid Q1 results; from mid year we expect increasing clarity on legal and pipeline regulatory questions, as well as accretive M&A, which could drive upgrades and improve sentiment.

- **Q1'14 results on May 1st should be solid.** For Q1, Vyvanse will have a c.14% pricing benefit, which should compensate for subdued Rx growth. Lialda Rx growth also remains strong. Consensus* Operating cost expectations look too high; hence Core EPS should comfortably meet cons. expectations (73.7p). Comparing Shire to peers, with only 11% EM sales, Shire should see far less of an FX headwind, vs. peers with 25% exposure.

- **Q3'14 should provide clarity on regulatory path for late stage pipeline. (1.) Vyvanse Binge Eating:** Shire received little credit for positive PIII data in Nov'13, due to uncertainty as to the size of the opportunity, and the approval requirements. Acceptance of an FDA filing in Q3'14 could see expectations raised, we see $300m base case (70p in our EmV), $900m blue-sky. **(2.) Lifitegrast Dry-eye:** In Dec'13 Shire reported PIII Lifitegrast Dry eye data, hitting only 1 of 2 co-primaries. Consensus has removed any expectations, but Shire suggest a meaningful chance of approval on existing data. Late 2015 approval would add £1/4% to our EmV / +3% to 2018 EPS.

- **Lialda legal updates in H2 '14: recent underperformance prices in more risk of early genericisation.** H2'14 will see multiple Lialda patent cases. Worst case genericisation in early '15 cuts EPS 3-7% 2015-18E. In the more likely outcome of no generic launch till 2020, Core EPS would go up +2-3% 2015-18E. We model 75% chance no generics launch ahead of the 2020 patent expiry, due to both legal barriers (Actavis failed to show non-infringement) and regulatory barriers (generics may not satisfy FDA requirements). As a result, we see an attractive risk/reward, as recent share-price underperformance reflects a cautious outlook for Lialda.

- **We expect further NPV accretive M&A in 2014.** Post completion of the ViroPharma acquisition, Shire should still be net cash by the end of 2014. We see c.$6bn of M&A firepower, at least some of which we expect to be deployed by year end, expanding the pipeline and long-term earnings power.

**SHP.L, SHP LN**
Overweight
Price: 2,997p

**Price Target: 3,500p**

**SHPG, SHPG US**
Overweight
Price: $147.59

**Price Target: $173.00**

**European Biotech**

**James D Gordon** [AC]
(44-20) 7742-6654
james.d.gordon@jpmorgan.com
Bloomberg JPMA GORDON1 <GO>

**Richard Vosser**
(44-20) 7742-6652
richard.vosser@jpmorgan.com

**Wimal Kapadia**
(44-20) 7742-6106
wimal.x.kapadia@jpmorgan.com
J.P. Morgan Securities plc

**For Specialist Sales advice, please contact:**

**Marjan Daeipour**
(44 20) 7134-1329
marjan.daeipour@jpmorgan.com

**Price Performance**



\* Consensus source: Company collated

**Equity Ratings and Price Targets**

| Company | Ticker | Mkt Cap ($ mn) | Price CCY | Price | Rating Cur | Prev | Price Target Cur | Prev |
|---|---|---|---|---|---|---|---|---|
| Shire plc | SHP LN | 29,179.50 | GBp | 2,997 | OW | n/c | 3,500 | 3,400 |
| Shire Plc-ADR | SHPG US | 29,055.55 | USD | 147.59 | OW | n/c | 173.00 | 165.00 |

Source: Company data, Bloomberg, J.P. Morgan estimates. n/c = no change.All prices as of 24 Mar 14.

**See page 14 for analyst certification and important disclosures, including non-US analyst disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

James D Gordon
(44-20) 7742-6654
james.d.gordon@jpmorgan.com

Europe Equity Research
25 March 2014

J.P.Morgan CAZENOVE

# Shire's valuation looks compelling

Shire currently trades on 13.8x 2015 PE, a 10% discount to the large cap sector, and a 16% discount to mid cap peers.

**In comparison to the large caps**, Shire offers a long-term EPS growth rate at the very top end of the large cap sector, with Shire set to grow EPS at 14% CAGR 2013-18E, vs the sector at 6%. Despite the far faster growth rate, Shire trades at a 10% discount to the sector.

**In comparison to the mid caps**, Shire's 2013-18E CAGR of 14% compares favourably to 9% CAGR for mid cap peers. For 2015, Shire trades at 16% discount to this group, despite greater liquidity, diversification, and M&A optionality.

Table 1: European Pharmaceuticals PE valuation table

| | Price | Mkt Cap | Cash EPS CAGR | | Adjusted Core P/E | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | cob 24/03/2014 | (US$bn) | 2013-2018E | 2013-2020E | 2013E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E |
| **Big Cap Pharma** | | | | | | | | | | | | |
| AstraZeneca (Core) | 3,866p | 80.7 | -1.6% | 2.3% | 12.6 | 14.8 | 14.8 | 14.6 | 15.7 | 13.7 | 11.8 | 10.7 |
| AstraZeneca (Cash) | 3,866p | 80.7 | -3.9% | 0.4% | 12.6 | 15.4 | 15.4 | 15.3 | 16.7 | 15.4 | 13.4 | 12.3 |
| GlaxoSmithKline | 1,600p | 128.3 | 5.8% | 5.8% | 14.1 | 14.3 | 12.9 | 11.9 | 11.3 | 10.7 | 10.1 | 9.5 |
| Novartis | SFr71.65 | 198.4 | 5.8% | 5.0% | 16.2 | 15.8 | 14.7 | 14.0 | 13.1 | 12.3 | 12.1 | 11.5 |
| Roche | SFr259.50 | 253.9 | 6.5% | 5.1% | 18.2 | 17.8 | 16.3 | 15.3 | 14.1 | 13.3 | 12.7 | 12.8 |
| Sanofi | €73.57 | 134.7 | 6.1% | 5.3% | 14.6 | 14.4 | 13.1 | 11.9 | 11.2 | 10.8 | 10.3 | 10.1 |
| Bayer | €94.85 | 108.5 | 10.3% | 8.9% | 16.9 | 15.8 | 13.7 | 12.0 | 11.1 | 10.4 | 9.8 | 9.3 |
| Novo Nordisk | DKr240 | 116.2 | 12.7% | 12.6% | 25.5 | 23.4 | 20.4 | 18.1 | 15.9 | 14.1 | 12.5 | 11.1 |
| **Big 7 average** | | **1,101.5** | **6.2%** | **5.8%** | **16.8** | **16.6** | **15.3** | **14.2** | **13.5** | **12.5** | **11.7** | **11.1** |
| **Shire** | **2997p** | **27.2** | **13.5%** | **7.7%** | **20.3** | **15.4** | **13.8** | **12.2** | **11.1** | **10.3** | **10.3** | **10.3** |
| **Premium/Discount** | | | | | 21% | -7% | -10% | -14% | -18% | -18% | -12% | -7% |
| **Mid Cap Pharma** | | | | | | | | | | | | |
| Actelion | SFr84.85 | 11.0 | 0.4% | 2.1% | 25.8 | 19.1 | 16.7 | 25.2 | 33.5 | 25.3 | 22.8 | 22.3 |
| Grifols voting | €38.95 | 12.9 | 14.8% | 12.7% | 29.5 | 21.0 | 18.7 | 17.1 | 16.0 | 14.8 | 13.7 | 12.8 |
| Grifols non-voting | 3.8 | | 14.8% | 12.7% | 21.9 | 15.6 | 13.9 | 12.8 | 11.9 | 11.0 | 10.2 | 9.5 |
| Ipsen | €29.85 | 3.4 | 11.3% | 10.8% | 15.5 | 14.4 | 11.9 | 10.9 | 9.8 | 9.1 | 8.2 | 7.6 |
| Lundbeck | €172.20 | 6.3 | 6.9% | 9.4% | 21.0 | 30.2 | 42.2 | 37.5 | 16.9 | 15.0 | 11.9 | 11.2 |
| Merck KGaA | €118.90 | 35.8 | 1.0% | 0.6% | 13.4 | 13.2 | 12.7 | 11.8 | 12.1 | 12.8 | 13.0 | 12.9 |
| UCB | €57.80 | 15.4 | 23.0% | 18.9% | 29.5 | 25.4 | 17.7 | 15.3 | 12.1 | 10.5 | 9.6 | 8.8 |
| **Mid Caps** | | **126.3** | **9.0%** | **7.2%** | **20.6** | **18.1** | **16.5** | **15.7** | **14.6** | **13.4** | **12.7** | **12.3** |
| **Shire** | **2997p** | **27.2** | **13.5%** | **7.7%** | **20.3** | **15.4** | **13.8** | **12.2** | **11.1** | **10.3** | **10.3** | **10.3** |
| **Premium/Discount** | | | | | -1% | -15% | -16% | -22% | -24% | -23% | -19% | -16% |

Source: J.P. Morgan estimates, company reports



Figure 1: Shire 2013-20E CAGR vs. large cap peers

Source: J.P. Morgan estimates



Figure 2: Shire 2013-20E CAGR vs. mid-cap peers

Source: J.P. Morgan estimates

3

26 June 2014
**Initiation of coverage**



# Shire Pharmaceuticals

**United Kingdom | Pharma & biotech**

## Buy (None)

| | | |
|---|---|---|
| **Target price**<br>**5100p** | Current price<br>4517p | |

**Sheela Sharma, DPhil**
ssharma@keplercheuvreux.com
+44 207 621 5198

## To take us higher

We initiate coverage of Shire with a Buy rating and a TP of 5100p, implying 13% upside. We see the company as an attractive growth story with multiple near-term catalysts, a focus on portfolio diversification, a strong balance sheet to support its ongoing M&A strategy, and a takeout angle, at a time when the healthcare industry is experiencing a surge in consolidation.

### Growth story with niche positioning in rare diseases and ADHD

With Vyvanse launching in Q1 2015 for the treatment of binge eating disorder, we expect this treatment to continue to deliver strong double-digit sales growth until 2017E. This, together with the anticipated H1 2015 launch of SHP465 for adults with ADHD, and the launch of Lifitegrast for dry eye disease in H1 2016, should support 7% total revenue and 14% non-GAAP EPS CAGRs for 2014E-17E, offsetting erosion in Adderall XR and Intuniv.

### Takeout candidate for niche, growth, margins, tax rate

We don't think AbbVie will be the last bidder to approach Shire. In fact, we expect more offers over the coming weeks. With its speciality niche, high margins and strong single-digit compound annual sales growth potential, Shire is likely to appeal to larger pharmaceutical peers needing to fill USD5-6bn gaps in their top line, while its domicile in the EU tax haven of Ireland could offer additional benefits to companies seeking tax inversion. We calculate a value-neutral takeout price for a bidder of GBP55 per share, based on our IRR analysis, which assumes 10% cost synergies for Shire 2015E revenues, implying an EV of c. USD55bn or c.22% upside to the current price level.

### Downside risks

Downside risks include: failure for Vyvanse in its new indication for binge eating disorder; a complete response letter for dry eye drug Lifitegrast; a delayed launch of the ADHD treatment SHP465; a disappointing readout of phase III data for SHP555; or a discontinuation of the phase II programmes for SHP602, SHP613 for which we see a low probability of success, or any of the phase II programmes for SHP607, SHP609, SHP610 or SHP620.

### Valuation: at a premium to EU pharma but with better growth

At 23x 2014E P/E and 12.2x EV/EBITDA, Shire is trading at a premium to the EU pharmaceuticals sector on a P/E basis, but exhibits c.40% higher margins and better medium-term earnings growth (10%, 11% EPS growth in 2015E, 2016E vs. 8% and 9% for the sector).

Reuters SHP.L
Bloomberg SHP LN
Index FTSE ALL-SHARE

**Market data**

| | |
|---|---|
| Market cap | 26.7bnGBP |
| Free float | 94% |
| No. of shares outstanding (m) | 590 |
| Avg. daily trading volume('000) | 2,159 |
| YTD abs performance | 58.4% |
| 52-week high (GBP) | 4517.00 |
| 52-week low (GBP) | 2054.00 |



| FY to 31/12 (USD) | 2014E | 2015E | 2016E |
|---|---|---|---|
| Sales (m) | 5,803 | 6,124 | 6,608 |
| EBITDA adj (m) | 2,662 | 3,046 | 3,291 |
| EBIT adj (m) | 2,352 | 2,747 | 2,988 |
| Net profit adj (m) | 1,877 | 2,201 | 2,423 |
| Net fin. debt (m) | 67 | -2,135 | -4,551 |
| FCF (m) | 1,992 | 2,355 | 2,584 |
| EPS adj. and fully dil. | 3.18 | 3.73 | 4.10 |
| Consensus EPS | 3.2 | 3.5 | 3.9 |
| Net dividend | 0.25 | 0.31 | 0.34 |

| FY to 31/12 (USD) | 2014E | 2015E | 2016E |
|---|---|---|---|
| P/E (x) adj and ful. dil. | 24.1 | 20.6 | 18.7 |
| EV/EBITDA (x) | 17.0 | 14.2 | 12.4 |
| EV/EBIT (x) | 19.3 | 15.7 | 13.6 |
| FCF yield | 4.4% | 5.2% | 5.7% |
| Dividend yield | 0.3% | 0.4% | 0.4% |
| Net debt/EBITDA (x) | 0.0 | -0.7 | -1.4 |
| Gearing | 0.9% | -22.8% | -38.7% |
| ROIC | 48.9% | 36.8% | 39.9% |
| EV/IC (x) | 7.6 | 7.2 | 6.8 |

**IMPORTANT. Please refer to the last page of this report for "Important disclosures" and analyst certification(s)**

**keplercheuvreux.com**

**Shire Pharmaceuticals** — Initiation of coverage

Kepler Cheuvreux

**Table 2: Shire – valuation versus EU pharma peers (Shire on consensus estimates)**

| Name | PE | | | | PEG 2012 3 yr fwd | EV/EBITDA | | | | EV/Sales | | | | ND/EBITDA | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2013 | 2014 | 2015 | 2016 | | 2013 | 2014 | 2015 | 2016 | 2013 | 2014 | 2015 | 2016 | 2013 | 2014 | 2015 | 2016 |
| AstraZeneca | 9.9 | 17.0 | 19.1 | 20.4 | N/M | 6.6 | 10.7 | 10.8 | 11.2 | 2.1 | 2.6 | 3.5 | 3.8 | 0.3 | 0.0 | -0.4 | -0.8 |
| Bayer | 14.9 | 17.4 | 16.6 | 14.9 | 2.1 | 9.8 | 11.1 | 11.1 | 10.1 | 1.6 | 2.1 | 2.4 | 2.4 | 1.8 | 1.8 | 2.6 | 2.3 |
| GlaxoSmithKline | 14.7 | 14.5 | 12.5 | 11.5 | 1.6 | 12.1 | 9.5 | 8.7 | 8.0 | 3.3 | 3.7 | 3.5 | 3.3 | 1.9 | 1.3 | 1.0 | 0.8 |
| Merck KGaA | 13.3 | 14.5 | 14.2 | 13.1 | 4.2 | 8.4 | 8.7 | 7.9 | 7.1 | 2.0 | 2.5 | 2.7 | 2.5 | 0.6 | 0.6 | 0.2 | -0.3 |
| Novartis | 14.7 | 17.4 | 16.7 | 14.8 | 2.3 | 11.7 | 13.5 | 12.9 | 11.7 | 2.8 | 3.3 | 3.8 | 4.1 | 1.0 | 0.7 | 0.8 | 0.5 |
| Novo Nordisk | 20.6 | 24.3 | 21.0 | 17.9 | 1.4 | 14.6 | 17.5 | 14.9 | N/M | 5.8 | 6.0 | 7.2 | 6.4 | -0.4 | -0.4 | -0.4 | -0.4 |
| Roche | 16.1 | 17.8 | 16.5 | 15.7 | 3.0 | 10.8 | 11.8 | 11.1 | 10.6 | 3.6 | 4.6 | 5.0 | 4.7 | 0.6 | 0.3 | 0.0 | -0.4 |
| Sanofi | 15.2 | 15.8 | 13.6 | 12.2 | 1.5 | 12.1 | 12.2 | 10.3 | 9.1 | 2.7 | 3.4 | 3.4 | 3.1 | 1.2 | 0.9 | 0.5 | 0.2 |
| Shire | 30.6 | 17.9 | 16.9 | 19.0 | 1.0 | 22.3 | 14.6 | 13.1 | 11.1 | 6.7 | 6.8 | 6.2 | 5.6 | 0.0 | 0.1 | 0.7 | 0.6 |
| Large-Cap | 13.5 | 17.6 | 16.4 | 15.2 | 2.0 | 11.6 | 12.4 | 11.4 | 9.2 | 3.3 | 3.8 | 4.2 | 4.1 | 0.6 | 0.6 | 0.5 | 0.2 |
| | | | | | | | | | | | | | | | | | |
| Actelion | 13.5 | 22.5 | 21.2 | 19.3 | 2.0 | 10.1 | 17.3 | 15.8 | 13.8 | 2.1 | 3.1 | 5.7 | 5.3 | -2.2 | -2.5 | -3.0 | -3.3 |
| Almirall | 47.0 | 28.4 | 14.2 | 12.5 | 0.2 | 22.9 | 14.2 | 8.4 | 6.8 | 1.5 | 2.8 | 2.6 | 2.2 | 2.7 | 1.1 | 0.1 | -0.6 |
| Basilea | N/M | N/M | N/M | 13.4 | N/M | N/M | N/M | N/M | 8.7 | 1.8 | 10.1 | 13.5 | 9.5 | 8.7 | 17.2 | N/M | -4.6 |
| Galenica | 13.9 | 19.8 | 17.7 | 16.0 | 4.7 | 10.6 | 12.7 | 11.1 | 9.7 | 1.3 | 1.5 | 1.8 | 1.6 | 1.1 | 0.8 | 0.3 | -0.1 |
| Ipsen | 18.2 | 17.0 | 15.9 | 14.5 | 2.1 | 13.3 | 10.9 | 9.9 | 8.8 | 2.3 | 2.1 | 2.0 | 1.9 | -0.5 | -0.7 | -0.9 | -0.8 |
| Lundbeck | N/M | 42.9 | 45.2 | 30.0 | N/M | 8.5 | 15.1 | 15.5 | 12.3 | 1.6 | 2.1 | 2.1 | 2.1 | -0.9 | 0.6 | 1.0 | 0.8 |
| SOBI | N/M | N/M | N/M | 48.9 | N/M | N/M | N/M | 49.9 | 25.0 | 8.5 | 8.9 | 7.8 | 5.9 | 1.5 | 0.0 | 0.4 | 0.2 |
| STADA | 12.5 | 12.0 | 10.8 | 9.7 | 1.1 | 8.2 | 8.2 | 7.5 | 6.8 | 1.4 | 1.7 | 1.6 | 1.5 | 3.3 | 3.3 | 2.8 | 2.4 |
| Stallergènes | 18.4 | 17.5 | 16.2 | 15.2 | 2.4 | N/M | 9.1 | 8.1 | 7.3 | N/M | 2.4 | 2.1 | 1.9 | -1.5 | -1.9 | -2.3 | -2.2 |
| UCB | 23.3 | 30.6 | 29.3 | 25.8 | 4.3 | 15.0 | 18.0 | 17.7 | 16.0 | 2.5 | 3.0 | 3.9 | 3.8 | 3.1 | 2.3 | 2.3 | 2.0 |
| Valneva | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | 5.0 | 7.7 | 8.1 | 7.0 | -1.7 | -4.7 | N/M | 9.6 |
| Mid-Cap | 18.2 | 21.2 | 16.9 | 15.6 | 2.1 | 10.6 | 13.4 | 11.1 | 9.3 | 1.8 | 2.6 | 2.4 | 2.1 | 1.3 | 0.7 | 0.3 | -0.3 |
| | | | | | | | | | | | | | | | | | |
| Grifols | 25.1 | 24.2 | 21.4 | 19.9 | 1.0 | 12.3 | 13.9 | 12.7 | 11.8 | 3.2 | 4.1 | 4.7 | 4.4 | 2.3 | 2.7 | 2.3 | 1.9 |
| CSL | 25.6 | 22.7 | 20.4 | 18.2 | 1.7 | 18.0 | 16.7 | 15.1 | 13.4 | 6.1 | 5.9 | 5.4 | 4.9 | 0.5 | 0.7 | 0.8 | 0.7 |
| Baxter | 19.9 | 14.3 | 13.5 | 12.5 | 1.7 | N/M | 10.0 | 9.4 | 8.7 | N/M | 2.7 | 2.6 | 2.5 | 1.5 | 1.4 | 1.1 | 1.0 |
| Plasma | 25.1 | 22.7 | 20.4 | 18.2 | 1.7 | 15.1 | 13.9 | 12.7 | 11.8 | 4.7 | 4.1 | 4.7 | 4.4 | 1.5 | 1.4 | 1.1 | 1.0 |

Source: Kepler Cheuvreux

**Table 3: Shire – sales, EBITDA and EPS growth and margins versus sector peers (Shire on consensus estimates)**

| Name | Sales growth | | | | EBITDA growth | | | | EPS growth | | | | EPS 3y CAGR | EBITDA margins | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2013 | 2014 | 2015 | 2016 | 2013 | 2014 | 2015 | 2016 | 2013 | 2014 | 2015 | 2016 | | 2013 | 2014 | 2015 | 2016 |
| AstraZeneca | -8.1% | 1.8% | -10.1% | -12.8% | -8.5% | -15.1% | -3.6% | -6.6% | -25.8% | -15.3% | -10.9% | -6.2% | -10.9% | 39.4% | 32.9% | 35.3% | 37.8% |
| Bayer | 1.0% | 3.5% | 9.0% | 5.2% | 1.4% | 8.5% | 8.9% | 8.7% | 4.9% | 7.3% | 4.8% | 11.1% | 7.7% | 20.9% | 21.9% | 21.9% | 22.6% |
| GlaxoSmithKline | -6.9% | 2.4% | 2.0% | 3.4% | -24.9% | 22.4% | 4.6% | 4.8% | -17.7% | 0.1% | 16.1% | 8.5% | 8.0% | 30.6% | 36.6% | 37.5% | 38.0% |
| Merck KGaA | -0.4% | 5.1% | 2.4% | 2.0% | 9.7% | 6.1% | 3.8% | 4.8% | 15.5% | -0.2% | 2.2% | 8.3% | 3.4% | 30.4% | 30.7% | 31.1% | 32.0% |
| Novartis | 1.2% | 1.6% | -6.4% | 6.3% | -5.6% | 3.4% | 5.7% | 7.1% | -3.8% | 5.2% | 4.2% | 12.7% | 7.3% | 27.8% | 28.3% | 32.0% | 32.2% |
| Novo Nordisk | 7.0% | 6.8% | 9.6% | 9.3% | 6.4% | 7.5% | 13.7% | 13.0% | 21.1% | 10.9% | 15.8% | 16.8% | 14.5% | 41.0% | 41.2% | 42.7% | 44.2% |
| Roche | 2.8% | 1.1% | 3.5% | 2.1% | 3.8% | 1.3% | 3.4% | 1.6% | 5.8% | 3.7% | 7.8% | 5.2% | 5.5% | 42.3% | 42.4% | 42.3% | 42.1% |
| Sanofi | -5.7% | 1.9% | 5.5% | 3.3% | -18.6% | -1.0% | 15.2% | 10.7% | -18.6% | -0.7% | 16.5% | 11.5% | 8.9% | 28.3% | 27.5% | 30.0% | 32.2% |
| Shire | 7.3% | 14.6% | 4.8% | 6.4% | 19.0% | 42.0% | 6.9% | 13.3% | 20.4% | 70.2% | 6.1% | -10.9% | 17.2% | 37.6% | 46.6% | 47.5% | 50.6% |
| Large-Cap | -0.2% | 2.9% | 1.7% | 3.3% | -4.2% | 5.5% | 6.6% | 6.0% | -1.9% | 5.0% | 7.8% | 8.3% | 6.8% | 33.3% | 33.9% | 35.5% | 36.4% |
| | | | | | | | | | | | | | | | | | |
| Actelion | 3.6% | 7.4% | 2.0% | 16.8% | 10.9% | 12.8% | 5.0% | 10.2% | 15.9% | 15.0% | 6.2% | 10.1% | 10.4% | 31.3% | 32.9% | 33.8% | 31.9% |
| Almirall | 1.5% | 19.2% | 9.8% | 6.3% | -31.4% | 79.5% | 56.7% | 12.3% | -55.8% | 92% | 99.0% | 14.0% | 63.4% | 12.3% | 18.5% | 26.4% | 27.9% |
| Basilea | -29.1% | 53.5% | 32% | 117% | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M |
| Galenica | 2.0% | 3.3% | 4.4% | 4.4% | 9.5% | 3.0% | 11.3% | 9.4% | 14.9% | -10.0% | 12.3% | 10.5% | 3.7% | 13.9% | 13.8% | 14.7% | 15.4% |
| Ipsen | 0.4% | 5.0% | 5.2% | 7.2% | 5.2% | 20.0% | 9.9% | 10.9% | 6.3% | 6.4% | 6.7% | 9.7% | 7.6% | 17.1% | 19.6% | 20.5% | 21.2% |
| Lundbeck | 3.1% | -10.4% | -2.0% | 1.0% | 9.4% | -35.0% | -2.6% | 24.5% | 77.5% | -66.8% | -5.2% | 50.6% | -22.0% | 18.8% | 13.6% | 13.5% | 16.7% |
| SOBI | 12.7% | 10.5% | 13.7% | 28.5% | -45% | 10.9% | 59.8% | 95% | 46% | N/M | 250% | 171% | 14.5% | 11.1% | 11.1% | 15.6% | 23.7% |
| STADA | 9.6% | 5.9% | 5.0% | 5.4% | 13.0% | 3.3% | 5.9% | 6.0% | 0.7% | 7.7% | 6.4% | 11.1% | 9.8% | 20.6% | 20.1% | 20.3% | 20.4% |
| Stallergènes | 2.0% | 11.0% | 5.3% | 7.1% | 2.9% | -1.9% | 6.8% | 5.0% | 7% | 5.4% | 8.2% | 6.8% | 6.8% | 29.2% | 25.8% | 26.1% | 25.6% |
| UCB | -1.5% | 4.3% | 2.9% | 3.5% | 5.2% | 10.8% | 1.9% | 9.5% | -5.8% | 3.1% | 4.3% | 13.5% | 6.9% | 20.2% | 21.4% | 21.2% | 22.5% |
| Valneva | -16.1% | 22.9% | 19.7% | 26.7% | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | N/M | 8.6% |
| Mid-Cap | 2.0% | 6.6% | 5.1% | 6.7% | 5.2% | 10.8% | 6.8% | 10.2% | 7.7% | 5.9% | 8.2% | 11.1% | 7.2% | 18.8% | 19.6% | 20.5% | 22.5% |
| | | | | | | | | | | | | | | | | | |
| Grifols | 4.6% | 26.0% | 5.4% | 5.2% | 9.7% | 27.5% | 7.3% | 5.0% | 28.6% | 46.3% | 13.3% | 7.4% | 21.2% | 33.5% | 33.9% | 34.4% | 34.4% |
| CSL | 10.9% | 6.4% | 7.3% | 7.1% | 35.0% | 10.4% | 8.7% | 9.9% | 27.6% | 11.8% | 11.6% | 11.9% | 11.8% | 34.0% | 35.2% | 35.7% | 36.6% |
| Baxter | 7.8% | 8.8% | 2.8% | 3.7% | 8.7% | 9.0% | 5.1% | 6.1% | 3.4% | 10.0% | 5.8% | 7.9% | 7.9% | 27.5% | 27.5% | 28.2% | 28.8% |
| Plasma | 7.8% | 8.8% | 5.4% | 5.2% | 9.7% | 10.4% | 7.3% | 6.1% | 27.6% | 11.8% | 11.6% | 7.9% | 11.8% | 33.5% | 33.9% | 34.4% | 34.4% |

Source: Kepler Cheuvreux

# Morgan Stanley

**MORGAN STANLEY RESEARCH**
**EUROPE**

Morgan Stanley & Co. International plc+

**Amy L Walker**
Amy.Walker@morganstanley.com
+44 (0)20 7425 6602

**Chris Eccles**
Chris.Eccles@morganstanley.com
+44 (0)20 7425 2272

October 24, 2013

# Shire PLC

## Strong Q3, double-digit upgrade potential; stay OW

**Stock Rating**
**Overweight**

**Industry View**
**Attractive**

**Shire is our top pick in EU pharma, offering near-term earnings and pipeline momentum. Although an update on cost-savings at Q3 was expected, we think the magnitude of the implied upgrades will positively surprise. Accelerating product sales growth (+13% Q3, 7% 9M) is also key. Remain OW.**

**FY13 guidance raised, consensus upgrades through 2015:** We see scope for mid-single-digit upgrades to FY13 consensus and potential for double-digit upgrades to 2014 and 2015 forecasts based on Shire's revised outlook. Shire now expects to deliver "mid-to-high teens" earnings growth vs previous guidance for double-digit growth and current consensus of 13%. Taking the mid-point of the detailed guidance parameters, we calculate this implies c4% uplift to FY13 consensus EPS (see Exhibit 3). Moreover, Shire expects combined non-GAAP R&D and SG&A in 2014 and 2015 to be $250m and $300m lower than current consensus forecasts. We understand Shire expects to be able to retain most of these savings on the P&L (we think majority will be driven by roll-off of large Ph3 trial programs and SG&A initiatives already taken). Assuming mid-point of tax guidance (19%) and 100% savings retention implies up to 13% and 15% upgrades to 2014 and 2015 cons. non-GAAP EPS, respectively.

**9% beat in Q3 mainly driven by lower opex:** Shire beat Q3 consensus non-GAAP operating profit and EPS estimates by 9% (see tables pg2). Sales were 1% better than consensus in the quarter, with Lialda (GI), Firazyr (haematology) and Fosrenol (kidney disease) all beating by double-digit amounts. Replagal (Fabry disease) was the biggest offset, mainly due to the ongoing impact from the return of Sanofi/Genzyme's competitor product to the market and high base effects. The biggest contributor to the beat was lower opex, which was 8% below cons forecasts, with the absolute benefit split 60/40 between SG&A and R&D. The top-line and opex beats were somewhat offset by COGS, which came in 17% above consensus. However, this simply reflects typical seasonality that was not captured in forecasts.

