# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Murray Rubinstein, et al.
                    Plaintiff,

v.                                              Case No.: 1:14−cv−09465
                                                Honorable Robert M. Dow Jr.

Richard Gonzalez, et al.
                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, January 23, 2018:


MINUTE entry before the Honorable Maria Valdez: Magistrate Judge motion hearing held on 1/23/18. For the reasons stated on the record, Defendants' Motion to Extend the Deadline for Their Response to Plaintiffs' Motion for Class Certification and Supporting Expert Report [113] is granted in part. Defendants' response shall be filed by 3/8/18. Plaintiff's reply is due 4/12/18. Defendants' Motion to Extend the Deadline for the Substantial Completion of Their Document Production [111] is granted in part. The deadline is now 3/5/18 with rolling production to begin as soon as practicable. Privilege logs shall be produced by 3/15/18; and fact discovery (with the exception of any non−expert discovery motions not yet ruled on) extended to 5/28/18. At the request of the parties' the status hearing scheduled for 2/8/18 is hereby stricken and reset for 2/13/18 at 10:00 a.m. Mailed notice(lp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.