## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Murray Rubinstein, et al.
                                      Plaintiff,

v.                                               Case No.: 1:14–cv–09465
                                                                Honorable Robert M. Dow Jr.

Richard Gonzalez, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 12, 2018:

      MINUTE entry before the Honorable Maria Valdez: Defendants' response to Plaintiffs' Motion for Class Certification and supporting expert report(s) due by 3/15/18. Plaintiffs' reply is due by 4/26/18. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.