UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Murray Rubinstein, et al.
        Plaintiff,

v.               Case No.: 1:14−cv−09465
               Honorable Robert M. Dow Jr.

Richard Gonzalez, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 1, 2018:

  MINUTE entry before the Honorable Maria Valdez: Magistrate Judge status hearing held on 3/1/18. Parties' oral motion to extend the fact discovery deadline is hereby granted. Status hearing is set for 3/20/18 at 10:00 a.m. The parties' agreed motion to extended the deadline for substantial completion of their document production is granted. The deadline is now 3/12/18. Privilege logs shall be produced by 3/23/18; and fact discovery (with the exception of any non−expert discovery motions not yet ruled on) extended to 6/4/18. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.