**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MURRAY RUBINSTEIN, JEFFREY F. ST. CLAIR, WILLIAM MCWADE, HARJOT DEV and VIKAS SHAH, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) | Case No. 1:14-cv-9465 |
| Plaintiffs, | ) ) ) | Judge Robert M. Dow, Jr.  Magistrate Judge Maria Valdez |
| v. | ) ) | |
| RICHARD GONZALEZ and ABBVIE INC., | ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR**
**FACT DISCOVERY COMPLETION AND**
**MODIFY ORDER REGARDING DEADLINE FOR DISCOVERY MOTIONS**

Lead Plaintiffs Dawn Bradley and Vikas Shah ("Plaintiffs") respectfully move the Court to extend the deadline for completion of fact discovery by 30 days to July 5, 2018. Plaintiffs further request that the Court modify the October 10, 2017 Order (Doc. No. 88) to provide that, unless otherwise ordered by the Court, any non−expert discovery motion must filed at least 30 days before the close of fact discovery, unless such motion raises an issue first discovered through documents produced or depositions taken in the final 45 days of the discovery period. In support of this motion, Plaintiffs hereby state:

1. On March 29, 2017, by joint motion of the parties, the Court set a deadline of January 26, 2018 for the completion of all fact discovery (Doc. No. 61).

2. On October 10, 2017, by joint motion of the parties, the Court set a deadline of April 27, 2018 for the completion of all fact discovery (Doc. No. 88). Defendants suggested the proposed extended deadline for the substantial completion of discovery, which Plaintiff agreed to

without modification. The Court also held "with the exception of any non-expert discovery motions not yet ruled on; any non-expert discovery motion must filed at least 30 days before the close of fact discovery, unless otherwise ordered by the Court."

3. On November 14, 2017 the Court granted in part Plaintiffs' motion to compel discovery.

4. On January 19, 2018, the Court granted Defendants' request for an extension of time to substantially complete their document production in part ordering substantial completion of discovery by March 5, 2018 and fact discovery completion by May 28, 2018 (Doc. No. 123).

5. On March 1, 2018, the Court granted Defendants' extension request ordering substantial completion of documents to be completed by March 12, 2018 and fact discovery to be completed by June 4, 2018 (Doc. No. 140).

6. During a status conference on March 20, 2018 (Doc. No. 144), the Court granted Defendants' request for a two-week extension to produce the AbbVie directors' documents setting a deadline to complete this production by April 3, 2018.

7. Given that Defendants produced over 85% of the documents just prior to the substantial completion deadline, Plaintiffs seek additional time for a substantive review of these documents to avoid taking unnecessary depositions and to assure depositions are taken in an efficient manner. Furthermore, Plaintiffs issued deposition notices for certain AbbVie witnesses on April 3, 2018 and only one of those noticed depositions has a confirmed date at this time.

8. Plaintiffs further request that the Court modify the October 10, 2017 Order (Doc. No. 88) to provide that, unless otherwise ordered by the Court, any non−expert discovery motion must filed at least 30 days before the close of fact discovery, unless such motion raises an issue

first discovered through documents produced or depositions taken in the final 45 days of the discovery period.

9.    Prior to filing this motion Plaintiffs met and conferred with Defendants who have indicated they do not oppose this request.


Dated: April 18, 2018                              Respectfully submitted,


                              By:    */s/ Jennifer Sarnelli*
                                     James S. Notis
                                     Jennifer Sarnelli
                                     Meagan A. Farmer
                                     GARDY & NOTIS, LLP
                                     Tower 56
                                     126 East 56th Street, 8th Floor
                                     New York, NY 10022
                                     Tel: 212-905-0509
                                     Fax: 212-905-0508

                                     Theodore B. Bell
                                     WOLF HALDENSTEIN ADLER
                                     FREEMAN & HERZ LLC
                                     70 West Madison Street, Suite 1400
                                     Chicago, IL 60602
                                     Tel: 312-984-0000
                                     Fax: 312-214-3110

                                     Mark C. Rifkin
                                     WOLF HALDENSTEIN ADLER
                                     FREEMAN & HERZ LLP
                                     270 Madison Avenue
                                     New York, NY 10016
                                     Tel: 212-545-4600
                                     Fax: 212-545-4758

                                     *Attorneys for Plaintiffs*