# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MURRAY RUBINSTEIN, JEFFREY F. ST. CLAIR, WILLIAM MCWADE, HARJOT DEV and VIKAS SHAH, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD GONZALEZ and ABBVIE INC., <br><br> Defendants. | Case No. 1:14-cv-9465 <br><br> Judge Robert M. Dow, Jr. <br> Magistrate Judge Maria Valdez <br><br><br> FILED UNDER SEAL |

## NOTICE OF MOTION

TO:   All Counsel of Record

**PLEASE TAKE NOTICE** that on April 24, 2018 at 10:15 a.m. or as soon thereafter as counsel may be heard, Plaintiffs, on behalf of themselves and all others similarly situated, by their undersigned counsel, shall appear before the Honorable Magistrate Judge Maria Valdez or any Judge sitting in her stead, in the Courtroom usually occupied by her in Room 1041 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and shall then and there present *Plaintiffs' Unopposed Motion to Extend the Deadline for Fact Discovery Completion and Modify Order Regarding Deadline for Discovery Motions*, a copy of which is filed simultaneously herewith.

Dated: April 18, 2018

By:   */s/ Jennifer Sarnelli*
James S. Notis
Jennifer Sarnelli
Meagan A. Farmer
GARDY & NOTIS, LLP
Tower 56

126 East 56th Street, 8th Floor
New York, NY 10022
Tel: 212-905-0509
Fax: 212-905-0508

Theodore B. Bell
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
70 West Madison Street, Suite 1400
Chicago, IL 60602
Tel: 312-984-0000
Fax: 312-214-3110

Mark C. Rifkin
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Tel: 212-545-4600
Fax: 212-545-4758

*Attorneys for Plaintiffs*