# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MURRAY RUBINSTEIN, et al., )<br> )<br>  Plaintiffs, )<br> )<br> v. )<br> )<br> RICHARD GONZALEZ and ABBVIE INC., )<br> )<br>  Defendants. )<br> ) | Case No. 14-cv-9465<br><br>Honorable Robert M. Dow, Jr.<br>Honorable Maria Valdez |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 12, 2018, at 9:15 a.m., or at such time as is convenient for the Court, Defendants shall appear before the Honorable Robert Dow., Jr., or any judge who may be sitting in his stead in Courtroom 2303, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, 60604, and shall then and there present DEFENDANTS' MOTION FOR LEAVE TO FILE A SURREPLY BRIEF AND SUR-REBUTTAL REPORT IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, a copy of which is hereby served upon you.

Dated: July 2, 2018	Respectfully submitted,

*/s/ Joshua Z. Rabinovitz*

James F. Hurst, P.C.
Robert J. Kopecky
Joshua Z. Rabinovitz
Devon M. Largio
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
312-862-2000

*Counsel for Defendants*

2