## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
## Eastern Division

Murray Rubinstein, et al.
                        Plaintiff,

v.                                                Case No.: 1:14–cv–09465
                                                Honorable Robert M. Dow Jr.

Richard Gonzalez, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 19, 2018:

      MINUTE entry before the Honorable Maria Valdez: Magistrate Judge status hearing held on 7/19/18. By agreement of the parties, Plaintiffs' Motion To Compel Discovery Of Non–Party JP Morgan Securities LLC [167] is hereby entered and continued. Status hearing is set for 9/20/18 at 10:00 a.m. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.