**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Murray Rubinstein, et al.

                          Plaintiff,

v.                                                    Case No.: 1:14–cv–09465
                                                      Honorable Robert M. Dow Jr.

Richard Gonzalez, et al.

                          Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 6, 2018:

        MINUTE entry before the Honorable Maria Valdez: Plaintiffs' motions to seal
[212] [216] are granted and the associated motion hearings set for 8/9/18 are stricken.
Plaintiff's Motion to Compel [214] and associated motion hearing set for 8/9/18 are
stricken as moot. All remaining motions set for 8/9/18 to stand. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.