# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Rubinstein, et al. , <br><br> Plaintiff(s), <br><br> v. <br><br> Gonzalez, et al., <br><br> Defendant(s). | Case No. 14-cv-9465 <br> Judge Robert M. Dow |

## ORDER

Plaintiffs' motion to withdraw the appearance of Theodore B. Bell [224] is granted. Notice of motion date of 8/14/2018 is stricken and no appearances are necessary on that date.

Date: 8/13/2018  /s/ Judge Dow