**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MURRAY RUBINSTEIN, JEFFREY F. ST. CLAIR, WILLIAM MCWADE, HARJOT DEV and VIKAS SHAH, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD GONZALEZ and ABBVIE INC., <br><br> Defendants. | Case No. 14-cv-9465 <br><br> Judge Robert M. Dow, Jr. <br> Magistrate Judge Maria Valdez |

## JOINT STATUS REPORT

The parties respectfully submit this status report to propose a schedule for expert discovery as directed by the Court's March 29, 2017 Minute Entry (Dkt. No. 61).

Specifically, the parties have met and conferred and reached agreement on the following proposed schedule:

- Expert disclosures and opening reports on issues for which the party bears the burden of proof: 60 days after the Court rules on the Plaintiffs' pending Motion for Class Certification

- Rebuttal expert disclosures and reports: 60 days after the opening reports are exchanged

- Completion of all expert discovery: 30 days after the exchange of rebuttal reports

Dated: August 23, 2018

By: */s/ Jennifer Sarnelli*
James S. Notis
Jennifer Sarnelli
Meagan A. Farmer
GARDY & NOTIS, LLP
Tower 56
126 East 56th Street, 8th Floor
New York, NY 10022
Tel: 212-905-0509
Fax: 212-905-0508

Mark C. Rifkin
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Tel: 212-545-4600
Fax: 212-545-4758

Cael Malmstrom
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
70 West Madison Street, Suite 1400
Chicago, IL 60602
Tel: 312-984-0000
Fax: 312-214-3110

*Attorneys for Plaintiffs
and the Class*

By: *Devon M. Largio*
Robert J. Kopecky
Joshua Z. Rabinovitz
Devon M. Largio
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: 312-862-2000
Fax: 312-862-2200

*Attorneys for Defendants*