IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY RUBINSTEIN, et al., | ) |
| Plaintiffs, | ) Case No. 14-cv-9465 |
| v. | ) |
| RICHARD GONZALEZ and ABBVIE INC., | ) Honorable Robert M. Dow, Jr. |
| | ) Honorable Maria Valdez |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR THEIR AMENDED RESPONSES TO PLAINTIFFS' INTERROGATORIES**

Defendants respectfully move the Court to extend the deadline for serving their amended responses to Plaintiffs' second set of interrogatories. The current deadline is Thursday, September 13, 2018, (Dkt. #233), and Defendants seek an additional twelve days, to September 25, 2018. In support of this motion, Defendants hereby state:

1. On August 14, 2018, the Court granted in part Plaintiffs' motion to compel additional responses to their second set of interrogatories, (Dkt. #218), and ordered Defendants to serve their amended responses within thirty days—that is, by September 13, 2018. (Dkt. #233)

2. Since the Court's order, Defendants have undertaken a comprehensive investigation and a review of their documents in order to respond to the interrogatories in a manner consistent with the Court's order.

3. The steps described above have been more time-consuming than originally anticipated by Defendants. Based on the current status of the review, Defendants require additional time in order to provide complete and accurate responses to the interrogatories.

2

4. On September 11, 2018, counsel for Defendants asked counsel for Plaintiffs if they would oppose a twelve-day extension of the deadline to amend their interrogatory responses. Jennifer Sarnelli, counsel for Plaintiffs, indicated they do not oppose the requested extension.

5. The next status conference before the Honorable Maria Valdez is currently set for September 27, 2018.

Dated: September 11, 2018

Respectfully submitted,

/s/ Devon M. Largio

Robert J. Kopecky
Joshua Z. Rabinovitz
Devon M. Largio
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Counsel for Defendants*