UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Murray Rubinstein, et al.
                    Plaintiff,

v.                                              Case No.: 1:14–cv–09465
                                                Honorable Robert M. Dow Jr.

Richard Gonzalez, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 12, 2018:

    MINUTE entry before the Honorable Maria Valdez: Defendant's Unopposed Motion to Extend the Deadline for their Amended Responses to Plaintiffs' Interrogatories [250] is granted. Defendant's amended responses are now due by 9/25/18. Motion hearing set for 9/27/18 is stricken. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.