# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MURRAY RUBINSTEIN, et al., | ) |
| Plaintiffs, | ) Case No. 14-cv-9465 |
| v. | ) |
| | ) Honorable Robert M. Dow, Jr. |
| RICHARD GONZALEZ and ABBVIE INC., | ) Honorable Maria Valdez |
| Defendants. | ) |

## MOTION TO EXCLUDE THE OPINIONS OF CHAD COFFMAN

Defendants hereby respectfully move this Court to exclude under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow*, 509 U.S. 579 (1993), the opinions of Plaintiff's expert, Chad Coffman, that (1) Shire options traded in efficient markets and (2) damages in this matter can be calculated on a classwide basis. The grounds for this motion are set out fully in the memorandum of law filed herewith.

Dated: October 12, 2018

Respectfully submitted,

*/s/ Joshua Z. Rabinovitz*
James F. Hurst, P.C.
Robert J. Kopecky
Joshua Z. Rabinovitz
Devon M. Largio
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Counsel for Defendants*

1