# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MURRAY RUBINSTEIN, JEFFREY F. ST. CLAIR, WILLIAM MCWADE, HARJOT DEV and VIKAS SHAH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD GONZALEZ and ABBVIE INC.,<br><br>Defendants. | No. 14-cv-9465<br><br>Judge Robert M. Dow, Jr.<br>Magistrate Judge Maria Valdez |

## NOTICE OF MOTION

TO:  All Counsel of Record

**PLEASE TAKE NOTICE** that on June 19, 2019 at 9:15 a.m. or as soon thereafter as counsel may be heard, Plaintiff, on behalf of herself and all others similarly situated, by her undersigned counsel, shall appear before the Honorable Judge Robert M. Dow or any Judge sitting in his stead, in the Courtroom usually occupied by her in Room 2303 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and shall then and there present *Plaintiff's Motion for a Settlement Conference*, a copy of which is filed simultaneously herewith.

Dated: June 14, 2019

By:  */s/ Jennifer Sarnelli*
James S. Notis
Jennifer Sarnelli
GARDY & NOTIS, LLP
Tower 56
126 East 56th Street, 8th Floor
New York, NY 10022
Tel: 212-905-0509
Fax: 212-905-0508

2

Carl Malmstrom
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
111 W. Jackson Street
Suite 1700
Chicago, IL 60604
Tel: 312-984-0000
Fax: 312-212-4401

Mark C. Rifkin
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Tel: 212-545-4600
Fax: 212-545-4758

*Attorneys for Plaintiff and the Class*