## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MURRAY RUBINSTEIN, JEFFREY F. ST. CLAIR, WILLIAM MCWADE, HARJOT DEV and VIKAS SHAH, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:14-cv-9465 |
| | | Judge Robert M. Dow, Jr., |
| Plaintiffs, | | |
| | | Magistrate Judge Maria Valdez |
| v. | | |
| RICHARD GONZALEZ and ABBVIE INC., | | |
| Defendants | | |

### NOTICE OF WITHDRAWAL OF MOTION

**TO:** All Counsel of Record

**PLEASE TAKE NOTICE** that Plaintiffs hereby withdraw their Motion for a Settlement Conference, which is currently noticed for presentment before the Honorable Robert M. Dow, Jr. on June 19, 2019 at 9:15 a.m. *See* ECF Nos. 265-267.

Dated: June 18, 2019

Respectfully Submitted,

/s/ Carl V. Malmstrom
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Tel: 312-984-0000
Fax: 312-214-3110
malmstrom@whafh.com

1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 18, 2019, he caused the foregoing document to be filed with the clerk of the United States District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/ Carl V. Malmstrom
Carl V. Malmstrom