UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Murray Rubinstein, et al.
                           Plaintiff,

v.                                                    Case No.: 1:14–cv–09465
                                                   Honorable Robert M. Dow Jr.

Richard Gonzalez, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 18, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiff's motion for settlement [266] is terminated as moot as it is superseded by Plaintiff's motion [269]. Plaintiff's telephonic oral motion to withdraw motion [269] is granted and the motion is withdrawn. Notice of motion date of 6/19/2019 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.