UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY RUBINSTEIN, *et al.*, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD GONZALEZ and ABBVIE INC., <br><br> Defendants. | No. 14-cv-9465 <br><br> Honorable Robert M. Dow, Jr. |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT AND NOTICE TO THE CLASS**

NOW COME Plaintiff Dawn Bradley by and through her attorneys, and pursuant to Federal Rules of Civil Procedure 23 hereby moves for entry of the Parties' agreed-upon Order Preliminarily Approving Settlement and Notice to the Class.

For further support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Notice to the Class, Plaintiff respectfully directs the Court to Plaintiff's accompanying Memorandum of Law, the Stipulation of Settlement, the Declaration of Jennifer Sarnelli and the Declaration of Jordan Broker filed contemporaneously herewith.

WHEREFORE, Plaintiff moves for entry of agreed-upon Order which: (a) grants preliminary approval of the Settlement; (b) certifies a Class for settlement purposes, (c) appoints the Plaintiff to serve as Class Representative, and appoints Gardy & Notis, LLP and Wolf Haldenstein Adler Freeman & Herz LLP to serve as Lead Counsel; (d) approves the Parties' proposed form and method of giving Class members notice of the Action and proposed Settlement; (e) directs that notice be given to Class members in the proposed form and manner; and (f) sets a hearing date to

consider final approval of the Settlement, entry of judgment, and Lead Counsel's request for an award of attorneys' fees and reimbursement of litigation.

Dated: June 19, 2018                **GARDY & NOTIS, LLP**

*s/ Jennifer Sarnelli*
James S. Notis
Jennifer Sarnelli
Tower 56
126 East 56th Street, 8th Floor
New York, NY 10022
Tel: 212-905-0509

Mark C. Rifkin
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Tel: 212-545-4600

Carl Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Street, Suite 1700
Chicago, IL 60604
Tel: 312-984-0000
Fax: 312-214-3110

*Counsel for Plaintiff and the Class*