## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MURRAY RUBINSTEIN, *et al.*, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | No. 14-cv-9465 |
| | ) | Honorable Robert M. Dow, Jr. |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| RICHARD GONZALEZ and ABBVIE INC., | ) ) ) | |
| Defendants. | ) | |

**LEAD PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES, REIMBURSEMENT OF EXPENSES AND APPROVAL OF PLAN OF ALLOCATION**

NOW COME Lead Plaintiff Dawn Bradley by and through her attorneys, and pursuant to Federal Rules of Civil Procedure 23, hereby moves for entry of an Order in connection with Lead Plaintiff's Motion for an Award of Attorney's Fees, Reimbursement of Expenses and Approval of Plan of Allocation.

For further support of Lead Plaintiff's Motion for an Award of Attorney's Fees, Reimbursement of Expenses and Approval of Plan of Allocation, Lead Plaintiff respectfully directs the Court to her accompanying Memorandum of Law, the Declaration of Jennifer Sarnelli and the Declaration of Dawn Bradley filed contemporaneously herewith.

WHEREFORE, Lead Plaintiff moves for entry of an Order which grants awards attorneys' fees, litigation expenses, costs to Lead Plaintiff and approves the proposed Plan of Allocation.

| | |
|---|---|
| Dated: September 17, 2019 | **GARDY & NOTIS, LLP**<br><br>*s/ Jennifer Sarnelli*<br>James S. Notis<br>Jennifer Sarnelli<br>Tower 56<br>126 East 56th Street, 8th Floor<br>New York, NY 10022<br>Tel: 212-905-0509<br><br>Mark C. Rifkin<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>270 Madison Avenue<br>New York, NY 10016<br>Tel: 212-545-4600<br><br>Carl Malmstrom<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**<br>111 W. Jackson Street, Suite 1700<br>Chicago, IL 60604<br>Tel: 312-984-0000<br>Fax: 312-214-3110<br><br>*Plaintiff's Lead Counsel* |

3