## Key Ratios and Statistics

**Reuters: SHP.L  Bloomberg: SHP LN  ADS: SHPGY.O**
**Pharmaceuticals** / United Kingdom

| | |
|---|---|
| **Price target** | **2,750p** |
| Shr price, close (Oct 23, 2013) | 2,525p |
| 52-Week Range | 2,602-1,682p |
| Mkt cap, curr (mn) | US$24,220 |
| Net debt (12/13e) (mn)* | US$(847) |
| EV, curr (mn)* | US$23,821 |

* = GAAP or approximated based on GAAP

| Fiscal Year ending | 12/12 | 12/13e | 12/14e | 12/15e |
|---|---|---|---|---|
| Revenue (US$ mn)** | 4,681 | 4,978 | 5,393 | 5,644 |
| EBITDA (US$ mn)** | 1,390 | 1,795 | 2,063 | 2,243 |
| EBIT (US$ mn)** | 1,082 | 1,438 | 1,693 | 1,862 |
| **EPS (US$)**** | **2.03** | **2.31** | **2.72** | **2.98** |
| ModelWare EPS (US$) | 1.37 | 1.90 | 2.31 | 2.56 |
| **Consensus EPS (US$)§** | **2.02** | **2.28** | **2.60** | **2.77** |
| P/E** | 15.1 | 17.7 | 15.0 | 13.7 |
| EV/revenue* | 3.8 | 4.6 | 4.0 | 3.6 |
| EV/EBITDA** | 12.8 | 12.8 | 10.5 | 9.0 |
| EV/EBIT** | 16.4 | 16.0 | 12.8 | 10.8 |
| Div per shr (US$) | 0.16 | 0.18 | 0.20 | 0.23 |
| Div yld (%) | 0.5 | 0.4 | 0.5 | 0.6 |
| FCF yld ratio (%)** | 6.6 | 4.2 | 6.3 | 7.0 |
| Net debt (US$ mn)** | (399) | (847) | (2,220) | (3,755) |
| Net debt/EBITDA** | NM | NM | NM | NM |
| RNOA (%)** | 20.2 | 27.0 | 29.8 | 33.2 |
| ROE (%)** | 37.9 | 35.7 | 35.1 | 29.7 |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework (please see explanation later in this note).
** = Based on consensus methodology
§ = Consensus data is provided by Thomson Reuters Estimates.
* = GAAP or approximated based on GAAP
e = Morgan Stanley Research estimates

Morgan Stanley & Co. International plc is a corporate broker to Shire PLC.

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

**For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.**

+= Analysts employed by non-U.S. affiliates are not registered with FINRA, may not be associated persons of the member and may not be subject to NASD/NYSE restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

# Morgan Stanley

**M O R G A N   S T A N L E Y   R E S E A R C H**

**October 24, 2013**
**Shire PLC**

**Exhibit 3**
## Implied benefit/impact on current FY13 consensus figures

|  | Guidance | Guidance-implied FY13 | Cons FY13 | Benefit/(impact) at mid pt | % Benefit/(impact) |
|---|---|---|---|---|---|
| Product sales ($m) | Q4'13 growth =~ Q3'13 growth | 4782 |  |  |  |
|  | FY13 growth mid-high single dig | 4627-4847 | 4788 | -51 | -1% |
| Royalties/other ($m) | 35-40% down yoy | 165-178 | 177 | -5 | -3% |
| Gross profit ex royalties ($m) | gross margin FY13 =~ FY12 | 3982-4172 | 4140 | -63 | -2% |
| R&D ($m) | 5-7% higher yoy | 891-908 | 947 | 47 | 5% |
| SG&A ($m) | 5-7% lower yoy | 1516-1549 | 1594 | 61 | 4% |
| Opex ($m) | 1-3% lower yoy | 2405-2455 | 2541 | 111 | 4% |
| Tax (%) | 18-20% |  | 19% |  |  |
| EPS (non GAAP ADS, $) | mid-high teens growth | 7.02-7.33 | 6.87 | 0.30 | 4% |

Source: Company guidance, company gathered consensus (pre Q3 results) Morgan Stanley Research

**Exhibit 4**
## Sector P/E Valuation

| | Share Price | | Forward P/E Multiple | | | | | CAGR 14-17e |
|---|---|---|---|---|---|---|---|---|
| | | | FY13e | FY14e | FY15e | FY16e | FY17e | |
| **AstraZeneca** | 31.75 GBp | MSe | 9.6x | 11.1x | 11.4x | 11.2x | 10.4x | 2% |
| | | Consensus | 9.9x | 10.6x | 10.8x | 10.9x | 12.4x | -5% |
| **Bayer** | 89.34 | MSe | 15.6x | 13.9x | 12.4x | 11.3x | 10.5x | 10% |
| | | Consensus | 15.7x | 13.9x | 12.3x | 11.1x | 10.1x | 11% |
| **GlaxoSmithKline** | 15.86 GBp | Consensus | 13.8x | 12.7x | 11.6x | 10.7x | 10.1x | 8% |
| **Merck KGaA** | 118.82 | MSe | 13.7x | 13.2x | 12.7x | 11.9x | 11.9x | 4% |
| | | Consensus | 13.6x | 13.0x | 12.6x | 11.9x | 11.2x | 5% |
| **Novartis** | 67.90 CHF | Consensus | 14.9x | 13.8x | 12.6x | 12.1x | 11.2x | 7% |
| **Novo Nordisk** | 953.00 | Consensus | 20.0x | 18.1x | 15.9x | 13.8x | 12.4x | 14% |
| **Roche** | 243.10 | Consensus | 16.2x | 15.1x | 14.1x | 13.3x | 12.5x | 7% |
| **Sanofi** | 73.71 | MSe | 14.0x | 12.7x | 11.2x | 10.1x | 9.0x | 12% |
| | | Consensus | 13.8x | 12.3x | 11.0x | 10.2x | 9.5x | 9% |
| **Shire** | 25.15 GBp | MSe | 18.3x | 15.7x | 14.7x | 14.1x | 7.3x | 29% |
| | | Consensus | 17.8x | 15.6x | 14.7x | 9.5x | 7.4x | 28% |
| **UCB** | 46.49 | Consensus | 24.8x | 20.5x | 16.1x | 13.1x | 10.5x | 25% |
| **Sector Average** | | Consensus | 15.0x | 13.8x | 12.6x | 11.8x | 11.1x | |
| *EPS growth* | | | *2%* | *9%* | *9%* | *7%* | *6%* | |
| **Sector Average (ex-Novo)** | | Consensus | 14.5x | 13.4x | 12.3x | 11.6x | 11.0x | |
| *EPS growth* | | | *-1%* | *8%* | *9%* | *6%* | *6%* | |

*Share price = closing price 21/10/2013  *Average multiples are weighted by market cap*
*Large cap defined as AZN, BAYG, SASY*

Source: Company data, Morgan Stanley Research

# Morgan Stanley

**MORGAN STANLEY RESEARCH EUROPE**

Morgan Stanley & Co. International plc+

**Amy L Walker**
Amy.Walker@morganstanley.com
+44 (0)20 7425 6602

**Chris Eccles**
Chris.Eccles@morganstanley.com
+44 (0)20 7425 2272

October 25, 2013

# Shire PLC

## Momentum accelerating: double-digit upgrades

Stock Rating
**Overweight**

Industry View
**Attractive**

### What's Changed

| | |
|---|---|
| Price Target | **2,750p to 3,180p** |
| Non-GAAP EPS '14-'18 | **Increased 10-15%** |

**Shire remains our top pick in EU pharma. Recent Q3 results cemented our view that it is one of few players to offer both near term earnings and pipeline momentum. Our new PT implies a 2014e P/E of 17x, for a 13% '14-17e EPS CAGR, vs EU large cap pharma trading on 14x, offering 8% growth.**

**Raising EPS 10-15% in 2014-2018:** Shire's strong Q3 results, increased FY13 guidance and announced $250-300m in potential opex savings (vs current market expectations) in 2014 and 2015 lead us to increase our earnings forecasts some 10-15% from 2014e onwards. We assume a 75-80% retention rate on the expected efficiency gains, based on the strong impact already seen in Q3 and management's comments that it is comfortable with current top line growth forecasts.

**Shire's shares correlate strongly with earnings momentum:** Our new forecasts put us some 14% and 22% above pre-Q3 consensus EPS for 2014e and 2015e respectively. Shire's share price shows a strong historic correlation with earnings momentum. Thus we see scope for further outperformance despite the strong share price response (>9%) to the Q3 results release.

**More catalysts to look forward to in 1H14:** Three pivotal PhIII trials are due to read out in 1H14. We estimate success in lifitegrast (dry eye) and expanded indications for Vyvanse (depression and binge eating) to be worth an NPV of 250p each.

**Driving top line growth is the key mid-term challenge**, in our view. Q3 sales were modestly above expectations, with Vyvanse in line with consensus estimates. Nevertheless, we have slightly trimmed our ADHD franchise sales forecasts to reflect the more modest than hoped for pick-up in scrip trends thus far.

### Key Ratios and Statistics

**Reuters: SHP.L  Bloomberg: SHP LN  ADS: SHPGY.O**
**Pharmaceuticals** / United Kingdom

| | |
|---|---|
| Price target | **3,180p** |
| Shr price, close (Oct 24, 2013) | 2,760p |
| 52-Week Range | 2,602-1,682p |
| Mkt cap, curr (mn) | US$26,474 |
| Net debt (12/13e) (mn)* | US$(1,008) |
| EV, curr (mn)* | US$26,075 |

\* = GAAP or approximated based on GAAP

| Fiscal Year ending | 12/12 | 12/13e | 12/14e | 12/15e |
|---|---|---|---|---|
| Revenue (US$ mn)** | 4,681 | 4,987 | 5,391 | 5,628 |
| EBITDA (US$ mn)** | 1,390 | 1,853 | 2,226 | 2,470 |
| EBIT (US$ mn)** | 1,082 | 1,496 | 1,857 | 2,088 |
| **EPS (US$)**** | **2.03** | **2.38** | **2.98** | **3.36** |
| ModelWare EPS (US$) | 1.37 | 1.97 | 2.56 | 2.94 |
| Prior EPS (US$)** | - | 2.31 | 2.72 | 2.98 |
| **Consensus EPS (US$)§** | **2.02** | **2.28** | **2.60** | **2.77** |
| P/E** | 15.1 | 18.7 | 15.0 | 13.3 |
| EV/revenue* | 3.8 | 5.1 | 4.4 | 3.9 |
| EV/EBITDA** | 12.8 | 13.7 | 10.7 | 9.0 |
| EV/EBIT** | 16.4 | 16.9 | 12.9 | 10.6 |
| Div per shr (US$) | 0.16 | 0.18 | 0.20 | 0.23 |
| Div yld (%) | 0.5 | 0.4 | 0.5 | 0.5 |
| FCF yld ratio (%)** | 6.6 | 3.8 | 6.1 | 7.0 |
| Net debt (US$ mn)* | (399) | (1,008) | (2,255) | (3,893) |
| Net debt/EBITDA** | NM | NM | NM | NM |
| RNOA (%)** | 20.2 | 28.1 | 32.5 | 37.2 |
| ROE (%)** | 37.9 | 36.6 | 36.5 | 32.6 |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework (please see explanation later in this note).
** = Based on consensus methodology
§ = Consensus data is provided by Thomson Reuters Estimates.
* = GAAP or approximated based on GAAP
e = Morgan Stanley Research estimates

Morgan Stanley & Co. International plc is a corporate broker to Shire PLC.

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

**For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.**

+= Analysts employed by non-U.S. affiliates are not registered with FINRA, may not be associated persons of the member and may not be subject to NASD/NYSE restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

# Morgan Stanley

**M O R G A N   S T A N L E Y   R E S E A R C H**

**October 25, 2013**
**Shire PLC**

Exhibit 7
**Global pharmaceuticals valuation comparison table**

| Europe | Forward P/E Multiple | | | | | CAGR 14-17e | FY 13 divi yield | Market Cap ($bn) |
|---|---|---|---|---|---|---|---|---|
| | FY13e | FY14e | FY15e | FY16e | FY17e | | | |
| AstraZeneca | 9.6x | 11.1x | 11.4x | 11.2x | 10.4x | 2% | 5.5% e | 64.4 |
| Bayer | 15.6x | 13.9x | 12.4x | 11.3x | 10.5x | 11% | 2.3% e | 97.5 |
| GlaxoSmithKline* | 13.8x | 12.7x | 11.6x | 10.7x | 10.1x | 8% | 4.9% e | 124.9 |
| Novartis* | 14.9x | 13.8x | 12.6x | 12.1x | 11.2x | 7% | 3.7% e | 203.8 |
| Novo Nordisk* | 20.0x | 18.1x | 15.9x | 13.8x | 12.4x | 14% | 2.3% e | 77.4 |
| Roche* | 16.2x | 15.1x | 14.1x | 13.3x | 12.5x | 7% | 3.2% e | 189.4 |
| Sanofi | 14.0x | 12.7x | 11.2x | 10.1x | 9.0x | 12% | 4.0% e | 130.5 |
| Shire | 18.7x | 14.9x | 13.2x | 12.5x | 10.3x | 13% | 0.4% e | 26.4 |
| UCB* | 24.8x | 20.5x | 16.1x | 13.1x | 10.5x | 25% | 2.2% e | 11.7 |
| | | | | | | | | |
| Europe Large Cap Average | 15.0x | 13.9x | 12.7x | 11.8x | 10.9x | 8% | 3.3% | |
| EPS growth | | 8% | 10% | 7% | 8% | | | |

Note: * denotes non-covered companies and consensus data

| US | Forward P/E Multiple | | | | | CAGR 14-17e | | |
|---|---|---|---|---|---|---|---|---|
| | FY13e | FY14e | FY15e | FY16e | FY17e | | | |
| AbbVie | 14.8x | 14.7x | 11.8x | 11.2x | 10.8x | 11% | 3.5% e | 74.5 |
| BMS | 27.7x | 26.8x | 31.9x | 24.4x | 18.0x | 14% | 2.9% e | 78.4 |
| Eli Lilly | 11.9x | 17.4x | 17.4x | 14.3x | 12.7x | -6% | 4.0% e | 53.2 |
| Merck | 13.4x | 12.5x | 13.0x | 13.3x | 13.4x | -2% | 3.7% e | 140.7 |
| Pfizer | 13.6x | 12.7x | 12.4x | 11.8x | 10.7x | 5% | 3.3% e | 208.9 |
| | | | | | | | | |
| US Average | 18.0x | 17.7x | 18.1x | 16.3x | 14.6x | 3% | 2.0% | |
| EPS growth | 17% | 1% | -2% | 11% | 12% | | | |

| Japan | Forward P/E Multiple | | | | | CAGR 14-17e | | |
|---|---|---|---|---|---|---|---|---|
| | FY13e | FY14e | FY15e | FY16e | FY17e | | | |
| Astellas | 18.1x | 16.0x | 14.2x | 12.7x | | | 2.6% e | 23.6 |
| Chugai | 22.1x | 22.1x | 18.6x | 16.4x | 15.0x | 14% | 2.2% e | 11.3 |
| Daiichi Sankyo | 19.0x | 15.6x | 13.2x | 18.1x | | | 3.4% e | 12.8 |
| Otsuka | 9.7x | 9.3x | 20.1x | 19.9x | | | 2.4% e | 15.3 |
| Takeda | 29.6x | 22.5x | 18.3x | 15.9x | | | 3.8% e | 37.5 |
| | | | | | | | | |
| Japan Average | 21.7x | 18.1x | 17.0x | 16.1x | | | 3.1% | |
| EPS growth | | 4% | 20% | 6% | 6% | | | |
| | | | | | | | | |
| GLOBAL Average | 16.4x | 15.4x | 14.7x | 13.5x | | | | |
| EPS growth | | 13% | 6% | 5% | 9% | | | |

Source: Thomson Reuters, Morgan Stanley Research estimates

**6**

# Morgan Stanley

**MORGAN STANLEY RESEARCH EUROPE**

Morgan Stanley & Co. International plc+

**Amy L Walker**
Amy.Walker@morganstanley.com
+44 (0)20 7425 6602

**Chris Eccles**
Chris.Eccles@morganstanley.com
+44 (0)20 7425 2272

November 5, 2013

# Shire PLC
## Positive pipeline momentum

**Stock Rating**
**Overweight**

**Industry View**
**Attractive**

**Shire today delivered positive pipeline news, following the recent strong earnings momentum provided at Q3 results. Shire is our top pick in EU pharma as one of the few names to offer both earnings and pipeline momentum, in our view.**

**Positive results for Vyvanse in BED:** Shire reported positive top line data today for key ADHD drug Vyvanse in a new indication, binge eating disorder (BED). Vyvanse demonstrated statistical superiority (p-val <0.001) vs placebo in two PhIII trials. The primary end point for both studies was the change from baseline to weeks 11-12 in the number of binge days per week. According to Shire, Vyvanse was also statistically superior to placebo on the key secondary efficacy endpoints analyzed to date for both studies. The rate of severe adverse events was small (c1%). We expected this data to read out in Q1'14, and we see the positive outcome and early read-out as supportive for the stock.

**Supportive of CEO's plan to "re-brand" Vyvanse:** We estimate an NPV of 250p for Vyvanse in the combined BED and major depression indications (MDD data due H1'14). CEO Ornskov outlined his strategy at a recent lunch to re-brand Vyvanse as a "psychiatric molecule" through an expanded label, in order to drive a premium position in the market place. We see this as essential to Shire's growth strategy, given i) Vyvanse accounts for c65% of top line growth through 2018 on our estimates and ii) the drug's key ADHD indication is becoming increasingly genericised. However, in our view the key challenge in the new non-ADHD indications will be commercialization, given the poor performance vs expectations from other eating disorder treatments including Qysmia and Belviq in obesity.

**Positive movement in pipeline newsflow:** Top line data from the OPUSII study for lifitegrast (dry eye) is now expected by end 2013, vs Q1'14 previously. We see an NPV of 250p for lifitegrast (see Eyeballing lifitegrast Oct 8th). Positive pipeline momentum and diversification away from Vyvanse are key to the Shire story, in our view. Today's update cements our confidence in Shire's ability to deliver on both fronts.

## Key Ratios and Statistics

**Reuters: SHP.L  Bloomberg: SHP LN  ADS: SHPGY.O**
**Pharmaceuticals** / United Kingdom

| | |
|---|---:|
| Price target | **3,180p** |
| Shr price, close (Nov 4, 2013) | 2,820p |
| 52-Week Range | 2,885-1,715p |
| Mkt cap, curr (mn) | US$26,722 |
| Net debt (12/13e) (mn)* | US$(1,008) |
| EV, curr (mn)* | US$26,323 |

* = GAAP or approximated based on GAAP

| Fiscal Year ending | 12/12 | 12/13e | 12/14e | 12/15e |
|---|---:|---:|---:|---:|
| Revenue (US$ mn)** | 4,681 | 4,987 | 5,391 | 5,628 |
| EBITDA (US$ mn)** | 1,390 | 1,853 | 2,226 | 2,470 |
| EBIT (US$ mn)** | 1,082 | 1,496 | 1,857 | 2,088 |
| **EPS (US$)**** | **2.03** | **2.38** | **2.98** | **3.36** |
| ModelWare EPS (US$) | 1.37 | 1.97 | 2.56 | 2.94 |
| **Consensus EPS (US$)§** | **2.02** | **2.48** | **3.07** | **3.35** |
| P/E** | 15.1 | 18.9 | 15.1 | 13.4 |
| EV/revenue* | 3.8 | 5.1 | 4.5 | 4.0 |
| EV/EBITDA** | 12.8 | 13.8 | 10.8 | 9.1 |
| EV/EBIT** | 16.4 | 17.1 | 13.0 | 10.8 |
| Div per shr (US$) | 0.16 | 0.18 | 0.20 | 0.23 |
| Div yld (%) | 0.5 | 0.4 | 0.5 | 0.5 |
| FCF yld ratio (%)** | 6.6 | 3.7 | 6.1 | 6.9 |
| Net debt (US$ mn)* | (399) | (1,008) | (2,255) | (3,893) |
| Net debt/EBITDA** | NM | NM | NM | NM |
| RNOA (%)** | 20.2 | 28.1 | 32.5 | 37.2 |
| ROE (%)** | 37.9 | 36.6 | 36.5 | 32.6 |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework (please see explanation later in this note).
** = Based on consensus methodology
§ = Consensus data is provided by Thomson Reuters Estimates.
* = GAAP or approximated based on GAAP
e = Morgan Stanley Research estimates

Morgan Stanley & Co. International plc is a corporate broker to Shire PLC.

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

**For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.**

+= Analysts employed by non-U.S. affiliates are not registered with FINRA, may not be associated persons of the member and may not be subject to NASD/NYSE restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

# Morgan Stanley

**M O R G A N   S T A N L E Y   R E S E A R C H**

November 5, 2013
Shire PLC

Exhibit 1
## Sector P/E Valuation

| | Share Price | | FY13e | FY14e | FY15e | FY16e | FY17e | CAGR 14-17e |
|---|---|---|---|---|---|---|---|---|
| | | | | Forward P/E Multiple | | | | |
| **AstraZeneca** | 32.88 GBp | MSe | 9.9x | 11.3x | 11.6x | 11.4x | 10.6x | 2% |
| | | Consensus | 10.3x | 11.2x | 11.4x | 11.3x | 12.6x | -4% |
| **Bayer** | 92.65 | MSe | 16.2x | 14.6x | 13.1x | 12.0x | 11.1x | 9% |
| | | Consensus | 16.3x | 14.4x | 12.8x | 11.4x | 10.5x | 11% |
| **GlaxoSmithKline** | 16.57 GBp | Consensus | 14.5x | 13.5x | 12.2x | 11.3x | 10.7x | 8% |
| **Merck KGaA** | 123.24 | MSe | 14.3x | 13.9x | 13.3x | 12.5x | 12.5x | 4% |
| | | Consensus | 14.1x | 13.6x | 13.2x | 12.4x | 11.8x | 5% |
| **Novartis** | 70.10 CHF | Consensus | 15.1x | 14.0x | 12.9x | 12.4x | 11.4x | 7% |
| **Novo Nordisk** | 923.00 | Consensus | 19.5x | 17.7x | 15.6x | 13.5x | 12.1x | 14% |
| **Roche** | 252.70 | Consensus | 16.9x | 15.7x | 14.6x | 13.9x | 12.9x | 7% |
| **Sanofi** | 77.96 | MSe | 15.5x | 13.9x | 12.3x | 11.2x | 10.2x | 11% |
| | | Consensus | 15.0x | 13.3x | 12.0x | 11.0x | 10.3x | 9% |
| **Shire** | 28.20 GBp | MSe | 18.9x | 15.1x | 13.4x | 12.6x | 10.5x | 13% |
| | | Consensus | 18.1x | 14.6x | 13.4x | 11.5x | 10.0x | 13% |
| **UCB** | 48.68 | Consensus | 25.9x | 21.4x | 16.8x | 13.8x | 11.0x | 25% |

| | | | | | | | |
|---|---|---|---|---|---|---|
| **Sector Average** | **Consensus** | **15.5x** | **14.3x** | **13.1x** | **12.2x** | **11.5x** |
| *EPS growth* | | *1%* | *8%* | *9%* | *7%* | *6%* |
| **Sector Average (ex-Novo)** | **Consensus** | **15.2x** | **14.0x** | **12.9x** | **12.1x** | **11.4x** |
| *EPS growth* | | *-2%* | *8%* | *9%* | *6%* | *6%* |

*Share price = closing price 04/11/2013  *Average multiples are weighted by market cap*
*Large cap defined as AZN, BAYG, SASY*

Source: Thomson, Company Data, Morgan Stanley Research estimates

## Valuation Methodology and Risks to PT

Our price target is £31.80/share.  Price target is based on a 2014 target P/E of 17.3x (a premium to EU Pharma to reflect stronger growth). Our base/bull/bear case valuations are derived from DCF analysis; WACC 8.5% and g -5%.

**Upside Risks** include: higher than expected CAGR revenue growth, higher than expected EBIT margin and de-risking of pipeline assets.

**Downside risks** include: Vyvanse label expansion fails, late stage pipeline failure and 50% odds of Shire having to settle early with generics on Vyvanse in 2018.

# Morgan Stanley

**MORGAN STANLEY RESEARCH EUROPE**

Morgan Stanley & Co. International plc+

**Amy L Walker**
Amy.Walker@morganstanley.com
+44 (0)20 7425 6602

**Chris Eccles**
Chris.Eccles@morganstanley.com
+44 (0)20 7425 2272

November 11, 2013

# Shire PLC
## Deal cements strategy

Stock Rating
++

Industry View
**Attractive**

**Shire has announced that it will acquire US-listed ViroPharma to strengthen its rare disease portfolio. Including synergies, Shire sees 5% near-term EPS accretion and double-digits thereafter.**

**$4.2bn deal to acquire ViroPharma:** Shire announced today that it will acquire ViroPharma, a US-listed pharma company, for $4.2bn in an all-cash deal. The $50/share price represents a 27% premium to ViroPharma's share price at Friday's close. Shire has secured a $2.6bn short-term bank facility, and has an existing $1.2bn revolving credit facility and $1.7bn in cash and cash equivalents available to finance the transaction. The deal is subject to anti-trust authority clearances, and we understand Shire expects the deal to close around 1Q14.

**Immediate EPS accretion and positive return:** We estimate that Shire should achieve non-GAAP EPS accretion of 5-10% in 2014-16 on the deal, assuming a 20% tax rate, a 65/35 debt cash split and 100% retention of the $150m targeted synergies. This agrees with Shire's accretion range given on the conference call this morning. Shire also expects the transaction to deliver an ROIC in excess of WACC, which our estimates suggest would be achieved in 2017. The $4.2bn EV represents a c10x 2012 EV/sales multiple, though we note Reuters forecasts for ViroPharma suggest a top-line CAGR of >20% in 2013-16.

**Strategic rationale:** ViroPharma's main product, Cinryze, is indicated for the prophylactic treatment of hereditary angioedema (HAE). Shire's existing product Firazyr is indicated for patients with the active disease, and Shire sees good complementarity between the two products. Shire has announced a synergy target of $150m, which equates to c60% of ViroPharma's 2012 combined SG&A and R&D expense. By virtue of its existing exposure to HAE, Shire already has supportive infrastructure for the products. Some questions remain, however, over potential anti-trust concerns, and the possibility of cannibalisation of some Firazyr revenues by Cinryze sales.

## Key Ratios and Statistics

**Reuters: SHP.L  Bloomberg: SHP LN  ADS: SHPGY.O**
**Pharmaceuticals** / United Kingdom

| | |
|---|---|
| Price target | ++ |
| Shr price, close (Nov 8, 2013) | 2,796p |
| 52-Week Range | 2,892-1,715p |
| Mkt cap, curr (mn) | US$26,576 |
| Net debt (12/13e) (mn)* | US$(1,008) |
| EV, curr (mn)* | US$26,176 |

* = GAAP or approximated based on GAAP
e = Morgan Stanley Research estimates

Morgan Stanley & Co. International plc is a corporate broker to Shire PLC.

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

**For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.**

+= Analysts employed by non-U.S. affiliates are not registered with FINRA, may not be associated persons of the member and may not be subject to NASD/NYSE restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

# Morgan Stanley

**MORGAN STANLEY RESEARCH**

November 11, 2013
Shire PLC

Exhibit 1
## Sector P/E Valuation

| | Share Price | | Forward P/E Multiple | | | | | CAGR 14-17e |
|---|---|---|---|---|---|---|---|---|
| | | | FY13e | FY14e | FY15e | FY16e | FY17e | |
| *AstraZeneca* | 32.78 GBp | MSe | 9.9x | 11.3x | 11.6x | 11.4x | 10.6x | 2% |
| | | Consensus | 10.3x | 11.1x | 11.3x | 11.3x | 12.6x | -4% |
| *Bayer* | 93.79 | MSe | 16.4x | 14.7x | 13.2x | 12.1x | 11.2x | 9% |
| | | Consensus | 16.5x | 14.6x | 13.0x | 11.6x | 10.7x | 11% |
| *GlaxoSmithKline* | 16.48 GBp | Consensus | 14.5x | 13.4x | 12.2x | 11.3x | 10.7x | 8% |
| *Merck KGaA* | 123.00 | MSe | 14.2x | 13.8x | 13.3x | 12.5x | 12.4x | 4% |
| | | Consensus | 14.1x | 13.6x | 13.2x | 12.3x | 11.8x | 5% |
| *Novartis* | 70.95 CHF | Consensus | 15.3x | 14.2x | 12.9x | 12.2x | 11.4x | 7% |
| *Novo Nordisk* | 943.00 | Consensus | 20.0x | 18.1x | 16.0x | 13.8x | 12.3x | 14% |
| *Roche* | 251.70 | Consensus | 16.8x | 15.7x | 14.6x | 13.9x | 12.9x | 7% |
| *Sanofi* | 78.02 | MSe | 15.5x | 14.0x | 12.3x | 11.3x | 10.2x | 11% |
| | | Consensus | 15.1x | 13.4x | 12.0x | 11.1x | 10.3x | 9% |
| *Shire* | 27.96 GBp | MSe | 18.8x | 15.0x | 13.3x | 12.6x | 10.4x | 13% |
| | | Consensus | 17.9x | 14.5x | 13.4x | 11.4x | 10.0x | 13% |
| *UCB* | 48.87 | Consensus | 26.1x | 21.5x | 16.9x | 13.9x | 11.0x | 25% |

| | | | | | | | |
|---|---|---|---|---|---|---|
| Sector Average | Consensus | 15.6x | 14.4x | 13.2x | 12.3x | 11.5x |
| *EPS growth* | | *0%* | *8%* | *10%* | *7%* | *6%* |
| Sector Average (ex-Novo) | Consensus | 15.2x | 14.1x | 12.9x | 12.1x | 11.5x |
| *EPS growth* | | *-2%* | *8%* | *9%* | *6%* | *6%* |

*Share price = closing price 08/11/2013   *Average multiples are weighted by market cap*

Source: Thomson Reuters, Company Data, Morgan Stanley Research estimates (e)

*Morgan Stanley & Co. International plc is currently acting as financial advisor to Shire plc ("Shire") with respect to Shire's announced acquisition of ViroPharma Incorporated ("ViroPharma"). The proposed offer is subject to the consummation of the tender offer for shares of ViroPharma, required regulatory approvals and other customary closing conditions. This report and the information provided herein is also not intended to (i) provide advice with respect to the tender offer, (ii) serve as an endorsement of the tender offer, or (iii) result in the procurement, withholding or revocation of a tender in the exchange or any other action by a security holder. Please refer to the notes at the end of the report.*

# Morgan Stanley

**MORGAN STANLEY RESEARCH EUROPE**

Morgan Stanley & Co. International plc+

**Amy L Walker**
Amy.Walker@morganstanley.com
+44 (0)20 7425 6602

**Chris Eccles**
Chris.Eccles@morganstanley.com
+44 (0)20 7425 2272

December 6, 2013

# Shire PLC

## OPUSII trial data a mixed bag

**Stock Rating**
**++**

**Industry View**
**Attractive**

**Shire released results from the PhIII OPUSII trial for dry eye asset lifitegrast overnight. Whilst only one co-primary end point was met in this trial, lifitegrast has met both co-primary end points across the combined OPUSI and OPUSII program. We estimate lifitegrast peak sales $0.8bn and NPV 250p.**

**Lifitegrast is the first drug to meet a dry eye symptom end point in a PhIII trial:** OPUSII demonstrated superiority vs placebo in the co-primary end-pt for the patient-reported symptom of eye dryness (change in Eye Dryness Score from baseline to week 12, p<0.0001). This is the first dry eye drug to meet a symptom end-pt in a PhIII clinical trial. In the earlier OPUSI PhIII study, lifitegrast failed to meet the symptom co-primary end point.

**But OPUSII did not duplicate the OPUSI trial's success in the sign end-pt:** The 2nd co-primary end point for the sign of inferior corneal staining score was not met in OPUSII (P=0.6186). The sign end point was however met in the previous OPUSI trial (p=0.0007). Therefore lifitegrast has met both a sign and a symptom end-pt across the combined PIII OPUS program. Our conversations with investors suggest the market was concerned about the OPUSII read-out. Most investors we spoke with, however, were concerned OPUSII would fail the same symptom end-pt as OPUSI.

**Key opinion leaders opined drug should be approvable if both end points are met** (see our note *Eyeballing lifitegrast: +ve feedback from expert lunch*). However, it remains to be seen how the FDA will view lifitegrast's failure to meet both end points in a single trial across a consistent patient sample. We note that dry eye is an area of high unmet medical need with only one side-effect prone prescription medication currently approved. Despite that, 14 other candidate drugs have failed to gain FDA approval, though importantly none met a symptom end pt in a PhIII trial as lifitegrast has.

## Key Ratios and Statistics

**Reuters: SHP.L  Bloomberg: SHP LN  ADS: SHPGY.O**
**Pharmaceuticals** / United Kingdom

| | |
|---|---|
| **Price target** | **++** |
| Shr price, close (Dec 4, 2013) | 2,654p |
| 52-Week Range | 2,939-1,802p |
| Mkt cap, curr (mn) | US$25,804 |
| Net debt (12/13e) (mn)* | US$(1,007) |
| EV, curr (mn)* | US$25,405 |

* = GAAP or approximated based on GAAP

| Fiscal Year ending | 12/12 | 12/13e | 12/14e | 12/15e |
|---|---|---|---|---|
| Revenue (US$ mn)** | 4,681 | 4,987 | 5,746 | 6,225 |
| EBITDA (US$ mn)** | 1,390 | 1,853 | 2,337 | 2,824 |
| EBIT (US$ mn)** | 1,082 | 1,496 | 1,928 | 2,361 |
| **EPS (US$)**** | **2.03** | **2.38** | **3.08** | **3.75** |
| ModelWare EPS (US$)# | 1.37 | 1.97 | 2.60 | 3.26 |
| **Consensus EPS (US$)§** | **2.02** | **2.37** | **2.85** | **3.13** |
| P/E** | 15.1 | 18.3 | 14.1 | 11.6 |
| EV/revenue* | 3.8 | 4.9 | 4.8 | 4.1 |
| EV/EBITDA** | 12.8 | 13.3 | 11.7 | 9.1 |
| EV/EBIT** | 16.4 | 16.5 | 14.2 | 10.8 |
| Div per shr (US$) | 0.16 | 0.18 | 0.20 | 0.23 |
| Div yld (%) | 0.5 | 0.4 | 0.5 | 0.5 |
| FCF yld ratio (%)** | 6.6 | 3.9 | (8.3) | 7.9 |
| Net debt (US$ mn)* | (399) | (1,007) | 1,982 | 146 |
| Net debt/EBITDA** | NM | NM | 0.8 | 0.1 |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework (please see explanation later in this note).
** = Based on consensus methodology
# = Our pension accounting has changed in ModelWare, which will affect ModelWare EPS figures for some stocks under coverage. Visit www.ms.com/mw.pdf for details
§ = Consensus data is provided by Thomson Reuters Estimates.
* = GAAP or approximated based on GAAP
e = Morgan Stanley Research estimates
++ = Stock Rating, Price Target or Estimates are not available or have been removed due to applicable law and/or Morgan Stanley policy.

Morgan Stanley & Co. International plc is a corporate broker to Shire PLC.

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

**For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.**

+= Analysts employed by non-U.S. affiliates are not registered with FINRA, may not be associated persons of the member and may not be subject to NASD/NYSE restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

# Morgan Stanley

**MORGAN STANLEY RESEARCH**

December 6, 2013
Shire PLC

Exhibit 1
## Sector P/E Valuation

| | Share Price | | Forward P/E Multiple | | | | | |
| | | | FY13e | FY14e | FY15e | FY16e | FY17e | CAGR 14-17e |
|---|---|---|---|---|---|---|---|---|
| *AstraZeneca* | 34.78 GBp | MSe | 11.2x | 13.0x | 13.6x | 13.7x | 12.5x | 1% |
| | | Consensus | 11.2x | 12.2x | 12.4x | 12.4x | 13.7x | -4% |
| *Bayer* | 94.76 | MSe | 16.6x | 14.9x | 13.4x | 12.3x | 11.4x | 9% |
| | | Consensus | 16.6x | 14.8x | 13.1x | 11.7x | 10.8x | 11% |
| *GlaxoSmithKline* | 15.93 GBp | Consensus | 14.1x | 13.1x | 12.0x | 10.9x | 10.4x | 8% |
| *Merck KGaA* | 124.12 | MSe | 14.1x | 13.8x | 13.3x | 12.6x | 12.5x | 3% |
| | | Consensus | 14.1x | 13.6x | 13.2x | 12.3x | 11.8x | 5% |
| *Novartis* | 70.65 CHF | Consensus | 15.3x | 14.2x | 13.1x | 12.4x | 11.8x | 7% |
| *Novo Nordisk* | 974.50 | Consensus | 20.6x | 18.8x | 16.6x | 14.4x | 12.8x | 14% |
| *Roche* | 244.60 | Consensus | 16.4x | 15.3x | 14.2x | 13.5x | 12.7x | 6% |
| *Sanofi* | 74.92 | MSe | 14.9x | 13.4x | 11.8x | 10.8x | 9.8x | 11% |
| | | Consensus | 14.7x | 13.1x | 11.8x | 10.7x | 10.0x | 10% |
| *Shire* | 26.54 GBp | MSe | 18.2x | 14.1x | 11.6x | 10.8x | 9.2x | 15% |
| | | Consensus | 18.3x | 15.2x | 13.9x | 12.3x | 11.4x | 10% |
| *UCB* | 48.88 | Consensus | 26.1x | 21.5x | 16.9x | 13.9x | 11.1x | 24% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sector Average | | Consensus | 15.5x | 14.4x | 13.2x | 12.3x | 11.6x | 7% |
| *EPS growth* | | | 0% | 8% | 9% | 8% | 6% | |
| Sector Average (ex-Novo) | | Consensus | 15.1x | 14.0x | 12.9x | 12.1x | 11.5x | 7% |
| *EPS growth* | | | -2% | 8% | 9% | 7% | 5% | |

*Share price = closing price 04/12/2013  *Average multiples are weighted by market cap*

Source: Thomson Reuters, Morgan Stanley Research

*Morgan Stanley & Co. International plc is currently acting as financial advisor to Shire plc ("Shire") with respect to Shire's announced acquisition of ViroPharma Incorporated ("ViroPharma"). The proposed offer is subject to the consummation of the tender offer for shares of ViroPharma, required regulatory approvals and other customary closing conditions. This report and the information provided herein is also not intended to (i) provide advice with respect to the tender offer, (ii) serve as an endorsement of the tender offer, or (iii) result in the procurement, withholding or revocation of a tender in the exchange or any other action by a security holder. Please refer to the notes at the end of the report*

# Morgan Stanley

**MORGAN STANLEY RESEARCH EUROPE**

Morgan Stanley & Co. International plc+

**Amy L Walker**
Amy.Walker@morganstanley.com
+44 (0)20 7425 6602

**Chris Eccles**
Chris.Eccles@morganstanley.com
+44 (0)20 7425 2272

January 17, 2014

# Shire PLC

## Divesting Dermagraft removes a drag on earnings

**Stock Rating**
**++**

**Industry View**
**Attractive**

**Shire announced today it will divest troubled asset Dermagraft. Shire will take a $650m exceptional charge and retains some legacy liabilities. But we view the deal as a positive for non-GAAP earnings, as we estimate Dermagraft would have been ~7% dilutive to non-GAAP EPS in FY13. The announcement also suggests Shire is executing on its strategy to focus on its strongest products.**

**Deal positive for non-GAAP earnings …:** Dermagraft (for treatment of non-diabetic foot ulcers) delivered a non-GAAP operating loss of $81m in 9M13. On a full year basis, we estimate Dermagraft would have had a ~7% negative impact on FY13 non-GAAP EPS. While we had forecast a modest improvement in Dermagraft profitability in 2014, we had expected it to remain significantly dilutive to margins. We therefore see today's announcement of the divestment of Dermagraft to Organogenesis Inc. as a positive for earnings.

**… but $650m write-down and retained liabilities:** Shire will take a $650m impairment charge against Dermagraft in Q413, which will be booked as an exceptional loss and will not impact non-GAAP EPS. We note Shire also retains legacy liabilities relating to Dermagraft, including a previously announced DoJ investigation into sales and marketing practices. Shire will receive no upfront payment for the deal, but is entitled to up to $300m of cash milestone payments if certain sales targets (ranging from $70-250m) are met by 2018. Our model carries Dermagraft sales of $120-130m per annum over this period.

**Shifting focus away from dilutive assets:** Allocating resources around Shire's strongest products and investing in credible growth platforms are key elements of new CEO Ornskov's strategy. Today's announcement suggests that Shire is executing on this strategy.

### Key Ratios and Statistics

Reuters: SHP.L  Bloomberg: SHP LN  ADS: SHPGY.O
**Pharmaceuticals** / United Kingdom

| | |
|---|---|
| **Price target** | **++** |
| Shr price, close (Jan 16, 2014) | 2,985p |
| 52-Week Range | 2,995-1,853p |
| Mkt cap, curr (mn)* | US$28,971 |
| Net debt (12/13e) (mn)* | US$(1,007) |
| EV, curr (mn)* | US$28,572 |

\* = GAAP or approximated based on GAAP
e = Morgan Stanley Research estimates

Morgan Stanley & Co. International plc is a corporate broker to Shire PLC.

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

**For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.**

+= Analysts employed by non-U.S. affiliates are not registered with FINRA, may not be associated persons of the member and may not be subject to NASD/NYSE restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

# Morgan Stanley

MORGAN STANLEY RESEARCH

January 17, 2014
Shire PLC

Exhibit 1
## European Pharma: sector valuation

| | Share Price | | Forward P/E Multiple | | | | | CAGR 14-17e |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | FY13e | FY14e | FY15e | FY16e | FY17e | |
| *AstraZeneca* | 38.74 GBp | MSe | 12.5x | 14.4x | 14.2x | 13.2x | 12.6x | 5% |
| | | Consensus | 12.7x | 13.9x | 14.2x | 14.0x | 15.3x | -3% |
| *Bayer* | 101.30 | MSe | 17.8x | 15.6x | 13.9x | 12.7x | 11.8x | 10% |
| | | Consensus | 17.7x | 15.6x | 13.9x | 12.4x | 11.6x | 11% |
| *GlaxoSmithKline* | 16.35 GBp | Consensus | 14.5x | 13.6x | 12.4x | 11.5x | 10.9x | 7% |
| *Merck KGaA* | 132.48 | MSe | 14.9x | 14.4x | 13.6x | 12.7x | 12.6x | 5% |
| | | Consensus | 15.0x | 14.4x | 13.9x | 12.6x | 12.3x | 5% |
| *Novartis* | 74.00 CHF | Consensus | 16.2x | 15.1x | 13.8x | 13.2x | 12.3x | 7% |
| *Novo Nordisk* | 210.40 | Consensus | 22.3x | 20.3x | 17.9x | 15.7x | 14.0x | 13% |
| *Roche* | 251.80 | Consensus | 17.0x | 15.8x | 14.7x | 14.0x | 13.0x | 7% |
| *Sanofi* | 75.02 | MSe | 14.9x | 13.5x | 12.0x | 11.0x | 9.9x | 11% |
| | | Consensus | 14.8x | 13.4x | 12.1x | 11.0x | 10.3x | 9% |
| *Shire* | 29.85 GBp | MSe | 20.5x | 15.8x | 13.0x | 12.1x | 10.4x | 15% |
| | | Consensus | 20.5x | 17.3x | 16.2x | 14.4x | 13.2x | 9% |
| *UCB* | 53.08 | Consensus | 28.4x | 23.8x | 18.7x | 15.1x | 12.1x | 25% |

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Sector Average | | Consensus | 16.4x | 15.2x | 14.0x | 13.0x | 12.3x | 7% |
| *EPS growth* | | | *-12%* | *7%* | *9%* | *7%* | *7%* | |
| Sector Average (ex-Novo) | | Consensus | 15.8x | 14.7x | 13.6x | 12.7x | 12.1x | 7% |
| *EPS growth* | | | *-3%* | *7%* | *9%* | *7%* | *5%* | |

Source: Thomson Reuters, Morgan Stanley Research

*Morgan Stanley & Co. International plc is currently acting as financial advisor to Shire plc ("Shire") with respect to Shire's announced acquisition of ViroPharma Incorporated ("ViroPharma"). The proposed offer is subject to the consummation of the tender offer for shares of ViroPharma, required regulatory approvals and other customary closing conditions. This report and the information provided herein is also not intended to (i) provide advice with respect to the tender offer, (ii) serve as an endorsement of the tender offer, or (iii) result in the procurement, withholding or revocation of a tender in the exchange or any other action by a security holder. Please refer to the notes at the end of the report*

# Morgan Stanley

**MORGAN STANLEY RESEARCH**
**EUROPE**

Morgan Stanley & Co. International plc+

**Amy L Walker**
Amy.Walker@morganstanley.com
+44 (0)20 7425 6602

**Vincent Meunier**
Vincent.Meunier@morganstanley.com
+44 20 7425 8273

**Chris Eccles**
Chris.Eccles@morganstanley.com
+44 (0)20 7425 2272

May 1, 2014

# Shire PLC

## 1Q14 bottom-line beat, guidance raised

Stock Rating
**Overweight**

Industry View
**Attractive**

**Shire delivered a 6% beat vs consensus EPS, all driven by lower opex. Sales were 3% light, but largely due to one-offs. Shire is the only EU pharma stock to raise FY14 guidance thus far, implying low to mid-single digit upside to current FY14 cons EPS. We still like the Shire earnings momentum story, though unconfirmed press reports on potential M&A could drive some volatility near term.**

**6% non-GAAP EPS beat driven by cost savings:** 1Q14 EPS of $2.36 was a 6% beat vs consensus (10%vs MSe). Product sales came in 3% lower than cons (see below). The 6-7% operating profit and EPS beats vs consensus were driven by $70m lower operating expenses – SG&A was $35m/9% lower than consensus, R&D $36m/16% below. This was due to the One Shire restructuring program and the roll-off of R&D costs from the end of Ph3 trials for Vyvanse (ADHD) extended indications. These savings more than compensated for the costs acquired with Viropharma.

**But top line is more robust than headline number suggests:** Sales of $1308m were $35m below consensus. $10m of this was destocking in Lialda. We understand that the remainder was a combination of pull-forward into Q413 from phasing of shipments to Brazil (rare diseases) and higher gross-to-net (Intuniv). We note that Vyvanse grew 18% yoy in the quarter, coming in modestly (2%) above consensus.

**Guidance increase implies upside to FY14 consensus EPS:** Shire now expects mid-to-high twenty percent growth for FY14 non-GAAP EPS, vs a ~23% increase previously. Current consensus forecasts imply 25% growth, the low end of the new range. The increase is mainly due to Shire's new guidance for a 4-6% increase in combined SG&A and R&D spend, vs 6-8% previously (cons currently has 7%). This represents a saving of $46m or 2.5% of 2013 PBT. We expect further upside from flex in other areas of the P&L guidance e.g. total revenues. (continued next page)

## Key Ratios and Statistics

**Reuters: SHP.L  Bloomberg: SHP LN  ADS: SHPGY.O**
**Pharmaceuticals** / United Kingdom

| | |
|---|---:|
| **Price target** | **3,370p** |
| Shr price, close (Apr 30, 2014) | 3,378p |
| 52-Week Range | 3,444-1,853p |
| Mkt cap, curr (mn) | US$33,639 |
| Net debt (12/14e) (mn)* | US$206 |
| EV, curr (mn)* | US$31,378 |

\* = GAAP or approximated based on GAAP

| Fiscal Year ending | 12/13 | 12/14e | 12/15e | 12/16e |
|---|---:|---:|---:|---:|
| Revenue (US$ mn)** | 4,934 | 5,724 | 6,165 | 6,693 |
| EBITDA (US$ mn)** | 2,005 | 2,414 | 2,901 | 3,179 |
| EBIT (US$ mn)** | 1,681 | 2,005 | 2,450 | 2,777 |
| EPS (US$)** | 2.55 | 3.10 | 3.73 | 4.08 |
| **ModelWare EPS (US$)** | **2.25** | **2.63** | **3.26** | **3.72** |
| **Consensus EPS (US$)§** | **2.41** | **3.20** | **3.50** | **3.87** |
| P/E** | 18.5 | 18.4 | 15.3 | 14.0 |
| EV/revenue* | 5.2 | 5.9 | 5.2 | 4.5 |
| EV/EBITDA** | 12.8 | 14.0 | 11.1 | 9.4 |
| EV/EBIT** | 15.2 | 16.9 | 13.1 | 10.8 |
| Div per shr (US$) | 0.19 | 0.22 | 0.26 | 0.29 |
| Div yld (%) | 0.4 | 0.4 | 0.4 | 0.5 |
| FCF yld ratio (%)** | 7.7 | (5.2) | 5.4 | 7.0 |
| Net debt (US$ mn)* | (2,262) | 206 | (1,593) | (3,935) |
| Net debt/EBITDA** | NM | 0.1 | NM | NM |
| RNOA (%)** | 31.6 | 37.8 | 22.3 | 24.9 |
| ROE (%)** | 39.5 | 34.2 | 32.2 | 27.6 |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework (please see explanation later in this note).
** = Based on consensus methodology
§ = Consensus data is provided by Thomson Reuters Estimates.
* = GAAP or approximated based on GAAP
e = Morgan Stanley Research estimates

Morgan Stanley & Co. International plc is a corporate broker to Shire PLC.

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

**For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.**

+= Analysts employed by non-U.S. affiliates are not registered with FINRA, may not be associated persons of the member and may not be subject to NASD/NYSE restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

# Morgan Stanley

Exhibit 2
## European pharma P/E multiple comparison

| | Share Price | | Forward P/E Multiple | | | | | CAGR 15-18e |
| | | | FY14e | FY15e | FY16e | FY17e | FY18e | |
|---|---|---|---|---|---|---|---|---|
| *AstraZeneca* | 46.64 GBp | MSe | NA | NA | NA | NA | NA | NA |
| | | Consensus | 18.5x | 18.7x | 19.3x | 19.9x | 17.7x | 2% |
| *Bayer* | 99.88 | MSe | 15.4x | 13.7x | 12.5x | 11.6x | 10.8x | 8% |
| | | Consensus | 16.4x | 14.5x | 13.3x | 11.7x | 11.3x | 9% |
| *GlaxoSmithKline* | 16.32 GBp | Consensus | 15.2x | 14.3x | 12.8x | 11.9x | 11.3x | 8% |
| *Merck KGaA* | 121.60 | MSe | 13.2x | 12.7x | 11.7x | 11.8x | 12.0x | 2% |
| | | Consensus | 13.3x | 12.8x | 12.1x | 11.6x | 11.2x | 5% |
| *Novartis* | 76.30 CHF | MSe | 17.2x | 16.3x | 15.0x | 14.0x | 13.0x | 8% |
| | | Consensus | 16.4x | 15.6x | 14.7x | 13.4x | 12.2x | 8% |
| *Novo Nordisk* | 242.70 | Consensus | 23.6x | 20.7x | 18.0x | 16.2x | 14.3x | 13% |
| *Roche* | 258.00 | MSe | 17.2x | 15.4x | 13.9x | 12.7x | 11.9x | 9% |
| | | Consensus | 17.3x | 16.1x | 15.0x | 14.2x | 13.3x | 7% |
| *Sanofi* | 78.02 | MSe | 15.4x | 13.9x | 12.7x | 11.3x | 10.5x | 10% |
| | | Consensus | 15.1x | 13.7x | 12.6x | 11.5x | 10.8x | 8% |
| *Shire* | 33.78 GBp | MSe | 18.4x | 15.3x | 14.0x | 12.0x | 11.4x | 10% |
| | | Consensus | 17.8x | 16.3x | 14.8x | 13.9x | 12.3x | 10% |
| *UCB* | 59.09 | Consensus | 29.1x | 22.7x | 19.0x | 14.4x | 13.5x | 19% |
| **Sector Average** | | **Consensus** | **17.1x** | **15.9x** | **14.8x** | **13.7x** | **12.7x** | **8%** |
| *EPS growth* | | | | 8% | 8% | 7% | 8% | |
| **Sector Average (ex-Novo)** | | **Consensus** | **16.4x** | **15.4x** | **14.4x** | **13.5x** | **12.5x** | **7%** |
| *EPS growth* | | | | 7% | 7% | 7% | 8% | |

*Average multiples are weighted by market cap*

Source: Thomson Reuters consensus, Morgan Stanley Research

## Valuation Methodology and Risks

Our price target is £33.70/share, derived from our DCF analysis; WACC 8.5% and g -5%.

**Upside Risks include:** higher than expected CAGR revenue growth, higher than expected EBIT margin, profitable balance sheet deployment and de-risking of pipeline assets.

**Downside risks include:** Vyvanse label expansion fails, failure to deliver on cost cutting targets, late stage pipeline failure and settling early with generics on Vyvanse in 2018.

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | A

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Very Good | Narrow | Biotechnology | Healthcare |

## Shire Remains Overvalued, Despite Dramatic Cost-Cutting and Significant Boost to Our Fair Value

See Page 6 for the full Analyst Note from 04 Nov 2013

Julie Stralow, CFA
julie.stralow@morningstar.com

Committee members voting on rating do not own securities issued by the company.

Credit Analysis as of 04 Nov 2013
Business Analysis as of 04 Nov 2013
Estimates as of 02 Nov 2013

Currency amounts expressed with "$" are in U.S. dollars (USD) unless otherwise denoted.

#### Contents

| | |
|---|---|
| Summary | 1 |
| Credit Analysis | 2 |
| Business Analysis | 4 |
| Analyst Notes | 6 |
| Morningstar Analyst Forecasts | 9 |
| Comparable Company Analysis | 12 |
| Methodology | 13 |

**Credit Perspective**   06 Jun 2013

We're keeping our credit rating for Shire at A. Its acquisition of Advanced BioHealing for $750 million in 2011 depleted most of its cash reserves at the time, but the company has built up its resources since then. At the end of March, Shire held $1.5 billion in cash and $1.1 billion in convertible debt due in 2014 on its balance sheet. We are glad to see the firm bolster its financial position significantly in the wake of that acquisition. However, in recent years, rumors have surrounded Shire considering an even larger acquisition. While those rumors have been unsubstantiated so far, we'll keep a very close eye on Shire's M&A strategy, as a large, debt-funded acquisition may cause us to cut our rating.

With its narrow economic moat, though, we like Shire's business prospects. Shire is best known for Adderall, its wildly successful ADHD drug franchise. However, after the latest version of that product, Adderall XR, started facing generic competition in 2009, Shire began successfully turning to new products to bolster results. Despite the contraction of the Adderall franchise, Shire still generated $373 million in free cash flow in 2009 and free cash flows rebounded substantially from that trough to $1.1 billion during the past twelve months. We expect continued growth in cash flow before Shire's debt comes due, as new ADHD drugs (Vyvanse and Intuniv) and a growing rare-disease drug portfolio help expand Shire's reach. Of note, we do not expect generic competition for Vyvanse until at least 2015, or after Shire's bonds mature, and in rare diseases, we especially like Shire's opportunities with Elaprase in Hunter syndrome and Replagal in Fabry disease.

### Credit Metrics (USD Mil)

| | 2011 | 2012 | 2013(E) | 2014(E) |
|---|---|---|---|---|
| Cash And Equivalents | 641 | 1,499 | 1,979 | 1,935 |
| Total Debt | 1,100 | 1,100 | 1,100 | — |
| Interest Expense | 39 | 38 | 38 | 13 |
| EBITDA | 1,440 | 1,264 | 1,830 | 2,090 |
| Debt to Book Capital | 0.3 | 0.2 | 0.2 | — |
| Quick Ratio | 0.7 | 1.7 | 1.2 | 2.0 |
| Debt to EBITDA | 0.8 | 0.9 | 0.6 | — |
| EBITDA to Interest Expense | 36.8 | 33.1 | 48.2 | 165.0 |

### Operating Summary (USD Mil)

| | 2011 | 2012 | 2013(E) | 2014(E) |
|---|---|---|---|---|
| Sales | 4,263 | 4,681 | 4,947 | 5,258 |
| % Change | 22.8 | 9.8 | 5.7 | 6.3 |
| EBIT | 1,153 | 956 | 1,522 | 1,783 |
| % Net Sales | 27.1 | 20.4 | 30.8 | 33.9 |
| Net Income | 1,060 | 1,207 | 1,419 | 1,687 |
| % Net Sales | 24.9 | 25.8 | 28.7 | 32.1 |
| Free Cash Flow | 280 | 1,055 | 890 | 1,356 |
| % Net Sales | 6.6 | 22.5 | 18.0 | 25.8 |

### Capital Structure



| | Prior Year | Prior Quarter | Current |
|---|---|---|---|
| ■ Market Equity | 16.44 Bil | 17.84 Bil | 22.5 Bil |
| ■ Preferred | — | — | — |
| ■ Debt | 1.1 Bil | 1.1 Bil | 1.1 Bil |

Source: Morningstar

### Issuer Profile

Shire is an Ireland-based specialty biopharmaceutical firm, recently reorganized into six business units: rare diseases, neuroscience, gastrointestinal, regenerative medicine, internal medicine, and an R&D group. Shire completed 12 major mergers and acquisitions in the 18 years through 2012, including the Transkaryotic Therapies acquisition in 2005, which established its rare-disease business with Replagal and Elaprase, and the merger with New River in 2007, which brought full rights to ADHD drug Vyvanse.

© Morningstar 2013. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. This information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call 1-312-696-6100. To license the research, call 1-312-696-6869.

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | A

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Very Good | Narrow | Biotechnology | Healthcare |

## Comparable Company Analysis

These companies are chosen by the analyst and the data are shown by nearest calendar year in descending market capitalization order.

### Profitability Analysis

| Company/Ticker | Last Historical Year Net Income (Mil) | Gross Margin % 2012 | 2013(E) | 2014(E) | EBITDA Margin % 2012 | 2013(E) | 2014(E) | Operating Margin % 2012 | 2013(E) | 2014(E) | Net Margin % 2012 | 2013(E) | 2014(E) | Free Cash Flow Margin % 2012 | 2013(E) | 2014(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 8,101 EUR | 69.1 | 67.6 | 67.9 | 24.1 | 30.8 | 31.7 | 21.3 | 18.8 | 21.1 | 22.5 | 19.6 | 20.3 | 18.2 | 14.2 | 18.2 |
| Gilead Sciences Inc GILD USA | 3,084 USD | 74.5 | 75.7 | 79.7 | 44.2 | 44.0 | 50.5 | 41.3 | 41.4 | 48.4 | 31.8 | 32.0 | 36.7 | 28.8 | 28.4 | 33.5 |
| Eli Lilly and Company LLY USA | 3,784 USD | 78.8 | 79.0 | 75.0 | 32.0 | 27.8 | 22.8 | 25.5 | 24.6 | 19.6 | 16.7 | 19.8 | 15.4 | 19.5 | 17.5 | 16.7 |
| Forest Laboratories, Inc. FRX USA | 979 USD | 78.1 | 79.0 | 81.6 | 29.1 | 2.3 | 14.4 | 26.4 | -2.5 | 9.9 | 21.5 | 5.6 | 8.3 | 29.9 | 2.3 | 17.3 |
| Average | | 75.1 | 75.3 | 76.1 | 32.4 | 26.2 | 29.9 | 28.6 | 20.6 | 24.8 | 23.1 | 19.3 | 20.2 | 24.1 | 15.6 | 21.4 |
| Shire PLC SHPG US | 1,207 USD | 86.2 | 86.4 | 86.2 | 27.0 | 37.0 | 39.8 | 20.4 | 30.8 | 33.9 | 25.8 | 28.7 | 32.1 | 26.3 | 22.6 | 27.4 |

### Leverage Analysis

| Company/Ticker | Last Historical Year Total Debt (Mil) | Debt/Equity % 2012 | 2013(E) | 2014(E) | Debt/Total Cap % 2012 | 2013(E) | 2014(E) | EBITDA/Interest Exp. 2012 | 2013(E) | 2014(E) | Total Debt/EBITDA 2012 | 2013(E) | 2014(E) | Assets/Equity 2012 | 2013(E) | 2014(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 14,531 EUR | 25.3 | 27.3 | 25.6 | 20.2 | 21.4 | 20.4 | 15.7 | 16.9 | 20.1 | 1.7 | 1.5 | 1.4 | 1.8 | 1.7 | 1.7 |
| Gilead Sciences Inc GILD USA | 8,224 USD | 88.3 | 59.3 | 35.5 | 46.9 | 37.2 | 26.2 | 11.9 | 15.8 | 26.5 | 1.9 | 1.5 | 0.7 | 2.3 | 1.9 | 1.6 |
| Eli Lilly and Company LLY USA | 5,531 USD | 37.5 | 40.9 | 39.6 | 27.3 | 29.0 | 28.4 | 40.6 | 42.2 | 27.8 | 0.8 | 1.0 | 1.4 | 2.3 | 2.3 | 2.2 |
| Forest Laboratories, Inc. FRX USA | — USD | | | | | | | | | | | | | 1.3 | 1.3 | 1.3 |
| Average | | 50.4 | 42.5 | 33.6 | 31.5 | 29.2 | 25.0 | 22.7 | 25.0 | 24.8 | 1.5 | 1.3 | 1.2 | 1.9 | 1.8 | 1.7 |
| Shire PLC SHPG US | 1,100 USD | 28.9 | 25.1 | — | 22.4 | 20.1 | — | 33.1 | 48.2 | 165.0 | 0.9 | 0.6 | — | 1.9 | 1.8 | 1.5 |

### Liquidity Analysis

| Company/Ticker | Market Cap (Mil) | Cash per Share 2012 | 2013(E) | 2014(E) | Current Ratio 2012 | 2013(E) | 2014(E) | Quick Ratio 2012 | 2013(E) | 2014(E) | Cash/Short-Term Debt 2012 | 2013(E) | 2014(E) | Payout Ratio % 2012 | 2013(E) | 2014(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 140,882 USD | 4.97 | 7.29 | 8.71 | 1.65 | 1.98 | 2.13 | 1.18 | 1.50 | 1.65 | 1.72 | 2.53 | 3.02 | 63.9 | 90.9 | 75.2 |
| Gilead Sciences Inc GILD USA | 106,322 USD | 1.63 | 1.93 | 1.91 | 1.61 | 1.55 | 2.62 | 1.20 | 1.21 | 2.07 | 2.21 | 1.64 | — | — | — | — |
| Eli Lilly and Company LLY USA | 56,794 USD | 5.09 | 5.55 | 5.91 | 1.55 | 1.48 | 1.45 | 1.24 | 1.17 | 1.14 | 477.67 | 5.48 | 5.50 | 53.6 | 45.0 | 70.8 |
| Forest Laboratories, Inc. FRX USA | 12,614 USD | 11.50 | 11.34 | 13.77 | 4.79 | 4.31 | 4.78 | 4.46 | 3.91 | 4.48 | | | | — | — | — |
| Average | | 5.80 | 6.53 | 7.58 | 2.40 | 2.33 | 2.75 | 2.02 | 1.95 | 2.34 | 160.53 | 3.22 | 4.26 | 58.8 | 68.0 | 73.0 |
| Shire PLC SHPG US | 25,328 USD | 2.53 | 3.35 | 3.25 | 1.95 | 1.36 | 2.28 | 1.69 | 1.20 | 1.99 | — | 1.80 | — | 11.6 | 10.7 | 8.5 |

© Morningstar 2013. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | A

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Very Good | Narrow | Biotechnology | Healthcare |

## Shire's ViroPharma Acquisition Has Clear Synergies with Rare Disease Business

See Page 6 for the full Analyst Note from 11 Nov 2013

Julie Stralow, CFA
julie.stralow@morningstar.com

Committee members voting on rating do not own securities issued by the company.

Credit Analysis as of 04 Nov 2013
Business Analysis as of 04 Nov 2013
Estimates as of 02 Nov 2013

Currency amounts expressed with "$" are in U.S. dollars (USD) unless otherwise denoted.

### Contents

| | |
|---|---|
| Summary | 1 |
| Credit Analysis | 2 |
| Business Analysis | 4 |
| Analyst Notes | 6 |
| Morningstar Analyst Forecasts | 10 |
| Comparable Company Analysis | 13 |
| Methodology | 14 |

**Credit Perspective**   06 Jun 2013

We're keeping our credit rating for Shire at A. Its acquisition of Advanced BioHealing for $750 million in 2011 depleted most of its cash reserves at the time, but the company has built up its resources since then. At the end of March, Shire held $1.5 billion in cash and $1.1 billion in convertible debt due in 2014 on its balance sheet. We are glad to see the firm bolster its financial position significantly in the wake of that acquisition. However, in recent years, rumors have surrounded Shire considering an even larger acquisition. While those rumors have been unsubstantiated so far, we'll keep a very close eye on Shire's M&A strategy, as a large, debt-funded acquisition may cause us to cut our rating.

With its narrow economic moat, though, we like Shire's business prospects. Shire is best known for Adderall, its wildly successful ADHD drug franchise. However, after the latest version of that product, Adderall XR, started facing generic competition in 2009, Shire began successfully turning to new products to bolster results. Despite the contraction of the Adderall franchise, Shire still generated $373 million in free cash flow in 2009 and free cash flows rebounded substantially from that trough to $1.1 billion during the past twelve months. We expect continued growth in cash flow before Shire's debt comes due, as new ADHD drugs (Vyvanse and Intuniv) and a growing rare-disease drug portfolio help expand Shire's reach. Of note, we do not expect generic competition for Vyvanse until at least 2015, or after Shire's bonds mature, and in rare diseases, we especially like Shire's opportunities with Elaprase in Hunter syndrome and Replagal in Fabry disease.

### Credit Metrics (USD Mil)

| | 2011 | 2012 | 2013(E) | 2014(E) |
|---|---|---|---|---|
| Cash And Equivalents | 641 | 1,499 | 1,979 | 1,935 |
| Total Debt | 1,100 | 1,100 | 1,100 | — |
| Interest Expense | 39 | 38 | 38 | 13 |
| EBITDA | 1,440 | 1,264 | 1,830 | 2,090 |
| Debt to Book Capital | 0.3 | 0.2 | 0.2 | — |
| Quick Ratio | 0.7 | 1.7 | 1.2 | 2.0 |
| Debt to EBITDA | 0.8 | 0.9 | 0.6 | — |
| EBITDA to Interest Expense | 36.8 | 33.1 | 48.2 | 165.0 |

### Operating Summary (USD Mil)

| | 2011 | 2012 | 2013(E) | 2014(E) |
|---|---|---|---|---|
| Sales | 4,263 | 4,681 | 4,947 | 5,258 |
| % Change | 22.8 | 9.8 | 5.7 | 6.3 |
| EBIT | 1,153 | 956 | 1,522 | 1,783 |
| % Net Sales | 27.1 | 20.4 | 30.8 | 33.9 |
| Net Income | 1,060 | 1,207 | 1,419 | 1,687 |
| % Net Sales | 24.9 | 25.8 | 28.7 | 32.1 |
| Free Cash Flow | 280 | 1,055 | 890 | 1,356 |
| % Net Sales | 6.6 | 22.5 | 18.0 | 25.8 |

### Capital Structure



Source: Morningstar

### Issuer Profile

Shire is an Ireland-based specialty biopharmaceutical firm, recently reorganized into six business units: rare diseases, neuroscience, gastrointestinal, regenerative medicine, internal medicine, and an R&D group. Shire completed 12 major mergers and acquisitions in the 18 years through 2012, including the Transkaryotic Therapies acquisition in 2005, which established its rare-disease business with Replagal and Elaprase, and the merger with New River in 2007, which brought full rights to ADHD drug Vyvanse.

© Morningstar 2013. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. This information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.



Morningstar Corporate Credit Research

# Shire PLC SHPG (NAS) | A

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Very Good | Narrow | Biotechnology | Healthcare |

## Comparable Company Analysis

These companies are chosen by the analyst and the data are shown by nearest calendar year in descending market capitalization order.

### Profitability Analysis

| Company/Ticker | Last Historical Year Net Income (Mil) | Gross Margin % 2012 | 2013(E) | 2014(E) | EBITDA Margin % 2012 | 2013(E) | 2014(E) | Operating Margin % 2012 | 2013(E) | 2014(E) | Net Margin % 2012 | 2013(E) | 2014(E) | Free Cash Flow Margin % 2012 | 2013(E) | 2014(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 8,101 EUR | 69.1 | 67.6 | 68.5 | 24.1 | 30.8 | 32.8 | 21.3 | 18.8 | 22.3 | 22.5 | 19.6 | 21.3 | 18.2 | 14.2 | 18.9 |
| Gilead Sciences Inc GILD USA | 3,084 USD | 74.5 | 75.7 | 79.7 | 44.2 | 44.0 | 50.5 | 41.3 | 41.4 | 48.4 | 31.8 | 32.0 | 36.7 | 28.8 | 28.4 | 33.5 |
| Eli Lilly and Company LLY USA | 3,784 USD | 78.8 | 79.0 | 75.0 | 32.0 | 27.8 | 22.8 | 25.5 | 24.6 | 19.6 | 16.7 | 19.8 | 15.4 | 19.5 | 17.5 | 16.7 |
| Forest Laboratories, Inc. FRX USA | 979 USD | 78.1 | 79.0 | 81.6 | 29.1 | 2.3 | 14.4 | 26.4 | -2.5 | 9.9 | 21.5 | 5.6 | 8.3 | 29.9 | 2.3 | 17.3 |
| Average | | 75.1 | 75.3 | 76.2 | 32.4 | 26.2 | 30.1 | 28.6 | 20.6 | 25.1 | 23.1 | 19.3 | 20.4 | 24.1 | 15.6 | 21.6 |
| Shire PLC SHPG US | 1,207 USD | 86.2 | 86.4 | 86.2 | 27.0 | 37.0 | 39.8 | 20.4 | 30.8 | 33.9 | 25.8 | 28.7 | 32.1 | 26.3 | 22.6 | 27.4 |

### Leverage Analysis

| Company/Ticker | Last Historical Year Total Debt (Mil) | Debt/Equity % 2012 | 2013(E) | 2014(E) | Debt/Total Cap % 2012 | 2013(E) | 2014(E) | EBITDA/Interest Exp. 2012 | 2013(E) | 2014(E) | Total Debt/EBITDA 2012 | 2013(E) | 2014(E) | Assets/Equity 2012 | 2013(E) | 2014(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 14,531 EUR | 25.3 | 27.3 | 25.5 | 20.2 | 21.4 | 20.3 | 15.7 | 16.9 | 21.0 | 1.7 | 1.5 | 1.3 | 1.8 | 1.7 | 1.7 |
| Gilead Sciences Inc GILD USA | 8,224 USD | 88.3 | 59.3 | 35.5 | 46.9 | 37.2 | 26.2 | 11.9 | 15.8 | 26.5 | 1.9 | 1.5 | 0.7 | 2.3 | 1.9 | 1.6 |
| Eli Lilly and Company LLY USA | 5,531 USD | 37.5 | 40.9 | 39.6 | 27.3 | 29.0 | 28.4 | 40.6 | 42.2 | 27.8 | 0.8 | 1.0 | 1.4 | 2.3 | 2.3 | 2.2 |
| Forest Laboratories, Inc. FRX USA | — USD | | | | | | | | | | | | | 1.3 | 1.3 | 1.3 |
| Average | | 50.4 | 42.5 | 33.5 | 31.5 | 29.2 | 25.0 | 22.7 | 25.0 | 25.1 | 1.5 | 1.3 | 1.1 | 1.9 | 1.8 | 1.7 |
| Shire PLC SHPG US | 1,100 USD | 28.9 | 25.1 | — | 22.4 | 20.1 | — | 33.1 | 48.2 | 165.0 | 0.9 | 0.6 | — | 1.9 | 1.8 | 1.5 |

### Liquidity Analysis

| Company/Ticker | Market Cap (Mil) | Cash per Share 2012 | 2013(E) | 2014(E) | Current Ratio 2012 | 2013(E) | 2014(E) | Quick Ratio 2012 | 2013(E) | 2014(E) | Cash/Short-Term Debt 2012 | 2013(E) | 2014(E) | Payout Ratio % 2012 | 2013(E) | 2014(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 140,456 USD | 4.97 | 7.29 | 8.81 | 1.65 | 1.98 | 2.15 | 1.18 | 1.50 | 1.67 | 1.72 | 2.53 | 3.05 | 63.9 | 90.9 | 73.0 |
| Gilead Sciences Inc GILD USA | 103,516 USD | 1.63 | 1.93 | 1.91 | 1.61 | 1.55 | 2.62 | 1.21 | 2.07 | 2.21 | 2.21 | 1.64 | — | — | — | — |
| Eli Lilly and Company LLY USA | 56,648 USD | 5.09 | 5.55 | 5.91 | 1.55 | 1.48 | 1.45 | 1.24 | 1.17 | 1.14 | 477.67 | 5.48 | 5.50 | 53.6 | 45.0 | 70.8 |
| Forest Laboratories, Inc. FRX USA | 13,190 USD | 11.50 | 11.34 | 13.77 | 4.79 | 4.31 | 4.78 | 4.46 | 3.91 | 4.48 | | | | | | |
| Average | | 5.80 | 6.53 | 7.60 | 2.40 | 2.33 | 2.75 | 2.02 | 1.95 | 2.34 | 160.53 | 3.22 | 4.28 | 58.8 | 68.0 | 71.9 |
| Shire PLC SHPG US | 25,394 USD | 2.53 | 3.35 | 3.25 | 1.95 | 1.36 | 2.28 | 1.69 | 1.20 | 1.99 | — | 1.80 | — | 11.6 | 10.7 | 8.5 |

© Morningstar 2013. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | A

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Very Good | Narrow | Biotechnology | Healthcare |

## The ViroPharma acquisition will boost debt leverage at Shire.

Julie Stralow, CFA
julie.stralow@morningstar.com

Committee members voting on rating do not own securities issued by the company.

Credit Analysis as of 19 Dec 2013
Business Analysis as of 19 Dec 2013
Estimates as of 02 Nov 2013

Currency amounts expressed with "$" are in U.S. dollars (USD) unless otherwise denoted.

### Contents

| | |
|---|---|
| Summary | 1 |
| Credit Analysis | 2 |
| Business Analysis | 4 |
| Analyst Notes | 6 |
| Morningstar Analyst Forecasts | 10 |
| Comparable Company Analysis | 13 |
| Methodology | 14 |

### Credit Perspective    19 Dec 2013

We are maintaining our credit rating for Shire at A, despite recently announced plans to acquire ViroPharma for $4.2 billion in cash. The addition of ViroPharma, with its rapidly expanding HAE product Cinryze, will help diversify Shire's product portfolio, but it will also increase debt leverage. At the end of September, Shire only had $1.1 billion in convertible debt outstanding, which was due in May 2014 and was fully offset by its $1.7 billion in cash. That cash looks set to decline substantially, as the firm pays for the ViroPharma acquisition with existing cash, its existing credit facility and a new $2.6 billion credit facility. Those new borrowings also will be used to redeem existing debt outstanding. After the transaction closes, Shire's net cash position will turn into a net debt position of about 1.5 times EBITDA. The firm aims to cut that net debt leverage by about a turn of leverage by the end of 2015. Of note though, management left the door open for future acquisitions, stating that its net debt/EBITDA capacity could actually be 2.5 times to 3.0 times. If Shire decides to increase its debt leverage to that range, we would consider a significant credit rating downgrade.

Overall, we believe Shire operates an attractive business that should help it fully repay debtholders. Shire's specialty pharmaceutical business (in ADHD and gastrointestinal disorders) and its human genetic therapies business form the basis of its narrow moat. Newer ADHD drugs Vyvanse and Intuniv, ulcerative colitis therapy Lialda, and rare-disease therapies Elaprase, Replagal, Vpriv, and Firazyr have all contributed strongly to recent growth. With Shire's existing products, we expect continued growth in free cash flow to about $2 billion in the next five years from $1.1 billion during the last 12 months. ViroPharma's HAE product, Cinryze, will add to Shire's growth prospects as well.

### Credit Metrics (USD Mil)

| | 2011 | 2012 | 2013(E) | 2014(E) |
|---|---|---|---|---|
| Cash And Equivalents | 641 | 1,499 | 1,979 | 1,935 |
| Total Debt | 1,100 | 1,100 | 1,100 | — |
| Interest Expense | 39 | 38 | 38 | 13 |
| EBITDA | 1,440 | 1,264 | 1,830 | 2,090 |
| Debt to Book Capital | 0.3 | 0.2 | 0.2 | — |
| Quick Ratio | 0.7 | 1.7 | 1.2 | 2.0 |
| Debt to EBITDA | 0.8 | 0.9 | 0.6 | — |
| EBITDA to Interest Expense | 36.8 | 33.1 | 48.2 | 165.0 |

### Operating Summary (USD Mil)

| | 2011 | 2012 | 2013(E) | 2014(E) |
|---|---|---|---|---|
| Sales | 4,263 | 4,681 | 4,947 | 5,258 |
| % Change | 22.8 | 9.8 | 5.7 | 6.3 |
| EBIT | 1,153 | 956 | 1,522 | 1,783 |
| % Net Sales | 27.1 | 20.4 | 30.8 | 33.9 |
| Net Income | 1,060 | 1,207 | 1,419 | 1,687 |
| % Net Sales | 24.9 | 25.8 | 28.7 | 32.1 |
| Free Cash Flow | 280 | 1,055 | 890 | 1,356 |
| % Net Sales | 6.6 | 22.5 | 18.0 | 25.8 |

### Capital Structure



| | Prior Year | Prior Quarter | Current |
|---|---|---|---|
| | 93.7% | 94.2% | 95.3% |
| | 6.3% | 5.8% | 4.7% |
| ■ Market Equity | 16.84 Bil | 17.84 Bil | 22.5 Bil |
| ■ Preferred | — | — | — |
| ■ Debt | 1.1 Bil | 1.1 Bil | 1.1 Bil |

Source: Morningstar

### Issuer Profile

Shire is an Ireland-based specialty biopharmaceutical firm, recently reorganized into six business units: rare diseases, neuroscience, gastrointestinal, regenerative medicine, internal medicine, and an R&D group. Shire completed 12 major mergers and acquisitions in the 18 years through 2012, including the Transkaryotic Therapies acquisition in 2005, which established its rare-disease business with Replagal and Elaprase, and the merger with New River in 2007, which brought full rights to ADHD drug Vyvanse.

© Morningstar 2013. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | A

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Very Good | Narrow | Biotechnology | Healthcare |

## Comparable Company Analysis

These companies are chosen by the analyst and the data are shown by nearest calendar year in descending market capitalization order.

**Profitability Analysis**

| Company/Ticker | Last Historical Year Net Income (Mil) | Gross Margin % 2012 | 2013(E) | 2014(E) | EBITDA Margin % 2012 | 2013(E) | 2014(E) | Operating Margin % 2012 | 2013(E) | 2014(E) | Net Margin % 2012 | 2013(E) | 2014(E) | Free Cash Flow Margin % 2012 | 2013(E) | 2014(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 8,101 EUR | 69.1 | 67.6 | 68.5 | 24.1 | 30.8 | 32.8 | 21.3 | 18.8 | 22.3 | 22.5 | 19.6 | 21.3 | 18.2 | 14.2 | 18.9 |
| Gilead Sciences Inc GILD USA | 3,084 USD | 74.5 | 75.7 | 80.0 | 44.2 | 44.0 | 50.7 | 41.3 | 41.4 | 48.7 | 31.8 | 32.0 | 36.9 | 28.8 | 28.4 | 33.2 |
| Eli Lilly and Company LLY USA | 3,784 USD | 78.8 | 79.0 | 75.0 | 32.0 | 27.8 | 22.8 | 25.5 | 24.6 | 19.6 | 16.7 | 19.8 | 15.4 | 19.5 | 17.4 | 16.5 |
| Forest Laboratories, Inc. FRX USA | 979 USD | 78.1 | 79.0 | 81.6 | 29.1 | 2.3 | 14.4 | 26.4 | -2.5 | 9.9 | 21.5 | 5.6 | 8.2 | 29.9 | 2.3 | 17.4 |
| Average | | 75.1 | 75.3 | 76.3 | 32.4 | 26.2 | 30.2 | 28.6 | 20.6 | 25.1 | 23.1 | 19.3 | 20.5 | 24.1 | 15.6 | 21.5 |
| Shire PLC SHPG US | 1,207 USD | 86.2 | 86.4 | 86.2 | 27.0 | 37.0 | 39.8 | 20.4 | 30.8 | 33.9 | 25.8 | 28.7 | 32.1 | 26.3 | 22.6 | 27.4 |

**Leverage Analysis**

| Company/Ticker | Last Historical Year Total Debt (Mil) | Debt/Equity % 2012 | 2013(E) | 2014(E) | Debt/Total Cap % 2012 | 2013(E) | 2014(E) | EBITDA/Interest Exp. 2012 | 2013(E) | 2014(E) | Total Debt/EBITDA 2012 | 2013(E) | 2014(E) | Assets/Equity 2012 | 2013(E) | 2014(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 14,531 EUR | 25.3 | 27.3 | 25.5 | 20.2 | 21.4 | 20.3 | 15.7 | 16.9 | 21.0 | 1.7 | 1.5 | 1.3 | 1.8 | 1.7 | 1.7 |
| Gilead Sciences Inc GILD USA | 8,224 USD | 88.3 | 59.3 | 35.3 | 46.9 | 37.2 | 26.1 | 11.9 | 15.8 | 27.4 | 1.9 | 1.5 | 0.7 | 2.3 | 1.9 | 1.6 |
| Eli Lilly and Company LLY USA | 5,531 USD | 37.5 | 40.9 | 39.5 | 27.3 | 29.0 | 28.3 | 40.6 | 42.2 | 28.1 | 0.8 | 1.0 | 1.4 | 2.3 | 2.3 | 2.2 |
| Forest Laboratories, Inc. FRX USA | — USD | | | | | | | | | | | | | 1.3 | 1.3 | 1.3 |
| Average | | 50.4 | 42.5 | 33.4 | 31.5 | 29.2 | 24.9 | 22.7 | 25.0 | 25.5 | 1.5 | 1.3 | 1.1 | 1.9 | 1.8 | 1.7 |
| Shire PLC SHPG US | 1,100 USD | 28.9 | 25.1 | — | 22.4 | 20.1 | — | 33.1 | 48.2 | 165.0 | 0.9 | 0.6 | — | 1.9 | 1.8 | 1.5 |

**Liquidity Analysis**

| Company/Ticker | Market Cap (Mil) | Cash per Share 2012 | 2013(E) | 2014(E) | Current Ratio 2012 | 2013(E) | 2014(E) | Quick Ratio 2012 | 2013(E) | 2014(E) | Cash/Short-Term Debt 2012 | 2013(E) | 2014(E) | Payout Ratio % 2012 | 2013(E) | 2014(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 137,286 USD | 4.97 | 7.29 | 8.81 | 1.65 | 1.98 | 2.15 | 1.18 | 1.50 | 1.67 | 1.72 | 2.53 | 3.05 | 63.9 | 90.9 | 73.0 |
| Gilead Sciences Inc GILD USA | 112,594 USD | 1.63 | 1.93 | 1.91 | 1.61 | 1.55 | 2.64 | 1.20 | 1.21 | 2.08 | 2.21 | 1.64 | — | — | — | — |
| Eli Lilly and Company LLY USA | 56,490 USD | 5.09 | 5.55 | 5.90 | 1.55 | 1.48 | 1.45 | 1.24 | 1.17 | 1.14 | 477.67 | 5.48 | 5.49 | 53.6 | 45.0 | 70.1 |
| Forest Laboratories, Inc. FRX USA | 15,337 USD | 11.50 | 11.34 | 13.77 | 4.79 | 4.31 | 4.79 | 4.46 | 3.91 | 4.49 | | | | — | — | — |
| Average | | 5.80 | 6.53 | 7.60 | 2.40 | 2.33 | 2.76 | 2.02 | 1.95 | 2.35 | 160.53 | 3.22 | 4.27 | 58.8 | 68.0 | 71.6 |
| Shire PLC SHPG US | 25,713 USD | 2.53 | 3.35 | 3.25 | 1.95 | 1.36 | 2.28 | 1.69 | 1.20 | 1.99 | — | 1.80 | — | 11.6 | 10.7 | 8.5 |

© Morningstar 2013. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | A

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Very Good | Narrow | Biotechnology | Healthcare |

## The ViroPharma acquisition will boost debt leverage at Shire.

Julie Stralow, CFA
julie.stralow@morningstar.com

Committee members voting on rating do not own securities issued by the company.

Credit Analysis as of 29 Jan 2014
Business Analysis as of 29 Jan 2014
Estimates as of 29 Jan 2014

Currency amounts expressed with "$" are in U.S. dollars (USD) unless otherwise denoted.

### Contents

| | |
|---|---|
| Summary | 1 |
| Credit Analysis | 2 |
| Business Analysis | 4 |
| Analyst Notes | 6 |
| Morningstar Analyst Forecasts | 9 |
| Comparable Company Analysis | 12 |
| Methodology | 13 |

### Credit Perspective    19 Dec 2013

We are maintaining our credit rating for Shire at A, despite recently announced plans to acquire ViroPharma for $4.2 billion in cash. The addition of ViroPharma, with its rapidly expanding HAE product Cinryze, will help diversify Shire's product portfolio, but it will also increase debt leverage. At the end of September, Shire only had $1.1 billion in convertible debt outstanding, which was due in May 2014 and was fully offset by its $1.7 billion in cash. That cash looks set to decline substantially, as the firm pays for the ViroPharma acquisition with existing cash, its existing credit facility and a new $2.6 billion credit facility. Those new borrowings also will be used to redeem existing debt outstanding. After the transaction closes, Shire's net cash position will turn into a net debt position of about 1.5 times EBITDA. The firm aims to cut that net debt leverage by about a turn of leverage by the end of 2015. Of note though, management left the door open for future acquisitions, stating that its net debt/EBITDA capacity could actually be 2.5 times to 3.0 times. If Shire decides to increase its debt leverage to that range, we would consider a significant credit rating downgrade.

Overall, we believe Shire operates an attractive business that should help it fully repay debtholders. Shire's specialty pharmaceutical business (in ADHD and gastrointestinal disorders) and its human genetic therapies business form the basis of its narrow moat. Newer ADHD drugs Vyvanse and Intuniv, ulcerative colitis therapy Lialda, and rare-disease therapies Elaprase, Replagal, Vpriv, and Firazyr have all contributed strongly to recent growth. With Shire's existing products, we expect continued growth in free cash flow to about $2 billion in the next five years from $1.1 billion during the last 12 months. ViroPharma's HAE product, Cinryze, will add to Shire's growth prospects as well.

### Credit Metrics (USD Mil)

| | 2011 | 2012 | 2013(E) | 2014(E) |
|---|---|---|---|---|
| Cash And Equivalents | 641 | 1,499 | 4,563 | 1,589 |
| Total Debt | 1,100 | 1,100 | 3,800 | 3,800 |
| Interest Expense | 39 | 38 | 38 | 13 |
| EBITDA | 1,440 | 1,264 | 1,708 | 2,165 |
| Debt to Book Capital | 0.3 | 0.2 | 0.5 | 0.4 |
| Quick Ratio | 0.7 | 1.7 | 3.5 | 1.8 |
| Debt to EBITDA | 0.8 | 0.9 | 2.2 | 1.8 |
| EBITDA to Interest Expense | 36.8 | 33.1 | 44.9 | 170.9 |

### Operating Summary (USD Mil)

| | 2011 | 2012 | 2013(E) | 2014(E) |
|---|---|---|---|---|
| Sales | 4,263 | 4,681 | 4,945 | 5,715 |
| % Change | 22.8 | 9.8 | 5.6 | 15.6 |
| EBIT | 1,153 | 956 | 1,400 | 1,857 |
| % Net Sales | 27.1 | 20.4 | 28.3 | 32.5 |
| Net Income | 1,060 | 1,207 | 1,351 | 1,743 |
| % Net Sales | 24.9 | 25.8 | 27.3 | 30.5 |
| Free Cash Flow | 280 | 1,055 | 742 | -2,870 |
| % Net Sales | 6.6 | 22.5 | 15.0 | -50.2 |

### Capital Structure



| | Prior Year | Prior Quarter | Current |
|---|---|---|---|
| ■ Market Equity | 16.44 Bil | 17.84 Bil | 22.5 Bil |
| ■ Preferred | — | — | — |
| ■ Debt | 1.1 Bil | 1.1 Bil | 1.1 Bil |

Source: Morningstar

### Issuer Profile

Shire is an Ireland-based specialty biopharmaceutical firm with six business units: rare diseases, neuroscience, gastrointestinal, regenerative medicine, internal medicine, and an R&D group. Shire completed 12 major mergers and acquisitions in the 18 years through 2012, including the Transkaryotic Therapies acquisition in 2005, which established its rare-disease business with Replagal and Elaprase, and the merger with New River in 2007, which brought full rights to ADHD drug Vyvanse. Shire completed the acquisition of ViroPharma in early 2014.

© Morningstar 2014. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | A

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Very Good | Narrow | Biotechnology | Healthcare |

## Comparable Company Analysis

These companies are chosen by the analyst and the data are shown by nearest calendar year in descending market capitalization order.

### Profitability Analysis

| Company/Ticker | Last Historical Year Net Income (Mil) | Gross Margin % 2012 | 2013(E) | 2014(E) | EBITDA Margin % 2012 | 2013(E) | 2014(E) | Operating Margin % 2012 | 2013(E) | 2014(E) | Net Margin % 2012 | 2013(E) | 2014(E) | Free Cash Flow Margin % 2012 | 2013(E) | 2014(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 8,101 EUR | 69.1 | 67.6 | 68.5 | 24.1 | 30.8 | 32.8 | 21.3 | 18.8 | 22.3 | 22.5 | 19.6 | 21.3 | 18.2 | 14.2 | 18.9 |
| Gilead Sciences Inc GILD USA | 3,084 USD | 74.5 | 75.7 | 80.0 | 44.2 | 44.0 | 50.7 | 41.3 | 41.4 | 48.7 | 31.8 | 32.0 | 36.9 | 28.8 | 28.4 | 33.2 |
| Eli Lilly and Company LLY USA | 3,784 USD | 78.8 | 79.0 | 74.0 | 32.0 | 27.8 | 21.7 | 25.5 | 24.6 | 18.5 | 16.7 | 19.8 | 15.4 | 19.5 | 17.4 | 15.1 |
| Forest Laboratories, Inc. FRX USA | 979 USD | — | 79.0 | 81.6 | 29.1 | 2.3 | 14.4 | 26.4 | -2.5 | 9.9 | 21.5 | 5.6 | 8.2 | — | 2.3 | 17.4 |
| Average | | 74.1 | 75.3 | 76.0 | 32.4 | 26.2 | 29.9 | 28.6 | 20.6 | 24.9 | 23.1 | 19.3 | 20.5 | 22.2 | 15.6 | 21.2 |
| Shire PLC SHPG US | 1,207 USD | 86.2 | 86.4 | 86.2 | 27.0 | 37.0 | 39.8 | 20.4 | 30.8 | 33.9 | 25.8 | 28.7 | 32.1 | 26.3 | 22.6 | 27.4 |

### Leverage Analysis

| Company/Ticker | Last Historical Year Total Debt (Mil) | Debt/Equity % 2012 | 2013(E) | 2014(E) | Debt/Total Cap % 2012 | 2013(E) | 2014(E) | EBITDA/Interest Exp. 2012 | 2013(E) | 2014(E) | Total Debt/EBITDA 2012 | 2013(E) | 2014(E) | Assets/Equity 2012 | 2013(E) | 2014(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 14,531 EUR | 25.3 | 27.3 | 25.5 | 20.2 | 21.4 | 20.3 | 15.7 | 16.9 | 21.0 | 1.7 | 1.5 | 1.3 | 1.8 | 1.7 | 1.7 |
| Gilead Sciences Inc GILD USA | 8,224 USD | 88.3 | 59.3 | 35.3 | 46.9 | 37.2 | 26.1 | 11.9 | 15.8 | 27.4 | 1.9 | 1.5 | 0.7 | 2.3 | 1.9 | 1.6 |
| Eli Lilly and Company LLY USA | 5,531 USD | 37.5 | 40.9 | 39.5 | 27.3 | 29.0 | 28.3 | 40.6 | 42.2 | 26.8 | 0.8 | 1.0 | 1.5 | 2.3 | 2.3 | 2.2 |
| Forest Laboratories, Inc. FRX USA | — USD | | | 19.5 | | | 16.3 | | | | | | 2.4 | | 1.3 | 1.5 |
| Average | | 50.4 | 42.5 | 30.0 | 31.5 | 29.2 | 22.8 | 22.7 | 25.0 | 25.1 | 1.5 | 1.3 | 1.5 | 2.1 | 1.8 | 1.8 |
| Shire PLC SHPG US | 1,100 USD | 28.9 | 25.1 | — | 22.4 | 20.1 | — | 33.1 | 48.2 | 165.0 | 0.9 | 0.6 | — | 1.9 | 1.8 | 1.5 |

### Liquidity Analysis

| Company/Ticker | Market Cap (Mil) | Cash per Share 2012 | 2013(E) | 2014(E) | Current Ratio 2012 | 2013(E) | 2014(E) | Quick Ratio 2012 | 2013(E) | 2014(E) | Cash/Short-Term Debt 2012 | 2013(E) | 2014(E) | Payout Ratio % 2012 | 2013(E) | 2014(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 130,332 USD | 4.97 | 7.29 | 8.81 | 1.65 | 1.98 | 2.15 | 1.18 | 1.50 | 1.67 | 1.72 | 2.53 | 3.05 | 63.9 | 90.9 | 73.0 |
| Gilead Sciences Inc GILD USA | 122,438 USD | 1.63 | 1.93 | 1.91 | 1.61 | 1.55 | 2.64 | 1.20 | 1.21 | 2.08 | 2.21 | 1.64 | — | — | — | — |
| Eli Lilly and Company LLY USA | 60,738 USD | 5.09 | 5.55 | 5.64 | 1.55 | 1.48 | 1.43 | 1.24 | 1.17 | 1.11 | 477.67 | 5.48 | 5.25 | 53.6 | 45.0 | 69.9 |
| Forest Laboratories, Inc. FRX USA | 17,463 USD | 11.50 | 11.34 | 18.21 | 4.79 | 4.31 | 5.99 | 4.46 | 3.91 | 5.69 | — | — | — | — | — | — |
| Average | | 5.80 | 6.53 | 8.64 | 2.40 | 2.33 | 3.05 | 2.02 | 1.95 | 2.64 | 160.53 | 3.22 | 4.15 | 58.8 | 68.0 | 71.5 |
| Shire PLC SHPG US | 27,809 USD | 2.53 | 3.35 | 3.25 | 1.95 | 1.36 | 2.28 | 1.69 | 1.20 | 1.99 | — | 1.80 | — | 11.6 | 10.7 | 8.5 |

© Morningstar 2014. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Corporate Credit Research



## Shire PLC SHPG (NAS) | A

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Very Good | Narrow | Biotechnology | Healthcare |

## Most Likely Scenarios in Valeant-Allergan Saga Lead to Upside in Both Stocks

See Page 6 for the full Analyst Note from 29 Apr 2014

Julie Stralow, CFA
julie.stralow@morningstar.com

Committee members voting on rating do not own securities issued by the company.

Credit Analysis as of 13 Feb 2014
Business Analysis as of 13 Feb 2014
Estimates as of 13 Feb 2014

Currency expressed with "$" are in U.S. dollars (USD) unless otherwise denoted.

#### Contents

| | |
|---|---|
| Summary | 1 |
| Credit Analysis | 2 |
| Business Analysis | 4 |
| Analyst Notes | 6 |
| Morningstar Analyst Forecasts | 11 |
| Comparable Company Analysis | 14 |
| Methodology | 15 |

### Credit Perspective    19 Dec 2013

We are maintaining our credit rating for Shire at A, despite recently announced plans to acquire ViroPharma for $4.2 billion in cash. The addition of ViroPharma, with its rapidly expanding HAE product Cinryze, will help diversify Shire's product portfolio, but it will also increase debt leverage. At the end of September, Shire only had $1.1 billion in convertible debt outstanding, which was due in May 2014 and was fully offset by its $1.7 billion in cash. That cash looks set to decline substantially, as the firm pays for the ViroPharma acquisition with existing cash, its existing credit facility and a new $2.6 billion credit facility. Those new borrowings also will be used to redeem existing debt outstanding. After the transaction closes, Shire's net cash position will turn into a net debt position of about 1.5 times EBITDA. The firm aims to cut that net debt leverage by about a turn of leverage by the end of 2015. Of note though, management left the door open for future acquisitions, stating that its net debt/EBITDA capacity could actually be 2.5 times to 3.0 times. If Shire decides to increase its debt leverage to that range, we would consider a significant credit rating downgrade.

Overall, we believe Shire operates an attractive business that should help it fully repay debtholders. Shire's specialty pharmaceutical business (in ADHD and gastrointestinal disorders) and its human genetic therapies business form the basis of its narrow moat. Newer ADHD drugs Vyvanse and Intuniv, ulcerative colitis therapy Lialda, and rare-disease therapies Elaprase, Replagal, Vpriv, and Firazyr have all contributed strongly to recent growth. With Shire's existing products, we expect continued growth in free cash flow to about $2 billion in the next five years from $1.1 billion during the last 12 months. ViroPharma's HAE product, Cinryze, will add to Shire's growth prospects as well.

### Credit Metrics (USD Mil)

| | 2012 | 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|
| Cash And Equivalents | 1,499 | 2,262 | 2,290 | 3,973 |
| Total Debt | 1,100 | — | 2,950 | 2,950 |
| Interest Expense | 38 | 38 | 59 | 96 |
| EBITDA | 1,349 | 2,003 | 2,312 | 2,559 |
| Debt to Book Capital | 0.2 | — | 0.3 | 0.3 |
| Quick Ratio | 1.7 | 2.1 | 2.2 | 3.1 |
| Debt to EBITDA | 0.8 | — | 1.3 | 1.2 |
| EBITDA to Interest Expense | 35.3 | 52.6 | 39.2 | 26.8 |

### Operating Summary (USD Mil)

| | 2012 | 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|
| Sales | 4,527 | 4,934 | 5,685 | 6,046 |
| % Change | 6.2 | 9.0 | 15.2 | 6.3 |
| EBIT | 1,041 | 1,679 | 1,988 | 2,235 |
| % Net Sales | 23.0 | 34.0 | 35.0 | 37.0 |
| Net Income | 1,229 | 1,507 | 1,822 | 2,085 |
| % Net Sales | 27.1 | 30.5 | 32.1 | 34.5 |
| Free Cash Flow | 1,085 | 1,086 | -2,797 | 1,827 |
| % Net Sales | 24.0 | 22.0 | -49.2 | 30.2 |

### Issuer Profile

Shire is an Ireland-based specialty biopharmaceutical firm with six business units: rare diseases, neuroscience, gastrointestinal, regenerative medicine, internal medicine, and an R&D group. Shire completed 12 major mergers and acquisitions in the 18 years through 2012, including the Transkaryotic Therapies acquisition in 2005, which established its rare-disease business with Replagal and Elaprase, and the merger with New River in 2007, which brought full rights to ADHD drug Vyvanse. Shire completed the acquisition of ViroPharma in early 2014.

© Morningstar 2014. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.



Morningstar Corporate Credit Research

# Shire PLC SHPG (NAS) | A

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Very Good | Narrow | Biotechnology | Healthcare |

## Comparable Company Analysis

These companies are chosen by the analyst and the data are shown by nearest calendar year in descending market capitalization order.

### Profitability Analysis

| Company/Ticker | Last Historical Year Net Income (Mil) | Gross Margin % 2013 | 2014(E) | 2015(E) | EBITDA Margin % 2013 | 2014(E) | 2015(E) | Operating Margin % 2013 | 2014(E) | 2015(E) | Net Margin % 2013 | 2014(E) | 2015(E) | Free Cash Flow Margin % 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 6,687 EUR | 67.0 | 67.5 | 67.6 | 27.5 | 31.3 | 31.6 | 15.3 | 21.2 | 25.1 | 20.1 | 20.4 | 21.0 | 16.7 | 14.2 | 15.8 |
| Gilead Sciences Inc GILD USA | 3,451 USD | 74.5 | 75.0 | 79.7 | 42.9 | 53.2 | 56.3 | 40.4 | 47.5 | 52.2 | 30.8 | 41.4 | 43.8 | 31.2 | 33.8 | 38.3 |
| Eli Lilly and Co LLY USA | 4,503 USD | 78.8 | 73.3 | 73.3 | 30.3 | 21.0 | 21.8 | 26.4 | 17.8 | 18.6 | 19.5 | 15.0 | 15.3 | 16.3 | 16.3 | 12.4 |
| Forest Laboratories Inc FRX USA | 174 USD | 79.0 | 81.6 | 81.4 | 2.3 | 14.4 | 34.9 | -2.5 | 9.9 | 27.9 | 5.6 | 8.2 | 19.8 | 2.3 | 17.4 | 39.0 |
| Average | | 74.8 | 74.4 | 75.5 | 25.8 | 30.0 | 36.2 | 19.9 | 24.1 | 31.0 | 19.0 | 21.3 | 25.0 | 17.7 | 20.4 | 26.4 |
| **Shire PLC SHPG US** | 1,507 USD | **86.4** | **85.1** | **85.3** | **40.6** | **40.7** | **42.3** | **34.0** | **35.0** | **37.0** | **30.5** | **32.1** | **34.5** | **26.5** | **25.8** | **31.1** |

### Leverage Analysis

| Company/Ticker | Last Historical Year Total Debt (Mil) | Debt/Equity % 2013 | 2014(E) | 2015(E) | Debt/Total Cap % 2013 | 2014(E) | 2015(E) | EBITDA/Interest Exp. 2013 | 2014(E) | 2015(E) | Total Debt/EBITDA 2013 | 2014(E) | 2015(E) | Assets/Equity 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 14,590 EUR | 25.7 | 27.2 | 25.0 | 20.4 | 21.4 | 20.0 | 14.9 | 19.6 | 25.4 | 1.6 | 1.4 | 1.3 | 1.7 | 1.7 | 1.6 |
| Gilead Sciences Inc GILD USA | 6,700 USD | 57.7 | 24.6 | 19.2 | 36.6 | 19.8 | 16.1 | 15.6 | 38.6 | 56.6 | 1.4 | 0.4 | 0.3 | 1.9 | 1.5 | 1.4 |
| Eli Lilly and Co LLY USA | 5,213 USD | 29.6 | 36.1 | 44.4 | 22.8 | 26.5 | 30.7 | 43.7 | 26.0 | 22.1 | 0.7 | 1.5 | 1.8 | 2.0 | 2.0 | 2.1 |
| Forest Laboratories Inc FRX USA | — USD | | 19.5 | 17.3 | | 16.3 | 14.7 | | | 26.6 | | 2.4 | 0.8 | 1.3 | 1.5 | 1.4 |
| Average | | 37.7 | 26.9 | 26.5 | 26.6 | 21.0 | 20.4 | 24.7 | 28.1 | 32.7 | 1.2 | 1.4 | 1.1 | 1.7 | 1.7 | 1.6 |
| **Shire PLC SHPG US** | — USD | | **43.8** | **35.1** | | **30.5** | **26.0** | **52.6** | **39.2** | **26.8** | | **1.3** | **1.2** | **1.6** | **1.9** | **1.7** |

### Liquidity Analysis

| Company/Ticker | Market Cap (Mil) | Cash per Share 2013 | 2014(E) | 2015(E) | Current Ratio 2013 | 2014(E) | 2015(E) | Quick Ratio 2013 | 2014(E) | 2015(E) | Cash/Short-Term Debt 2013 | 2014(E) | 2015(E) | Payout Ratio % 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 141,252 USD | 6.30 | 6.88 | 7.49 | 1.71 | 1.83 | 1.92 | 1.26 | 1.36 | 1.43 | 2.02 | 2.18 | 2.36 | 99.8 | 75.8 | 63.2 |
| Gilead Sciences Inc GILD USA | 117,276 USD | 1.52 | 2.73 | 5.28 | 1.19 | 2.65 | 3.24 | 0.87 | 2.00 | 2.64 | 0.99 | — | 12.55 | — | — | — |
| Eli Lilly and Co LLY USA | 66,757 USD | 4.98 | 5.06 | 2.02 | 1.47 | 1.42 | 1.10 | 1.14 | 1.08 | 0.74 | 5.33 | 4.94 | 1.88 | 45.4 | 70.8 | 64.5 |
| Forest Laboratories Inc FRX USA | 24,313 USD | 11.34 | 18.21 | 13.31 | 4.31 | 5.99 | 4.56 | 3.91 | 5.69 | 4.18 | — | — | — | — | — | — |
| Average | | 6.04 | 8.22 | 7.03 | 2.17 | 2.97 | 2.71 | 1.80 | 2.53 | 2.25 | 2.78 | 3.56 | 5.60 | 72.6 | 73.3 | 63.9 |
| **Shire PLC SHPG US** | 33,696 USD | **3.83** | **3.85** | **6.62** | **2.37** | **2.46** | **3.40** | **2.12** | **2.15** | **3.08** | — | — | — | **13.9** | **7.1** | **6.4** |

© Morningstar 2014. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | A

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Very Good | Narrow | Biotechnology | Healthcare |

## Shire's Strong First Quarter Benefited From ViroPharma and Underlying ADHD Demand

See Page 6 for the full Analyst Note from 01 May 2014

Julie Stralow, CFA
julie.stralow@morningstar.com

Committee members voting on rating do
not own securities issued by the company.

Credit Analysis as of 13 Feb 2014
Business Analysis as of 13 Feb 2014
Estimates as of 13 Feb 2014

Currency expressed with "$" are in
U.S. dollars (USD) unless otherwise denoted.

### Credit Perspective   19 Dec 2013

We are maintaining our credit rating for Shire at A, despite recently announced plans to acquire ViroPharma for $4.2 billion in cash. The addition of ViroPharma, with its rapidly expanding HAE product Cinryze, will help diversify Shire's product portfolio, but it will also increase debt leverage. At the end of September, Shire only had $1.1 billion in convertible debt outstanding, which was due in May 2014 and was fully offset by its $1.7 billion in cash. That cash looks set to decline substantially, as the firm pays for the ViroPharma acquisition with existing cash, its existing credit facility and a new $2.6 billion credit facility. Those new borrowings also will be used to redeem existing debt outstanding. After the transaction closes, Shire's net cash position will turn into a net debt position of about 1.5 times EBITDA. The firm aims to cut that net debt leverage by about a turn of leverage by the end of 2015. Of note though, management left the door open for future acquisitions, stating that its net debt/EBITDA capacity could actually be 2.5 times to 3.0 times. If Shire decides to increase its debt leverage to that range, we would consider a significant credit rating downgrade.

Overall, we believe Shire operates an attractive business that should help it fully repay debtholders. Shire's specialty pharmaceutical business (in ADHD and gastrointestinal disorders) and its human genetic therapies business form the basis of its narrow moat. Newer ADHD drugs Vyvanse and Intuniv, ulcerative colitis therapy Lialda, and rare-disease therapies Elaprase, Replagal, Vpriv, and Firazyr have all contributed strongly to recent growth. With Shire's existing products, we expect continued growth in free cash flow to about $2 billion in the next five years from $1.1 billion during the last 12 months. ViroPharma's HAE product, Cinryze, will add to Shire's growth prospects as well.

### Credit Metrics (USD Mil)

| | 2012 | 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|
| Cash And Equivalents | 1,499 | 2,262 | 2,290 | 3,973 |
| Total Debt | 1,100 | — | 2,950 | 2,950 |
| Interest Expense | 38 | 38 | 59 | 96 |
| EBITDA | 1,349 | 2,003 | 2,312 | 2,559 |
| Debt to Book Capital | 0.2 | — | 0.3 | 0.3 |
| Quick Ratio | 1.7 | 2.1 | 2.2 | 3.1 |
| Debt to EBITDA | 0.8 | — | 1.3 | 1.2 |
| EBITDA to Interest Expense | 35.3 | 52.6 | 39.2 | 26.8 |

### Operating Summary (USD Mil)

| | 2012 | 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|
| Sales | 4,527 | 4,934 | 5,685 | 6,046 |
| % Change | 6.2 | 9.0 | 15.2 | 6.3 |
| EBIT | 1,041 | 1,679 | 1,988 | 2,235 |
| % Net Sales | 23.0 | 34.0 | 35.0 | 37.0 |
| Net Income | 1,229 | 1,507 | 1,822 | 2,085 |
| % Net Sales | 27.1 | 30.5 | 32.1 | 34.5 |
| Free Cash Flow | 1,085 | 1,086 | -2,797 | 1,827 |
| % Net Sales | 24.0 | 22.0 | -49.2 | 30.2 |

### Issuer Profile

Shire is an Ireland-based specialty biopharmaceutical firm with six business units: rare diseases, neuroscience, gastrointestinal, regenerative medicine, internal medicine, and an R&D group. Shire completed 12 major mergers and acquisitions in the 18 years through 2012, including the Transkaryotic Therapies acquisition in 2005, which established its rare-disease business with Replagal and Elaprase, and the merger with New River in 2007, which brought full rights to ADHD drug Vyvanse. Shire completed the acquisition of ViroPharma in early 2014.

#### Contents

| | |
|---|---|
| Summary | 1 |
| Credit Analysis | 2 |
| Business Analysis | 4 |
| Analyst Notes | 6 |
| Morningstar Analyst Forecasts | 12 |
| Comparable Company Analysis | 15 |
| Methodology | 16 |

© Morningstar 2014. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | A

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Very Good | Narrow | Biotechnology | Healthcare |

## Comparable Company Analysis

These companies are chosen by the analyst and the data are shown by nearest calendar year in descending market capitalization order.

### Profitability Analysis

| Company/Ticker | Last Historical Year Net Income (Mil) | Gross Margin % | | | EBITDA Margin % | | | Operating Margin % | | | Net Margin % | | | Free Cash Flow Margin % | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) |
| Sanofi SNY USA | 6,687 EUR | 67.0 | 67.5 | 67.6 | 27.5 | 31.3 | 31.6 | 15.3 | 21.2 | 25.1 | 20.1 | 20.4 | 21.0 | 16.7 | 14.2 | 15.8 |
| Gilead Sciences Inc GILD USA | 3,451 USD | 74.5 | 75.0 | 79.7 | 42.9 | 53.2 | 56.3 | 40.4 | 47.5 | 52.2 | 30.8 | 41.4 | 43.8 | 31.2 | 33.8 | 38.3 |
| Eli Lilly and Co LLY USA | 4,503 USD | 78.8 | 73.3 | 73.3 | 30.3 | 21.0 | 21.8 | 26.4 | 17.8 | 18.6 | 19.5 | 15.0 | 15.3 | 20.4 | 16.3 | 12.4 |
| Forest Laboratories Inc FRX USA | 174 USD | 79.0 | 81.6 | 81.4 | 2.3 | 14.4 | 34.9 | -2.5 | 9.9 | 27.9 | 5.6 | 8.2 | 19.8 | 2.3 | 17.4 | 39.0 |
| Average | | 74.8 | 74.4 | 75.5 | 25.8 | 30.0 | 36.2 | 19.9 | 24.1 | 31.0 | 19.0 | 21.3 | 25.0 | 17.7 | 20.4 | 26.4 |
| **Shire PLC SHPG US** | 1,507 USD | **86.4** | **85.1** | **85.3** | **40.6** | **40.7** | **42.3** | **34.0** | **35.0** | **37.0** | **30.5** | **32.1** | **34.5** | **26.5** | **25.8** | **31.1** |

### Leverage Analysis

| Company/Ticker | Last Historical Year Total Debt (Mil) | Debt/Equity % | | | Debt/Total Cap % | | | EBITDA/Interest Exp. | | | Total Debt/EBITDA | | | Assets/Equity | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) |
| Sanofi SNY USA | 14,590 EUR | 25.7 | 27.2 | 25.0 | 20.4 | 21.4 | 20.0 | 14.9 | 19.6 | 25.4 | 1.6 | 1.4 | 1.3 | 1.7 | 1.7 | 1.6 |
| Gilead Sciences Inc GILD USA | 6,700 USD | 57.7 | 24.6 | 19.2 | 36.6 | 19.8 | 16.1 | 15.6 | 38.6 | 56.6 | 1.4 | 0.4 | 0.3 | 1.9 | 1.5 | 1.4 |
| Eli Lilly and Co LLY USA | 5,213 USD | 29.6 | 36.1 | 44.4 | 22.8 | 26.5 | 30.7 | 43.7 | 26.0 | 22.1 | 0.7 | 1.5 | 1.8 | 2.0 | 2.0 | 2.1 |
| Forest Laboratories Inc FRX USA | — USD | | 19.5 | 17.3 | | 16.3 | 14.7 | | | 26.6 | | 2.4 | 0.8 | 1.3 | 1.5 | 1.4 |
| Average | | 37.7 | 26.9 | 26.5 | 26.6 | 21.0 | 20.4 | 24.7 | 28.1 | 32.7 | 1.2 | 1.4 | 1.1 | 1.7 | 1.7 | 1.6 |
| **Shire PLC SHPG US** | — USD | **—** | **43.8** | **35.1** | **—** | **30.5** | **26.0** | **52.6** | **39.2** | **26.8** | **—** | **1.3** | **1.2** | **1.6** | **1.9** | **1.7** |

### Liquidity Analysis

| Company/Ticker | Market Cap (Mil) | Cash per Share | | | Current Ratio | | | Quick Ratio | | | Cash/Short-Term Debt | | | Payout Ratio % | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) |
| Sanofi SNY USA | 144,113 USD | 6.30 | 6.88 | 7.49 | 1.71 | 1.83 | 1.92 | 1.26 | 1.36 | 1.43 | 2.02 | 2.18 | 2.36 | 99.8 | 75.8 | 63.2 |
| Gilead Sciences Inc GILD USA | 121,553 USD | 1.52 | 2.73 | 5.28 | 1.19 | 2.65 | 3.24 | 0.87 | 2.00 | 2.64 | 0.99 | — | 12.55 | — | — | — |
| Eli Lilly and Co LLY USA | 66,630 USD | 4.98 | 5.06 | 2.02 | 1.47 | 1.42 | 1.10 | 1.14 | 1.08 | 0.74 | 5.33 | 4.94 | 1.88 | 45.4 | 70.8 | 64.5 |
| Forest Laboratories Inc FRX USA | 25,281 USD | 11.34 | 18.21 | 13.31 | 4.31 | 5.99 | 4.56 | 3.91 | 5.69 | 4.18 | — | — | — | — | — | — |
| Average | | 6.04 | 8.22 | 7.03 | 2.17 | 2.97 | 2.71 | 1.80 | 2.53 | 2.25 | 2.78 | 3.56 | 5.60 | 72.6 | 73.3 | 63.9 |
| **Shire PLC SHPG US** | 35,039 USD | **3.83** | **3.85** | **6.62** | **2.37** | **2.46** | **3.40** | **2.12** | **2.15** | **3.08** | **—** | **—** | **—** | **13.9** | **7.1** | **6.4** |

© Morningstar 2014. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | A

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Very Good | Narrow | Biotechnology | Healthcare |

## Shire Rejects AbbVie's Takeover Offer, Hostile Bid Likely; Placing Shire Under Review

See Page 6 for the full Analyst Note from 20 Jun 2014

Julie Stralow, CFA
julie.stralow@morningstar.com

Committee members voting on rating do not own securities issued by the company.

Credit Analysis as of 20 Jun 2014
Business Analysis as of 20 Jun 2014
Estimates as of 13 Feb 2014

Currency amounts expressed with "$" are in U.S. dollars (USD) unless otherwise denoted.

### Contents

| | |
|---|---|
| Summary | 1 |
| Credit Analysis | 2 |
| Business Analysis | 4 |
| Analyst Notes | 6 |
| Morningstar Analyst Forecasts | 10 |
| Comparable Company Analysis | 13 |
| Methodology | 14 |

### Credit Perspective    20 Jun 2014

We are maintaining our credit rating for Shire at A, despite the recent acquisition of ViroPharma. The addition of ViroPharma, with its rapidly expanding HAE product Cinryze, diversifies Shire's product portfolio somewhat, but it also has increased its debt leverage. At the end of March 2014, Shire owed $1.5 billion in debt (credit facility borrowings) and had only $207 million in cash, compared with a net cash position prior to the acquisition. As of March 2014, Shire's net debt position stood at 0.7 times trailing-12-month EBITDA. We believe the firm may seek more permanent financing for that acquisition and other recent acquisitions, which is why we have maintained our credit rating. Also, Shire's management team has left the door open for future acquisitions, stating that its net debt/EBITDA capacity could actually be 2.5 times-3.0 times and boosting its borrowing limit to $12 billion. If Shire decides to increase its debt leverage significantly to make more acquisitions, we would consider a significant credit rating downgrade.

Overall, we believe Shire operates an attractive business that should help it fully repay existing creditors. Shire's specialty pharmaceutical business (in ADHD and gastrointestinal disorders) and its human genetic therapies business form the basis of its narrow moat. Newer ADHD drugs Vyvanse and Intuniv, ulcerative colitis therapy Lialda, and rare-disease therapies Elaprase, Replagal, Vpriv, and Firazyr have all contributed strongly to recent growth. With Shire's existing products, we expect continued growth in free cash flow to about $2 billion in the next five years, up from $1.4 billion during the last 12 months. ViroPharma's HAE product, Cinryze, add to Shire's growth prospects as well.

### Credit Metrics (USD Mil)

| | 2012 | 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|
| Cash And Equivalents | 1,499 | 2,262 | 2,290 | 3,973 |
| Total Debt | 1,100 | — | 2,950 | 2,950 |
| Interest Expense | 38 | 38 | 59 | 96 |
| EBITDA | 1,349 | 2,003 | 2,312 | 2,559 |
| Debt to Book Capital | 0.2 | — | 0.3 | 0.3 |
| Quick Ratio | 1.7 | 2.1 | 2.2 | 3.1 |
| Debt to EBITDA | 0.8 | — | 1.3 | 1.2 |
| EBITDA to Interest Expense | 35.3 | 52.6 | 39.2 | 26.8 |

### Operating Summary (USD Mil)

| | 2012 | 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|
| Sales | 4,527 | 4,934 | 5,685 | 6,046 |
| % Change | 6.2 | 9.0 | 15.2 | 6.3 |
| EBIT | 1,041 | 1,679 | 1,988 | 2,235 |
| % Net Sales | 23.0 | 34.0 | 35.0 | 37.0 |
| Net Income | 1,229 | 1,507 | 1,822 | 2,085 |
| % Net Sales | 27.1 | 30.5 | 32.1 | 34.5 |
| Free Cash Flow | 1,085 | 1,086 | -2,797 | 1,827 |
| % Net Sales | 24.0 | 22.0 | -49.2 | 30.2 |

### Issuer Profile

Shire is an Ireland-based specialty biopharmaceutical firm with six business units: rare diseases, neuroscience, gastrointestinal, regenerative medicine, internal medicine, and an R&D group. Shire completed 12 major mergers and acquisitions in the 18 years through 2012, including the Transkaryotic Therapies acquisition in 2005, which established its rare-disease business with Replagal and Elaprase, and the merger with New River in 2007, which brought full rights to ADHD drug Vyvanse. Shire completed the acquisition of ViroPharma in early 2014.

© Morningstar 2014. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

133

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | A

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Very Good | Narrow | Biotechnology | Healthcare |

## Comparable Company Analysis

These companies are chosen by the analyst and the data are shown by nearest calendar year in descending market capitalization order.

### Profitability Analysis

| Company/Ticker | Last Historical Year Net Income (Mil) | Gross Margin % 2013 | 2014(E) | 2015(E) | EBITDA Margin % 2013 | 2014(E) | 2015(E) | Operating Margin % 2013 | 2014(E) | 2015(E) | Net Margin % 2013 | 2014(E) | 2015(E) | Free Cash Flow Margin % 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 6,687 EUR | 67.0 | 67.5 | 67.6 | 27.5 | 31.3 | 31.6 | 15.3 | 21.2 | 25.1 | 20.1 | 20.4 | 21.0 | 16.7 | 14.2 | 15.9 |
| Gilead Sciences Inc GILD USA | 3,451 USD | 74.5 | 78.4 | 80.9 | 43.5 | 59.7 | 63.4 | 40.4 | 55.4 | 59.9 | 30.8 | 46.2 | 49.1 | 26.0 | 38.7 | 45.6 |
| Eli Lilly and Co LLY USA | 4,503 USD | 78.8 | 73.3 | 73.3 | 30.3 | 21.0 | 21.8 | 26.4 | 17.8 | 18.6 | 19.5 | 15.0 | 15.3 | 20.4 | 16.3 | 12.4 |
| Forest Laboratories Inc FRX USA | 174 USD | 79.0 | 81.6 | 81.4 | 2.3 | 14.4 | 34.9 | -2.5 | 9.9 | 27.9 | 5.6 | 8.2 | 19.8 | 2.3 | 17.4 | 39.0 |
| Average | | 74.8 | 75.2 | 75.8 | 25.9 | 31.6 | 37.9 | 19.9 | 26.1 | 32.9 | 19.0 | 22.5 | 26.3 | 16.4 | 21.7 | 28.2 |
| Shire PLC SHPG US | 1,507 USD | 86.4 | 85.1 | 85.3 | 40.6 | 40.7 | 42.3 | 34.0 | 35.0 | 37.0 | 30.5 | 32.1 | 34.5 | 26.5 | 25.8 | 31.1 |

### Leverage Analysis

| Company/Ticker | Last Historical Year Total Debt (Mil) | Debt/Equity % 2013 | 2014(E) | 2015(E) | Debt/Total Cap % 2013 | 2014(E) | 2015(E) | EBITDA/Interest Exp. 2013 | 2014(E) | 2015(E) | Total Debt/EBITDA 2013 | 2014(E) | 2015(E) | Assets/Equity 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 14,590 EUR | 25.7 | 27.2 | 25.0 | 20.4 | 21.4 | 20.0 | 14.9 | 19.6 | 25.3 | 1.6 | 1.4 | 1.3 | 1.7 | 1.7 | 1.6 |
| Gilead Sciences Inc GILD USA | 12,411 USD | 221.9 | 69.1 | 67.9 | 68.9 | 40.9 | 40.4 | 15.9 | 36.7 | 47.3 | 2.5 | 0.9 | 0.7 | 4.0 | 2.0 | 2.0 |
| Eli Lilly and Co LLY USA | 5,213 USD | 29.6 | 36.1 | 44.4 | 22.8 | 26.5 | 30.7 | 43.7 | 26.0 | 22.1 | 0.7 | 1.5 | 1.8 | 2.0 | 2.0 | 2.1 |
| Forest Laboratories Inc FRX USA | — USD | — | 19.5 | 17.3 | — | 16.3 | 14.7 | — | — | 26.6 | — | 2.4 | 0.8 | 1.3 | 1.5 | 1.4 |
| Average | | 92.4 | 38.0 | 38.7 | 37.4 | 26.3 | 26.5 | 24.8 | 27.4 | 30.3 | 1.6 | 1.6 | 1.2 | 2.3 | 1.8 | 1.8 |
| Shire PLC SHPG US | — USD | — | 43.8 | 35.1 | — | 30.5 | 26.0 | 52.6 | 39.2 | 26.8 | — | 1.3 | 1.2 | 1.6 | 1.9 | 1.7 |

### Liquidity Analysis

| Company/Ticker | Market Cap (Mil) | Cash per Share 2013 | 2014(E) | 2015(E) | Current Ratio 2013 | 2014(E) | 2015(E) | Quick Ratio 2013 | 2014(E) | 2015(E) | Cash/Short-Term Debt 2013 | 2014(E) | 2015(E) | Payout Ratio % 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 144,404 USD | 6.30 | 6.88 | 7.51 | 1.71 | 1.83 | 1.92 | 1.26 | 1.36 | 1.43 | 2.02 | 2.18 | 2.37 | 99.8 | 75.8 | 63.2 |
| Gilead Sciences Inc GILD USA | 124,697 USD | 1.52 | 6.56 | 6.96 | 0.86 | 3.87 | 2.26 | 0.63 | 3.26 | 1.90 | 0.48 | — | 2.87 | — | — | — |
| Eli Lilly and Co LLY USA | 69,440 USD | 4.98 | 5.06 | 2.02 | 1.47 | 1.42 | 1.10 | 1.14 | 1.08 | 0.74 | 5.33 | 4.94 | 1.88 | 45.4 | 70.8 | 64.5 |
| Forest Laboratories Inc FRX USA | 26,406 USD | 11.34 | 18.21 | 13.31 | 4.31 | 5.99 | 4.56 | 3.91 | 5.69 | 4.18 | — | — | — | — | — | — |
| Average | | 6.04 | 9.18 | 7.45 | 2.09 | 3.28 | 2.46 | 1.74 | 2.85 | 2.06 | 2.61 | 3.56 | 2.37 | 72.6 | 73.3 | 63.9 |
| Shire PLC SHPG US | 44,433 USD | 3.83 | 3.85 | 6.62 | 2.37 | 2.46 | 3.40 | 2.12 | 2.15 | 3.08 | — | — | — | 13.9 | 7.1 | 6.4 |

© Morningstar 2014. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | A

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Good | Narrow | Biotechnology | Healthcare |

## Shire's leverage has risen since the ViroPharma acquisition.

Julie Stralow, CFA
julie.stralow@morningstar.com

Committee members voting on rating do not own securities issued by the company.

Credit Analysis as of 23 Jun 2014
Business Analysis as of 23 Jun 2014
Estimates as of 30 May 2014

Currency amounts expressed with "$" are in U.S. dollars (USD) unless otherwise denoted.

**Contents**

| | |
|---|---|
| Summary | 1 |
| Credit Analysis | 2 |
| Business Analysis | 4 |
| Analyst Notes | 7 |
| Morningstar Analyst Forecasts | 12 |
| Comparable Company Analysis | 15 |
| Methodology | 16 |

**Credit Perspective**   20 Jun 2014

We are maintaining our credit rating for Shire at A, despite the recent acquisition of ViroPharma. The addition of ViroPharma, with its rapidly expanding HAE product Cinryze, diversifies Shire's product portfolio somewhat, but it also has increased its debt leverage. At the end of March 2014, Shire owed $1.5 billion in debt (credit facility borrowings) and had only $207 million in cash, compared with a net cash position prior to the acquisition. As of March 2014, Shire's net debt position stood at 0.7 times trailing-12-month EBITDA. We believe the firm may seek more permanent financing for that acquisition and other recent acquisitions, which is why we have maintained our credit rating. Also, Shire's management team has left the door open for future acquisitions, stating that its net debt/EBITDA capacity could actually be 2.5 times-3.0 times and boosting its borrowing limit to $12 billion. If Shire decides to increase its debt leverage significantly to make more acquisitions, we would consider a significant credit rating downgrade.

Overall, we believe Shire operates an attractive business that should help it fully repay existing creditors. Shire's specialty pharmaceutical business (in ADHD and gastrointestinal disorders) and its human genetic therapies business form the basis of its narrow moat. Newer ADHD drugs Vyvanse and Intuniv, ulcerative colitis therapy Lialda, and rare-disease therapies Elaprase, Replagal, Vpriv, and Firazyr have all contributed strongly to recent growth. With Shire's existing products, we expect continued growth in free cash flow to about $2 billion in the next five years, up from $1.4 billion during the last 12 months. ViroPharma's HAE product, Cinryze, add to Shire's growth prospects as well.

**Credit Metrics** (USD Mil)

| | 2012 | 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|
| Cash And Equivalents | 1,499 | 2,262 | 2,073 | 3,960 |
| Total Debt | 1,100 | — | 2,950 | 2,950 |
| Interest Expense | 38 | 38 | 59 | 96 |
| EBITDA | 1,349 | 2,003 | 2,553 | 2,769 |
| Debt to Book Capital | 0.2 | — | 0.3 | 0.3 |
| Quick Ratio | 1.7 | 2.1 | 2.0 | 3.1 |
| Debt to EBITDA | 0.8 | — | 1.2 | 1.1 |
| EBITDA to Interest Expense | 35.3 | 52.6 | 43.3 | 29.0 |

**Operating Summary** (USD Mil)

| | 2012 | 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|
| Sales | 4,527 | 4,934 | 5,707 | 6,057 |
| % Change | 6.2 | 9.0 | 15.7 | 6.1 |
| EBIT | 1,041 | 1,679 | 2,171 | 2,365 |
| % Net Sales | 23.0 | 34.0 | 38.0 | 39.1 |
| Net Income | 1,229 | 1,478 | 1,903 | 2,150 |
| % Net Sales | 27.1 | 30.0 | 33.3 | 35.5 |
| Free Cash Flow | 1,085 | 1,058 | -3,004 | 2,047 |
| % Net Sales | 24.0 | 21.4 | -52.6 | 33.8 |

**Issuer Profile**

Shire is an Ireland-based specialty biopharmaceutical firm with a focus on neuroscience, rare diseases, and gastrointestinal and internal medicine. Shire has grown primarily through mergers and acquisitions, including the Transkaryotic Therapies acquisition in 2005, which established its rare-disease business with Replagal and Elaprase, and the merger with New River in 2007, which brought full rights to ADHD drug Vyvanse. Shire completed the acquisition of ViroPharma in early 2014.

© Morningstar 2014. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | A

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Good | Narrow | Biotechnology | Healthcare |

## Comparable Company Analysis

These companies are chosen by the analyst and the data are shown by nearest calendar year in descending market capitalization order.

### Profitability Analysis

| Company/Ticker | Last Historical Year Net Income (Mil) | Gross Margin % 2013 | 2014(E) | 2015(E) | EBITDA Margin % 2013 | 2014(E) | 2015(E) | Operating Margin % 2013 | 2014(E) | 2015(E) | Net Margin % 2013 | 2014(E) | 2015(E) | Free Cash Flow Margin % 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 6,687 EUR | 67.0 | 67.5 | 67.6 | 27.5 | 31.3 | 31.6 | 15.3 | 21.2 | 25.1 | 20.1 | 20.4 | 21.0 | 16.7 | 14.2 | 15.9 |
| Gilead Sciences Inc GILD USA | 3,451 USD | 74.5 | 78.4 | 80.9 | 43.5 | 59.7 | 63.4 | 40.4 | 55.4 | 59.9 | 30.8 | 46.2 | 49.1 | 26.0 | 38.7 | 45.6 |
| Eli Lilly and Co LLY USA | 4,503 USD | 78.8 | 73.3 | 73.3 | 30.3 | 21.0 | 21.8 | 26.4 | 17.8 | 18.6 | 19.5 | 15.0 | 15.3 | 20.4 | 16.3 | 12.4 |
| Forest Laboratories Inc FRX USA | 174 USD | 79.0 | 81.6 | 81.4 | 2.3 | 14.4 | 34.9 | -2.5 | 9.9 | 27.9 | 5.6 | 8.2 | 19.8 | 2.3 | 17.4 | 39.0 |
| Average | | 74.8 | 75.2 | 75.8 | 25.9 | 31.6 | 37.9 | 19.9 | 26.1 | 32.9 | 19.0 | 22.5 | 26.3 | 16.4 | 21.7 | 28.2 |
| Shire PLC SHPG US | 1,478 USD | 86.4 | 85.1 | 85.3 | 40.6 | 44.7 | 45.7 | 34.0 | 38.0 | 39.1 | 30.0 | 33.3 | 35.5 | 26.5 | 27.9 | 34.4 |

### Leverage Analysis

| Company/Ticker | Last Historical Year Total Debt (Mil) | Debt/Equity % 2013 | 2014(E) | 2015(E) | Debt/Total Cap % 2013 | 2014(E) | 2015(E) | EBITDA/Interest Exp. 2013 | 2014(E) | 2015(E) | Total Debt/EBITDA 2013 | 2014(E) | 2015(E) | Assets/Equity 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 14,590 EUR | 25.7 | 27.2 | 25.0 | 20.4 | 21.4 | 20.0 | 14.9 | 19.6 | 25.3 | 1.6 | 1.4 | 1.3 | 1.7 | 1.7 | 1.6 |
| Gilead Sciences Inc GILD USA | 12,411 USD | 221.9 | 69.1 | 67.9 | 68.9 | 40.9 | 40.4 | 15.9 | 36.7 | 47.3 | 2.5 | 0.9 | 0.7 | 4.0 | 2.0 | 2.0 |
| Eli Lilly and Co LLY USA | 5,213 USD | 29.6 | 36.1 | 44.4 | 22.8 | 26.5 | 30.7 | 43.7 | 26.0 | 22.1 | 0.7 | 1.5 | 1.8 | 2.0 | 2.0 | 2.1 |
| Forest Laboratories Inc FRX USA | — USD | | 19.5 | 17.3 | | 16.3 | 14.7 | | | 26.6 | | 2.4 | 0.8 | 1.3 | 1.5 | 1.4 |
| Average | | 92.4 | 38.0 | 38.7 | 37.4 | 26.3 | 26.5 | 24.8 | 27.4 | 30.3 | 1.6 | 1.6 | 1.2 | 2.3 | 1.8 | 1.8 |
| Shire PLC SHPG US | — USD | | 43.3 | 34.4 | | 30.2 | 25.6 | 52.6 | 43.3 | 29.0 | | 1.2 | 1.1 | 1.6 | 1.9 | 1.7 |

### Liquidity Analysis

| Company/Ticker | Market Cap (Mil) | Cash per Share 2013 | 2014(E) | 2015(E) | Current Ratio 2013 | 2014(E) | 2015(E) | Quick Ratio 2013 | 2014(E) | 2015(E) | Cash/Short-Term Debt 2013 | 2014(E) | 2015(E) | Payout Ratio % 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 143,954 USD | 6.30 | 6.88 | 7.51 | 1.71 | 1.83 | 1.92 | 1.26 | 1.36 | 1.43 | 2.02 | 2.18 | 2.37 | 99.8 | 75.8 | 63.2 |
| Gilead Sciences Inc GILD USA | 124,083 USD | 1.52 | 6.56 | 6.96 | 0.86 | 3.87 | 2.26 | 0.63 | 3.26 | 1.90 | 0.48 | — | 2.87 | — | — | — |
| Eli Lilly and Co LLY USA | 69,484 USD | 4.98 | 5.06 | 2.02 | 1.47 | 1.42 | 1.10 | 1.14 | 1.08 | 0.74 | 5.33 | 4.94 | 1.88 | 45.4 | 70.8 | 64.5 |
| Forest Laboratories Inc FRX USA | 26,919 USD | 11.34 | 18.21 | 13.31 | 4.31 | 5.99 | 4.56 | 3.91 | 5.69 | 4.18 | — | — | — | — | — | — |
| Average | | 6.04 | 9.18 | 7.45 | 2.09 | 3.28 | 2.46 | 1.74 | 2.85 | 2.06 | 2.61 | 3.56 | 2.37 | 72.6 | 73.3 | 63.9 |
| Shire PLC SHPG US | 45,332 USD | 3.83 | 3.53 | 6.60 | 2.37 | 2.35 | 3.39 | 2.12 | 2.04 | 3.07 | — | — | — | 14.5 | 6.7 | 6.1 |

© Morningstar 2014. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | A

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Good | Narrow | Biotechnology | Healthcare |

## AbbVie Presents Strong Case for Shire Acquisition, Led by Lower Tax Rate

See Page 7 for the full Analyst Note from 25 Jun 2014

Julie Stralow, CFA
julie.stralow@morningstar.com

Committee members voting on rating do not own securities issued by the company.

Credit Analysis as of 23 Jun 2014
Business Analysis as of 23 Jun 2014
Estimates as of 30 May 2014

Currency amounts expressed with "$" are in U.S. dollars (USD) unless otherwise denoted.

**Contents**

Summary 1
Credit Analysis 2
Business Analysis 4
Analyst Notes 7
Morningstar Analyst Forecasts 12
Comparable Company Analysis 15
Methodology 16

**Credit Perspective** 20 Jun 2014

We are maintaining our credit rating for Shire at A, despite the recent acquisition of ViroPharma. The addition of ViroPharma, with its rapidly expanding HAE product Cinryze, diversifies Shire's product portfolio somewhat, but it also has increased its debt leverage. At the end of March 2014, Shire owed $1.5 billion in debt (credit facility borrowings) and had only $207 million in cash, compared with a net cash position prior to the acquisition. As of March 2014, Shire's net debt position stood at 0.7 times trailing-12-month EBITDA. We believe the firm may seek more permanent financing for that acquisition and other recent acquisitions, which is why we have maintained our credit rating. Also, Shire's management team has left the door open for future acquisitions, stating that its net debt/EBITDA capacity could actually be 2.5 times-3.0 times and boosting its borrowing limit to $12 billion. If Shire decides to increase its debt leverage significantly to make more acquisitions, we would consider a significant credit rating downgrade.

Overall, we believe Shire operates an attractive business that should help it fully repay existing creditors. Shire's specialty pharmaceutical business (in ADHD and gastrointestinal disorders) and its human genetic therapies business form the basis of its narrow moat. Newer ADHD drugs Vyvanse and Intuniv, ulcerative colitis therapy Lialda, and rare-disease therapies Elaprase, Replagal, Vpriv, and Firazyr have all contributed strongly to recent growth. With Shire's existing products, we expect continued growth in free cash flow to about $2 billion in the next five years, up from $1.4 billion during the last 12 months. ViroPharma's HAE product, Cinryze, add to Shire's growth prospects as well.

**Credit Metrics** (USD Mil)

| | 2012 | 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|
| Cash And Equivalents | 1,499 | 2,262 | 2,073 | 3,960 |
| Total Debt | 1,100 | — | 2,950 | 2,950 |
| Interest Expense | 38 | 38 | 59 | 96 |
| EBITDA | 1,349 | 2,003 | 2,553 | 2,769 |
| Debt to Book Capital | 0.2 | — | 0.3 | 0.3 |
| Quick Ratio | 1.7 | 2.1 | 2.0 | 3.1 |
| Debt to EBITDA | 0.8 | — | 1.2 | 1.1 |
| EBITDA to Interest Expense | 35.3 | 52.6 | 43.3 | 29.0 |

**Operating Summary** (USD Mil)

| | 2012 | 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|
| Sales | 4,527 | 4,934 | 5,707 | 6,057 |
| % Change | 6.2 | 9.0 | 15.7 | 6.1 |
| EBIT | 1,041 | 1,679 | 2,171 | 2,365 |
| % Net Sales | 23.0 | 34.0 | 38.0 | 39.1 |
| Net Income | 1,229 | 1,478 | 1,903 | 2,150 |
| % Net Sales | 27.1 | 30.0 | 33.3 | 35.5 |
| Free Cash Flow | 1,085 | 1,058 | -3,004 | 2,047 |
| % Net Sales | 24.0 | 21.4 | -52.6 | 33.8 |

**Issuer Profile**

Shire is an Ireland-based specialty biopharmaceutical firm with a focus on neuroscience, rare diseases, and gastrointestinal and internal medicine. Shire has grown primarily through mergers and acquisitions, including the Transkaryotic Therapies acquisition in 2005, which established its rare-disease business with Replagal and Elaprase, and the merger with New River in 2007, which brought full rights to ADHD drug Vyvanse. Shire completed the acquisition of ViroPharma in early 2014.

© Morningstar 2014. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

318

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | A

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Good | Narrow | Biotechnology | Healthcare |

## Comparable Company Analysis

These companies are chosen by the analyst and the data are shown by nearest calendar year in descending market capitalization order.

### Profitability Analysis

| Company/Ticker | Last Historical Year Net Income (Mil) | Gross Margin % 2013 | 2014(E) | 2015(E) | EBITDA Margin % 2013 | 2014(E) | 2015(E) | Operating Margin % 2013 | 2014(E) | 2015(E) | Net Margin % 2013 | 2014(E) | 2015(E) | Free Cash Flow Margin % 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 6,687 EUR | 67.0 | 67.5 | 67.6 | 27.5 | 31.3 | 31.6 | 15.3 | 21.2 | 25.1 | 20.1 | 20.4 | 21.0 | 16.7 | 14.2 | 15.9 |
| Gilead Sciences Inc GILD USA | 3,451 USD | 74.5 | 78.4 | 80.9 | 43.5 | 59.7 | 63.4 | 40.4 | 55.4 | 59.9 | 30.8 | 46.2 | 49.1 | 26.0 | 38.7 | 45.6 |
| Eli Lilly and Co LLY USA | 4,503 USD | 78.8 | 73.3 | 73.3 | 30.3 | 21.0 | 21.8 | 26.4 | 17.8 | 18.6 | 19.5 | 15.0 | 15.3 | 20.4 | 16.3 | 12.4 |
| Forest Laboratories Inc FRX USA | 174 USD | 79.0 | 81.6 | 81.4 | 2.3 | 14.4 | 34.9 | -2.5 | 9.9 | 27.9 | 5.6 | 8.2 | 19.8 | 2.3 | 17.4 | 39.0 |
| Average | | 74.8 | 75.2 | 75.8 | 25.9 | 31.6 | 37.9 | 19.9 | 26.1 | 32.9 | 19.0 | 22.5 | 26.3 | 16.4 | 21.7 | 28.2 |
| **Shire PLC SHPG US** | 1,478 USD | 86.4 | 85.1 | 85.3 | 40.6 | 44.7 | 45.7 | 34.0 | 38.0 | 39.1 | 30.0 | 33.3 | 35.5 | 26.5 | 27.9 | 34.4 |

### Leverage Analysis

| Company/Ticker | Last Historical Year Total Debt (Mil) | Debt/Equity % 2013 | 2014(E) | 2015(E) | Debt/Total Cap % 2013 | 2014(E) | 2015(E) | EBITDA/Interest Exp. 2013 | 2014(E) | 2015(E) | Total Debt/EBITDA 2013 | 2014(E) | 2015(E) | Assets/Equity 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 14,590 EUR | 25.7 | 27.2 | 25.0 | 20.4 | 21.4 | 20.0 | 14.9 | 19.6 | 25.3 | 1.6 | 1.4 | 1.3 | 1.7 | 1.7 | 1.6 |
| Gilead Sciences Inc GILD USA | 12,411 USD | 221.9 | 69.1 | 67.9 | 68.9 | 40.9 | 40.4 | 15.9 | 36.7 | 47.3 | 2.5 | 0.9 | 0.7 | 4.0 | 2.0 | 2.0 |
| Eli Lilly and Co LLY USA | 5,213 USD | 29.6 | 36.1 | 44.4 | 22.8 | 26.5 | 30.7 | 43.7 | 26.0 | 22.1 | 0.7 | 1.5 | 1.8 | 2.0 | 2.0 | 2.1 |
| Forest Laboratories Inc FRX USA | — USD | | 19.5 | 17.3 | | 16.3 | 14.7 | | | 26.6 | | 2.4 | 0.8 | 1.3 | 1.5 | 1.4 |
| Average | | 92.4 | 38.0 | 38.7 | 37.4 | 26.3 | 26.5 | 24.8 | 27.4 | 30.3 | 1.6 | 1.6 | 1.2 | 2.3 | 1.8 | 1.8 |
| **Shire PLC SHPG US** | — USD | | 43.3 | 34.4 | | 30.2 | 25.6 | 52.6 | 43.3 | 29.0 | | 1.2 | 1.1 | 1.6 | 1.9 | 1.7 |

### Liquidity Analysis

| Company/Ticker | Market Cap (Mil) | Cash per Share 2013 | 2014(E) | 2015(E) | Current Ratio 2013 | 2014(E) | 2015(E) | Quick Ratio 2013 | 2014(E) | 2015(E) | Cash/Short-Term Debt 2013 | 2014(E) | 2015(E) | Payout Ratio % 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 141,702 USD | 6.30 | 6.88 | 7.51 | 1.71 | 1.83 | 1.92 | 1.26 | 1.36 | 1.43 | 2.02 | 2.18 | 2.37 | 99.8 | 75.8 | 63.2 |
| Gilead Sciences Inc GILD USA | 125,619 USD | 1.52 | 6.56 | 6.96 | 0.86 | 3.87 | 2.26 | 0.63 | 3.26 | 1.90 | 0.48 | — | 2.87 | — | — | — |
| Eli Lilly and Co LLY USA | 70,525 USD | 4.98 | 5.06 | 2.02 | 1.47 | 1.42 | 1.10 | 1.14 | 1.08 | 0.74 | 5.33 | 4.94 | 1.88 | 45.4 | 70.8 | 64.5 |
| Forest Laboratories Inc FRX USA | 27,131 USD | 11.34 | 18.21 | 13.31 | 4.31 | 5.99 | 4.56 | 3.91 | 5.69 | 4.18 | — | — | — | — | — | — |
| Average | | 6.04 | 9.18 | 7.45 | 2.09 | 3.28 | 2.46 | 1.74 | 2.85 | 2.06 | 2.61 | 3.56 | 2.37 | 72.6 | 73.3 | 63.9 |
| **Shire PLC SHPG US** | 46,078 USD | 3.83 | 3.53 | 6.60 | 2.37 | 2.35 | 3.39 | 2.12 | 2.04 | 3.07 | — | — | — | 14.5 | 6.7 | 6.1 |

© Morningstar 2014. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | A

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Good | Narrow | Biotechnology | Healthcare |

## Shire's leverage has risen since the ViroPharma acquisition.

See Page 7 for the full Analyst Note from 08 Jul 2014

Julie Stralow, CFA
julie.stralow@morningstar.com

Committee members voting on rating do
not own securities issued by the company.

Credit Analysis as of 23 Jun 2014
Business Analysis as of 08 Jul 2014
Estimates as of 30 May 2014

Currency amounts expressed with "$" are in
U.S. dollars (USD) unless otherwise denoted.

### Contents

| | |
|---|---|
| Summary | 1 |
| Credit Analysis | 2 |
| Business Analysis | 4 |
| Analyst Notes | 7 |
| Morningstar Analyst Forecasts | 13 |
| Comparable Company Analysis | 16 |
| Methodology | 17 |

### Credit Perspective    20 Jun 2014

We are maintaining our credit rating for Shire at A, despite the recent acquisition of ViroPharma. The addition of ViroPharma, with its rapidly expanding HAE product Cinryze, diversifies Shire's product portfolio somewhat, but it also has increased its debt leverage. At the end of March 2014, Shire owed $1.5 billion in debt (credit facility borrowings) and had only $207 million in cash, compared with a net cash position prior to the acquisition. As of March 2014, Shire's net debt position stood at 0.7 times trailing-12-month EBITDA. We believe the firm may seek more permanent financing for that acquisition and other recent acquisitions, which is why we have maintained our credit rating. Also, Shire's management team has left the door open for future acquisitions, stating that its net debt/EBITDA capacity could actually be 2.5 times-3.0 times and boosting its borrowing limit to $12 billion. If Shire decides to increase its debt leverage significantly to make more acquisitions, we would consider a significant credit rating downgrade.

Overall, we believe Shire operates an attractive business that should help it fully repay existing creditors. Shire's specialty pharmaceutical business (in ADHD and gastrointestinal disorders) and its human genetic therapies business form the basis of its narrow moat. Newer ADHD drugs Vyvanse and Intuniv, ulcerative colitis therapy Lialda, and rare-disease therapies Elaprase, Replagal, Vpriv, and Firazyr have all contributed strongly to recent growth. With Shire's existing products, we expect continued growth in free cash flow to about $2 billion in the next five years, up from $1.4 billion during the last 12 months. ViroPharma's HAE product, Cinryze, add to Shire's growth prospects as well.

### Credit Metrics (USD Mil)

| | 2012 | 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|
| Cash And Equivalents | 1,499 | 2,262 | 2,073 | 3,960 |
| Total Debt | 1,100 | — | 2,950 | 2,950 |
| Interest Expense | 38 | 38 | 59 | 96 |
| EBITDA | 1,349 | 2,003 | 2,553 | 2,769 |
| Debt to Book Capital | 0.2 | — | 0.3 | 0.3 |
| Quick Ratio | 1.7 | 2.1 | 2.0 | 3.1 |
| Debt to EBITDA | 0.8 | — | 1.2 | 1.1 |
| EBITDA to Interest Expense | 35.3 | 52.6 | 43.3 | 29.0 |

### Operating Summary (USD Mil)

| | 2012 | 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|
| Sales | 4,527 | 4,934 | 5,707 | 6,057 |
| % Change | 6.2 | 9.0 | 15.7 | 6.1 |
| EBIT | 1,041 | 1,679 | 2,171 | 2,365 |
| % Net Sales | 23.0 | 34.0 | 38.0 | 39.1 |
| Net Income | 1,229 | 1,478 | 1,903 | 2,150 |
| % Net Sales | 27.1 | 30.0 | 33.3 | 35.5 |
| Free Cash Flow | 1,085 | 1,058 | -3,004 | 2,047 |
| % Net Sales | 24.0 | 21.4 | -52.6 | 33.8 |

### Issuer Profile

Shire is an Ireland-based specialty biopharmaceutical firm with a focus on neuroscience, rare diseases, and gastrointestinal and internal medicine. Shire has grown primarily through mergers and acquisitions, including the Transkaryotic Therapies acquisition in 2005, which established its rare-disease business with Replagal and Elaprase, and the merger with New River in 2007, which brought full rights to ADHD drug Vyvanse. Shire completed the acquisition of ViroPharma in early 2014.

© Morningstar 2014. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | A

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Good | Narrow | Biotechnology | Healthcare |

## Comparable Company Analysis

These companies are chosen by the analyst and the data are shown by nearest calendar year in descending market capitalization order.

### Profitability Analysis

| Company/Ticker | Last Historical Year Net Income (Mil) | Gross Margin % 2013 | 2014(E) | 2015(E) | EBITDA Margin % 2013 | 2014(E) | 2015(E) | Operating Margin % 2013 | 2014(E) | 2015(E) | Net Margin % 2013 | 2014(E) | 2015(E) | Free Cash Flow Margin % 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 6,687 EUR | 67.0 | 67.5 | 67.6 | 27.5 | 31.3 | 31.6 | 15.3 | 21.2 | 25.1 | 20.1 | 20.4 | 21.0 | 16.7 | 14.2 | 15.9 |
| Gilead Sciences Inc GILD USA | 3,451 USD | 74.5 | 78.4 | 80.9 | 43.5 | 59.7 | 63.4 | 40.4 | 55.4 | 59.9 | 30.8 | 46.2 | 49.1 | 26.0 | 38.7 | 45.6 |
| Eli Lilly and Co LLY USA | 4,503 USD | 78.8 | 73.3 | 73.3 | 30.3 | 21.0 | 21.8 | 26.4 | 17.8 | 18.6 | 19.5 | 15.0 | 15.3 | 20.4 | 16.3 | 12.4 |
| Average | | 73.4 | 73.1 | 73.9 | 33.8 | 37.3 | 38.9 | 27.4 | 31.5 | 34.5 | 23.5 | 27.2 | 28.5 | 21.0 | 23.1 | 24.6 |
| Shire PLC SHPG US | 1,478 USD | 86.4 | 85.1 | 85.3 | 40.6 | 44.7 | 45.7 | 34.0 | 38.0 | 39.1 | 30.0 | 33.3 | 35.5 | 26.5 | 27.9 | 34.4 |

### Leverage Analysis

| Company/Ticker | Last Historical Year Total Debt (Mil) | Debt/Equity % 2013 | 2014(E) | 2015(E) | Debt/Total Cap % 2013 | 2014(E) | 2015(E) | EBITDA/Interest Exp. 2013 | 2014(E) | 2015(E) | Total Debt/EBITDA 2013 | 2014(E) | 2015(E) | Assets/Equity 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 14,590 EUR | 25.7 | 27.2 | 25.0 | 20.4 | 21.4 | 20.0 | 14.9 | 19.6 | 25.3 | 1.6 | 1.4 | 1.3 | 1.7 | 1.7 | 1.6 |
| Gilead Sciences Inc GILD USA | 12,411 USD | 221.9 | 69.1 | 67.9 | 68.9 | 40.9 | 40.4 | 15.9 | 36.7 | 47.3 | 2.5 | 0.9 | 0.7 | 4.0 | 2.0 | 2.0 |
| Eli Lilly and Co LLY USA | 5,213 USD | 29.6 | 36.1 | 44.4 | 22.8 | 26.5 | 30.7 | 43.7 | 26.0 | 22.1 | 0.7 | 1.5 | 1.8 | 2.0 | 2.0 | 2.1 |
| Average | | 92.4 | 44.1 | 45.8 | 37.4 | 29.6 | 30.4 | 24.8 | 27.4 | 31.6 | 1.6 | 1.3 | 1.3 | 2.6 | 1.9 | 1.9 |
| Shire PLC SHPG US | — USD | — | 43.3 | 34.4 | — | 30.2 | 25.6 | 52.6 | 43.3 | 29.0 | — | 1.2 | 1.1 | 1.6 | 1.9 | 1.7 |

### Liquidity Analysis

| Company/Ticker | Market Cap (Mil) | Cash per Share 2013 | 2014(E) | 2015(E) | Current Ratio 2013 | 2014(E) | 2015(E) | Quick Ratio 2013 | 2014(E) | 2015(E) | Cash/Short-Term Debt 2013 | 2014(E) | 2015(E) | Payout Ratio % 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanofi SNY USA | 137,200 USD | 6.30 | 6.88 | 7.51 | 1.71 | 1.83 | 1.92 | 1.26 | 1.36 | 1.43 | 2.02 | 2.18 | 2.37 | 99.8 | 75.8 | 63.2 |
| Gilead Sciences Inc GILD USA | 133,773 USD | 1.52 | 6.56 | 6.96 | 0.86 | 3.87 | 2.26 | 0.63 | 3.26 | 1.90 | 0.48 | — | 2.87 | — | — | — |
| Eli Lilly and Co LLY USA | 69,921 USD | 4.98 | 5.06 | 2.02 | 1.47 | 1.42 | 1.10 | 1.14 | 1.08 | 0.74 | 5.33 | 4.94 | 1.88 | 45.4 | 70.8 | 64.5 |
| Average | | 4.27 | 6.17 | 5.50 | 1.35 | 2.37 | 1.76 | 1.01 | 1.90 | 1.36 | 2.61 | 3.56 | 2.37 | 72.6 | 73.3 | 63.9 |
| Shire PLC SHPG US | 45,752 USD | 3.83 | 3.53 | 6.60 | 2.37 | 2.35 | 3.39 | 2.12 | 2.04 | 3.07 | — | — | — | 14.5 | 6.7 | 6.1 |

© Morningstar 2014. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | UR-

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Good | Narrow | Biotechnology | Healthcare |

## Shire Appears Open to AbbVie's Latest Offer; Both Credit Ratings Under Review (Negative)

See Page 7 for the full Analyst Note from 14 Jul 2014

Julie Stralow, CFA
julie.stralow@morningstar.com

Committee members voting on rating do not own securities issued by the company.

Credit Analysis as of 14 Jul 2014
Business Analysis as of 14 Jul 2014
Estimates as of 30 May 2014

Currency amounts expressed with "$" are in U.S. dollars (USD) unless otherwise denoted.

### Contents

Summary ................................................ 1
Credit Analysis ...................................... 2
Business Analysis .................................. 4
Analyst Notes ....................................... 7
Morningstar Analyst Forecasts ........... 14
Comparable Company Analysis .......... 17
Methodology ........................................ 18

### Credit Perspective    14 Jul 2014

We have placed our A credit rating for Shire under review with negative implications based on AbbVie's takeover proposal. Under these latest deal terms, we believe AbbVie's gross debt/EBITDA leverage could rise about 1.5 turns to about 3.7 times after the deal closes. However, because of organic growth prospects and cost synergies associated with this deal, we believe the combined entity could deleverage back to the low 2's on a gross debt/EBITDA basis within a couple of years of the potential deal's closure. Shire's management team appears open to this or a slightly higher offer by AbbVie, and we believe the deal is more likely than not to close in the near future. If the transaction closes as planned, we would drop our rating of Shire.

As a stand-alone entity, Shire operates an attractive business that should help it fully repay existing creditors. Shire's specialty pharmaceutical business (in ADHD and gastrointestinal disorders) and its human genetic therapies business form the basis of its narrow moat. Newer ADHD drugs Vyvanse and Intuniv, ulcerative colitis therapy Lialda, and rare-disease therapies Elaprase, Replagal, Vpriv, and Firazyr have all contributed strongly to recent growth. With Shire's existing products, we expect continued growth in free cash flow to about $2 billion in the next five years, up from $1.4 billion during the last 12 months. Shire recently acquired ViroPharma, and its HAE product, Cinryze, adds to Shire's growth prospects as well.

### Credit Metrics (USD Mil)

| | 2012 | 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|
| Cash And Equivalents | 1,499 | 2,262 | 2,073 | 3,960 |
| Total Debt | 1,100 | — | 2,950 | 2,950 |
| Interest Expense | 38 | 38 | 59 | 96 |
| EBITDA | 1,349 | 2,003 | 2,553 | 2,769 |
| Debt to Book Capital | 0.2 | — | 0.3 | 0.3 |
| Quick Ratio | 1.7 | 2.1 | 2.0 | 3.1 |
| Debt to EBITDA | 0.8 | — | 1.2 | 1.1 |
| EBITDA to Interest Expense | 35.3 | 52.6 | 43.3 | 29.0 |

### Operating Summary (USD Mil)

| | 2012 | 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|
| Sales | 4,527 | 4,934 | 5,707 | 6,057 |
| % Change | 6.2 | 9.0 | 15.7 | 6.1 |
| EBIT | 1,041 | 1,679 | 2,171 | 2,365 |
| % Net Sales | 23.0 | 34.0 | 38.0 | 39.1 |
| Net Income | 1,229 | 1,478 | 1,903 | 2,150 |
| % Net Sales | 27.1 | 30.0 | 33.3 | 35.5 |
| Free Cash Flow | 1,085 | 1,058 | -3,004 | 2,047 |
| % Net Sales | 24.0 | 21.4 | -52.6 | 33.8 |

### Issuer Profile

Shire is an Ireland-based specialty biopharmaceutical firm with a focus on neuroscience, rare diseases, and gastrointestinal and internal medicine. Shire has grown primarily through mergers and acquisitions, including the Transkaryotic Therapies acquisition in 2005, which established its rare-disease business with Replagal and Elaprase, and the merger with New River in 2007, which bought full rights to ADHD drug Vyvanse. Shire completed the acquisition of ViroPharma in early 2014.

© Morningstar 2014. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.



Morningstar Corporate Credit Research

# Shire PLC SHPG (NAS) | UR-

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Good | Narrow | Biotechnology | Healthcare |

## Comparable Company Analysis

These companies are chosen by the analyst and the data are shown by nearest calendar year in descending market capitalization order.

### Profitability Analysis

| Company/Ticker | Last Historical Year Net Income (Mil) | Gross Margin % 2013 | 2014(E) | 2015(E) | EBITDA Margin % 2013 | 2014(E) | 2015(E) | Operating Margin % 2013 | 2014(E) | 2015(E) | Net Margin % 2013 | 2014(E) | 2015(E) | Free Cash Flow Margin % 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gilead Sciences Inc GILD USA | 3,451 USD | 74.5 | 78.4 | 80.9 | 43.5 | 59.7 | 63.4 | 40.4 | 55.4 | 59.9 | 30.8 | 46.2 | 49.1 | 26.0 | 38.7 | 45.6 |
| Sanofi SNY USA | 6,687 EUR | 67.0 | 67.5 | 67.6 | 27.5 | 31.3 | 31.6 | 15.3 | 21.2 | 25.1 | 20.1 | 20.4 | 21.0 | 16.7 | 14.2 | 15.9 |
| Eli Lilly and Co LLY USA | 4,503 USD | 78.8 | 73.3 | 73.3 | 30.3 | 21.0 | 21.8 | 26.4 | 17.8 | 18.6 | 19.5 | 15.0 | 15.3 | 20.4 | 16.3 | 12.4 |
| Average | | 73.4 | 73.1 | 73.9 | 33.8 | 37.3 | 38.9 | 27.4 | 31.5 | 34.5 | 23.5 | 27.2 | 28.5 | 21.0 | 23.1 | 24.6 |
| **Shire PLC SHPG US** | **1,478 USD** | **86.4** | **85.1** | **85.3** | **40.6** | **44.7** | **45.7** | **34.0** | **38.0** | **39.1** | **30.0** | **33.3** | **35.5** | **26.5** | **27.9** | **34.4** |

### Leverage Analysis

| Company/Ticker | Last Historical Year Total Debt (Mil) | Debt/Equity % 2013 | 2014(E) | 2015(E) | Debt/Total Cap % 2013 | 2014(E) | 2015(E) | EBITDA/Interest Exp. 2013 | 2014(E) | 2015(E) | Total Debt/EBITDA 2013 | 2014(E) | 2015(E) | Assets/Equity 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gilead Sciences Inc GILD USA | 12,411 USD | 221.9 | 69.1 | 67.9 | 68.9 | 40.9 | 40.4 | 15.9 | 36.7 | 47.3 | 2.5 | 0.9 | 0.7 | 4.0 | 2.0 | 2.0 |
| Sanofi SNY USA | 14,590 EUR | 25.7 | 27.2 | 25.0 | 20.4 | 21.4 | 20.0 | 14.9 | 19.6 | 25.3 | 1.6 | 1.4 | 1.3 | 1.7 | 1.7 | 1.6 |
| Eli Lilly and Co LLY USA | 5,213 USD | 29.6 | 36.1 | 44.4 | 22.8 | 26.5 | 30.7 | 43.7 | 26.0 | 22.1 | 0.7 | 1.5 | 1.8 | 2.0 | 2.0 | 2.1 |
| Average | | 92.4 | 44.1 | 45.8 | 37.4 | 29.6 | 30.4 | 24.8 | 27.4 | 31.6 | 1.6 | 1.3 | 1.3 | 2.6 | 1.9 | 1.9 |
| **Shire PLC SHPG US** | **— USD** | **—** | **43.3** | **34.4** | **—** | **30.2** | **25.6** | **52.6** | **43.3** | **29.0** | **—** | **1.2** | **1.1** | **1.6** | **1.9** | **1.7** |

### Liquidity Analysis

| Company/Ticker | Market Cap (Mil) | Cash per Share 2013 | 2014(E) | 2015(E) | Current Ratio 2013 | 2014(E) | 2015(E) | Quick Ratio 2013 | 2014(E) | 2015(E) | Cash/Short-Term Debt 2013 | 2014(E) | 2015(E) | Payout Ratio % 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gilead Sciences Inc GILD USA | 137,981 USD | 1.52 | 6.56 | 6.96 | 0.86 | 3.87 | 2.26 | 0.63 | 3.26 | 1.90 | 0.48 | — | 2.87 | — | — | — |
| Sanofi SNY USA | 137,491 USD | 6.30 | 6.88 | 7.51 | 1.71 | 1.83 | 1.92 | 1.26 | 1.36 | 1.43 | 2.02 | 2.18 | 2.37 | 99.8 | 75.8 | 63.2 |
| Eli Lilly and Co LLY USA | 70,537 USD | 4.98 | 5.06 | 2.02 | 1.47 | 1.42 | 1.10 | 1.14 | 1.08 | 0.74 | 5.33 | 4.94 | 1.88 | 45.4 | 70.8 | 64.5 |
| Average | | 4.27 | 6.17 | 5.50 | 1.35 | 2.37 | 1.76 | 1.01 | 1.90 | 1.36 | 2.61 | 3.56 | 2.37 | 72.6 | 73.3 | 63.9 |
| **Shire PLC SHPG US** | **49,945 USD** | **3.83** | **3.53** | **6.60** | **2.37** | **2.35** | **3.39** | **2.12** | **2.04** | **3.07** | **—** | **—** | **—** | **14.5** | **6.7** | **6.1** |

© Morningstar 2014. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | UR-

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Good | Narrow | Biotechnology | Healthcare |

## Shire may combine with AbbVie.

See Page 7 for the full Analyst Note from 18 Jul 2014

Julie Stralow, CFA
julie.stralow@morningstar.com

Committee members voting on rating do not own securities issued by the company.

Credit Analysis as of 14 Jul 2014
Business Analysis as of 18 Jul 2014
Estimates as of 30 May 2014

Currency expressed with "$" are in U.S. dollars (USD) unless otherwise denoted.

**Contents**

| | |
|---|---|
| Summary | 1 |
| Credit Analysis | 2 |
| Business Analysis | 4 |
| Analyst Notes | 7 |
| Morningstar Analyst Forecasts | 15 |
| Comparable Company Analysis | 18 |
| Methodology | 19 |

**Credit Perspective**     14 Jul 2014

We have placed our A credit rating for Shire under review with negative implications based on AbbVie's takeover proposal. Under these latest deal terms, we believe AbbVie's gross debt/EBITDA leverage could rise about 1.5 turns to about 3.7 times after the deal closes. However, because of organic growth prospects and cost synergies associated this deal, we believe the combined entity could deleverage back to the low 2's on a gross debt/EBITDA basis within a couple of years of the potential deal's closure. Shire's management team appears open to this or a slightly higher offer by AbbVie, and we believe the deal is more likely than not to close in the near future. If the transaction closes as planned, we would drop our rating of Shire.

As a stand-alone entity, Shire operates an attractive business that should help it fully repay existing creditors. Shire's specialty pharmaceutical business (in ADHD and gastrointestinal disorders) and its human genetic therapies business form the basis of its narrow moat. Newer ADHD drugs Vyvanse and Intuniv, ulcerative colitis therapy Lialda, and rare-disease therapies Elaprase, Replagal, Vpriv, and Firazyr have all contributed strongly to recent growth. With Shire's existing products, we expect continued growth in free cash flow to about $2 billion in the next five years, up from $1.4 billion during the last 12 months. Shire recently acquired ViroPharma, and its HAE product, Cinryze, adds to Shire's growth prospects as well.

### Credit Metrics (USD Mil)

| | 2012 | 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|
| Cash And Equivalents | 1,499 | 2,262 | 2,073 | 3,960 |
| Total Debt | 1,100 | — | 2,950 | 2,950 |
| Interest Expense | 38 | 38 | 59 | 96 |
| EBITDA | 1,349 | 2,003 | 2,553 | 2,769 |
| Debt to Book Capital | 0.2 | — | 0.3 | 0.3 |
| Quick Ratio | 1.7 | 2.1 | 2.0 | 3.1 |
| Debt to EBITDA | 0.8 | — | 1.2 | 1.1 |
| EBITDA to Interest Expense | 35.3 | 52.6 | 43.3 | 29.0 |

### Operating Summary (USD Mil)

| | 2012 | 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|
| Sales | 4,527 | 4,934 | 5,707 | 6,057 |
| % Change | 6.2 | 9.0 | 15.7 | 6.1 |
| EBIT | 1,041 | 1,679 | 2,171 | 2,365 |
| % Net Sales | 23.0 | 34.0 | 38.0 | 39.1 |
| Net Income | 1,229 | 1,478 | 1,903 | 2,150 |
| % Net Sales | 27.1 | 30.0 | 33.3 | 35.5 |
| Free Cash Flow | 1,085 | 1,058 | -3,004 | 2,047 |
| % Net Sales | 24.0 | 21.4 | -52.6 | 33.8 |

### Issuer Profile

Shire is an Ireland-based specialty biopharmaceutical firm with a focus on neuroscience, rare diseases, and gastrointestinal and internal medicine. Shire has grown primarily through mergers and acquisitions, including the Transkaryotic Therapies acquisition in 2005, which established its rare-disease business with Replagal and Elaprase, and the merger with New River in 2007, which bought full rights to ADHD drug Vyvanse. Shire completed the acquisition of ViroPharma in early 2014.

© Morningstar 2014. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.



Morningstar Corporate Credit Research

# Shire PLC SHPG (NAS) | UR-

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Good | Narrow | Biotechnology | Healthcare |

## Comparable Company Analysis

These companies are chosen by the analyst and the data are shown by nearest calendar year in descending market capitalization order.

### Profitability Analysis

| Company/Ticker | Last Historical Year Net Income (Mil) | Gross Margin % 2013 | 2014(E) | 2015(E) | EBITDA Margin % 2013 | 2014(E) | 2015(E) | Operating Margin % 2013 | 2014(E) | 2015(E) | Net Margin % 2013 | 2014(E) | 2015(E) | Free Cash Flow Margin % 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gilead Sciences Inc GILD USA | 3,451 USD | 74.5 | 78.4 | 80.9 | 43.5 | 59.7 | 63.4 | 40.4 | 55.4 | 59.9 | 30.8 | 46.2 | 49.1 | 26.0 | 38.7 | 45.6 |
| Sanofi SNY USA | 6,687 EUR | 67.0 | 67.5 | 67.6 | 27.5 | 31.3 | 31.6 | 15.3 | 21.2 | 25.1 | 20.1 | 20.4 | 21.0 | 16.7 | 14.2 | 15.9 |
| Eli Lilly and Co LLY USA | 4,503 USD | 78.8 | 73.3 | 73.3 | 30.3 | 21.0 | 21.8 | 26.4 | 17.8 | 18.6 | 19.5 | 15.0 | 15.3 | 20.4 | 16.3 | 12.4 |
| Average | | 73.4 | 73.1 | 73.9 | 33.8 | 37.3 | 38.9 | 27.4 | 31.5 | 34.5 | 23.5 | 27.2 | 28.5 | 21.0 | 23.1 | 24.6 |
| **Shire PLC SHPG US** | 1,478 USD | 86.4 | 85.1 | 85.3 | 40.6 | 44.7 | 45.7 | 34.0 | 38.0 | 39.1 | 30.0 | 33.3 | 35.5 | 26.5 | 27.9 | 34.4 |

### Leverage Analysis

| Company/Ticker | Last Historical Year Total Debt (Mil) | Debt/Equity % 2013 | 2014(E) | 2015(E) | Debt/Total Cap % 2013 | 2014(E) | 2015(E) | EBITDA/Interest Exp. 2013 | 2014(E) | 2015(E) | Total Debt/EBITDA 2013 | 2014(E) | 2015(E) | Assets/Equity 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gilead Sciences Inc GILD USA | 12,411 USD | 221.9 | 69.1 | 67.9 | 68.9 | 40.9 | 40.4 | 15.9 | 36.7 | 47.3 | 2.5 | 0.9 | 0.7 | 4.0 | 2.0 | 2.0 |
| Sanofi SNY USA | 14,590 EUR | 25.7 | 27.2 | 25.0 | 20.4 | 21.4 | 20.0 | 14.9 | 19.6 | 25.3 | 1.6 | 1.4 | 1.3 | 1.7 | 1.7 | 1.6 |
| Eli Lilly and Co LLY USA | 5,213 USD | 29.6 | 36.1 | 44.4 | 22.8 | 26.5 | 30.7 | 43.7 | 26.0 | 22.1 | 0.7 | 1.5 | 1.8 | 2.0 | 2.0 | 2.1 |
| Average | | 92.4 | 44.1 | 45.8 | 37.4 | 29.6 | 30.4 | 24.8 | 27.4 | 31.6 | 1.6 | 1.3 | 1.3 | 2.6 | 1.9 | 1.9 |
| **Shire PLC SHPG US** | — USD | — | 43.3 | 34.4 | — | 30.2 | 25.6 | 52.6 | 43.3 | 29.0 | — | 1.2 | 1.1 | 1.6 | 1.9 | 1.7 |

### Liquidity Analysis

| Company/Ticker | Market Cap (Mil) | Cash per Share 2013 | 2014(E) | 2015(E) | Current Ratio 2013 | 2014(E) | 2015(E) | Quick Ratio 2013 | 2014(E) | 2015(E) | Cash/Short-Term Debt 2013 | 2014(E) | 2015(E) | Payout Ratio % 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gilead Sciences Inc GILD USA | 136,967 USD | 1.52 | 6.56 | 6.96 | 0.86 | 3.87 | 2.26 | 0.63 | 3.26 | 1.90 | 0.48 | — | 2.87 | — | — | — |
| Sanofi SNY USA | 136,564 USD | 6.30 | 6.88 | 7.51 | 1.71 | 1.83 | 1.92 | 1.26 | 1.36 | 1.43 | 2.02 | 2.18 | 2.37 | 99.8 | 75.8 | 63.2 |
| Eli Lilly and Co LLY USA | 71,052 USD | 4.98 | 5.06 | 2.02 | 1.47 | 1.42 | 1.10 | 1.14 | 1.08 | 0.74 | 5.33 | 4.94 | 1.88 | 45.4 | 70.8 | 64.5 |
| Average | | 4.27 | 6.17 | 5.50 | 1.35 | 2.37 | 1.76 | 1.01 | 1.90 | 1.36 | 2.61 | 3.56 | 2.37 | 72.6 | 73.3 | 63.9 |
| **Shire PLC SHPG US** | 50,493 USD | 3.83 | 3.53 | 6.60 | 2.37 | 2.35 | 3.39 | 2.12 | 2.04 | 3.07 | — | — | — | 14.5 | 6.7 | 6.1 |

© Morningstar 2014. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | A-

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Good | Narrow | Biotechnology | Healthcare |

## Tax Inversion Hurdles Rise for U.S. Firms; No Credit Rating Changes Yet

See Page 7 for the full Analyst Note from 23 Sep 2014

Julie Stralow, CFA
julie.stralow@morningstar.com

Committee members voting on rating do
not own securities issued by the company.

Credit Analysis as of 22 Jul 2014
Business Analysis as of 22 Jul 2014
Estimates as of 30 May 2014

Currency amounts expressed with "$" are in
U.S. dollars (USD) unless otherwise denoted.

### Contents

| | |
|---|---|
| Summary | 1 |
| Credit Analysis | 2 |
| Business Analysis | 4 |
| Analyst Notes | 7 |
| Morningstar Analyst Forecasts | 16 |
| Comparable Company Analysis | 19 |
| Methodology | 20 |

**Credit Perspective** 22 Jul 2014

We have downgraded our credit rating to A- from A for Shire based on AbbVie's takeover proposal. Our Shire credit rating now reflects the combined entity's expected credit profile. Under the agreed-upon deal terms, we believe the new entity's gross debt/EBITDA leverage will rise to about 3.5 times on a pro forma basis from 2.1 times at AbbVie at the end of March. While long-term leverage and capital allocation goals remain uncertain, we estimate the combined entity could deleverage back to the low 2s on a gross debt/EBITDA basis within a couple of years of the potential deal's closure based primarily on organic growth opportunities associated with these two combining entities. If the transaction closes as planned, we will drop our credit rating of Shire.

As a stand-alone entity, Shire operates an attractive business that should help it fully repay existing creditors. Shire's specialty pharmaceutical business (in ADHD and gastrointestinal disorders) and its human genetic therapies business form the basis of its narrow moat. Newer ADHD drugs Vyvanse and Intuniv, ulcerative colitis therapy Lialda, and rare-disease therapies Elaprase, Replagal, Vpriv, and Firazyr have all contributed strongly to recent growth. Shire recently acquired ViroPharma, and its HAE product, Cinryze, adds to Shire's growth prospects as well. In total, we estimate that Shire's free cash flow could double to $2.7 billion in 2018 from $1.3 billion in 2013 as a stand-alone entity. This diverse set of growing products and the opportunity to obtain tax benefits by inverting to a U.K. domicile attracted U.S.-based suitor AbbVie, which is heavily concentrated in immunology drug Humira.

### Credit Metrics (USD Mil)

| | 2012 | 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|
| Cash And Equivalents | 1,499 | 2,262 | 2,073 | 3,960 |
| Total Debt | 1,100 | — | 2,950 | 2,950 |
| Interest Expense | 38 | 38 | 59 | 96 |
| EBITDA | 1,349 | 2,003 | 2,553 | 2,769 |
| Debt to Book Capital | 0.2 | — | 0.3 | 0.3 |
| Quick Ratio | 1.7 | 2.1 | 2.0 | 3.1 |
| Debt to EBITDA | 0.8 | — | 1.2 | 1.1 |
| EBITDA to Interest Expense | 35.3 | 52.6 | 43.3 | 29.0 |

### Operating Summary (USD Mil)

| | 2012 | 2013 | 2014(E) | 2015(E) |
|---|---|---|---|---|
| Sales | 4,527 | 4,934 | 5,707 | 6,057 |
| % Change | 6.2 | 9.0 | 15.7 | 6.1 |
| EBIT | 1,041 | 1,679 | 2,171 | 2,365 |
| % Net Sales | 23.0 | 34.0 | 38.0 | 39.1 |
| Net Income | 1,229 | 1,478 | 1,903 | 2,150 |
| % Net Sales | 27.1 | 30.0 | 33.3 | 35.5 |
| Free Cash Flow | 1,085 | 1,058 | -3,004 | 2,047 |
| % Net Sales | 24.0 | 21.4 | -52.6 | 33.8 |

### Capital Structure



| | Prior Year | Prior Quarter | Current |
|---|---|---|---|
| ■ Market Equity | 17.84 Bil | 29.6 Bil | 46.96 Bil |
| ■ Preferred | — | — | — |
| ■ Debt | 1.1 Bil | 1.52 Bil | 1.06 Bil |

Source: Morningstar

### Issuer Profile

Shire is an Ireland-based specialty biopharmaceutical firm with a focus on neuroscience, rare diseases, and gastrointestinal and internal medicine. Shire has grown primarily through mergers and acquisitions, including the Transkaryotic Therapies acquisition in 2005, which established its rare-disease business with Replagal and Elaprase, and the merger with New River in 2007, which brought full rights to ADHD drug Vyvanse. Shire completed the acquisition of ViroPharma in early 2014.

© Morningstar 2014. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Corporate Credit Research



# Shire PLC SHPG (NAS) | A-

| Business Risk | Cash Flow Cushion™ | Solvency Score | Distance To Default | Economic Moat™ | Industry Group | Sector |
|---|---|---|---|---|---|---|
| Fair | Good | Very Good | Good | Narrow | Biotechnology | Healthcare |

## Comparable Company Analysis

These companies are chosen by the analyst and the data are shown by nearest calendar year in descending market capitalization order.

### Profitability Analysis

| Company/Ticker | Last Historical Year Net Income (Mil) | Gross Margin % | | | EBITDA Margin % | | | Operating Margin % | | | Net Margin % | | | Free Cash Flow Margin % | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) |
| Gilead Sciences Inc GILD USA | 3,451 USD | 74.5 | 83.3 | 84.0 | 43.5 | 65.5 | 66.0 | 40.4 | 61.6 | 62.2 | 30.8 | 54.1 | 54.9 | 26.0 | 46.4 | 54.2 |
| Sanofi SNY USA | 6,687 EUR | 67.0 | 67.6 | 67.7 | 27.5 | 31.3 | 31.9 | 15.3 | 20.8 | 25.2 | 20.1 | 20.1 | 20.9 | 16.7 | 15.7 | 16.7 |
| Eli Lilly and Co LLY USA | 4,503 USD | 78.8 | 73.9 | 73.3 | 30.3 | 21.8 | 22.4 | 26.4 | 18.6 | 19.2 | 19.5 | 15.0 | 15.3 | 20.4 | 14.0 | 11.2 |
| Average | | 73.4 | 74.9 | 75.0 | 33.8 | 39.5 | 40.1 | 27.4 | 33.7 | 35.5 | 23.5 | 29.7 | 30.4 | 21.0 | 25.4 | 27.4 |
| **Shire PLC SHPG US** | **1,478 USD** | **86.4** | **85.1** | **85.3** | **40.6** | **44.7** | **45.7** | **34.0** | **38.0** | **39.1** | **30.0** | **33.3** | **35.5** | **26.5** | **27.9** | **34.4** |

### Leverage Analysis

| Company/Ticker | Last Historical Year Total Debt (Mil) | Debt/Equity % | | | Debt/Total Cap % | | | EBITDA/Interest Exp. | | | Total Debt/EBITDA | | | Assets/Equity | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) |
| Gilead Sciences Inc GILD USA | 12,562 USD | 230.8 | 59.6 | 58.5 | 69.8 | 37.4 | 36.9 | 15.9 | 44.4 | 46.6 | 2.6 | 0.7 | 0.7 | 4.1 | 1.9 | 1.8 |
| Sanofi SNY USA | 14,590 EUR | 25.7 | 27.4 | 25.2 | 20.4 | 21.5 | 20.1 | 14.9 | 19.3 | 25.2 | 1.6 | 1.5 | 1.3 | 1.7 | 1.7 | 1.6 |
| Eli Lilly and Co LLY USA | 5,213 USD | 29.6 | 35.9 | 44.1 | 22.8 | 26.4 | 30.6 | 43.7 | 27.4 | 22.9 | 0.7 | 1.5 | 1.7 | 2.0 | 2.0 | 2.1 |
| Average | | 95.4 | 41.0 | 42.6 | 37.7 | 28.4 | 29.2 | 24.8 | 30.4 | 31.6 | 1.6 | 1.2 | 1.2 | 2.6 | 1.9 | 1.8 |
| **Shire PLC SHPG US** | **— USD** | **—** | **43.3** | **34.4** | **—** | **30.2** | **25.6** | **52.6** | **43.3** | **29.0** | **—** | **1.2** | **1.1** | **1.6** | **1.9** | **1.7** |

### Liquidity Analysis

| Company/Ticker | Market Cap (Mil) | Cash per Share | | | Current Ratio | | | Quick Ratio | | | Cash/Short-Term Debt | | | Payout Ratio % | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) | 2013 | 2014(E) | 2015(E) |
| Gilead Sciences Inc GILD USA | 159,315 USD | 1.52 | 8.21 | 9.17 | 0.86 | 5.27 | 2.76 | 0.63 | 4.63 | 2.45 | 0.48 | — | 3.65 | — | — | — |
| Sanofi SNY USA | 147,297 USD | 6.30 | 7.15 | 7.83 | 1.71 | 1.83 | 1.92 | 1.26 | 1.37 | 1.44 | 2.02 | 2.26 | 2.47 | 99.8 | 79.4 | 65.4 |
| Eli Lilly and Co LLY USA | 73,686 USD | 4.98 | 4.74 | 1.48 | 1.47 | 1.42 | 1.07 | 1.14 | 1.07 | 0.70 | 5.33 | 4.64 | 1.37 | 45.4 | 70.3 | 64.5 |
| Average | | 4.27 | 6.70 | 6.16 | 1.35 | 2.84 | 1.92 | 1.01 | 2.36 | 1.53 | 2.61 | 3.45 | 2.50 | 72.6 | 74.9 | 65.0 |
| **Shire PLC SHPG US** | **48,522 USD** | **3.83** | **3.53** | **6.60** | **2.37** | **2.35** | **3.39** | **2.12** | **2.04** | **3.07** | **—** | **—** | **—** | **14.5** | **6.7** | **6.1** |

© Morningstar 2014. All Rights Reserved. Morningstar's Credit Ratings & Research is produced and offered by Morningstar, Inc., which is not registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization ("NRSRO"). Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

**SOCIETE GENERALE**
Cross Asset Research

EQUITY
12 November 2013



| Pharmaceuticals | **12m target upgrade** | United Kingdom |

# Shire plc

Proposed acquisition of ViroPharma strategically sound, but importantly, value-enhancing

## Buy

| | |
|---|---|
| Price 08/11/13 | **2,796.0p** |
| 12m target | **3,615p** |
| Upside to TP | **29.3%** |
| 12m f'cast div | **12.5p** |
| 12m TSR | **29.7%** |

@ Go to SG website

**Sector stance**
Underweight
**Preferred stock**
GlaxoSmithKline
**Least preferred stock**
Novo Nordisk

**Investment trigger**
Undervalued
Growth
M&A

**Share price performance**



Source: SG Cross Asset Research/Equity

**Volume**



Source: SG Cross Asset Research/Equity

**Update** Shire has announced the proposed acquisition of ViroPharma for $50/share (+27% premium over Friday's closing price), for a transaction value of $4.2bn. Shire will fund the acquisition via existing cash reserves and $3.6bn of bank debt. The sales multiple on the deal equates to 7.4x consensus 2014e ViroPharma revenues. Most of ViroPharma's revenues are derived from hereditary angioedema (HAE) prophylactic treatment, Cinryze (2014e sales $507m).

**SG view** On our estimates, assuming the deal completes on 1 January 2014, the proposed acquisition is immediately earnings accretive (+6% in 2014e) and more so when the guided $150m of cost synergies are included (+11% from 2015e). Strategically the proposed acquisition makes sense, given the synergies with Shire in Rare Diseases and with Shire's HAE treatment Firazyr, but also because it reduces Shire's reliance on Vyvanse; on our estimates, sales of Rare Disease drugs, including Cinryze, will account for c. 40% of Shire revenues in 2014e, rising to almost 45% in 2020e. Despite apparently high transaction multiples, the deal is EPS accretive (see our EPS changes below), but more importantly, it is also value-enhancing based on our long-term DCF – and that is without including significant revenues from new indications for Cinryze or any value for ViroPharma's R&D pipeline. Adding the ViroPharma assets to our Shire model increases our target price from 3,270p to 3,615p.

**How we value the stock** Our target price of 3,615p is derived using a long-term, risk-adjusted DCF to 2031 (WACC c. 8%) with zero terminal value. Including the 12m dividend rollover of 12.5p implies a TSR of 29%.

**Events, catalysts & risks** Phase III data with lifitegrast in dry eye disease are due before end-2013 and phase III Vyvanse data in MDD in Q2/Q3 2014. Risks to our view, TP and rating include the failure of the ViroPharma transaction to complete, a competing bid for ViroPharma that forced Shire to increase its bid significantly, the failure to realise the synergies from the ViroPharma deal that Shire has indicated, weakness in sales of key drugs, successful patent challenges against Vyvanse, increased competition in ADHD and Rare Diseases, and late stage development failures.

**Share data**

RIC SHP.L, **Bloom** SHP LN

| | |
|---|---|
| 52-week range | 2,858.0–1,727.0 |
| EV 13 ($m) | 23,469 |
| Market cap. (£m) | 15,343 |
| Free float (%) | 100.0 |

| Performance (%) | 1m | 3m | 12m |
|---|---|---|---|
| Ordinary shares | 15.6 | 17.6 | 59.1 |
| Rel. Eurofirst 300 | 11.7 | 11.6 | 34.8 |

**Financial data**

| | 12/12 | 12/13e | 12/14e | 12/15e |
|---|---|---|---|---|
| Revenues ($bn) | 4.68 | 4.94 | 5.85 | 6.20 |
| EBIT margin (%) | 20.3 | 31.5 | 36.9 | 40.6 |
| Rep. net inc. ($bn) | 0.74 | 1.23 | 1.70 | 2.05 |
| EPS (adj.) ($) | 2.03 | 2.43 | 3.19 | 3.73 |
| Dividend/share ($) | 0.16 | 0.20 | 0.38 | 0.44 |
| Payout (%) | 12 | 9 | 12 | 12 |
| Interest cover (x) | 24.8 | 35.4 | 55.3 | nm |
| Net debt/equity (%) | nm | nm | 6 | nm |
| Prev. EPS (changed as of 11/11/13) | | 2.43 | 3.01 | 3.36 |

**Ratios**

| | 12/12 | 12/13e | 12/14e | 12/15e |
|---|---|---|---|---|
| P/E (x) | 15.3 | 18.4 | 14.0 | 12.0 |
| FCF yield (/EV) (%) | 5.1 | 5.5 | 6.9 | 8.8 |
| Dividend yield (%) | 0.5 | 0.4 | 0.8 | 1.0 |
| Price/book value (x) | 4.54 | 4.82 | 3.58 | 2.78 |
| EV/revenues (x) | 3.77 | 4.75 | 4.25 | 3.73 |
| EV/EBIT (x) | 18.6 | 15.1 | 11.5 | 9.18 |
| EV/IC (x) | 3.4 | 4.2 | 2.5 | 2.2 |
| ROIC/WACC (x) | 1.9 | 2.9 | 2.8 | 2.5 |
| CAGR 12-15e: +22.4% | | | | |

**Equity analyst**

Stephen McGarry
(44) 20 7762 5079
stephen.mcgarry@sgcib.com

**Specialist sales**

Erland Stemby
(44) 20 7762 5406
erland.stemby@sgcib.com

Societe Generale ("SG") does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that SG may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. **PLEASE SEE APPENDIX AT THE END OF THIS REPORT FOR THE ANALYST(S) CERTIFICATION(S), IMPORTANT DISCLOSURES AND DISCLAIMERS AND THE STATUS OF NON-US RESEARCH ANALYSTS.**

**SOCIETE GENERALE**
Cross Asset Research

Shire plc

## Shire risk-adjusted DCF valuation summary (£/p)

| | | | | | Probability to | | Discount rate | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Drug | Phase | Generic | Indication | Mechanism | reach market | 5% | 6% | 7% | 8% | 9% | 10% | 11% |
| | | | | | | | | Risk-adjusted DCFs | | | | |
| Vyvanse | Launched | lysdexamfetamine | ADHD | Amine receptor agonist, re-uptake | 100% | 12.33 | 11.60 | 10.93 | 10.61 | 10.02 | 9.23 | 8.75 |
| Intuniv | Launched | guanfacine | ADHD | Adrenergic α2A receptor agonist | 100% | 1.32 | 1.28 | 1.23 | 1.21 | 1.18 | 1.12 | 1.09 |
| Equasym XL | Launched | methylphenidate | ADHD | Amine receptor agonist, re-uptake | 100% | 0.12 | 0.11 | 0.11 | 0.10 | 0.10 | 0.09 | 0.08 |
| Vyvanse | Launched | lysdexamfetamine | Binge eating disorder | Amine receptor agonist, re-uptake | 100% | 2.77 | 2.51 | 2.27 | 2.16 | 1.96 | 1.70 | 1.55 |
| Lialda | Launched | mesalamine/5-aminos | Ulcerative colitis | Unknown | 100% | 2.19 | 2.07 | 1.97 | 1.92 | 1.83 | 1.71 | 1.63 |
| Pentasa | Launched | mesalamine/5-aminos | Ulcerative colitis | Unknown | 100% | 2.00 | 1.84 | 1.69 | 1.63 | 1.51 | 1.35 | 1.26 |
| Resolor | Launched | prucalopride | IBS | 5-HT4 receptor antagonist | 100% | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.03 | 0.03 |
| Elaprase | Launched | idursulfase | Hunter Syndrome | Enzyme replacement | 100% | 5.91 | 5.35 | 4.85 | 4.62 | 4.22 | 3.88 | 3.58 |
| Replagal | Launched | agalsidase alfa | Fabry Disease | Enzyme replacement | 100% | 4.38 | 3.99 | 3.64 | 3.48 | 3.19 | 2.82 | 2.61 |
| VPRIV | Launched | velaglucerase alfa | Gaucher Disease | Enzyme replacement | 100% | 3.64 | 3.29 | 2.98 | 2.84 | 2.58 | 2.26 | 2.07 |
| Firazyr | Launched | icatibant | Hereditary angioedema | Bradykinin B2 receptor antagonis | 100% | 3.59 | 3.28 | 3.02 | 2.89 | 2.67 | 2.38 | 2.20 |
| Cinryze | Launched | | Hereditary angioedema | C1 esterase inhibitor | 100% | 7.70 | 7.04 | 6.45 | 6.18 | 5.69 | 5.05 | 4.67 |
| Dermagraft | Launched | | Diabetic foot ulcers | | 100% | 0.50 | 0.45 | 0.41 | 0.39 | 0.36 | 0.32 | 0.29 |
| Plenadren | Launched | | | | 100% | 0.80 | 0.73 | 0.67 | 0.64 | 0.59 | 0.52 | 0.48 |
| Buccolam | Launched | | | | 100% | 0.21 | 0.19 | 0.18 | 0.17 | 0.16 | 0.14 | 0.13 |
| Adderall XR | Launched | dexamphetamine | ADHD | Amine receptor agonist, re-uptake | 100% | 0.49 | 0.48 | 0.46 | 0.45 | 0.44 | 0.42 | 0.41 |
| Fosrenol | Launched | lanthanum carbonate | Hyperphosphataemia | Phosphate binder | 100% | 0.15 | 0.16 | 0.16 | 0.16 | 0.16 | 0.15 | 0.16 |
| Xagrid | Launched | anagrelide | Thrombocythaemia | | 100% | 0.34 | 0.32 | 0.31 | 0.30 | 0.29 | 0.27 | 0.26 |
| Carbatrol | Launched | carbamazepine | Epilepsy | Sodium channel blocker | 100% | 0.07 | 0.07 | 0.07 | 0.07 | 0.07 | 0.06 | 0.06 |
| Reminyl | Launched | galanthamine | Alzheimer's Disease | Actelycholinesterase inhibitor | 100% | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.01 | 0.01 |
| Calcichew | Launched | calcium carbonate | | | 100% | 0.06 | 0.05 | 0.05 | 0.05 | 0.05 | 0.04 | 0.04 |
| Other | Launched | Various | Various | Various | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3TC, Zeffix royalties | Launched | - | | | 100% | 0.09 | 0.09 | 0.08 | 0.08 | 0.08 | 0.09 | 0.09 |
| Adderall XR royalties | Launched | - | | | 100% | 0.06 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.05 |
| Fosrenol royalties | Launched | - | | | 100% | 0.12 | 0.12 | 0.12 | 0.12 | 0.11 | 0.11 | 0.11 |
| Other royalties | Launched | - | - | | 100% | 0.10 | 0.10 | 0.09 | 0.09 | 0.08 | 0.08 | 0.07 |
| Other revenues | Launched | - | - | | 100% | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.03 |
| SHP602 | Phase II/III | | Chronic iron overload | - | 25% | 0.64 | 0.57 | 0.50 | 0.47 | 0.42 | 0.35 | 0.31 |
| | | | | | | | | | | | | |
| R&D | | | | | | -4.75 | -4.47 | -4.33 | -4.09 | -3.46 | -3.57 | 0.00 |
| Tech value/share (£) | | | | | | 44.95 | 41.36 | 38.05 | 36.68 | 34.43 | 30.70 | 32.05 |
| Net Cash/Debt/unallocated costs (£)/share | | | | | | -0.53 | -0.53 | -0.53 | -0.53 | -0.53 | -0.53 | -0.53 |
| Equity value (£) | | | | | | 44.42 | 40.84 | 37.52 | 36.15 | 33.90 | 30.17 | 31.52 |

Source: SG Cross Asset Research/Equity

## Comparative valuation metrics (prices as of 8 November 2013)

| Company | Rating | LC | Target price | Price (LC) | TSR | MV LC | EV LC | MV US$mn | SG Core P/E(x) | | | | Dividend yield (%) | | | | Payout ratios | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 2012 | 2013e | 2014e | 2015e | 2012 | 2013e | 2014e | 2015e | 2012 | 2013e | 2014e | 2015e |
| AstraZeneca | Sell | £/p | 27.00 | 32.78 | -12% | 41,336 | 42,946 | 66,964 | 7.7 | 11.2 | 12.7 | 13.2 | 5.3% | 5.4% | 5.5% | 5.6% | 41% | 60% | 70% | 74% |
| GlaxoSmithKline | Buy | £/p | 20.00 | 16.48 | 26% | 80,950 | 91,677 | 131,139 | 14.6 | 14.4 | 13.4 | 11.9 | 4.5% | 4.6% | 5.0% | 5.6% | 66% | 67% | 67% | 67% |
| Novartis | Buy | CHF | 83 | 71.0 | 20% | 191,991 | 190,280 | 206,870 | 12.5 | 13.1 | 13.5 | 12.2 | 3.0% | 3.2% | 3.4% | 3.8% | 44% | 46% | 46% | 46% |
| Roche | Buy | CHF | 312 | 251.7 | 27% | 213,693 | 224,292 | 230,255 | 18.5 | 16.4 | 15.1 | 13.8 | 2.9% | 3.3% | 3.7% | 4.1% | 54% | 55% | 56% | 57% |
| Sanofi | Buy | € | 90 | 78.0 | 19% | 102,947 | 105,719 | 136,820 | 12.6 | 15.2 | 13.3 | 11.8 | 3.6% | 3.6% | 4.1% | 4.6% | 45% | 54% | 54% | 54% |
| Bayer | Sell | € | 79 | 93.8 | -14% | 77,559 | 84,410 | 103,154 | 17.5 | 16.9 | 14.8 | 13.2 | 2.0% | 2.1% | 2.4% | 2.6% | 35% | 35% | 35% | 35% |
| Merck KGaA | Sell | € | 103 | 123.0 | -15% | 26,740 | 28,666 | 35,564 | 16.2 | 14.5 | 13.4 | 13.2 | 1.4% | 1.5% | 1.7% | 1.8% | 22% | 22% | 23% | 24% |
| Shire Pharmaceuticals | Buy | £ | 36.15 | 27.96 | 30% | 15,728 | 15,346 | 25,479 | 24.1 | 19.7 | 18.0 | 16.6 | 1.9% | 2.3% | 2.5% | 2.7% | 46% | 45% | 45% | 45% |
| Novo Nordisk | Sell | DKK | 801 | 943 | -13% | 528,080 | 521,167 | 94,300 | | | | | | | | | | | | |
| Weighted average | | | | | | | | | 16.2 | 15.6 | 14.3 | 13.1 | 3.1% | 3.3% | 3.6% | 4.0% | | | | |
| Weighted average ex-Novo | | | | | | | | | 15.4 | 15.2 | 14.0 | 12.7 | 3.2% | 3.4% | 3.7% | 4.1% | 40% | 43% | 46% | 47% |

| Company | Rating | LC | Target price | Price (LC) | TSR | MV LC | EV LC | MV US$mn | EV/EBITDA (x) | | | | EV/Sales (x) | | | | OpFCF yield (%) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 2012 | 2013e | 2014e | 2015e | 2012 | 2013e | 2014e | 2015e | 2012 | 2013e | 2014e | 2015e |
| AstraZeneca | Sell | £ | 27.00 | 32.78 | -12% | 41,336 | 43,945 | 66,964 | 4.6 | 6.5 | 7.3 | 7.8 | 2.5 | 2.8 | 3.1 | 3.2 | 15% | 11% | 11% | 8% |
| GlaxoSmithKline | Sell | £ | 20.00 | 16.48 | 26% | 80,950 | 91,677 | 131,139 | 9.6 | 9.6 | 9.3 | 8.7 | 3.5 | 3.4 | 3.5 | 3.3 | 10% | 11% | 11% | 11% |
| Novartis | Buy | CHF | 83 | 71.0 | 20% | 191,991 | 190,148 | 206,870 | 12.5 | 13.1 | 12.1 | 11.2 | 3.6 | 3.5 | 3.4 | 3.3 | 8% | 9% | 9% | 10% |
| Roche | Buy | CHF | 312 | 251.7 | 27% | 213,693 | 224,292 | 230,255 | 11.8 | 11.5 | 11.0 | 10.3 | 4.9 | 4.7 | 4.5 | 4.3 | 7% | 7% | 8% | 8% |
| Sanofi | Buy | € | 90 | 78.0 | 19% | 102,947 | 105,719 | 136,820 | 9.6 | 9.7 | 9.4 | 8.6 | 2.9 | 3.2 | 3.1 | 2.9 | 8% | 10% | 10% | 11% |
| Bayer | Sell | € | 79.0 | 93.8 | -14% | 77,559 | 84,410 | 103,154 | 10.2 | 9.9 | 9.5 | 8.8 | 2.1 | 2.1 | 2.0 | 1.9 | 6% | 9% | 9% | 10% |
| Merck KGaA | Sell | € | 103 | 123.0 | -15% | 26,740 | 28,666 | 35,564 | 9.7 | 8.9 | 8.4 | 7.2 | 5.3 | 5.8 | 4.9 | 4.6 | 7% | 9% | 10% | 11% |
| Shire Pharmaceuticals | Buy | £ | 36.15 | 27.96 | 30% | 15,728 | 15,346 | 25,479 | 12.7 | 11.1 | 8.4 | 7.2 | 6.3 | 5.0 | 4.3 | 4.0 | 5% | 7% | 9% | 9% |
| Novo Nordisk | Sell | DKK | 801 | 943 | -13% | 528,080 | 521,167 | 94,300 | 15.4 | 14.9 | 14.1 | 13.1 | 6.7 | 6.2 | 5.8 | 5.5 | 4% | 5% | 6% | 6% |
| Weighted average | | | | | | | | | 11.0 | 11.1 | 10.5 | 9.8 | 4.0 | 3.9 | 3.8 | 3.6 | 8% | 9% | 9% | 9% |
| Weighted average ex-Novo | | | | | | | | | 9.6 | 9.7 | 9.2 | 8.6 | 3.7 | 3.7 | 3.6 | 3.4 | 8% | 9% | 10% | 10% |

Source: SG Cross Asset Research/Equity, DataStream

JUNE 25, 2014

# Specialty Pharma



**SIG**
S U S Q U E H A N N A
FINANCIAL GROUP, LLLP

### Shire plc

| | |
|---|---|
| Symbol | SHPG |
| Rating | Positive |
| Price | $223.27 |
| Price target | $260.00 |
| Downside risk | $205.00 |

### Company market data

| | |
|---|---|
| 52 week range | $229.44-$91.81 |
| Shares out. | 196.382mm |
| Market cap. | $43,846mm |
| Average daily trading volume | 744,962 |
| Beta | 1.03 |
| PT Upside/Downside ratio: | 2.01:1 |

### Calendar year December

| | 2013 | 2014e | | 2015e | |
|---|---|---|---|---|---|
| EPS | Actual | Prior | Current | Prior | Current |
| Q1 | 1.63 | | 2.36A | | - |
| Q2 | 1.79 | | 2.57 | | - |
| Q3 | 1.77 | | 4.41 | | - |
| Q4 | 2.26 | | 2.61 | | - |
| CY EPS | 7.66 | | 9.96 | | 10.60 |
| P/E | 29.1x | | 22.4x | | 21.1x |
| Revs | 4,934 | | 5,744 | | 5,981 |

### Credit

| | |
|---|---|
| Gross leverage | 5.90% |
| Net debt/EBITDA (12m fwd) | 0.3x |
| Free cash flow (12m fwd) | $938mm |
| Free cash flow yld (12m fwd) | 5.20% |
| 5-yr US treasury yield | 1.67% |

### Derivatives

| | |
|---|---|
| Volume (contracts) | 772 |
| Skew rank (2yr %-tile) | 54.56 |



## Shire plc: Growth Prospects Justify Holding Out For Higher Offer - Reiterate $260 Target

**Andrew Finkelstein**
Andrew.Finkelstein@sig.com
212 514 4897

Zenah Hasan
zenah.hasan@sig.com
212 514 4743

**Call to action**

We continue to like risk/reward on a raised bid with a $260/share price attainable. We see shares trading to $205/share standalone but look for pipeline development to build confidence in management's target which could support $260-$285.

**HIGHLIGHTS**

We expand on our view of valuation scenarios in light of SHPG's update on Monday. SHPG disclosed its long-range plan to reach $10 bln in sales by 2020 which we would agree was undervalued by ABBV's ~$234/share offer. An offer around our $260/share target is realistic, in our view, and likely to be seen as compelling versus a present value of ~$260-$285/share from achieving the "10x20" target that requires a high hit rate on the pipeline. Based on our more conservative forecasts, we value the standalone business today at $205/share. A few upcoming catalysts and further capital deployment could put more value into the shares.

- Near-term upside to $260/share in a sale - We see SHPG as a pivotal player in the consolidation trend with $260/share (~18x EBITDA) achievable. Our recent notes laid out pros and cons of various combinations and found comps suggest bids up to ~$240/share while SHPG's assets arguably command a higher multiple than past deals.

- Long-term upside from 10x20 strategy - We estimate EPS of ~$20-$22/share in 2020 if SHPG achieves its growth targets. Combined with a re-rating against leading biotech comps, a 20x forward multiple suggests a potential $400-$440/share valuation 5 years out. Discounted to present value, we estimate the 10x20 strategy is worth ~$260-$285/share. Although management looks to create further value through capital deployment, our analysis suggests a higher takeout bid around our $260 target would be compelling.

- Downside to $205/share standalone - Our concern with the 10x20 strategy is the high probability of success SHPG assigns to its pipeline. We forecast moderate success, driving sales to $8 bln in 2020 and believe a less transformed portfolio could warrant a lower multiple. Upcoming catalysts could improve our view including an R&D day, positive Phase II data on the lead Lumena drug, and clarity on lifitegrast's approval timeline.

Continued on the next page

**Catalysts**

Potential higher bid, clarity on lifitegrast timeline, Lialda patent resolution, Lumena P2 data, SHP 465 launch in 1H15, and business development.

**Downside risk**

We see downside to $205 standalone based on our forecasts which are more conservative than management's targets for 2020.

**IMPORTANT DISCLOSURES AND CERTIFICATIONS.**
Susquehanna International Group, LLP (SIG) is comprised of affiliated entities, including Susquehanna Financial Group, LLLP (SFG). SFG is a provider of research and execution services. SFG is a member of FINRA. SFG does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Please see important disclosures on pages 11-12.

**Figure 1.  Biotech Comps Suggest Further Operating Leverage**

Margin Profile 2014



Margin Profile 2016



*Source: FactSet consensus and SFG Research*



**Global Research**                                                    **2 December 2013**

# Shire Pharmaceuticals
## Looking ahead and downgrading to Neutral

**Upcoming catalysts suggest more downside than upside risk**
Shire has diversified its pipeline and appears ideally positioned to benefit from strong underlying growth but we believe a few upcoming clinical trial read-outs carry more downside risk than upside risk. Indeed, we believe the Lifitegrast Phase III trial and the Vyvanse in Major Depression Disorder may not have selected the right type of patients and could lead to disappointing results. Moreover, we believe Shire could face negative sentiment risk around the challenge of the Vyvanse patent in mid-2014 and prefer staying on the side-line for now, downgrading to Neutral.

**Lifitegrast remains high risk; PIII design could be selecting the wrong endpoint**
We believe the main short-term sentiment risk lies with Lifitegrast with Phase III expected by end 2013. Over the last decade, 14 projects for dry eye have failed and we believe most of these failures were due to the difficulty of identifying patients with pure dry eye and excluding patients with dry eye like symptoms. As we fear Lifitegrast Phase III could have failed to exclude these patients, we see the chance of success as low. Also, Eleven Biotherapeutics EBI-005 Phase II data shows a lack of correlation between OSDI and Eye Dryness improvement. This makes us believe that Shire decision to switch the symptom endpoint from OSDI to Eye Dryness in the second Phase III could be falling into the trap of selecting the wrong endpoint.

**Vyvanse patent seen as main sentiment risk – reviewing pro-drugs patent risk**
Although we believe the uncertainty around the validity of the Vyvanse patent could lead to sentiment headwind in 2014, our included analysis of the pro-drug patent history indicates that the historical trends are supportive of Vyvanse and we do not assume generic competition before patent expiry.

**Valuation: blend 2014 PE and probability weighted DCF**
We value Shire using a blend of Specialty Pharma 2014 PE (19.8x) and a DCF-based model, and fine tune our price target to 3,060p from 3,100p. We add ViroPharma to our DCF, adjust the pipeline and increase the weight of the 2014 PE to 40% (from 30%) as we believe the ViroPharma acquisition diversifies the revenues away from Vyvanse which is facing patent challenge in 2014.

---

### Equities

United Kingdom
Pharmaceuticals

| | |
|---|---|
| **12-month rating** | **Neutral** |
| | *Prior: Buy* |
| **12m price target** | **3,060p** |
| | *Prior: 3,100p* |
| **Price** | **2,772p** |

**RIC:** SHP.L **BBG:** SHP LN

**Trading data and key metrics**

| | |
|---|---|
| 52-wk range | 2,858p-1,806 |
| Market cap. | £16.2bn/US$26.5bn |
| Shares o/s | 586m (ORD) |
| Free float | 100% |
| Avg. daily volume ('000) | 1,556 |
| Avg. daily value (m) | £41.0 |
| Common s/h equity (12/13E) | US$5.28bn |
| P/BV (UBS, 12/13E) | 4.7x |
| Net debt / EBITDA (12/13E) | NM |

**EPS (UBS, diluted) (US$)**

| | From | To | % ch | Cons. |
|---|---|---|---|---|
| 12/13E | 2.54 | 2.42 | -5.04 | 2.38 |
| 12/14E | 3.17 | 2.97 | -6.48 | 2.86 |
| 12/15E | 3.23 | 2.93 | -9.40 | 3.16 |

**Guillaume van Renterghem**
Analyst
guillaume.van-renterghem@ubs.com
+44-20-7568 2067

**Martin Wales, PhD**
Analyst
martin.wales@ubs.com
+44-20-7568 8428

**Ian Douglas-Pennant, CFA**
Analyst
ian.douglas-pennant@ubs.com
+44-20-7568 7763

---

| Highlights (US$m) | 12/10 | 12/11 | 12/12 | 12/13E | 12/14E | 12/15E | 12/16E | 12/17E |
|---|---|---|---|---|---|---|---|---|
| Revenues | 3,471 | 4,263 | 4,681 | 5,004 | 5,514 | 5,466 | 5,826 | 6,136 |
| EBIT (UBS) | 1,072 | 1,357 | 1,474 | 1,739 | 2,164 | 2,127 | 2,328 | 2,475 |
| Net earnings (UBS) | 798 | 1,061 | 1,208 | 1,416 | 1,739 | 1,717 | 1,860 | 1,983 |
| EPS (UBS, diluted) (US$) | 1.35 | 1.78 | 2.03 | 2.42 | 2.97 | 2.93 | 3.17 | 3.38 |
| DPS (US$) | 0.11 | 0.13 | 0.16 | 0.24 | 0.30 | 0.29 | 0.32 | 0.34 |
| Net (debt) / cash | (530) | (459) | 399 | 750 | 2,361 | 3,878 | 5,551 | 7,291 |

| Profitability/valuation | 12/10 | 12/11 | 12/12 | 12/13E | 12/14E | 12/15E | 12/16E | 12/17E |
|---|---|---|---|---|---|---|---|---|
| EBIT margin % | 30.9 | 31.8 | 31.5 | 34.7 | 39.2 | 38.9 | 40.0 | 40.3 |
| ROIC (EBIT) % | 35.7 | 36.6 | 36.6 | 41.4 | 49.2 | 50.1 | 56.5 | 61.8 |
| EV/EBITDA (core) x | 9.4 | 11.0 | 10.3 | 12.6 | 9.7 | 9.2 | 7.9 | 6.9 |
| P/E (UBS, diluted) x | 16.4 | 17.1 | 15.3 | 18.8 | 15.3 | 15.5 | 14.3 | 13.4 |
| Equity FCF (UBS) yield % | 5.1 | 4.8 | 5.6 | 4.9 | 6.7 | 6.3 | 7.0 | 7.3 |
| Net dividend yield % | 0.5 | 0.4 | 0.5 | 0.5 | 0.7 | 0.6 | 0.7 | 0.7 |

Source: Company accounts, Thomson Reuters, UBS estimates. Metrics marked as (UBS) have had analyst adjustments applied. Valuations: based on an average share price that year, (E): based on a share price of 2,772p on 29 Nov 2013 18:33 GMT

---

This report has been prepared by UBS Limited. **ANALYST CERTIFICATION AND REQUIRED DISCLOSURES BEGIN ON PAGE 30.** UBS does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**Figure 3: Shire relative PE and EV/EBITDA valuation excluding ViroPharma acquisition – Specialty Pharma**

| Company | Rating | P/E 2013E | P/E 2014E | P/E 2015E | P/E 2016E | EV/EBITDA 2013E | EV/EBITDA 2014E | EV/EBITDA 2015E | EV/EBITDA 2016E |
|---|---|---|---|---|---|---|---|---|---|
| Gilead Sciences | Buy | 33.5x | 19.6x | 12.4x | 9.7x | 24.8x | 15.9x | 10.8x | 8.8x |
| Biogen Idec Inc. | Neutral | 33.2x | 22.3x | 18.5x | 15.2x | 21.7x | 15.8x | 13.6x | 11.7x |
| Novo Nordisk | Buy | 20.2x | 17.8x | 15.3x | 13.4x | 15.7x | 13.9x | 12.4x | 11.2x |
| Celgene Corporation | Neutral | 26.0x | 21.5x | 16.7x | 13.8x | 19.0x | 16.1x | 12.8x | 10.7x |
| UCB | Neutral | 25.1x | 19.9x | 15.9x | 14.0x | 16.0x | 13.4x | 11.1x | 10.1x |
| Actelion | Buy | 22.4x | 20.3x | 17.9x | 15.7x | 14.7x | 13.7x | 12.3x | 11.0x |
| **Mean** | | **26.7x** | **20.2x** | **16.1x** | **13.6x** | **18.7x** | **14.8x** | **12.2x** | **10.6x** |
| **Median** | | **25.6x** | **20.1x** | **16.3x** | **13.9x** | **17.5x** | **14.8x** | **12.4x** | **10.9x** |
| **Stripped Mean** | | **26.7x** | **20.3x** | **16.5x** | **14.1x** | **18.1x** | **14.8x** | **12.2x** | **10.8x** |
| Shire Pharmaceuticals | Neutral | 17.6x | 14.3x | 14.5x | 13.4x | 12.6x | 10.1x | 10.2x | 9.4x |
| Premium/Discount | | (34.1%) | (29.5%) | (11.9%) | (5.1%) | (30.6%) | (31.9%) | (16.2%) | (12.5%) |

Source: Reuters, UBS estimates

**Figure 4: Shire relative PE and EV/EBITDA valuation Including ViroPharma acquisition - Specialty Pharma**

| Company | Rating | P/E 2013E | P/E 2014E | P/E 2015E | P/E 2016E | EV/EBITDA 2013E | EV/EBITDA 2014E | EV/EBITDA 2015E | EV/EBITDA 2016E |
|---|---|---|---|---|---|---|---|---|---|
| Gilead Sciences | Buy | 33.5x | 19.6x | 12.4x | 9.7x | 24.8x | 15.9x | 10.8x | 8.8x |
| Biogen Idec Inc. | Neutral | 33.2x | 22.3x | 18.5x | 15.2x | 21.7x | 15.8x | 13.6x | 11.7x |
| Novo Nordisk | Buy | 20.2x | 17.8x | 15.3x | 13.4x | 15.7x | 13.9x | 12.4x | 11.2x |
| Celgene Corporation | Neutral | 26.0x | 21.5x | 16.7x | 13.8x | 19.0x | 16.1x | 12.8x | 10.7x |
| UCB | Neutral | 25.1x | 19.9x | 15.9x | 14.0x | 16.0x | 13.4x | 11.1x | 10.1x |
| Actelion | Buy | 22.4x | 20.3x | 17.9x | 15.7x | 14.7x | 13.7x | 12.3x | 11.0x |
| **Mean** | | **26.7x** | **20.2x** | **16.1x** | **13.6x** | **18.7x** | **14.8x** | **12.2x** | **10.6x** |
| **Median** | | **25.6x** | **20.1x** | **16.3x** | **13.9x** | **17.5x** | **14.8x** | **12.4x** | **10.9x** |
| **Stripped Mean** | | **26.7x** | **20.3x** | **16.5x** | **14.1x** | **18.1x** | **14.8x** | **12.2x** | **10.8x** |
| Shire Pharmaceuticals | Neutral | 17.6x | 12.3x | 11.6x | 10.2x | 14.6x | 9.9x | 9.5x | 8.5x |
| Premium/Discount | | (34.1%) | (39.7%) | (29.8%) | (27.7%) | (19.3%) | (33.0%) | (21.8%) | (21.0%) |

Source: Reuters, UBS estimates

**Figure 5: Shire relative PE and EV/EBITDA valuation excluding ViroPharma acquisition – Large Cap Pharma**

| Company | Rating | P/E 2013E | P/E 2014E | P/E 2015E | P/E 2016E | EV/EBITDA 2013E | EV/EBITDA 2014E | EV/EBITDA 2015E | EV/EBITDA 2016E |
|---|---|---|---|---|---|---|---|---|---|
| AstraZeneca | Neutral | 11.3x | 11.7x | 10.9x | 11.1x | 8.9x | 8.4x | 8.0x | 8.0x |
| GlaxoSmithKline | Neutral | 14.7x | 12.7x | 11.3x | 10.3x | 10.4x | 9.4x | 8.7x | 8.4x |
| Novartis | Buy | 15.1x | 13.6x | 12.3x | 11.3x | 12.2x | 11.3x | 10.5x | 9.9x |
| Roche | Neutral | 17.3x | 15.2x | 14.3x | 13.6x | 11.9x | 10.8x | 10.3x | 10.1x |
| Sanofi | Buy | 15.5x | 13.1x | 11.8x | 11.0x | 10.5x | 9.0x | 8.1x | 7.5x |
| Bristol-Myers Squibb | Neutral | 29.4x | 25.8x | 26.5x | 23.7x | 28.5x | 24.6x | 24.8x | 22.8x |
| Lilly (Eli) & Co. | Neutral | 12.1x | 18.0x | 15.7x | 12.9x | 9.0x | 12.1x | 11.3x | 9.8x |
| Merck & Co. | Buy | 14.2x | 14.2x | 12.8x | 11.9x | 8.2x | 8.2x | 7.7x | 7.5x |
| Pfizer Inc. | Buy | 14.7x | 13.6x | 12.5x | 12.3x | 9.1x | 9.7x | 9.7x | 9.9x |
| **Mean** | | **16.0x** | 15.3x | 14.2x | 13.1x | 12.1x | 11.5x | 11.0x | 10.4x |
| **Median** | | **14.7x** | 13.6x | 12.5x | 11.9x | 10.4x | 9.7x | 9.7x | 9.8x |
| **Stripped Mean** | | 14.8x | 14.3x | 13.0x | 12.0x | 10.3x | 10.1x | 9.5x | 9.1x |
| Shire Pharmaceuticals | Neutral | 17.6x | 14.3x | 14.5x | 13.4x | 12.6x | 10.1x | 10.2x | 9.4x |
| Premium/Discount | | 18.8% | (0.2%) | 11.8% | 11.6% | 22.2% | (0.0%) | 7.1% | 3.5% |

Source: Reuters, UBS estimates

**Figure 6: Shire relative PE and EV/EBITDA valuation including ViroPharma acquisition – Large Cap Pharma**

| Company | Rating | P/E 2013E | P/E 2014E | P/E 2015E | P/E 2016E | EV/EBITDA 2013E | EV/EBITDA 2014E | EV/EBITDA 2015E | EV/EBITDA 2016E |
|---|---|---|---|---|---|---|---|---|---|
| AstraZeneca | Neutral | 11.3x | 11.7x | 10.9x | 11.1x | 8.9x | 8.4x | 8.0x | 8.0x |
| GlaxoSmithKline | Neutral | 14.7x | 12.7x | 11.3x | 10.3x | 10.4x | 9.4x | 8.7x | 8.4x |
| Novartis | Buy | 15.1x | 13.6x | 12.3x | 11.3x | 12.2x | 11.3x | 10.5x | 9.9x |
| Roche | Neutral | 17.3x | 15.2x | 14.3x | 13.6x | 11.9x | 10.8x | 10.3x | 10.1x |
| Sanofi | Buy | 15.5x | 13.1x | 11.8x | 11.0x | 10.5x | 9.0x | 8.1x | 7.5x |
| Bristol-Myers Squibb | Neutral | 29.4x | 25.8x | 26.5x | 23.7x | 28.5x | 24.6x | 24.8x | 22.8x |
| Lilly (Eli) & Co. | Neutral | 12.1x | 18.0x | 15.7x | 12.9x | 9.0x | 12.1x | 11.3x | 9.8x |
| Merck & Co. | Buy | 14.2x | 14.2x | 12.8x | 11.9x | 8.2x | 8.2x | 7.7x | 7.5x |
| Pfizer Inc. | Buy | 14.7x | 13.6x | 12.5x | 12.3x | 9.1x | 9.7x | 9.7x | 9.9x |
| **Mean** | | **16.0x** | **15.3x** | **14.2x** | **13.1x** | **12.1x** | **11.5x** | **11.0x** | **10.4x** |
| **Median** | | **14.7x** | **13.6x** | **12.5x** | **11.9x** | **10.4x** | **9.7x** | **9.7x** | **9.8x** |
| **Stripped Mean** | | **14.8x** | **14.3x** | **13.0x** | **12.0x** | **10.3x** | **10.1x** | **9.5x** | **9.1x** |
| Shire Pharmaceuticals | Neutral | 17.6x | 12.3x | 11.6x | 10.2x | 14.6x | 9.9x | 9.5x | 8.5x |
| Premium/Discount | | 18.8% | (14.6%) | (10.8%) | (15.0%) | 42.0% | (1.7%) | (0.1%) | (6.5%) |

Source: Reuters, UBS estimates

**Shire Pharmaceuticals**   2 December 2013                                          ⚜ UBS   6